**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ONH AFC CS Investors LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-2241199** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **3445 Peachtree Road, Suite 1225 Atlanta, GA 30326** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **ONH AFC CS Investors LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5313___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **ONH AFC CS Investors LLC**                                          Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases**          ☐ No
       **pending or being filed by a**     ■ Yes.
       **business partner or an**
       **affiliate of the debtor?**

List all cases. If more than 1,     Debtor   **ONH 1601 CS Investors LLC**              Relationship  _____
attach a separate list

                                    District  **Delaware**          When  **7/14/23**    Case number, if known _____

**11.  Why is the case filed in**    *Check all that apply:*
       *this district?*
                                    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ■ No
       **have possession of any**     ☐ Yes.
       **real property or personal**         Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**              **Why does the property need immediate attention?** (*Check all that apply.*)

                                            ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                               What is the hazard? _____

                                            ☐ It needs to be physically secured or protected from the weather.

                                            ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                               livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                            ☐ Other

                                            **Where is the property?** _____
                                                                      Number, Street, City, State & ZIP Code

                                            **Is the property insured?**
                                            ☐ No
                                            ☐ Yes.   Insurance agency  _____
                                                     Contact name     _____
                                                     Phone            _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
       **available funds**
                                    ■ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**      ■ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
       **creditors**              ☐ 50-99                 ☐ 5001-10,000          ☐ 50,001-100,000
                                  ☐ 100-199               ☐ 10,001-25,000        ☐ More than100,000
                                  ☐ 200-999

**15.  Estimated Assets**         ☐ $0 - $50,000          ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                  ■ $100,001 - $500,000   ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor  **ONH AFC CS Investors LLC**
Name

Case number (*if known*)

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | | |

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **ONH AFC CS Investors LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 14, 2023**
                MM / DD / YYYY

**X** **/s/ Eric Lee**                                          **Eric Lee**
Signature of authorized representative of debtor         Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Matthew B. McGuire**                          Date    **July 14, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Matthew B. McGuire 4366**
Printed name

**Landis Rath & Cobb LLP**
Firm name

**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 467-4400**          Email address    **mcguire@lrclaw.com**

**4366 DE**
Bar number and State

**ONH AFC CS INVESTORS LLC,**
**a Delaware limited liability company**

**ACTION BY WRITTEN CONSENT OF**
**THE SOLE AND MANAGER OF**
**ONH AFC CS INVESTORS LLC**

Anna Phillips ("Independent Manager"), being the sole manager of ONH AFC CS Investors LLC, a Delaware Limited Liability Company (the "Company"), hereby consents to, authorizes and adopts the following resolutions for the Company, which shall be deemed to be effective as of the date set forth below:

**WHEREAS**, the Independent Manager has considered, among other things, the financial and operational condition of the Company, the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, the liquidity situation of the Company, the strategic alternatives available to the Company to address the fiscal condition of the Company, the effect of the foregoing on the Company's business, and the advice of the Company's legal and financial advisors;

**WHEREAS**, the Independent Manager has had the opportunity to consult with the legal and financial advisors of the Company and to fully consider each of the strategic alternatives available to the Company and, based on its analysis and available information, deems it advisable and in the best interests of the Company, its creditors and other parties in interest, that the Company file a voluntary petition for relief (the "Chapter 11 Case" and, together with any chapter 11 cases of the Company's affiliate(s), the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code");

**WHEREAS**, in connection with the Chapter 11 Cases, the Independent Manager deems it advisable and in the best interests of the Company to establish and create the office of the chief restructuring officer of the Company (the "Chief Restructuring Officer"), which shall be vested with the authority and shall be responsible for, among other things (collectively, the "CRO Duties"): (i) consulting on all aspects of the Company's business activities and operations, including budgeting, cash management and financial management; (ii) opening and closing bank accounts; (iii) assisting with communications and negotiations with the Company's lenders, vendors, stakeholders, and other interested parties; (iv) evaluating liquidity options including restructuring, refinancing, reorganizing, or a sale of the Company's assets; (v) causing the Company to exercise its rights under certain agreements; (vi) reviewing historical and projected financial information, including operating results, capital structure and funding mechanics, for the Company and each of its affiliates; (vii) working with the Company to develop financial projections to assess the financial condition and capabilities of the Company; (vii) identifying and assessing potential restructuring alternatives; (ix) attending hearings and providing information and analyses for inclusion in court filings and testimony related thereto; (x) providing in-court testimony and approving and authorizing the filing of pleadings and other papers in the Chapter 11 Cases as representative of the Company, as may be required; (xi) supporting negotiations with the creditors and other constituents in the Chapter 11 Cases; (xii) negotiating the terms of debtor in possession financing, if any; (xiii) supervising the preparation of monthly financial reports, as required of a debtor in possession, and other financial reporting as may be required or requested

by the Office of the United States Trustee; (xiv) assisting the Company with the preparation of any schedules, statements, debtor in possession financing budgets and other documents as may be required or prudent in the Chapter 11 Cases; (xv) assisting the Company in preparing, maintaining and monitoring cash flow projections and weekly variance analyses; (xvi) assessing the viability of and, if deemed prudent, assisting the Company pursue a sale or other transaction through the Chapter 11 Cases, (a) working with the Company and its professionals to maximize the value of the Company's assets, (b) developing a plan for the marketing and sale of the assets of and/or to reorganize the Company, (c) providing financial advice and assistance to the Company in connection with a sale or other transaction, and (d) facilitating and conducting any auctions or other competitive bidding in connection with the sale of the assets of the Company; (xvii) pursuing litigation and claims the Company may have against other parties or insurance of the Company; (xviii) negotiating, proposing and executing a plan of reorganization or liquidation, as is appropriate in the Chapter 11 Cases, subject to approval by the Bankruptcy Court (defined below); (xix) approving and executing any pleading or other papers and documents appropriate in the Chapter 11 Cases to be filed with the Bankruptcy Court or otherwise; (xx) serving as the responsible for all corporate decisions arising in or associated with the Chapter 11 Cases; and (xxi) performing any other services or assuming any other corporate authority or obligation(s) as the Independent Manager may deem prudent, subject to the agreement of the Chief Restructuring Officer to perform such services and assume such corporate authority or obligation(s);

**WHEREAS**, the Independent Manager has considered individuals and firms deemed qualified to represent and perform services on behalf of the Company in connection with the Chapter 11 Cases, and based on the Independent Manager's evaluation of potential candidates and their respective qualifications, capabilities, and experience, deems (i) Baker & Hostetler LLP and Landis Rath and Cobb LLP, qualified and competent to serve as general bankruptcy counsel for the Company, (ii) B. Riley qualified and competent to serve as financial advisor for the Company, and (iii) a duly qualified and competent entity to serve as claims and/or noticing agent for the Company;

**WHEREAS**, the Independent Manager has considered individuals and firms deemed suitable to serve as Chief Restructuring Officer for the Company and competently perform the CRO Duties, and serve as authorized delegate of the Independent Manager in connection with the Chapter 11 Cases, and based on the Independent Manager's evaluation of potential candidates for Chief Restructuring Office and their respective qualifications, capabilities, and experience, deems Eric Lee, Managing Director of GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services ("B. Riley"), qualified and competent to serve as Chief Restructuring Officer; and

**WHEREAS**, the Independent Manager has evaluated the financial condition of the Company and projected costs and expenses of maintaining operations and preserving assets of the Company and funding restructuring and/or liquidation costs through conclusion of the Chapter 11 Cases, and based thereon, has concluded that the Company may require additional funding or financing to cover anticipated costs and expenses ("DIP Financing") and, furthermore, that such funding may be unavailable without granting the lender(s) certain favorable terms, including first-priority priming liens on assets of the Company, superpriority administrative claims in the Chapter 11 Cases, and milestones for the completion of sale processes or other aspects of the Chapter 11 Cases:

**NOW, THEREFORE, BE IT RESOLVED**, that the Independent Manager hereby ratifies and approves the creation of the office of the Chief Restructuring Officer for the Company; and it is

**FURTHER RESOLVED**, that that the Chief Restructuring Officer shall be, and hereby is, authorized to act as the authorized representative of the Company, including, without limitation, executing any and all documents and authorizing any acts he or she deems reasonable, advisable, expedient, convenient, proper or necessary to the commencement and administration of and/or exit from the Chapter 11 Cases, in the Chapter 11 Cases and any proceedings and transactions arising in or related to the Chapter 11 Cases, or the reorganization or liquidation of the Company by and through the Chapter 11 Cases, and otherwise to perform any of the CRO Duties or other duties or actions reasonably necessary to represent the Company in association with the Chapter 11 Cases and any proceedings or transactions arising in or related to the Chapter 11 Cases, provided that the Chief Restructuring Officer shall consult when appropriate with the Independent Manager on all of foregoing matters; and it is

**FURTHER RESOLVED**, that the Independent Manager shall be, and hereby is, authorized to cause the Company to retain Eric Lee of B. Riley as Chief Restructuring Officer and to take any and all actions necessary or required under the terms of the B. Riley engagement agreement, including, without limitation, the payment and replenishment of any retainers and provision of insurance coverage; and it is

**FURTHER RESOLVED**, that, in the judgment of the Independent Manager and Chief Restructuring Officer, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief (the "<u>Petition</u>") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, or such other court as the Chief Restructuring Officer, in consultation with the Independent Manager, shall determine to be appropriate (the "<u>Bankruptcy Court</u>"), and any other petition for relief or recognition or other order that may be desirable under applicable law, and the Chief Restructuring Officer, in consultation with the Independent Manager, is authorized to perform any and all acts reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is

**FURTHER RESOLVED**, that the Chief Restructuring Officer shall be, and hereby is, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all actions the Chief Restructuring Officer deems necessary or proper to obtain such relief, including, without limitation, any actions necessary to maintain the ordinary course operation of the Company's business; and it is

**FURTHER RESOLVED**, that the Chief Restructuring Officer shall be, and hereby is, authorized and directed, on behalf of the Company, to retain and employ the law firm of Baker & Hostetler LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties as debtor in possession under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, interests and obligations, including, without limitation, commencing the Chapter 11 Cases, filing any motions, objections, replies, applications or pleadings, and commencing, prosecuting and resolving any claims or causes of action arising out of, related to or in connection with the Chapter 11 Cases and/or resolution of any issues or

liabilities or exercise of any rights of the Company in the Chapter 11 Cases or any related proceedings; and it is

**FURTHER RESOLVED**, that the Chief Restructuring Officer, in consultation with the Independent Manager, shall be, and hereby is, authorized and directed to execute and deliver on behalf of the Company any and all appropriate engagement or retention agreements for Baker & Hostetler LLP and Landis Rath & Cobb LLP, to pay any appropriate retainers due thereunder, and to cause to be filed in the Chapter 11 Cases an appropriate application for authority to retain the services of Baker & Hostetler LLP and Landis Rath & Cobb LLP, as general bankruptcy counsel in the Chapter 11 Cases; and it is

**FURTHER RESOLVED**, that the Independent Manager shall be, and hereby is authorized and directed, on behalf of the Company, to retain and employ B. Riley as restructuring and financial advisor to represent and assist the Company and Chief Restructuring Officer in carrying out their respective duties and obligations under the Bankruptcy Code and any associated engagement agreement(s), and to take any and all actions to advance the Company's rights, interests and obligations; and it is

**FURTHER RESOLVED**, that the Independent Manager, without consultation with the Chief Restructuring Officer, shall be, and hereby is, authorized and directed to execute and deliver on behalf of the Company any and all appropriate engagement or retention agreements for B. Riley, to pay any appropriate retainers due thereunder, and to cause to be filed in the Chapter 11 Cases an appropriate application for authority to retain the services of B. Riley as restructuring and financial advisor and, to the extent necessary or advisable, Chief Restructuring Officer in the Chapter 11 Cases; and it is

**FURTHER RESOLVED**, that the Chief Restructuring Officer shall be, and hereby is authorized and directed, on behalf of the Company, to retain and employ a claims agent as claims and noticing agent to represent and assist the Company and Chief Restructuring Officer in carrying out their respective duties and obligations under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, interests and obligations or as may be deemed by the Chief Restructuring Officer to be reasonable, advisable, expedient, convenient, proper or necessary to the efficient and expedient administration of the Chapter 11 Cases or any related proceedings; and it is

**FURTHER RESOLVED**, that the Chief Restructuring Officer, in consultation with the Independent Manager, shall be, and hereby is, authorized and directed to execute and deliver on behalf of the Company any and all appropriate engagement or retention agreements for claims agent, to pay any appropriate retainers due thereunder, and to cause to be filed in the Chapter 11 Cases an appropriate application for authority to retain the services of qualified firm as noticing and claims agent in the Chapter 11 Cases; and it is

**FURTHER RESOLVED**, that the Chief Restructuring Officer, in consultation with the Independent Manager, shall be, and hereby is, authorized to retain or employ any other professionals or advisors deemed by the Chief Restructuring Officer to be reasonable, advisable, expedient, convenient, proper or necessary to the efficient and expedient administration of the Chapter 11 Cases or any related proceedings, including, without limitation, investment bankers,

accountants, special counsel, or local counsel; *provided, however*, that the Chief Restructuring Officer shall not retain or employ any professionals or advisors with B. Riley or any affiliate of B. Riley without express prior written authorization from the Independent Manager; and it is

**FURTHER RESOLVED**, that the Chief Restructuring Officer, in consultation with the Independent Manager, shall be, and hereby is, authorized and directed to negotiate and obtain proposals for DIP Financing that the Chief Restructuring Officer deems to be reasonable, advisable, expedient, convenient, proper or necessary under the circumstances presented; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken by the Company, Independent Manager, Chief Restructuring Officer, and/or any other agents or professionals of the Company in connection with the implementation of these resolutions, including any actions taken prior to the adoption of these resolutions, in all respects are hereby ratified, confirmed and approved in their entirety; and it is

**FURTHER RESOLVED**, that the Independent Manager and Chief Restructuring Officer, shall be, and each hereby are, authorized to take or cause to be taken any and all such further actions, to execute and deliver any and all such further agreements, instruments, documents, and certificates, and to pay all expenses on behalf of the Company, as the Independent Manager or Chief Restructuring Officer deem necessary or advisable to effect the purpose and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents, and certificates by the Independent Manager or Chief Restructuring Officer to be conclusive evidence of his or her authorization hereunder and approval thereof; and it is

**FURTHER RESOLVED**, the Independent Manager and Chief Restructuring Officer, shall be, and each hereby are, authorized and directed to execute and file with the appropriate governmental agencies of any jurisdiction they deem appropriate such documents as may be necessary or appropriate under the laws of any applicable jurisdiction; and it is

**FURTHER RESOLVED**, that any and all such actions heretofore taken and any and all documents, agreements, instruments, certificates, or instructions (however characterized or described) heretofore executed and delivered or filed and recorded, as the case may be, by the Independent Manager or Chief Restructuring Officer on behalf of the Company, in order to carry into effect the purpose and intent of these resolutions or the actions or transactions contemplated herein or hereby are ratified, adopted, approved, and confirmed in all respects; and it is

**FINALLY RESOLVED**, the Independent Manager and Chief Restructuring Officer, shall be, and each hereby are, authorized and directed to take any and all actions, and to do all acts and things whatsoever, including incur any expenses, which may be necessary, advisable, appropriate, or proper to carry out and effectuate the purpose and intent of these resolutions.

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consent of the Independent Manager of ONH AFC CS Investors LLC as of and effective on July  12, 2023.

Manager, ONH AFC CS Investors LLC

**Fill in this information to identify the case:**

Debtor name   **ONH AFC CS Investors LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **List of Equity Holders and Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 14, 2023**        X **/s/ Eric Lee**
                                         Signature of individual signing on behalf of debtor

                                         **Eric Lee**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **ONH AFC CS Investors LLC**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CrowdStreet, Inc. c/o Ben Hoch Wilson Sonsini Goodrich & Rosati 1301 Avenue of the Americas New York, NY 10019** | | **Money Loaned** | | | | **$400,000.00** |

# United States Bankruptcy Court
## District of Delaware

In re  **ONH AFC CS Investors LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **A & A Capital Investments LP**<br>**6329 State Road 54**<br>**New Port Richey, FL 34653** | | **0.22%** | **Priority Return Members** |
| **A Plus Prosperity LLC**<br>**5221 Segari Way**<br>**Windermere, FL 34786** | | **0.17%** | **Priority Return Members** |
| **AA Metta Enterprises, LLC**<br>**4352 Southridge Dr**<br>**Mason, OH 45040** | | **0.45%** | **Priority Return Members** |
| **Aaron Breaux**<br>**4705 Sugar Oaks Rd**<br>**New Iberia, LA 70563** | | **0.06%** | **Priority Return Members** |
| **Aaron Hood**<br>**16 Trailside Dr**<br>**Winona Lake, IN 46590** | | **0.06%** | **Priority Return Members** |
| **Aaron Pring**<br>**1659 Oakmont Drive**<br>**CO Springs, CO 80921** | | **0.22%** | **Priority Return Members** |
| **Abbas Rangwala, Trustees of**<br>**The Rangwala Trust dated 6/14/2019**<br>**3882 Mandy Way**<br>**San Ramon, CA 94582** | | **0.56%** | **Priority Return Members** |
| **Abby Chan**<br>**864 Rand st**<br>**San mateo, CA 94401** | | **0.06%** | **Priority Return Members** |
| **Abhimanyu Beri**<br>**22597 Cobble Stone Trl**<br>**Frankfort, IL 60423** | | **0.06%** | **Priority Return Members** |
| **Achilles J. Fakiris & Fathima Reyman**<br>**4022 Abbey Park Way**<br>**Raleigh, NC 27612** | | **0.17%** | **Priority Return Members** |
| **ActiveCo Ventures LLC**<br>**903 PORT HOUSTON ST**<br>**HOUSTON, TX 77029** | | **0.11%** | **Priority Return Members** |

In re:  **ONH AFC CS Investors LLC**                                                  Case No. _____
_____
                                  Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam & Yuliya Account**<br>**3140 N Sheffield Ave, Apt 702**<br>**CHICAGO, IL 60657** | | **0.06%** | **Priority Return Members** |
| **Adam B Shane**<br>**734 Winding Road**<br>**JENKINTOWN, PA 19046** | | **0.09%** | **Priority Return Members** |
| **Adam Hendin**<br>**534 Donne Ave**<br>**St. Louis, MO 63130** | | **0.56%** | **Priority Return Members** |
| **Adda B Delgadillo Farrar**<br>**1716 Pacific Dunes Dr**<br>**Sun City Center, FL 33573** | | **0.22%** | **Priority Return Members** |
| **Advance Capital Trust**<br>**2400 24th Rd. S #114**<br>**Arlington, VA 22206** | | **0.28%** | **Priority Return Members** |
| **Ajay Shah**<br>**29897 Deer Run**<br>**Farmington Hills, MI 48331** | | **0.11%** | **Priority Return Members** |
| **Ajeet Dhingra**<br>**2022 Carlotta Ct**<br>**Atlanta, GA 30345** | | **0.06%** | **Priority Return Members** |
| **Ajit Dabade**<br>**347 Stonehouse Drive**<br>**Apex, NC 27523** | | **0.11%** | **Priority Return Members** |
| **Akrit Malik**<br>**512 WALKER RD**<br>**SAFETY HARBOR, FL 34695** | | **0.07%** | **Priority Return Members** |
| **Alex Cordero**<br>**8701 SW 116 Street**<br>**Miami, FL 33176** | | **0.06%** | **Priority Return Members** |
| **Alexander Mouschovias**<br>**895 Jordan Ave**<br>**Los Altos, CA 94022** | | **0.06%** | **Priority Return Members** |
| **ALFRED G NICHOLS ROTH IRA**<br>**195 NORTH HARBOR. DRIVE, UNIT 3501**<br>**CHICAGO, IL 60601** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____  Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alireza Shalviri**<br>**215 LONG HILL DR**<br>**SHORT HILLS, NJ 07078** | | **0.11%** | **Priority Return Members** |
| **Alnoor Dhanani**<br>**17846 SW 35th Dr**<br>**Miramar, FL 33029** | | **0.06%** | **Priority Return Members** |
| **Alpha Investment Fund, LLC**<br>**2007 W 475 S**<br>**Orem, UT 84059** | | **1.12%** | **Priority Return Members** |
| **Ameeta B. Martin**<br>**7534 San Mateo Lane**<br>**Lincoln, NE 68516** | | **0.56%** | **Priority Return Members** |
| **Amit & Asavari Kulkarni**<br>**3278 Bransley Way**<br>**Duluth, GA 30097** | | **0.11%** | **Priority Return Members** |
| **Amit Momaya**<br>**4429 Boulder Lake Cir**<br>**Vestavia, AL 35242** | | **0.06%** | **Priority Return Members** |
| **Ammar Feroz**<br>**90 W Avondale Rd**<br>**Hillsborough, CA 94010** | | **0.11%** | **Priority Return Members** |
| **Andrea Russin**<br>**150 Ocean Ave, Apt 22**<br>**Sea Bright, NJ 07760** | | **0.06%** | **Priority Return Members** |
| **Andreas Rothe**<br>**3000 N Ocean Dr, Apt 40F**<br>**Riviera Beach, FL 33404** | | **0.09%** | **Priority Return Members** |
| **Andrew Chester**<br>**4931 S Bellaire Ln**<br>**Veradale, WA 99037** | | **0.17%** | **Priority Return Members** |
| **Andrew Sullivan**<br>**7850 Communications Pkwy #1631**<br>**Plano, TX 75024** | | **0.06%** | **Priority Return Members** |
| **Andrew T Hartsfield**<br>**8664 Sandpoint Drive**<br>**Germaintown, TN 38139** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____    Case No. _____

                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aneesh Mittal**<br>**3540 Newport Bay Dr**<br>**Alpharetta, GA 30005** | | **0.12%** | **Priority Return Members** |
| **Angshuman Banerjee**<br>**429 Westfalen Drive**<br>**Cary, NC 27519** | | **0.17%** | **Priority Return Members** |
| **Anne Arnold**<br>**9650 S. Ocean Drive**<br>**Jensen Beach, FL 34957** | | **0.11%** | **Priority Return Members** |
| **Anol Bhattacherjee**<br>**16123 Brecon Palms Pl**<br>**Tampa, FL 33647** | | **0.06%** | **Priority Return Members** |
| **Ansis Bundza**<br>**6324 Crebs Ave**<br>**Tarzana, CA 91335** | | **0.06%** | **Priority Return Members** |
| **Anthony Bonanni**<br>**804 Augusta Ct**<br>**Rochester Hills, MI 48309** | | **0.06%** | **Priority Return Members** |
| **Anthony Nicholas Mavrides Trust**<br>**650 Blue Spruce Rd**<br>**Reno, NV 89511** | | **0.22%** | **Priority Return Members** |
| **Archer-Colton Investments, LLC**<br>**3246 Valencia Ter**<br>**Charlotte, NC 28211** | | **0.08%** | **Priority Return Members** |
| **ARDYTH L. LITTLE, as Trustee,**<br>**LITTLE 2009 TRUST**<br>**3563 Milano Ct**<br>**Turlock, CA 95382** | | **0.06%** | **Priority Return Members** |
| **Ariel Cohen**<br>**564 Hook Street**<br>**Valley Stream, NY 11581** | | **0.08%** | **Priority Return Members** |
| **Arvind R Vuppu**<br>**4317 Oldstone Dr**<br>**Harrisburg, NC 28075** | | **0.06%** | **Priority Return Members** |
| **Asgar Saleem**<br>**5015 Amber Meadow Vis**<br>**ELLICOTT CITY, MD 21043** | | **0.22%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   __ONH AFC CS Investors LLC_____     Case No. _____

                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ashish RE LLC**<br>**27635 E Moraine Dr**<br>**Aurora, CO 80016** | | **0.09%** | **Priority Return Members** |
| **Ashish Tikotekar**<br>**117 Ensbury Dr**<br>**Little Rock, AR 72223** | | **0.17%** | **Priority Return Members** |
| **Ashutosh Dubey**<br>**1937 W Swan Drive**<br>**Chandler, AZ 85286** | | **0.06%** | **Priority Return Members** |
| **At Last Sportswear, Inc.**<br>**110 Enterprise Avenue ( S)**<br>**Secaucus, NJ 07094** | | **1.12%** | **Priority Return Members** |
| **Austin Everett McCormack**<br>**1106 Aurora Ct.**<br>**Dunwoody, GA 30338** | | **0.06%** | **Priority Return Members** |
| **Babu Anand Rengarajan &**<br>**Sidharthi Trichy Selvaraj**<br>**104 Castle Oak Ct**<br>**Clarksburg, MD 20871** | | **0.06%** | **Priority Return Members** |
| **Barbara Coleman Revocable**<br>**Living Trust**<br>**86 Lake Road**<br>**Ballston Lake, NY 12019** | | **0.11%** | **Priority Return Members** |
| **barry feuer**<br>**198 trenor drive**<br>**new rochelle, NY 10804** | | **0.07%** | **Priority Return Members** |
| **Behram & Dinaz Contractor**<br>**21 KYLE CT**<br>**LADERA RANCH, CA 92694** | | **0.22%** | **Priority Return Members** |
| **Belin Real Property and**<br>**Management LLC**<br>**50 E 79TH ST APT 6EF**<br>**NY, NY 10075** | | **0.06%** | **Priority Return Members** |
| **Benedict Woo**<br>**215 Springbrook Dr**<br>**Mars, PA 16046** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Benjamin Rogers**<br>**607 8th St SE**<br>**Cullman, AL 35055** | | **0.11%** | **Priority Return Members** |
| **Bhavesh Patel**<br>**2075 Cotton Gin**<br>**New Braunfels, TX 78130** | | **0.17%** | **Priority Return Members** |
| **Big Swell Holdings LLC**<br>**520 Hampton Hill Rd**<br>**Franklin Lakes, NJ 07417** | | **0.11%** | **Priority Return Members** |
| **Bing Liu**<br>**25 Holecomb Drive**<br>**Hillsborough, NJ 08844** | | **0.06%** | **Priority Return Members** |
| **BNG Trust dated 11/2/17**<br>**1319 4th St**<br>**Kirkland, WA 98033** | | **0.11%** | **Priority Return Members** |
| **Bo Wen Yang**<br>**715 Hiller St**<br>**Belmont, CA 94002** | | **0.11%** | **Priority Return Members** |
| **Bob Simko**<br>**8012 S. 77th Street**<br>**Franklin, WI 53132** | | **0.09%** | **Priority Return Members** |
| **Brandon Marsh**<br>**1550 Eastlake Ave E Apt 302**<br>**Seattle, WA 98102** | | **0.07%** | **Priority Return Members** |
| **Brandon Swartwood**<br>**PO Box 484**<br>**Martinsburg, WV 25402** | | **0.06%** | **Priority Return Members** |
| **Brett Harris**<br>**289 N. Bowman Ave.**<br>**Merion Station, PA 19066** | | **0.06%** | **Priority Return Members** |
| **Brian and Julia Forcum**<br>**3427 Walnut Ave SW**<br>**Seattle, WA 98116** | | **0.11%** | **Priority Return Members** |
| **Brian J Goossen**<br>**1001 Augusta Lane**<br>**Jeannette, PA 15644** | | **0.22%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    **ONH AFC CS Investors LLC**                                                    Case No. _____

                                                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Kreider**<br>**300 South Pointe Drive, Apt 707**<br>**Miami Beach, FL 33139** | | **0.06%** | **Priority Return Members** |
| **Brian Martin**<br>**4105 BIRD CT**<br>**MCKINNEY, TX 75071** | | **0.11%** | **Priority Return Members** |
| **Brian P Reister**<br>**13280 62nd St**<br>**Mayer, MN 55360** | | **0.11%** | **Priority Return Members** |
| **Brian Wilbur**<br>**PO Box 652**<br>**Forest Grove, OR 97116** | | **0.22%** | **Priority Return Members** |
| **Bruce A and Alysa MacClellan**<br>**2323 37th Street NW**<br>**WA, DC 20007** | | **0.08%** | **Priority Return Members** |
| **Bruce A Forcum**<br>**8733 SW 90th Ave**<br>**Portland, OR 97223-6806** | | **0.11%** | **Priority Return Members** |
| **Bruce Bosler**<br>**830 Stonegate Court**<br>**Vacaville, CA 95687** | | **0.22%** | **Priority Return Members** |
| **Bryce Kanter**<br>**972 The Parks Drive**<br>**Pittsboro, NC 27312** | | **0.06%** | **Priority Return Members** |
| **Caleb Chou**<br>**6205 Columbia Ave**<br>**Saint Louis, MO 63139** | | **0.06%** | **Priority Return Members** |
| **Carnegie Capital Trust**<br>**3001 Clipstone Court**<br>**Johns Creek, GA 30022** | | **0.11%** | **Priority Return Members** |
| **Chad Von Holten**<br>**10766 Wilmot Rd**<br>**Fenton, IL 61251** | | **0.08%** | **Priority Return Members** |
| **Chandra Nanjappa and Chitra Reddy**<br>**5135 Sheppard Ln**<br>**Ellicott City, MD 21042** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chang Liu**<br>**5947 Gentle Call**<br>**Clarksville, MD 21029** | | **0.07%** | **Priority Return Members** |
| **Chaplain and Rosgen Family Trust**<br>**44 Mirabel Ave**<br>**Mill Valley, CA 94941** | | **0.45%** | **Priority Return Members** |
| **Charles and Judith Johnson**<br>**4211 Bretton Bay Ln**<br>**Dallas, TX 75287** | | **0.22%** | **Priority Return Members** |
| **Charles Phaneuf**<br>**4560 EDGEWOOD DRIVE**<br>**CLARKSTON, MI 48346** | | **0.16%** | **Priority Return Members** |
| **Chase**<br>**5418 Belle Manor Lane**<br>**Sugar Land, TX 77479** | | **0.11%** | **Priority Return Members** |
| **Chi Chen**<br>**108 Tall Oak**<br>**Irvine, CA 92603** | | **0.11%** | **Priority Return Members** |
| **Chichoi Kenneth Chan &**<br>**Naomi Yukking Chan**<br>**45029 Insight Street, Unit 1002**<br>**FREMONT, CA 94538** | | **0.07%** | **Priority Return Members** |
| **Chih-Lin Liu**<br>**6345 N. Charlotte Ave**<br>**San Gabriel, CA 91775** | | **0.34%** | **Priority Return Members** |
| **Chinich Joint Account**<br>**14 Dean Overlook NW**<br>**Atlanta, GA 30318** | | **0.06%** | **Priority Return Members** |
| **Chris Honcik**<br>**3748 N Willowbar Ln**<br>**Garden City, ID 83714** | | **0.11%** | **Priority Return Members** |
| **Christian Lawler**<br>**1194 Wall Rd**<br>**Webster, NY 14580** | | **0.06%** | **Priority Return Members** |
| **Christopher Krynski**<br>**1395 Miami Ln**<br>**Des Plaines, IL 60018** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC** _____     Case No. _____
_____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Youst**<br>**12154 Read Rd**<br>**Fenton, MI 48430** | | **0.11%** | **Priority Return Members** |
| **CK Real Estate, LLC**<br>**11 Primrose Lane**<br>**Trenton, IL 62293** | | **0.06%** | **Priority Return Members** |
| **Claire Xu Cheng**<br>**510 3rd st W**<br>**Kirkland, WA 98033** | | **0.11%** | **Priority Return Members** |
| **Clay Patterson**<br>**6216 McCommas Blvd**<br>**Dallas, TX 75214** | | **0.06%** | **Priority Return Members** |
| **Clive Howard Leigh**<br>**3903 W Corona Street**<br>**Tampa, FL 33629** | | **0.06%** | **Priority Return Members** |
| **CMA Properties, LLC**<br>**107 Catawba Cove Lane**<br>**Belmont, NC 28012** | | **0.45%** | **Priority Return Members** |
| **Cody Freis**<br>**15871 W 93rd Pl**<br>**Arvada, CO 80007** | | **0.17%** | **Priority Return Members** |
| **Corey Fagles**<br>**24 Harvest Ln**<br>**Newark, DE 19711** | | **0.06%** | **Priority Return Members** |
| **County Associates, LLC**<br>**417 W 20th St., Unit 11443**<br>**Norfolk, VA 23517** | | **0.11%** | **Priority Return Members** |
| **Craig L. Bass**<br>**5973 Shady Oaks Dr**<br>**Frisco, TX 75034** | | **0.45%** | **Priority Return Members** |
| **Craig Leva Revocable Trust**<br>**dated 7/21/2016**<br>**1773 Spruce St.**<br>**Highland Park, IL 60035** | | **0.56%** | **Priority Return Members** |
| **CRM Property Investments, LLC**<br>**4103 Waterwood Drive**<br>**Baytown, TX 77521** | | **0.08%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____     Case No. _____

_____ Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CrowdStreet REIT I, Inc.**<br>**98 San Jacinto Blvd., 4th Floor**<br>**Austin, TX 78701** | | **3.92%** | **Priority Return Members** |
| **CrowdStreet Sunbelt Growth Fund I, LLC - Series I**<br>**98 San Jacinto Blvd., 4th Floor**<br>**Austin, TX 78701** | | **1.40%** | **Priority Return Members** |
| **Cuong Pham**<br>**2028 E Ben White Blvd, Suite 240 9055**<br>**Austin, TX 78741** | | **0.06%** | **Priority Return Members** |
| **Cypress Lending LLC**<br>**746 Firebrick Drive**<br>**CARY, NC 27519** | | **0.06%** | **Priority Return Members** |
| **Cyril Ruwende**<br>**2210 Highland Drive**<br>**Ann Arbor, MI 48105** | | **0.06%** | **Priority Return Members** |
| **DAB Investments, LLC**<br>**PO Box 30014**<br>**Seattle, WA 98113** | | **0.22%** | **Priority Return Members** |
| **Dakota and Chelsea Gale**<br>**19970 Alderwood Circle**<br>**Bend, OR 97702** | | **0.11%** | **Priority Return Members** |
| **Dana Soucy**<br>**2 Rockland Ct**<br>**Frankfort, KY 40601** | | **0.11%** | **Priority Return Members** |
| **Daniel and Oshik Maoz-Metzl**<br>**1094 W CA Ave.**<br>**Mill Valley, CA 94941** | | **0.07%** | **Priority Return Members** |
| **Daniel Cvelbar & Kathleen M Cvelbar**<br>**23786 Hayes Ave**<br>**Murrieta, CA 92562** | | **0.22%** | **Priority Return Members** |
| **Daniel Hayward**<br>**4611 Dupont Ave S**<br>**Minnepolis, MN 55419** | | **0.06%** | **Priority Return Members** |
| **Daniel Meyer**<br>**2832 Granite Rd**<br>**Woodstock, MD 21163** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**                              Case No. _____
                                        _____
                                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Penan**<br>**650 River Road**<br>**Greene, ME 04236** | | **0.06%** | **Priority Return Members** |
| **Danny Zheng**<br>**718 119th st**<br>**College Point, NJ 11356** | | **0.06%** | **Priority Return Members** |
| **Darrin Richard Witt Revocable Trust, dat**<br>**1349 Wyndmere Hills Ln**<br>**Matthews, NC 28105** | | **0.11%** | **Priority Return Members** |
| **David Fassler**<br>**86 Lake St**<br>**Burlington, VT 05401** | | **0.06%** | **Priority Return Members** |
| **David Gutierrez**<br>**10 windflower**<br>**lake forest, CA 92630** | | **0.20%** | **Priority Return Members** |
| **David Harold Bunce and Sharilyn Ann Bunc**<br>**249 Somerville Rd**<br>**Santa Rosa, CA 95409** | | **1.12%** | **Priority Return Members** |
| **David Herring**<br>**6917 Tangleberry Cv**<br>**Memphis, TN 38119** | | **0.11%** | **Priority Return Members** |
| **David Jangro**<br>**1710 S West Temple, Unit 13**<br>**Salt Lake City, UT 84115** | | **0.06%** | **Priority Return Members** |
| **David Shen aka Da Shen**<br>**3511 Brook Crossing Drive**<br>**Brandon, FL 33511** | | **0.11%** | **Priority Return Members** |
| **Davis 2016 Management Trust**<br>**5500 Old Brandt Trce**<br>**Greensboro, NC 27455** | | **0.39%** | **Priority Return Members** |
| **Demas Giokas Family Trust**<br>**3780 Random Lane**<br>**Sacramento, CA 95864** | | **0.45%** | **Priority Return Members** |
| **Dennis Michael Treu**<br>**4222 Serenade Rd**<br>**Castle Rock, CO 80104** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    **ONH AFC CS Investors LLC** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Denys Glushkov**<br>**54 Winston Rd**<br>**Newton, MA 02459** | | **0.06%** | **Priority Return Members** |
| **Depakkumar B Patel**<br>**210 JACKSON HEIGHTS LN**<br>**MARIETTA, GA 30064** | | **0.06%** | **Priority Return Members** |
| **DeRose Family Trust 1/29/2014**<br>**2115 Garden St.**<br>**Santa Barbara, CA 93105** | | **0.06%** | **Priority Return Members** |
| **Devin Trevor**<br>**157 Talbott Dr**<br>**Bowling Green, KY 42103** | | **0.12%** | **Priority Return Members** |
| **dhaval patel**<br>**15221 cottonwood ct**<br>**orland park, IL 60467** | | **0.22%** | **Priority Return Members** |
| **Dimitri Polonsky**<br>**4345 Collingham Trce NE**<br>**Marietta, GA 30068-2705** | | **0.06%** | **Priority Return Members** |
| **Dina Messina**<br>**401 Oakmoor Rd.**<br>**Bay Villages, OH 44140** | | **0.11%** | **Priority Return Members** |
| **dolph haege**<br>**4313 Alder Pl**<br>**Belleville, IL 62226** | | **0.07%** | **Priority Return Members** |
| **DOM Investments LLC**<br>**4400 Satinwood Cir NW**<br>**Canton, OH 44718** | | **0.06%** | **Priority Return Members** |
| **Donghui Xu**<br>**7308 Family Farm**<br>**Plano, TX 75024** | | **0.06%** | **Priority Return Members** |
| **Douglas A Andrejewski**<br>**2087 E. Laporte Rd**<br>**Hemlock, MI 48626** | | **0.11%** | **Priority Return Members** |
| **Dung Pham and Regina Pham, Husband and Wife as community property w/ ROS**<br>**446 Lerida Av**<br>**Los Altos, CA 94024** | | **0.07%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC** _____     Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Echelon Ventures, LLC**<br>**300 S. Gillette Ave. Suite 2000**<br>**Gillette, WY 82716** | | **0.45%** | **Priority Return Members** |
| **EDCY Family Trust**<br>**208 St. Francis Ct.**<br>**El Dorado Hills, CA 95762** | | **0.06%** | **Priority Return Members** |
| **EDR Investment Trust**<br>**315 Hughes Rd**<br>**Dickinson, TX 77539** | | **0.09%** | **Priority Return Members** |
| **Edward Nafzger**<br>**15267 Wilds Pkwy NW**<br>**Prior Lake, MN 55372** | | **0.22%** | **Priority Return Members** |
| **Edwin Su**<br>**18 Wynmor Road**<br>**Scarsdale, NY 10583** | | **0.45%** | **Priority Return Members** |
| **Effulgent Group, LLC**<br>**1829 N Kenmore St**<br>**Arlington, VA 22207** | | **0.11%** | **Priority Return Members** |
| **Eficaz Realty LLC**<br>**11523 Westlawn Ln**<br>**Frisco, TX 75033** | | **0.06%** | **Priority Return Members** |
| **ELASCO LLC**<br>**1718 Capitol Ave.**<br>**Cheyenne, WY 82001** | | **0.28%** | **Priority Return Members** |
| **Eli R Johnson**<br>**1000 Skokie Blvd., Ste 225**<br>**Wilmette, IL 60091** | | **0.06%** | **Priority Return Members** |
| **Elie Norowitz**<br>**13 HIDDEN VALLEY DR**<br>**SUFFERN, NY 10901** | | **0.06%** | **Priority Return Members** |
| **Elisha French**<br>**PO Box 12025**<br>**Dallas, TX 75225** | | **0.11%** | **Priority Return Members** |
| **Ellie Schwartz**<br>**ONH Promote LLC**<br>**1430 Broadway, Suite 1605**<br>**New York, NY 10018** | | **100%** | **Subordinated Return Member** |

List of equity security holders consists of 57 total page(s)

In re:   __ONH AFC CS Investors LLC_____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Emran Abu Atherah**<br>**2404 Quiet Manor Ct**<br>**Friendswood, TX 77546** | | **0.67%** | **Priority Return Members** |
| **EQUITY TRUST COMPANY CUSTODIAN FBO**<br>**Peter Taylor IRA**<br>**P.O. Box 45290**<br>**Westlake, OH 44145** | | **0.22%** | **Priority Return Members** |
| **EQUITY TRUST COMPANY CUSTODIAN FBO**<br>**Robert Jacobs IRA**<br>**P.O. Box 45290**<br>**Westlake, OH 44145** | | **0.11%** | **Priority Return Members** |
| **EQUITY TRUST COMPANY CUSTODIAN FBO**<br>**Jeffrey Kwasny IRA**<br>**P.O. Box 45290**<br>**Westlake, OH 44145** | | **0.07%** | **Priority Return Members** |
| **EQUITY TRUST COMPANY CUSTODIAN FBO**<br>**Steven Meszaros IRA**<br>**P.O. Box 45290**<br>**Westlake, OH 44145** | | **0.07%** | **Priority Return Members** |
| **EQUITY TRUST COMPANY CUSTODIAN FBO**<br>**William Walsh IRA**<br>**P.O. Box 45290**<br>**Westlake, OH 44145** | | **0.07%** | **Priority Return Members** |
| **EQUITY TRUST COMPANY CUSTODIAN FBO**<br>**Jackson Chin IRA**<br>**P.O. Box 45290**<br>**Westlake, OH 44145** | | **0.06%** | **Priority Return Members** |
| **EQUITY TRUST COMPANY CUSTODIAN FBO**<br>**Steve**<br>**P.O. Box 45290**<br>**Westlake, OH 44145** | | **0.06%** | **Priority Return Members** |
| **Eric and Lynn Piesnikowski**<br>**60 Mcechron lane**<br>**Queensbury, NY 12804** | | **0.04%** | **Priority Return Members** |
| **Eric D Ganz**<br>**2737 Huntington Ave. S.**<br>**St Louis Park, MN 55416** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    **ONH AFC CS Investors LLC**                                    Case No. _____
_____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric Li**<br>**2937 S Atlantic Ave, apt 1701**<br>**Daytona Beach Shores, FL 32118** | | **0.11%** | **Priority Return Members** |
| **Eric Petracca**<br>**2524 NW 47th Ave**<br>**Camas, WA 98607** | | **0.06%** | **Priority Return Members** |
| **Eric Piesnikowski Jr.**<br>**81b Forsythia lane**<br>**Paramus, NJ 07652** | | **0.09%** | **Priority Return Members** |
| **Eric Smith**<br>**27273 N. Silver Meadows Loop**<br>**Athol, ID 83801** | | **0.08%** | **Priority Return Members** |
| **Ethan Henry Property Management, LLC**<br>**17361 Sagatuck Lane**<br>**Huntington Beach, CA 92649** | | **0.08%** | **Priority Return Members** |
| **ETIM J. UDOH**<br>**117 CAMPBELL CT**<br>**WAXHAW, NC 28173** | | **0.06%** | **Priority Return Members** |
| **EUGENE SHVARTSMAN**<br>**2642 EAST 7TH STREET**<br>**BROOKLYN, NY 11235** | | **0.06%** | **Priority Return Members** |
| **Evergreen Mutual, LLC**<br>**4741 BROADWAY ST**<br>**HARRISBURG, PA 17111** | | **0.09%** | **Priority Return Members** |
| **F. Timothy Frasch Living Trust**<br>**1737 Rosemary Drive**<br>**Gilroy, CA 95020** | | **0.06%** | **Priority Return Members** |
| **Farrell Johnson**<br>**1302 Waugh Dr. #210**<br>**Houston, TX 77019** | | **0.06%** | **Priority Return Members** |
| **FBO: Mayank Parikh M21099809**<br>**Madison Trust Company 1 Paragon Drive**<br>**Suite 275**<br>**Montvale, NJ 07645** | | **0.11%** | **Priority Return Members** |
| **FENG LING**<br>**1328 Memorial Dr**<br>**Warwick, PA 18974** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ferrette Development Services, LLC**<br>**7324 Brecourt Manor Way**<br>**Austin, TX 78739** | | **0.11%** | **Priority Return Members** |
| **Ferrette Development Services, LLC**<br>**7324 Brecourt Manor Way**<br>**Austin, TX 78739** | | **0.06%** | **Priority Return Members** |
| **Fleur Gessner**<br>**6772 Bender Ct**<br>**Sacramento, CA 95820** | | **0.06%** | **Priority Return Members** |
| **Forge Trust Co. CFBO**<br>**Wenjie Jin IRA790540**<br>**PO Box 6850**<br>**San Mateo, CA 94403** | | **0.22%** | **Priority Return Members** |
| **Forge Trust Company CFBO**<br>**Steven Hartnack IRA**<br>**PO Box 7080**<br>**San Carlos, CA 94070** | | **0.11%** | **Priority Return Members** |
| **Francis Corera**<br>**31010 Bingham Rd**<br>**Bingham Farms, MI 48025** | | **0.06%** | **Priority Return Members** |
| **Fransiskus Xaverius**<br>**105 Miraluna Way**<br>**San Bruno, CA 94066** | | **0.07%** | **Priority Return Members** |
| **G9 Properties LLC**<br>**328 N Perry**<br>**East Wenatchee, WA 98802** | | **0.22%** | **Priority Return Members** |
| **Gaby Gabriel**<br>**1072 Kavenaugh Ln**<br>**Lexington, KY 40509** | | **0.06%** | **Priority Return Members** |
| **Garrett Bourg**<br>**2350 Valley St, APT 219**<br>**Oakland, CA 94612** | | **0.06%** | **Priority Return Members** |
| **Gary Hamand**<br>**602 N 400 W**<br>**Crawfordville, IN 47933** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____     Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary S. Walgenbach**<br>**24118 Falcon Point Dr**<br>**Katy, TX 77494** | | **0.06%** | **Priority Return Members** |
| **Gateway Assets**<br>**315 Patten ST**<br>**San Diego, CA 92114** | | **0.67%** | **Priority Return Members** |
| **Gautam Kumar**<br>**94 Harding Ave**<br>**Edison, NJ 08820** | | **0.06%** | **Priority Return Members** |
| **GBW Capital**<br>**5900 Balcones dr, Ste 100**<br>**Austin, TX 78731** | | **0.22%** | **Priority Return Members** |
| **GCIW Capital, Ltd**<br>**1101 W 34th St #236**<br>**Austin, TX 78705** | | **0.45%** | **Priority Return Members** |
| **Gennadiy Ryskin**<br>**5727 BRAESHEATHER DR**<br>**Houston, TX 77096** | | **0.11%** | **Priority Return Members** |
| **George A. Duthie**<br>**1290 Heards Ferry Road**<br>**Sandy Springs, GA 30328** | | **0.06%** | **Priority Return Members** |
| **George I. Williams**<br>**8865 Castlebay Dr**<br>**Dublin, OH 43017** | | **0.56%** | **Priority Return Members** |
| **Gerald Young and Valerie Young**<br>**1562 Tattersall Way**<br>**West Chester, PA 19380** | | **0.11%** | **Priority Return Members** |
| **GKD Heritage Global Investment LLC**<br>**2330, Ponce de Leon Blvd**<br>**Coral Gables, FL 33134** | | **0.06%** | **Priority Return Members** |
| **GOHA, LLC**<br>**5425 Schumacher Lane**<br>**HOUSTON, TX 77056** | | **0.13%** | **Priority Return Members** |
| **Gonzalo Verdugo**<br>**39 Parsons Hill Rd**<br>**Wenham, MA 01984** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC** _____    Case No. _____
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Goutham Rangaswamy**<br>**740 Promontory point lane, Unit 3208**<br>**Foster city, CA 94404** | | **0.06%** | **Priority Return Members** |
| **Goutham Rangaswamy**<br>**740 Promontory point lane, Unit 3208**<br>**Foster city, CA 94404** | | **0.06%** | **Priority Return Members** |
| **Grady Steven Wakefield**<br>**1102 Indian Creek Rd. NW**<br>**Huntsville, AL 35806** | | **0.11%** | **Priority Return Members** |
| **Grant Wood and Natalie Garcia**<br>**2807 Westchester Dr N**<br>**Clearwater, FL 33761** | | **0.11%** | **Priority Return Members** |
| **Gregory Asatrian**<br>**29225 Canal Street**<br>**Novi, MI 48377** | | **0.06%** | **Priority Return Members** |
| **Gregory Davis**<br>**2360 River Trail Rd**<br>**Salina, KS 67401** | | **0.09%** | **Priority Return Members** |
| **Gregory Leo Demers**<br>**106 East Street**<br>**Middleton, MA 01949** | | **0.06%** | **Priority Return Members** |
| **Gregory Tzanoukakis**<br>**W275N4047 Ishnala Trail**<br>**Pewaukee, WI 53072** | | **0.06%** | **Priority Return Members** |
| **Guey Ling Chen Revocable Trust**<br>**5375 Kalanianaole Hwy**<br>**Unit A, HI 98033** | | **0.22%** | **Priority Return Members** |
| **Guilherme Caetano**<br>**1331 Wild Rose Ln**<br>**Lake Forest, IL 60045** | | **0.06%** | **Priority Return Members** |
| **Gyanendra Sharma**<br>**124 Gretchens Walk**<br>**West Monroe, LA 71291** | | **0.07%** | **Priority Return Members** |
| **Haley Zhao**<br>**868 Duncan St**<br>**San Francisco, CA 94131** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC** _____   Case No. _____
                                                Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hama Investments LLC**<br>**9322 MERLOT CIRCLE**<br>**Seffner, FL 33584** | | **0.06%** | **Priority Return Members** |
| **HAQS ENTERPRISE LLC**<br>**373 huff road**<br>**North Brunswick, NJ 08902** | | **0.07%** | **Priority Return Members** |
| **HAQS ENTERPRISE LLC**<br>**373 huff road**<br>**North Brunswick, NJ 08902** | | **0.06%** | **Priority Return Members** |
| **Harmelin and Associates, Inc.**<br>**525 Righters Ferry Rd**<br>**Bala Cynwyd, PA 19004** | | **0.56%** | **Priority Return Members** |
| **Height Industries, LLC**<br>**1346 Belvedere Dr**<br>**Baton Rouge, LA 70808** | | **0.11%** | **Priority Return Members** |
| **Hemant Gajarawala**<br>**4510 Connies Court Lane**<br>**MO City, TX 77459** | | **0.22%** | **Priority Return Members** |
| **Hemant Sahani**<br>**35674 Runckel Lane**<br>**Fremont, CA 94536** | | **0.06%** | **Priority Return Members** |
| **Henri W. Moudi and Lorena M. Moudi**<br>**trustees or successor trustee**<br>**76 Sugarloaf Lane**<br>**Alamo, CA 94507** | | **0.22%** | **Priority Return Members** |
| **Hetal & Jayesh Patel**<br>**762 Haven Point Loop**<br>**New Braunfels, TX 78132** | | **0.17%** | **Priority Return Members** |
| **Hiren Patel**<br>**245 Westpark Dr.**<br>**Athens, GA 30606** | | **0.11%** | **Priority Return Members** |
| **HomeAwayHome LLC**<br>**2834 Chalet Knolls Ln**<br>**Katy, TX 77494-0637** | | **0.11%** | **Priority Return Members** |
| **Homik Capital & Trust I, LLC**<br>**3305 S Seacrest Blvd**<br>**Boynton Beach, FL 33435** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   __ONH AFC CS Investors LLC_____     Case No. _____

                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hugh L Davies**<br>**777 Brickell Avenue, #500-90268**<br>**Miami, FL 33131** | | **0.22%** | **Priority Return Members** |
| **IH Investments LLC**<br>**1221 ocean avenue #1202**<br>**santa monica, CA 90401** | | **0.11%** | **Priority Return Members** |
| **Integrity Real estate Investments, LLC**<br>**3074 Avondale Ave**<br>**The Villages, FL 32163** | | **0.11%** | **Priority Return Members** |
| **IQ Physicians**<br>**490 adam lane**<br>**mechanicsburg, PA 17050** | | **0.06%** | **Priority Return Members** |
| **IRA Services Trust Company CFBO**<br>**Steve Dais IRA756015**<br>**17010 Reese Lane**<br>**Ramona, CA 92065** | | **0.16%** | **Priority Return Members** |
| **IRAR Trust FBO Milt M**<br>**Best Jr, 3601516**<br>**100 Pringle Avenue, Suite 650**<br>**Walnut Creek, CA 94596** | | **0.22%** | **Priority Return Members** |
| **Irfan Khan**<br>**10 Taupewood Pl**<br>**Conroe, TX 77384** | | **0.11%** | **Priority Return Members** |
| **Jack Archer**<br>**2600 West 49th 1/2 Street**<br>**Austin, TX 78731** | | **0.11%** | **Priority Return Members** |
| **JACK SHAWN BRAGIN**<br>**1400 S. OCEAN BLVD.  # 103**<br>**BOCA RATON, FL 33432** | | **0.11%** | **Priority Return Members** |
| **James A. Young**<br>**589 E CR 1250 N**<br>**Tuscola, IL 61953** | | **0.06%** | **Priority Return Members** |
| **James and Mary Zumstein**<br>**24423 Millstream**<br>**Novi, MI 48375** | | **0.08%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____     Case No. _____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Bishop**<br>**19523 Little Pine Ln**<br>**Katy, TX 77449** | | **0.37%** | **Priority Return Members** |
| **James Cho**<br>**PO Box  2609**<br>**Gardnerville, NV 89410** | | **0.11%** | **Priority Return Members** |
| **James E. Franks & Linda B.**<br>**Franks Revocable Trust**<br>**175 Chambers Point**<br>**Hot Springs, AR 71913** | | **0.34%** | **Priority Return Members** |
| **James Farrar**<br>**1344 N Artesian Ave #2**<br>**Chicago, IL 33573** | | **0.22%** | **Priority Return Members** |
| **James H Powell**<br>**196 Lincoln Ave**<br>**Bellevue, PA 15202** | | **0.11%** | **Priority Return Members** |
| **James Holzmacher**<br>**161 Highland Avenue**<br>**Patchogue, NY 11772** | | **0.06%** | **Priority Return Members** |
| **James Hsiao**<br>**261 C Ave.**<br>**Coronado, CA 92118** | | **0.07%** | **Priority Return Members** |
| **James Rosenbloom**<br>**138 Springhouse Ln**<br>**Pittsburgh, PA 15238** | | **0.11%** | **Priority Return Members** |
| **James Todd Wagner**<br>**308 Abby Circle**<br>**Greenville, SC 29607** | | **0.11%** | **Priority Return Members** |
| **JANELI,LLC**<br>**4105 GA HWY 122 E**<br>**Hahira, GA 31632** | | **0.22%** | **Priority Return Members** |
| **Jared Fischer**<br>**19 Christine Ter**<br>**Milford, CT 06461** | | **0.07%** | **Priority Return Members** |
| **Jared Green**<br>**4537 East Devonshire Ave**<br>**Phoenix, AZ 85018** | | **0.45%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**        Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jarrod Wilson**<br>**55 Prospect St Apt 522**<br>**Morristown, NJ 07960** | | **0.22%** | **Priority Return Members** |
| **Jason K. Dobranic and Cathy Y. Cutler**<br>**26807 Chipstone Ct**<br>**Cypress, TX 77433** | | **0.11%** | **Priority Return Members** |
| **jason mirabella**<br>**2846 Valencia Ridge St**<br>**Valrico, FL 33596** | | **0.20%** | **Priority Return Members** |
| **Jason Walthall**<br>**3126 Silverland Drive**<br>**San Jose, CA 95135** | | **0.06%** | **Priority Return Members** |
| **Jay and Judy Hochsztein**<br>**32 Hampton Court**<br>**Bergenfield, NJ 07621** | | **0.07%** | **Priority Return Members** |
| **Jebediah Sawyer**<br>**411 Linden St**<br>**Excelsior, MN 55331** | | **0.39%** | **Priority Return Members** |
| **Jeffrey Boyle**<br>**1834 Wilson Ave**<br>**Arcadia, CA 91006** | | **0.45%** | **Priority Return Members** |
| **Jeffrey C. and Narmin N. Koenig**<br>**11900 N La Canada Dr, # 68853**<br>**Tucson, AZ 85737** | | **0.06%** | **Priority Return Members** |
| **Jeffrey Donald Carpenter**<br>**712 WATER ST**<br>**Beaufort, SC 29902** | | **0.11%** | **Priority Return Members** |
| **Jeffrey Henault & Kimberly Fitzpatrick**<br>**538 Huckins Rd**<br>**Cheshire, CT 06410** | | **0.06%** | **Priority Return Members** |
| **Jeffrey P Kramp**<br>**50 Scott Hill Rd Unit 208**<br>**Avon, CO 81620-5655** | | **0.11%** | **Priority Return Members** |
| **Jeremy and Julie Walker**<br>**1525 Fatherland St.**<br>**Nashville, TN 37206** | | **0.22%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC**

Case No.

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jeremy Haas**<br>**PO Box 214**<br>**Ashburn, VA 20146** | | **0.06%** | **Priority Return Members** |
| **JEVANO CACOZ**<br>**5525 Shadow Ln**<br>**Bloomfield Hills, MI 48302** | | **0.06%** | **Priority Return Members** |
| **Jing Yang & Ran Tang**<br>**1133 Elder Cir**<br>**Austin, TX 78733** | | **0.09%** | **Priority Return Members** |
| **JJH Living Trust**<br>**31651 Via Quixote**<br>**San Juan Capistrano, CA 92675** | | **0.22%** | **Priority Return Members** |
| **JKizer & WBell TTEE**<br>**Rainey, Kizer, Revie**<br>**105 South Highland Ave**<br>**Jackson, TN 38301** | | **0.45%** | **Priority Return Members** |
| **JMC Commercial, LLC**<br>**417 W. 20th Street, #11443**<br>**Norfolk, VA 23517** | | **0.06%** | **Priority Return Members** |
| **Joffrey G Thompson**<br>**815 Shadyridge Ct**<br>**Grand Forks, ND 58201** | | **0.22%** | **Priority Return Members** |
| **Jogen mehta & Dipal mehta**<br>**93 Sturbridge dr**<br>**Piscataway, NJ 08854** | | **0.06%** | **Priority Return Members** |
| **John & Andrea Gladstein**<br>**Family Trust**<br>**10 Middle Rider Rd.**<br>**Big Sky, MT 59716** | | **0.56%** | **Priority Return Members** |
| **John C. Gizzo Trust**<br>**Dated August 3, 2020**<br>**2408 Victory Park Lane #935**<br>**Dallas, TX 75219** | | **1.26%** | **Priority Return Members** |
| **John C. Pacheco**<br>**20680 Trattoria Loop**<br>**Venice, FL 34293** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**                                    Case No. _____

_____
                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John C. Pacheco**<br>**20680 Trattoria Loop**<br>**Venice, FL 34293** | | **0.11%** | **Priority Return Members** |
| **John Duke and Jennifer Duke**<br>**11026 Crossland Drive**<br>**Austin, TX 78726** | | **0.06%** | **Priority Return Members** |
| **John Feddock**<br>**1144 N Fiji Way**<br>**Gilbert, AZ 85234** | | **0.09%** | **Priority Return Members** |
| **John Fontana trustee of the John Fontana Revocable Trust**<br>**106 Capers St**<br>**Beaufort, SC 29902** | | **0.11%** | **Priority Return Members** |
| **John Fredenberg**<br>**1345 Montcliff Drive**<br>**Cumming, GA 30041** | | **0.06%** | **Priority Return Members** |
| **John Greiner and Jeannie Greiner Joint Tenants**<br>**1514 Bracher St.**<br>**Houston, TX 77055** | | **0.17%** | **Priority Return Members** |
| **John Loren Poulsen**<br>**200 Happy Creek Rd**<br>**Front Royal, VA 22630** | | **0.06%** | **Priority Return Members** |
| **John P Schloss**<br>**13900 South Park Blvd #2**<br>**Shaker Hts, OH 44120** | | **0.34%** | **Priority Return Members** |
| **John Park**<br>**105 Dundee Ct.**<br>**Cary, NC 27511** | | **0.11%** | **Priority Return Members** |
| **John Robert Gabaldon**<br>**1299 Vallecita**<br>**Santa Fe, NM 87501** | | **0.12%** | **Priority Return Members** |
| **John Robert Hollm**<br>**24814 Serpentine Place**<br>**Stone Ridge, VA 20105** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re: **ONH AFC CS Investors LLC** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John W. Pecore**<br>**2226 Portsmouth Street**<br>**HOUSTON, TX 77098** | | **0.06%** | **Priority Return Members** |
| **Jonathan Dingwall**<br>**4218 E. Graythorn Ave**<br>**Phoenix, AZ 85044** | | **0.06%** | **Priority Return Members** |
| **Jonathan M and Allison D Bridges**<br>**2212 Country Ridge Way**<br>**Vestavia, AL 35243** | | **0.17%** | **Priority Return Members** |
| **Jonathan Meisel**<br>**1821 Durand Mill Drive**<br>**Atlanta, GA 30307** | | **0.11%** | **Priority Return Members** |
| **Jonathan Salzberger**<br>**155 Henry St., Apt. 2H**<br>**Brooklyn, NY 11201** | | **0.11%** | **Priority Return Members** |
| **Jordan Bass**<br>**1214 5th Avenue**<br>**NY, NY 10029** | | **0.22%** | **Priority Return Members** |
| **Joseph Brannon Barter**<br>**17568 Gates Landing DR**<br>**Chagrin Falls, OH 44023** | | **0.06%** | **Priority Return Members** |
| **Joseph C Yashinsky**<br>**828 Stephens Pass Cove**<br>**Lake Mary, FL 32746** | | **0.17%** | **Priority Return Members** |
| **Joseph Farrell**<br>**4211 Rawlins Street #417**<br>**Dallas, TX 75219** | | **0.11%** | **Priority Return Members** |
| **Joseph Lui**<br>**1177 Queen Street #4503**<br>**Honolulu, HI 96814** | | **0.06%** | **Priority Return Members** |
| **Joseph Song & Shin Song**<br>**18519 Eden Trails Lane**<br>**Houston, TX 77094** | | **0.06%** | **Priority Return Members** |
| **Joseph Vinh Nguyen**<br>**701 West Creekside Drive**<br>**Houston, TX 77024** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____  Case No. _____

*Debtor(s)*

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Joshua Englard**<br>**941 Cliffside Avenue**<br>**North Woodmere, NY 11581** | | **0.25%** | **Priority Return Members** |
| **JSHIRA, LLC**<br>**986 Leetes Island Road**<br>**Guilford, CT 06437** | | **0.22%** | **Priority Return Members** |
| **Justin Houston**<br>**4731 North Shore Dr**<br>**Mound, MN 55364** | | **0.06%** | **Priority Return Members** |
| **Justin Martin**<br>**6347 Lupton Dr.**<br>**Dallas, TX 75225** | | **0.11%** | **Priority Return Members** |
| **KAB Radle Roth LLC**<br>**6631 Elk Park Court**<br>**Alexandria, VA 22310-2438** | | **0.06%** | **Priority Return Members** |
| **Kalpesh Patel**<br>**6756 Cherry Leaf Court**<br>**Mason, OH 45040** | | **0.06%** | **Priority Return Members** |
| **Kani Group LLC**<br>**67 Shields Ln**<br>**Bridgewater, NJ 08807** | | **0.11%** | **Priority Return Members** |
| **KAREFREY INVESTMENT GROUP, LLC**<br>**PO Box 153**<br>**Shell, WY 82441** | | **0.17%** | **Priority Return Members** |
| **KARTHIKEYAN NATARAJAN**<br>**36431 Alicante Avenue**<br>**Fremont, CA 94536** | | **0.06%** | **Priority Return Members** |
| **Kausthub Kumar**<br>**2623 STONEBURY LANE**<br>**SUGAR LAND, TX 77479** | | **0.06%** | **Priority Return Members** |
| **KC Solutions, Inc.**<br>**645 Wynnewood Ct**<br>**Powder Springs, GA 30127** | | **0.45%** | **Priority Return Members** |
| **Keith Lobel**<br>**100 Sunset Blvd. #403**<br>**West Columbia, SC 29169** | | **0.07%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   __ONH AFC CS Investors LLC_____   Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kelly Vanee**<br>**530 NW 196 Pl**<br>**Shoreline, WA 98177** | | **0.06%** | **Priority Return Members** |
| **Kenneth & Danielle McGurk**<br>**5 Old Post Rd**<br>**Lake George, NY 12845** | | **0.06%** | **Priority Return Members** |
| **Kenneth Hill**<br>**23632 Hwy 99 STE F #389**<br>**EDMONDS, WA 98026** | | **0.06%** | **Priority Return Members** |
| **Kevin Blake Christensen**<br>**3671 E. 3100 E**<br>**Salt Lake City, UT 84109** | | **0.06%** | **Priority Return Members** |
| **Kevin Crayton**<br>**23039 Raymond Road SW**<br>**Vashon, WA 98070** | | **0.09%** | **Priority Return Members** |
| **Kevin Knight**<br>**1160 NW 122nd Ave**<br>**Portland, OR 97229** | | **0.11%** | **Priority Return Members** |
| **Keystone Investment Group, LLC**<br>**13545 Erickson PL NE**<br>**Seattle, WA 98125-3896** | | **0.22%** | **Priority Return Members** |
| **Khawaja Ventures LLC**<br>**2800 Mary Elizabeth Dr**<br>**Austin, TX 78728** | | **0.06%** | **Priority Return Members** |
| **Kilo Mike LLC**<br>**510 W 2nd St**<br>**Elk Rapids, MI 49629** | | **0.11%** | **Priority Return Members** |
| **Kirk & Maria Hegwood**<br>**3734 Montford Drive**<br>**Chamblee, GA 30341** | | **0.07%** | **Priority Return Members** |
| **Kourosh Parham Trust**<br>**32 Beverly Rd**<br>**West Hartford, CT 06119** | | **0.45%** | **Priority Return Members** |
| **Krish N Shah LLC**<br>**24 Glen Abbey Dr.**<br>**Dallas, TX 75248** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    **ONH AFC CS Investors LLC**                    Case No. _____
                                                    _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Krishna Jonnalagadda**<br>**54 Clocktower**<br>**Irvine, CA 92620** | | **0.11%** | **Priority Return Members** |
| **Kriya Capital, LLC**<br>**1718 Capital Avenue**<br>**Cheyenne, WY 82001** | | **0.06%** | **Priority Return Members** |
| **Kyle Adams**<br>**1250 Grove Park**<br>**Auburn, AL 36830** | | **0.06%** | **Priority Return Members** |
| **Kyle Scholnick**<br>**4100 PLAZA LN**<br>**FAIRFAX, VA 22033** | | **0.06%** | **Priority Return Members** |
| **LaChance Financial Services, Inc.**<br>**203 Southwest Cutoff**<br>**Northborough, MA 01532** | | **0.11%** | **Priority Return Members** |
| **Lahasky Investment Group LLC**<br>**1340 Poydras St., Ste. 1770**<br>**New Orleans, LA 70112** | | **0.17%** | **Priority Return Members** |
| **Lahti Properties, LLC**<br>**1502 Continental Pass**<br>**Cedar Park, TX 78613** | | **0.06%** | **Priority Return Members** |
| **LCSH Investments LLC**<br>**4207 Timberglen Pl**<br>**Midland, TX 79707** | | **0.06%** | **Priority Return Members** |
| **Legrand Richardson Jr.**<br>**2203 Midden Dr**<br>**Mt Pleasant, SC 29466** | | **0.45%** | **Priority Return Members** |
| **Leland Bloebaum**<br>**317 Delores Drive**<br>**Mebane, NC 27302** | | **0.08%** | **Priority Return Members** |
| **Leo Umanskiy**<br>**3015 Haynes Cove**<br>**Johns Creek, GA 30022** | | **0.22%** | **Priority Return Members** |
| **Lesley D Morlock trust**<br>**8 Pepperwood Ln**<br>**Pepper Pike, OH 44124** | | **0.08%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____    Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Leslie Brock, Trustee of the Leslie Brock**<br>**920 N. Osceola Ave, Unit 610**<br>**Clearwater, FL 33755** | | **0.22%** | **Priority Return Members** |
| **Letty Doan**<br>**2171 Ridge Dr**<br>**Los Angeles, CA 90049** | | **0.11%** | **Priority Return Members** |
| **Level 33 Capital, LLC**<br>**75 14th ST NE Unit 3350**<br>**Atlanta, GA 30309** | | **0.45%** | **Priority Return Members** |
| **Lijun Qu**<br>**2729 Meadow Sage Ct**<br>**Oviedo, FL 32765** | | **0.06%** | **Priority Return Members** |
| **Lincoln C Barrett**<br>**115 River Park Dr**<br>**Atlanta, GA 30328** | | **0.11%** | **Priority Return Members** |
| **Linda P. O'Keefe**<br>**10278 N County Rd 550 E**<br>**Pittsboro, IN 46167** | | **0.08%** | **Priority Return Members** |
| **Lisa Common McMillan**<br>**10413 Caneel Ct.**<br>**Huntersville, NC 28078** | | **0.15%** | **Priority Return Members** |
| **Lomboy Enterprises LLC**<br>**530 Springer Bnd NW**<br>**Marietta, GA 30060** | | **0.06%** | **Priority Return Members** |
| **Lon E. Welsh**<br>**2755 S Locust Str STE 150**<br>**Denver, CO 80222** | | **0.22%** | **Priority Return Members** |
| **Long Drive Investments, LLC**<br>**6000 Lake Forrest Drive, Suite 230**<br>**Atlanta, GA 30328** | | **0.22%** | **Priority Return Members** |
| **Lucas D Hathaway**<br>**4714 Dogwood Aly**<br>**Atlanta, GA 30338** | | **0.06%** | **Priority Return Members** |
| **Madhusudhan Talluri**<br>**5567  173RD AVE SE**<br>**BELLEVUE, WA 98006** | | **0.08%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Madison Trust Company FBO William Fairba One Paragon Drive, Suite 275 Montvale, NJ 07645** | | **0.11%** | **Priority Return Members** |
| **Mahender Tanksalker 3645 Terrazzo Ct Pleasanton, CA 94588** | | **0.22%** | **Priority Return Members** |
| **Main St. Investments, LLC 14000 Clarendon Pointe Ct Huntersville, NC 28078** | | **0.22%** | **Priority Return Members** |
| **Manley Family Trust PO Box 275 Montague, CA 96064** | | **0.22%** | **Priority Return Members** |
| **Manojkumar Tadhani 518 MERRILL LN PEACHTREE CITY, GA 30269** | | **0.08%** | **Priority Return Members** |
| **Marc Krawitz 368 Hamburg Road Catskill, NY 12414** | | **0.06%** | **Priority Return Members** |
| **Margaret and Nathaniel Jackson 484 Cragmont Ave Berkeley, CA 94708** | | **0.06%** | **Priority Return Members** |
| **Mark & Sandra Kradzinski 2002 Misty Grove Ct Houston, TX 77062** | | **0.13%** | **Priority Return Members** |
| **Mark Merlin 8000 Spalding Hills Atlanta, GA 30350** | | **0.22%** | **Priority Return Members** |
| **Mark Wolken 126 Steeplechase Belton, SC 29627** | | **0.11%** | **Priority Return Members** |
| **Markab LP 8615 La Fonte st Houston, TX 77024** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____    Case No. _____

_Debtor(s)_

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MAROON-MORGANTI TRUST AGREEMEN dated May 28, 1991 1356 Wakeshire Terrace Ballwin, MO 63011** | | **0.06%** | **Priority Return Members** |
| **Mary Qin 7 la Quinta Irvine, CA 92612** | | **0.11%** | **Priority Return Members** |
| **Matt Cooper 7994 Mills Rd. Ostrander, OH 43061** | | **0.11%** | **Priority Return Members** |
| **Matthew Bettilyon 18997 136TH PL SE Monroe, WA 98272** | | **0.06%** | **Priority Return Members** |
| **Matthew D. Herath and Sonita M. Saluja-Herath 597 SW 11th Ct Palm City, FL 34990** | | **0.11%** | **Priority Return Members** |
| **Matthew Harnett 2155 S Villa Dr Gibsonia, PA 15044** | | **0.11%** | **Priority Return Members** |
| **Matthew J Robertson 575 Blue Canyon Lane Hixson, TN 37343** | | **0.11%** | **Priority Return Members** |
| **Matthew Koshy 130 N Garland Ct , Unit 4901 Chicago, IL 60602** | | **0.11%** | **Priority Return Members** |
| **Matthew LeStarge 2217 Butler Bay Dr N Windermere, FL 34786** | | **0.45%** | **Priority Return Members** |
| **Matthew Onken 3785 DONALD DR GARNET VALLEY, PA 19060** | | **0.22%** | **Priority Return Members** |
| **Matthieu Soule 2249 beach st, apt 1 san francisco, CA 94123** | | **0.09%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    **ONH AFC CS Investors LLC** _____        Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Maulin Patel**<br>**1201 North Main Avenue**<br>**SYLACAUGA, AL 35150** | | **0.06%** | **Priority Return Members** |
| **Maulin Patel**<br>**1201 North Main Avenue**<br>**SYLACAUGA, AL 35150** | | **0.06%** | **Priority Return Members** |
| **Maxim Stepin & Zoya Bashirova**<br>**2612 W Lake Sammamish Pkwy NE**<br>**Redmond, WA 98052** | | **0.22%** | **Priority Return Members** |
| **Mayank Parikh and Hiral Parikh**<br>**3 Millcroft Place**<br>**Sugar Land, TX 77479** | | **0.06%** | **Priority Return Members** |
| **McGill Holdings LLC**<br>**227 Sandy Springs Place Suite D#282**<br>**Atlanta, GA 30328** | | **0.11%** | **Priority Return Members** |
| **MCheng RD LLC**<br>**8303 Colby Street**<br>**Vienna, VA 22180** | | **0.11%** | **Priority Return Members** |
| **Melvyn Lim and Robert Tyler Voliter**<br>**79 Lily Court**<br>**Brisbane, CA 94005** | | **0.11%** | **Priority Return Members** |
| **MHF Legacy Holdings**<br>**4090 N Painted Quail Place**<br>**Tucson, AZ 85750** | | **0.22%** | **Priority Return Members** |
| **Micah Whitson & Christina Nadar**<br>**2000 Baneberry Dr**<br>**Hoover, AL 35244** | | **0.11%** | **Priority Return Members** |
| **Michael & Darla Poland**<br>**13611 Thessaly**<br>**Universal City, TX 78148** | | **0.06%** | **Priority Return Members** |
| **Michael A. Huber**<br>**1555 Route 532**<br>**Chatsworth, NJ 08019** | | **0.34%** | **Priority Return Members** |
| **Michael David Lamb & Lorie Lea**<br>**Lamb Revocable Living Trust**<br>**4944 W Black Stallion Dr.**<br>**Prescott, AZ 86305** | | **0.17%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____   Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Hill**<br>**6869 Terra Tranquila Drive**<br>**Boca Raton, FL 33433** | | **0.06%** | **Priority Return Members** |
| **Michael Huynh**<br>**44 Summerland Circle**<br>**Aliso Viejo, CA 92656** | | **0.20%** | **Priority Return Members** |
| **Michael Meckler**<br>**19 Deerfield Ln**<br>**Beachwood, OH 44122** | | **0.06%** | **Priority Return Members** |
| **Michael P Dombeck**<br>**202 Swift Creek Crossing**<br>**Durham, NC 27713** | | **0.06%** | **Priority Return Members** |
| **Michael Shabandi**<br>**4300 Stonegate dr**<br>**Springfield, IL 62711** | | **0.13%** | **Priority Return Members** |
| **Michael Shah**<br>**7820 Collins Grove Rd**<br>**Jacksonville, FL 32256** | | **0.11%** | **Priority Return Members** |
| **Michael Smock**<br>**11201 Mosley Hill Dr**<br>**St Louis, MO 63141** | | **0.11%** | **Priority Return Members** |
| **Michael Stavreff**<br>**660 Salt Lick Lane**<br>**Gahanna, OH 43230** | | **0.06%** | **Priority Return Members** |
| **Michael W McCord**<br>**3308 Canyon Creek Dr.**<br>**Richardson, TX 75080** | | **0.06%** | **Priority Return Members** |
| **Michael Worley**<br>**2817 Hunters Retreat Ct.**<br>**Zebulon, NC 27597** | | **0.07%** | **Priority Return Members** |
| **Mikael Lindstrom**<br>**1175 Rambler Cross**<br>**Atlanta, GA 30312** | | **0.06%** | **Priority Return Members** |
| **Millennium Trust Co. LLC**<br>**CUST FBO George**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | | **0.22%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    __ONH AFC CS Investors LLC_____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Millennium Trust Co. LLC CUST FBO Melly Garza 2001 Spring Road, Suite 700 Oak Brook, IL 60523** | | **0.22%** | **Priority Return Members** |
| **Millennium Trust Co. LLC CUST FBO Michael Staton 2001 Spring Road, Suite 700 Oak Brook, IL 60523** | | **0.22%** | **Priority Return Members** |
| **Millennium Trust Co. LLC CUST FBO John Wiltjer 2001 Spring Road, Suite 700 Oak Brook, IL 60523** | | **0.17%** | **Priority Return Members** |
| **Millennium Trust Co. LLC CUST FBO John Muhlberger 2001 Spring Road, Suite 700 Oak Brook, IL 60523** | | **0.06%** | **Priority Return Members** |
| **Miner's Peak, LLC 6605 North Ave Unit 3 Oak Park, IL 60302** | | **0.11%** | **Priority Return Members** |
| **Mingyu Liang 6195 Conservancy Drive New Berlin, WI 53151** | | **0.06%** | **Priority Return Members** |
| **MIRZA Ashhab Beg & Amra Uzair 122 saint denis lane leesville, LA 71446** | | **1.12%** | **Priority Return Members** |
| **Mohamad Bassel Khair & Lama Mhidy Alassi 217 French Hill Rd Wayne, NJ 07470** | | **0.06%** | **Priority Return Members** |
| **Mohammed A Movania & Muniza Movania 29257 Chateau Ct Farmington Hills, MI 48334** | | **0.06%** | **Priority Return Members** |
| **MOLO LLC 3901 S County Road 11 Loveland, CO 80537** | | **0.22%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC**                                Case No. _____

_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mountain Laurel Enterprises, LLC**<br>**1718 CAPITOL AVE**<br>**CHEYENNE, WY 82001-4528** | | **0.06%** | **Priority Return Members** |
| **MSTOCKSLAGER RD LLC**<br>**5901 East Berneil Drive**<br>**Paradise Valley, AZ 85253** | | **0.22%** | **Priority Return Members** |
| **mt capital investments llc**<br>**17 n lakeridge**<br>**The Woodlands, TX 77381** | | **0.07%** | **Priority Return Members** |
| **Muhammad Anwar Trust**<br>**4968 Alatar Drive**<br>**Woodland Hills, CA 91364** | | **0.11%** | **Priority Return Members** |
| **Muhammad Farooq**<br>**32508 Oakwood**<br>**Farmington Hills, MI 48334** | | **0.11%** | **Priority Return Members** |
| **Muhammad Hannan**<br>**8342 Fall Creek Dr**<br>**Eastvale, CA 92880** | | **0.06%** | **Priority Return Members** |
| **Muhammed G Nathani**<br>**107 Lake Sterling Gate Drive**<br>**Spring, TX 77379** | | **0.11%** | **Priority Return Members** |
| **MURALI GOVINDASWAMY**<br>**1115 2ND AVE**<br>**KIRKLAND, WA 98033** | | **0.13%** | **Priority Return Members** |
| **Mustafa Kathawala**<br>**3104 Promontory Drive**<br>**Bismarck, ND 58503** | | **0.06%** | **Priority Return Members** |
| **Nanda Chheda**<br>**645 barnesley lane**<br>**Alpharetta, GA 30022** | | **0.06%** | **Priority Return Members** |
| **NARAYANAN MOHANAN &**<br>**SUJATHA NARAYANAN**<br>**4304 DELAINA DRIVE**<br>**FLOWER  MOUND, TX 75022** | | **0.06%** | **Priority Return Members** |
| **Narinder S. Saund**<br>**20414 TUBA ST.**<br>**CHATSWORTH, CA 91311** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    **ONH AFC CS Investors LLC** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Narinder S. Saund**<br>**20414 TUBA ST.**<br>**CHATSWORTH, CA 91311** | | **0.06%** | **Priority Return Members** |
| **NASAD Holdings LLC**<br>**11654 Plaza America Dr.**<br>**Reston, VA 20190** | | **0.07%** | **Priority Return Members** |
| **Nathan C Roberts Revocable Trust**<br>**4125 Braganza Ave**<br>**Miami, FL 33133** | | **0.56%** | **Priority Return Members** |
| **Nathan Mahoney**<br>**53 Foxcroft Run**<br>**Avon, CT 06001** | | **0.06%** | **Priority Return Members** |
| **Nathaniel Jones**<br>**5 Rusty Rail Lane**<br>**Hilton Head, SC 29926** | | **0.08%** | **Priority Return Members** |
| **Nawayi Family Living Trust,**<br>**dated July 27, 2021**<br>**1128 Lakefield Walk Southwest**<br>**Marietta, GA 30064** | | **0.22%** | **Priority Return Members** |
| **Nesh Ventures Solo 401k Plan**<br>**14138 Russell Rd**<br>**Frisco, TX 75035** | | **0.11%** | **Priority Return Members** |
| **Next Step Capital Management, LLC**<br>**6657 S Giralda Ave**<br>**Gilbert, AZ 85298** | | **0.06%** | **Priority Return Members** |
| **Ngan Phan**<br>**2832 Boxcar**<br>**Rocklin, CA 95765** | | **0.06%** | **Priority Return Members** |
| **Nikhil Patel**<br>**3409 Delamere Dr**<br>**Matthews, NC 28104** | | **0.45%** | **Priority Return Members** |
| **Nir Netivi**<br>**4791 HIBBS GROVE WAY**<br>**COOPER CITY, FL 33330** | | **0.06%** | **Priority Return Members** |
| **Nisha Bhatt**<br>**75 MILFORD CT**<br>**SPRINGBORO, OH 45066** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**                                        Case No. _____
_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **nishant shah**<br>**2415 hume ln**<br>**Enola, PA 17025** | | **0.06%** | **Priority Return Members** |
| **Nonyerem Osuji**<br>**12803 west avenue, suite 6107**<br>**San Antonio, TX 78216** | | **0.06%** | **Priority Return Members** |
| **Novitsky Family Trust**<br>**140 Island Way #251**<br>**Clearwater, FL 33767** | | **0.34%** | **Priority Return Members** |
| **NVN Investments, LLC**<br>**991 Turnstone Road**<br>**Carlsbad, CA 92011** | | **0.07%** | **Priority Return Members** |
| **Olumide Coker**<br>**1414 Benbrooke Ridge NW**<br>**Acworth, GA 30101** | | **0.06%** | **Priority Return Members** |
| **Omega Properties of Rochester LLC**<br>**6910 Buckthorn Dr NW**<br>**Rochester, MN 55901** | | **0.06%** | **Priority Return Members** |
| **Orion Legacy R01, LLC**<br>**339 Southwind Lane**<br>**Greenwood, IN 46142** | | **0.13%** | **Priority Return Members** |
| **Orion Magnetar Asset Management LLC**<br>**5323 EDITH ST**<br>**HOUSTON, TX 77096** | | **0.15%** | **Priority Return Members** |
| **Paolo Dilda**<br>**322 W 57th St Apt 19S**<br>**NY, NY 10019** | | **0.08%** | **Priority Return Members** |
| **Passive Crowdfunding Investors LLC**<br>**PO Box 2869**<br>**Jackson, WY 83001** | | **0.06%** | **Priority Return Members** |
| **Paul G. Sandford**<br>**18 Saconesset Road**<br>**Falmouth, MA 02540** | | **0.08%** | **Priority Return Members** |
| **Paul Gurzo & Jessica Gurzo**<br>**11737 Saddle Crescent Circle**<br>**Oakton, VA 22124** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**     Case No. _____

            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paulo Tomas**<br>**3122 E Orchid Ln**<br>**Gilbert, AZ 85296** | | **0.06%** | **Priority Return Members** |
| **Peter and Thaysa Ehrnstrom**<br>**Family Trust**<br>**6322 Prominence Pointe Dr**<br>**Anchorage, AK 99516** | | **0.67%** | **Priority Return Members** |
| **Peter Campbell**<br>**4740 Fairfield Av**<br>**Shreveport, LA 71106** | | **0.22%** | **Priority Return Members** |
| **Peter Jackson Davis**<br>**862 HARTFORD PL SW**<br>**Atlanta, GA 30310** | | **0.08%** | **Priority Return Members** |
| **Philip Zhao**<br>**591 3rd Ave. Unit 15B**<br>**NY, NY 10016** | | **0.06%** | **Priority Return Members** |
| **Phillip S Chun**<br>**295 W 23rd St**<br>**Hialeah, FL 33010** | | **0.22%** | **Priority Return Members** |
| **Phoebe Shih**<br>**738 Timberland Ln**<br>**Walnut, CA 91789** | | **0.06%** | **Priority Return Members** |
| **Piyush and Varsha Naik**<br>**69, Woodmere Dr**<br>**Parlin, NJ 08859** | | **0.06%** | **Priority Return Members** |
| **Polytex Properties, LLC**<br>**7324 Brecourt Manor**<br>**Austin, TX 78739** | | **0.22%** | **Priority Return Members** |
| **Pradeep Ramachandran**<br>**108 Telluride Trail**<br>**Chapel Hill, NC 27514** | | **0.11%** | **Priority Return Members** |
| **Prashant Kumar**<br>**2304 Champions Drive**<br>**LUFKIN, TX 75901** | | **0.06%** | **Priority Return Members** |
| **Prashant Singhai**<br>**44720 Camellia dr**<br>**Fremont, CA 94539** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC**                                    Case No. _____

_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Preeta Bansal**<br>**7534 San Mateo Lane**<br>**Lincoln, NE 68516** | | **0.34%** | **Priority Return Members** |
| **Priority Funds, LLC**<br>**710 Sunset Rd.**<br>**West Palm Beach, FL 33401** | | **0.45%** | **Priority Return Members** |
| **Priya Desai**<br>**22836 hunter crk**<br>**mission viejo, CA 92692** | | **0.06%** | **Priority Return Members** |
| **Puneesh Chaudhry**<br>**14 Lancaster Road**<br>**NORTHBOROUGH, MA 01532** | | **0.08%** | **Priority Return Members** |
| **Purav P. Patel**<br>**202 Whitley Way**<br>**Lynchburg, VA 24503** | | **0.06%** | **Priority Return Members** |
| **Quest Trust Company FBO**<br>**Jack L Archer IRA xxx7911**<br>**17171 Park Row Ste 100**<br>**Houston, TX 77084** | | **0.16%** | **Priority Return Members** |
| **Quest Trust Company FBO**<br>**Joeseph Gerwels IRA Acct xxx5221**<br>**1241 Tenderfoot**<br>**New Braunfels, TX 78132** | | **0.11%** | **Priority Return Members** |
| **Ragip Saritabak**<br>**6539 MOORINGS POINT CIRCLE UNIT 101**<br>**Lakewood Ranch, FL 34202** | | **0.08%** | **Priority Return Members** |
| **Rahmoun Mizrahi**<br>**1932 East 21st st**<br>**Brooklyn, NY 11223** | | **0.11%** | **Priority Return Members** |
| **Rahul Anand**<br>**11 Stony Point Road**<br>**Westport, CT 06880** | | **0.22%** | **Priority Return Members** |
| **Rahul Joshi**<br>**3908 Petrus**<br>**Colleyville, TX 76034** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**_____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rajeev A Jain**<br>**14 Olympic Street**<br>**Framingham, MA 01701** | | **0.06%** | **Priority Return Members** |
| **Rakesh Shah**<br>**11 Round Hill Rd SE**<br>**Huntsville, AL 35801** | | **0.11%** | **Priority Return Members** |
| **Rakesh Y Patel**<br>**2735 Woodland Ave**<br>**Eagleville, PA 19403** | | **0.11%** | **Priority Return Members** |
| **Rambabu Maddi**<br>**26 Olivia Rd**<br>**Hightstown, NJ 08520** | | **0.11%** | **Priority Return Members** |
| **RAMKUMAR SOLO401K PLAN**<br>**4015 Hamilton Park Dr**<br>**San Jose, CA 95130** | | **0.11%** | **Priority Return Members** |
| **Randolph Ventures LLC**<br>**1170 Gulf Boulevard, Unit 704**<br>**Clearwater, FL 33767** | | **0.06%** | **Priority Return Members** |
| **Ravi Kolli**<br>**12601 Hanover Ct**<br>**Farmers Branch, TX 75234** | | **0.07%** | **Priority Return Members** |
| **Ravi Kumar Dokku**<br>**26915 CALAWAY FALLS LN**<br>**KATY, TX 77494** | | **0.06%** | **Priority Return Members** |
| **Revocable Trust of Jason M. Carty**<br>**and Christina C. Roeder**<br>**77 Rainbow Springs Lane**<br>**Staunton, VA 24401** | | **0.22%** | **Priority Return Members** |
| **Richard A Jernigan**<br>**2351 Brookmere Drive**<br>**Houston, TX 77008** | | **0.11%** | **Priority Return Members** |
| **Richard Flyg**<br>**6304 Bushwoods Drive**<br>**Frisco, TX 75036** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re: __ONH AFC CS Investors LLC_____     Case No. _____
<br>
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard Lindgren 2019 Revocable Trust**<br>**17454 W 67th Pl**<br>**Arvada, CO 80007** | | **0.09%** | **Priority Return Members** |
| **Richard N. P. Koncius**<br>**6551 Edgerton Rd**<br>**North Royalton, OH 44133** | | **0.06%** | **Priority Return Members** |
| **Richard Taddonio**<br>**5190 Masons Ferry rd**<br>**Lake WYLIE, SC 29710** | | **0.08%** | **Priority Return Members** |
| **Rick Monte Reznicsek**<br>**1818 Foss Lane**<br>**Jacksonville Beach, FL 32250** | | **0.11%** | **Priority Return Members** |
| **Ricky Liunarto**<br>**2373 W. 208th St unit F-1**<br>**Torrance, CA 90501** | | **0.06%** | **Priority Return Members** |
| **Rishi K Gupta & Minni Gupta**<br>**7316 LAVERY DR**<br>**PLANO, TX 75025** | | **0.07%** | **Priority Return Members** |
| **Ritesh Parikh**<br>**1332 Grantham Dr**<br>**Schaumburg, IL 60193** | | **0.17%** | **Priority Return Members** |
| **RMI Enterprises LLC**<br>**7121 Lost Oak Edwardsville IL**<br>**Edwardsville, IL 62025** | | **0.06%** | **Priority Return Members** |
| **RNNG 36 LLC**<br>**7779 E. ADOBE DRIVE**<br>**scottsdale, AZ 85255** | | **0.56%** | **Priority Return Members** |
| **Robert & Gina Palermo**<br>**2627 Barton Hills Drive**<br>**Austin, TX 78704** | | **0.09%** | **Priority Return Members** |
| **Robert Cohen/ Debra Cohen**<br>**5723 Paddington Way**<br>**Boca Raton, FL 33496** | | **0.22%** | **Priority Return Members** |
| **Robert Dunfey III**<br>**848 N. Rainbow Blvd., Suite 2607**<br>**Las Vegas, NV 89107** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____     Case No. _____
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert H Burnside Jr**<br>**6 Twickenham Court**<br>**Columbia, SC 29209** | | **0.06%** | **Priority Return Members** |
| **Robert Lee**<br>**410 Dorado Ter.**<br>**San Francisco, CA 94112** | | **0.78%** | **Priority Return Members** |
| **Robert Loritz**<br>**1028 Boling Ranch Rd N**<br>**Azle, TX 76020** | | **0.06%** | **Priority Return Members** |
| **Robert Nangia & Himika Nangia**<br>**19435 Carpenters Bayou Ct**<br>**Cypress, TX 77433** | | **0.11%** | **Priority Return Members** |
| **Robert Olea**<br>**33049 Elisa Drive**<br>**Dana Point, CA 92629** | | **0.06%** | **Priority Return Members** |
| **Robert Temin**<br>**1732 Tolleson Ct**<br>**Dunwoody, GA 30338** | | **0.13%** | **Priority Return Members** |
| **rohit and sunitha bhaskar**<br>**595 ashton park lane**<br>**sacramento, CA 95864** | | **0.11%** | **Priority Return Members** |
| **Rohnn M Lampi**<br>**4050 E. Rancho Drive**<br>**Phoenix, AZ 85018** | | **0.22%** | **Priority Return Members** |
| **Ronald Bombei & Marietta Bombei**<br>**10581 Deepwood Trail**<br>**Carmel, IN 46032** | | **0.22%** | **Priority Return Members** |
| **Rosario Cassata**<br>**16 Timberidge ct.**<br>**Sayville, NY 11782** | | **0.34%** | **Priority Return Members** |
| **Roy G. Paskow Roth IRA**<br>**214 West 9th Street; P.O. Box 420**<br>**Onaga, KS 66521-0420** | | **0.17%** | **Priority Return Members** |
| **ROYAL LV FAMILY LLC**<br>**4000 West Sahara Avenue Suite 110**<br>**LAS VEGAS, NV 89102** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**  _____  Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RTRC Real Estate Holdings LLC**<br>**11904 Honor Bridge Farm Dr**<br>**SPOTSYLVANIA COURTHOUSE, VA 22551** | | **0.34%** | **Priority Return Members** |
| **Rui Gaspar**<br>**891 Dona Road**<br>**Union, NJ 07083** | | **0.11%** | **Priority Return Members** |
| **Rupesh Velji**<br>**580 Tangelo Ct**<br>**Fremont, CA 94539** | | **0.11%** | **Priority Return Members** |
| **RUSSELL MORRISON**<br>**2276 Seascape Ct**<br>**Johns Island, SC 29455** | | **0.08%** | **Priority Return Members** |
| **Ryan Roberts**<br>**3432 Siderwheel Dr**<br>**Viera, FL 32955** | | **0.11%** | **Priority Return Members** |
| **Ryan Sammon**<br>**750 Shore Rd Apt 4H**<br>**Long Beach, NY 11561** | | **0.11%** | **Priority Return Members** |
| **Ryan Schellhous**<br>**4852 Caroline Way**<br>**San Jose, CA 95124** | | **0.45%** | **Priority Return Members** |
| **Ryan Skar**<br>**9040 Glacier Rd**<br>**St Bonifacius, MN 55375** | | **0.06%** | **Priority Return Members** |
| **Saddle Mountain Capital LLC**<br>**1508 Stampede Ave**<br>**Cody, WY 82414** | | **0.34%** | **Priority Return Members** |
| **Saied Banafshe**<br>**11404 Woodington Ter**<br>**Potomac, MD 20854** | | **0.06%** | **Priority Return Members** |
| **Saif Ashraf**<br>**709 Cavesson Way**<br>**Wesley Chapel, NC 28110** | | **0.06%** | **Priority Return Members** |
| **Sajan Mahajan**<br>**12406 Caspian Dr**<br>**Papillion, NE 68046** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Salan Properties LLC**<br>**22395 E. Mansfield Pl**<br>**Aurora, CO 80018-3041** | | **0.11%** | **Priority Return Members** |
| **SALIMA S BHARWANI**<br>**4018 Scenic Orchard Lane**<br>**Richmond, TX 77407** | | **0.06%** | **Priority Return Members** |
| **Sami Farhad**<br>**22641 Spring Lake Lane**<br>**Lake Forest, CA 92630** | | **0.13%** | **Priority Return Members** |
| **Samir Joshi**<br>**1898 West 5th Street**<br>**Piscataway, NJ 08854** | | **0.06%** | **Priority Return Members** |
| **Sandeep Arora**<br>**1610 Biltmore Ln**<br>**Pittsburgh, PA 15217** | | **0.06%** | **Priority Return Members** |
| **Sanjay Israni**<br>**115 HELLER WAY**<br>**MONTCLAIR, NJ 07043** | | **0.45%** | **Priority Return Members** |
| **Sanjay Jain**<br>**27 Copley Drive**<br>**Northborough, MA 01532** | | **0.09%** | **Priority Return Members** |
| **Sanjeet Jayant Joshi & Rasika Joshi**<br>**3204 CROSS MOUNTAIN CT**<br>**Cary, NC 27519** | | **0.67%** | **Priority Return Members** |
| **Sankar Narayanan**<br>**2066 Abbey Lane**<br>**Campbell, CA 95008** | | **0.06%** | **Priority Return Members** |
| **Satish Yegnala**<br>**3900 NW Tustin Ranch Dr.**<br>**Portland, OR 97229** | | **0.06%** | **Priority Return Members** |
| **Satvinder S. and Jasmin K. Dhesi Revocab**<br>**16460 SE 46TH CT**<br>**BELLEVUE, WA 98006** | | **0.06%** | **Priority Return Members** |
| **Satyen Pandya**<br>**900 228th Avenue NE, Unit 3D**<br>**Sammamish, WA 98074** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____    Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Andrew Ralston**<br>**11318 smithdale**<br>**houston, TX 77024** | | **0.11%** | **Priority Return Members** |
| **Scott Manning**<br>**6419 23rd Ave. S**<br>**Seattle, WA 98108** | | **0.06%** | **Priority Return Members** |
| **Scott Rushton**<br>**507 Green Hill Ln**<br>**Berwyn, PA 19312** | | **0.07%** | **Priority Return Members** |
| **Scott Stanczak**<br>**414 S Ashland**<br>**La Grange, IL 60525** | | **0.08%** | **Priority Return Members** |
| **Scott Stephenson & Anna Stephenson**<br>**1776 Broadway, Apt 2007**<br>**Denver, CO 80202** | | **0.06%** | **Priority Return Members** |
| **Shared Towers LLC**<br>**P O Box 70325, Attn Kamal Doshi**<br>**Fort Lauderdale, FL 33307** | | **0.22%** | **Priority Return Members** |
| **Sharon Fung**<br>**3609 S Dover Court**<br>**Rowland Heights, CA 91748** | | **0.11%** | **Priority Return Members** |
| **Shawn & Rebecca LeProwse**<br>**3005 Mountain View Ave N**<br>**Renton, WA 98056** | | **0.45%** | **Priority Return Members** |
| **Sheryl Pilavin**<br>**23 Roberts Rd**<br>**New City, NY 10956** | | **0.06%** | **Priority Return Members** |
| **Shilpa Tarugu**<br>**10581 Versailles Blvd**<br>**Wellington, FL 33449** | | **0.06%** | **Priority Return Members** |
| **Shimon Holdings Trust**<br>**401 E. 8th St. Suite 200**<br>**Sioux Falls, SD 57103** | | **0.06%** | **Priority Return Members** |
| **Shipwreck Assets Limited Partnership**<br>**519 Plantation Rd**<br>**Brunswick, GA 31525** | | **0.17%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:    **ONH AFC CS Investors LLC** _____    Case No. _____

_____

*Debtor(s)*

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Shuja Goraya and Saadia Shuja**<br>**7 Wilmington Ct.**<br>**Sugar Land, TX 77479** | | **0.11%** | **Priority Return Members** |
| **Si Yong Kim**<br>**9330 57th ave w**<br>**mukilteo, WA 98275** | | **0.11%** | **Priority Return Members** |
| **Silas Patel**<br>**16603 Glen Lakes Drive**<br>**Louisville, KY 40245** | | **0.06%** | **Priority Return Members** |
| **Sirumugai M Saravanan**<br>**3344 Dubois Street**<br>**West Lafayette, IN 47906** | | **0.06%** | **Priority Return Members** |
| **Soham Spectrum Two LLC**<br>**121 Azalea Point Dr. N.**<br>**Ponte Vedra Beach, FL 32082-3664** | | **0.08%** | **Priority Return Members** |
| **Sreedhar Annamalai**<br>**23 Derby Lane**<br>**Weston, MA 02493** | | **0.06%** | **Priority Return Members** |
| **SRINIVAS & VASAVI PASUPARTHI**<br>**2153 Bunnels Fork Rd**<br>**Frisco, TX 75036** | | **0.06%** | **Priority Return Members** |
| **SSN SERVICES INC 401K**<br>**2130 FERNCROFT LANE**<br>**CHESTER SPRINGS, PA 19425** | | **0.11%** | **Priority Return Members** |
| **Stefan Gerwinat**<br>**1475 Saltbush Ridge Rd**<br>**Highlands Ranch, CO 80126** | | **0.17%** | **Priority Return Members** |
| **Stein Harald Menkerud**<br>**16168 SW Roshak Rd**<br>**Tigard, OR 97223** | | **0.11%** | **Priority Return Members** |
| **Stephen Broadbent**<br>**22 Cotton Iron Dr**<br>**MO City, TX 77459** | | **0.22%** | **Priority Return Members** |
| **Stephen Schnelle**<br>**3331 Lily Way**<br>**Beavercreek, OH 45434** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC** _____   Case No. _____
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steve and Bridgitte Ball**<br>**21757 K ST**<br>**ELKHORN, NE 68022** | | **0.22%** | **Priority Return Members** |
| **Steven E. Niskanen &**<br>**Dorothy B. Niskanen**<br>**11604 TERRACITA LN SE**<br>**ALBUQUERQUE, NM 87123-4538** | | **0.08%** | **Priority Return Members** |
| **Steven Matthew Yager**<br>**267 Partridge Drive**<br>**Rockwall, TX 75032** | | **0.11%** | **Priority Return Members** |
| **Steven William Madson**<br>**94-603 Lumiauau St,**<br>**Waipahu, HI 96797** | | **0.11%** | **Priority Return Members** |
| **Strata Trust Company Custodian FBO David**<br>**PO Box 23149**<br>**Waco, TX 76702-3149** | | **0.11%** | **Priority Return Members** |
| **STRATA Trust Company, Custodian**<br>**FBO Donald J Woodyard IRA**<br>**PO Box 23149**<br>**Waco, TX 76702** | | **0.06%** | **Priority Return Members** |
| **Sudhir Babu Devineni**<br>**365 Fulling Mill Ln**<br>**Fairfield, CT 06824** | | **0.08%** | **Priority Return Members** |
| **Suhas Joshi and Veenita Joshi**<br>**11029 Eastbrook Ave**<br>**Los Altos Hills, CA 94024** | | **0.22%** | **Priority Return Members** |
| **Suman Raju**<br>**1136 Sheridan Ct NE**<br>**Brookhaven, GA 30324** | | **0.06%** | **Priority Return Members** |
| **Sungmin Shin**<br>**6449 Jefferson Pl**<br>**Mclean, VA 22101** | | **0.22%** | **Priority Return Members** |
| **Sunshine Family Properties LLC**<br>**1414 Fair Oaks Ave, Suite 6**<br>**South Pasadena, CA 91030** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Suraj Hemnani**<br>**2121 N Bayshore Dr., #909**<br>**Miami, FL 33137** | | **0.06%** | **Priority Return Members** |
| **Suren Gulrajani and Ratna Shah**<br>**208 Prescott Drive**<br>**Chester Springs, PA 19425** | | **0.17%** | **Priority Return Members** |
| **Suresh Iyer**<br>**24806 Garnet Shadow Lane**<br>**Katy, TX 77494** | | **0.06%** | **Priority Return Members** |
| **Susan X Xiao**<br>**2442 SAN FERNANDO CT**<br>**CLAREMONT, CA 91711** | | **0.06%** | **Priority Return Members** |
| **Sylvia M Dobo**<br>**12317 The Gates Dr**<br>**Raleigh, NC 27614** | | **0.34%** | **Priority Return Members** |
| **SYM Properties**<br>**608 Diana Ln.**<br>**Flower Mound, TX 75028** | | **0.07%** | **Priority Return Members** |
| **Tamara D Hall**<br>**1465 N Riverside Circle**<br>**Sandy Springs, GA 30328** | | **0.06%** | **Priority Return Members** |
| **Tarter Sato Family Trust**<br>**1296A Alewa Drive**<br>**Honolulu,, HI 96817** | | **0.06%** | **Priority Return Members** |
| **Tavor Asset Management Trust**<br>**144-40 69th Avenue**<br>**Flushing, NY 11367** | | **0.06%** | **Priority Return Members** |
| **Taylor Family 2012 Investments Trust**<br>**5107 Meadow Lake Road**<br>**Brentwood, TN 37027** | | **1.12%** | **Priority Return Members** |
| **TB Property Development 401K Trust**<br>**15200 SW Rainbow Rd**<br>**Terrebonne, OR 97760** | | **0.09%** | **Priority Return Members** |
| **Ted Volynets**<br>**11 Covey street**<br>**Glen head, NY 11545** | | **0.34%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC**                                      Case No. _____

_____
                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Terence J Callahan and Kimberly A Callahan**<br>**297 Cedar Dr**<br>**Stateline, NV 89449** | | **0.17%** | **Priority Return Members** |
| **Terravest, Inc.**<br>**POB 5023**<br>**Scottsdale, AZ 85261** | | **0.22%** | **Priority Return Members** |
| **Terrell Caffery**<br>**1346 Belvedere Drive**<br>**Baton Rouge, LA 70808** | | **0.06%** | **Priority Return Members** |
| **Thakor Master**<br>**108 Connemara Ln**<br>**Dothan, AL 36303** | | **0.17%** | **Priority Return Members** |
| **THE AL ZURILGEN TRUST**<br>**DATED JANUARY 25, 2002**<br>**1001 PLEASANT BAY DRIVE**<br>**RIPON, CA 95366** | | **0.11%** | **Priority Return Members** |
| **The Article III Trust Under the Jonas L.Steinman 2004 GRAT**<br>**66 Huyler Landing Road**<br>**Cresskill, NJ 07626** | | **0.09%** | **Priority Return Members** |
| **The Bonnell Family Revocable Trust**<br>**209 Queen Charlotte Rd**<br>**Richmond, VA 23221** | | **0.22%** | **Priority Return Members** |
| **The Brian Acciavatti Trust**<br>**576 Maple St**<br>**Winnetka, IL 60093** | | **0.17%** | **Priority Return Members** |
| **The BW Trust**<br>**4081 Mission Street**<br>**San Francisco, CA 94112** | | **0.11%** | **Priority Return Members** |
| **The Curtis Family Trust**<br>**2040 Belhaven Place**<br>**Turlock, CA 95382** | | **0.06%** | **Priority Return Members** |
| **The Dhir Family Revocable Trust**<br>**800 E Charleston Rd #28**<br>**Palo Alto, CA 94303** | | **0.45%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  __ONH AFC CS Investors LLC_____     Case No. _____
                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Entrust Group FBO Don Zhao IRA 7230010618 555 12th Street, Suite 900 Oakland, CA 94607** | | **0.07%** | **Priority Return Members** |
| **The Entrust Group FBO John Scranton IRA 555 12th Street, Suite 900 Oakland, CA 94607** | | **0.11%** | **Priority Return Members** |
| **The Entrust Group FBO Judy Schons IRA 72 555 12th Street, Suite 900 Oakland, CA 94607** | | **0.06%** | **Priority Return Members** |
| **The Entrust Group FBO Margaret Tremwel IRA 555 12th Street, Suite 900 Oakland, CA 94607** | | **0.10%** | **Priority Return Members** |
| **The Entrust Group FBO Robert Newstead 401k 555 12th Street, Suite 900 Oakland, CA 94607** | | **0.13%** | **Priority Return Members** |
| **The Entrust Group FBO Tracy Walker IRA 7 555 12th Street, Suite 900 Oakland, CA 94607** | | **0.11%** | **Priority Return Members** |
| **The Kingdom Trust Company, Custodian, FBO Michael D. Lamb P.O. Box 870 Murray, KY 42071** | | **0.10%** | **Priority Return Members** |
| **The Kingdom Trust Company, Custodian, FBO Arturo Caraballo P.O. Box 870 Murray, KY 42071** | | **0.06%** | **Priority Return Members** |
| **The Michael D. Hausberger & Jennifer L. Zernec Revocable Trust 9531 South Hill Rd BOSTON, NY 14025** | | **0.08%** | **Priority Return Members** |
| **The Novak Family Trust 307 E 230 N Midway, UT 84049** | | **0.22%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC** _____        Case No. _____

_Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **The Paddock Family Trust**<br>**25079 Kingscote Ct**<br>**Chantilly, VA 20152** | | **0.11%** | **Priority Return Members** |
| **The Richard Daniel and Lelia**<br>**J. Barzan Trust**<br>**240 West Rumble Road, unit C**<br>**Modesto, CA 95350** | | **0.22%** | **Priority Return Members** |
| **The Shew Family Trust, Dated**<br>**Dec. 26, 2013**<br>**310 San Diego Avenue**<br>**Ventura, CA 93004** | | **0.11%** | **Priority Return Members** |
| **The Surapaneni Joint Living Trust**<br>**dated November 13, 2017**<br>**13614 Fountain mist drive**<br>**Pearland, TX 77584** | | **0.11%** | **Priority Return Members** |
| **The Wang Living Trust Dated**<br>**11-Oct-05**<br>**PO Box 1969**<br>**Cupertino, CA 95015** | | **0.06%** | **Priority Return Members** |
| **The Wong Family Trust, dated**<br>**August 24, 2009**<br>**5062 Northwestern Way**<br>**Westminster, CA 92683** | | **0.67%** | **Priority Return Members** |
| **The Zedlewski Family Trust**<br>**3 Peralta Ave**<br>**San Francisco, CA 94110** | | **0.22%** | **Priority Return Members** |
| **The Ziegler Family Trust dated**<br>**February 17, 2015**<br>**719 NY Dr.**<br>**Altadena, CA 91001** | | **0.06%** | **Priority Return Members** |
| **THL Real Estate LLC**<br>**10810 N Tatum Blvd Ste 102735**<br>**Phoenix, AZ 85028** | | **0.06%** | **Priority Return Members** |
| **Thomas & Christine Rutherford**<br>**1321 Upland Dr #7666**<br>**Houston, TX 77043** | | **0.13%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC**                                     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas A. Leister**<br>**121 madara dr**<br>**hanover, PA 17331** | | **0.22%** | **Priority Return Members** |
| **Thomas Alvarez**<br>**1359 Brooklyn Walk NE**<br>**Issaquah, WA 98029** | | **0.45%** | **Priority Return Members** |
| **Thomas C. Albanese**<br>**1507 Sawtimber Trail**<br>**West Chester, PA 19380** | | **0.11%** | **Priority Return Members** |
| **Thomas Feehan**<br>**6348 Simien Rd**<br>**INpolis, IN 46237** | | **0.06%** | **Priority Return Members** |
| **Thomas James Everling III**<br>**PO Box 17534**<br>**Reno, NV 89511** | | **0.11%** | **Priority Return Members** |
| **thomas miller**<br>**116 spanish pt dr**<br>**Beaufort, SC 29902** | | **0.11%** | **Priority Return Members** |
| **Tianyi Zhang**<br>**180 Seventh Ave, Apt 2A**<br>**NY City, NY 10011** | | **0.08%** | **Priority Return Members** |
| **Timothy b Matz and Jane F Matz JTROS**<br>**3010 O Street, NW**<br>**WA, DC 20007** | | **0.22%** | **Priority Return Members** |
| **Timothy Wiltjer**<br>**1008 dreamfield dr se**<br>**byron center, MI 49315** | | **0.08%** | **Priority Return Members** |
| **Todd Robert Stiernagle**<br>**1654 Stanbridge Ave**<br>**Saint Paul, MN 55113** | | **0.11%** | **Priority Return Members** |
| **Tony Charles Lonstein, Trustee of the Trust A created**<br>**1772 Long Bow Ln**<br>**Clearwater, FL 33764** | | **0.06%** | **Priority Return Members** |
| **Top Dog Capital LLC**<br>**6925 SW 43RD STREET**<br>**TOPEKA, KS 66610** | | **0.11%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC**                                    Case No. _____

_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Tore C. Steen and Yufen S. Steen, as Trustee**<br>**10213 Amwell Cv.**<br>**Austin, TX 78733** | | **0.06%** | **Priority Return Members** |
| **Tracy D Anderson**<br>**116 EJ Frick Dr**<br>**Manhattan, KS 66503** | | **0.06%** | **Priority Return Members** |
| **TRAVIS HOLDEN OR WEN WEN CHENG**<br>**920 magnolia street**<br>**south pasadena, CA 91030** | | **0.45%** | **Priority Return Members** |
| **Tsan Chan**<br>**310 Crescent Village Cir #1451**<br>**San Jose, CA 95134** | | **0.06%** | **Priority Return Members** |
| **Tsoukatos-Kidnew Family Trust**<br>**3945 Highland Dr**<br>**Carlsbad, CA 92008** | | **0.11%** | **Priority Return Members** |
| **Tualatin LLC**<br>**855 Peachtree St NE #2512**<br>**Atlanta, GA 30308** | | **0.19%** | **Priority Return Members** |
| **TUCKER FAMILY, LLC**<br>**1224 Colvin Meadows Lane**<br>**Great Falls, VA 22066** | | **0.06%** | **Priority Return Members** |
| **TX Tech Disruptors LLC**<br>**127 S Hall Dr**<br>**Sugar Land, TX 77478** | | **0.06%** | **Priority Return Members** |
| **Tyler Larsen**<br>**673 CALLE DE LA SIERRA**<br>**EL CAJON, CA 92019** | | **0.49%** | **Priority Return Members** |
| **Umbrella Ventures LLC**<br>**701 Fifth Avenue, Suite 6100**<br>**Seattle, WA 98104** | | **0.06%** | **Priority Return Members** |
| **UVG Superstar, LLC**<br>**1325 Siena Sunset Rd**<br>**Leander, TX 78641** | | **0.09%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:   **ONH AFC CS Investors LLC**                                   Case No. _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Vance Enterprises, LLC**<br>**3669 Marsh Reserve Blvd.**<br>**Jacksonville, FL 32224** | | **0.22%** | **Priority Return Members** |
| **VDT Legacy Holdings**<br>**821 Laughing Dog Court**<br>**Leander, TX 78641** | | **0.22%** | **Priority Return Members** |
| **Veda Properties LLC**<br>**3 Fieldcrest Drive**<br>**East Greenbush, NY 12061** | | **0.17%** | **Priority Return Members** |
| **VENKATA Lakshmi Saujanya**<br>**Yachamaneni**<br>**3836 Eastwood Cir**<br>**Santa Clara, CA 95054** | | **0.06%** | **Priority Return Members** |
| **Vicki Hsu**<br>**20915 Granite Wells**<br>**Walnut, CA 91789** | | **0.06%** | **Priority Return Members** |
| **Victor Aidis 401k Trust**<br>**14063 E Temple Dr Apt 1514**<br>**Aurora, CO 80015** | | **0.18%** | **Priority Return Members** |
| **Vijay Patel**<br>**9431 Lochflora Drive**<br>**Spring, TX 77379** | | **0.11%** | **Priority Return Members** |
| **Viju Varghese**<br>**950 West Peachtree Street NW, Unit 801**<br>**Atlanta, GA 30309** | | **0.06%** | **Priority Return Members** |
| **vikram chatrath**<br>**227 Evangeline Walk**<br>**Bossier City, LA 71111** | | **0.11%** | **Priority Return Members** |
| **Vincent J Minichino**<br>**14 Regina Drive**<br>**Brick Township, NJ 08724** | | **0.06%** | **Priority Return Members** |
| **Vipul Shah**<br>**106 Opera ct**<br>**Cary, NC 27519** | | **0.06%** | **Priority Return Members** |
| **Vivek Awasthi**<br>**7649 Shackelford Dr, None**<br>**Frisco, TX 75035** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**                                Case No. _____

                                                    _____
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Vivek Saraf**<br>**10416 IVALENES HOPE DRIVE**<br>**AUSTIN, TX 78717** | | **0.11%** | **Priority Return Members** |
| **Vivek Tiwari**<br>**800 Forest Ave Apt 9D**<br>**Westfield, NJ 07090** | | **0.06%** | **Priority Return Members** |
| **Volodymyr Gelfand**<br>**1690 Sixth St, Concord, CA**<br>**Concord, CA 94519** | | **0.09%** | **Priority Return Members** |
| **VV Big Bear LLC**<br>**3701 Riley Ann Avenue**<br>**Las Vegas, NV 89139** | | **0.67%** | **Priority Return Members** |
| **VV Durango LLC**<br>**3701 Riley Ann Ave**<br>**Las Vegas, NV 89139** | | **0.22%** | **Priority Return Members** |
| **Wallace Smith Investments**<br>**387 augusta ave**<br>**atlanta, GA 30315** | | **0.09%** | **Priority Return Members** |
| **Warren Brenner**<br>**17721 Middlebrook Way**<br>**Boca Raton, FL 33496** | | **0.07%** | **Priority Return Members** |
| **Wellman & Ann Marie Shew**<br>**Revocable Living Trust**<br>**10639 N Shinnecock Drive**<br>**Fresno, CA 93730** | | **0.11%** | **Priority Return Members** |
| **Wesley mclaughlin**<br>**10203 shadow wood dr**<br>**Houston, TX 77043** | | **0.11%** | **Priority Return Members** |
| **White Room Trading**<br>**120, St, Tulare**<br>**Brisbane, CA 94005** | | **0.08%** | **Priority Return Members** |
| **William Adams**<br>**11732 Reva Dr.**<br>**Garden Grove, CA 92840** | | **0.11%** | **Priority Return Members** |
| **William Adams**<br>**11732 Reva Dr.**<br>**Garden Grove, CA 92840** | | **0.06%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC** _____   Case No. _____

_Debtor(s)_

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William E & Catherine D Jenkins TIC**<br>**2121 KIRBY DRIVE UNIT 58**<br>**HOUSTON, TX 77019** | | **0.22%** | **Priority Return Members** |
| **William G Taylor III**<br>**5107 Meadow Lake Road**<br>**Brentwood, TN 37027** | | **0.22%** | **Priority Return Members** |
| **William Millard**<br>**5450 Granada Way**<br>**Carpinteria, CA 93013** | | **0.11%** | **Priority Return Members** |
| **William Taylor**<br>**55 Rumson Road**<br>**Rumson, NJ 07760** | | **0.22%** | **Priority Return Members** |
| **William W Paulus and Marijo Paulus**<br>**18  Pruner Farm Rd**<br>**Lebanon, NJ 08833** | | **0.17%** | **Priority Return Members** |
| **Wun-Ling Chang MD Trust Roth**<br>**FBO Henri van der Hyde**<br>**3525 Del Mar Heights Rd #453**<br>**San Diego, CA 92130** | | **0.06%** | **Priority Return Members** |
| **Yang Family Trust**<br>**30 Hernandez Ave.**<br>**Los Gatos, CA 95030** | | **0.08%** | **Priority Return Members** |
| **Yizhi Liang**<br>**131 Dawson Crescent**<br>**Seaford, VA 23696** | | **0.11%** | **Priority Return Members** |
| **Yogin Patel**<br>**6702 Marbrook Saddle Court**<br>**Sugar Land, TX 77479** | | **0.06%** | **Priority Return Members** |
| **Yu Guan**<br>**114 Manhoac Run**<br>**Yorktown, VA 23693** | | **0.06%** | **Priority Return Members** |
| **YUQI QIAO & JIE WANG**<br>**12825 Majestic Oaks Dr**<br>**Austin, TX 78732** | | **0.07%** | **Priority Return Members** |
| **Zachary Joseph Kay**<br>**265 E 66TH STREET, APT 20G**<br>**NY, NY 10065** | | **0.13%** | **Priority Return Members** |

List of equity security holders consists of 57 total page(s)

In re:  **ONH AFC CS Investors LLC**                                     Case No. _____

_____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Zemel Family Trust**<br>**PO Box 47638**<br>**Phoenix, AZ 85068** | | **0.22%** | **Priority Return Members** |
| **Zhi Yong Yang**<br>**7304 Lanval Dr.**<br>**Oak Ridge, NC 27310** | | **0.11%** | **Priority Return Members** |
| **Ziv Yoles**<br>**5201 Scenic View Dr.**<br>**Austin, TX 78746** | | **0.06%** | **Priority Return Members** |
| **Zunaid Vania and Holly Tse**<br>**3249 Montevideo Dr**<br>**San Ramon, CA 94583** | | **0.09%** | **Priority Return Members** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 14, 2023**                          Signature  **/s/ Eric Lee**
_____                          _____
                                                     **Eric Lee**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 57 total page(s)

# United States Bankruptcy Court
### District of Delaware

In re    **ONH AFC CS Investors LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **ONH AFC CS Investors LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 14, 2023**

Date

**/s/ Matthew B. McGuire**

**Matthew B. McGuire 4366**

Signature of Attorney or Litigant

Counsel for    **ONH AFC CS Investors LLC**

**Landis Rath & Cobb LLP**
**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
**(302) 467-4400 Fax:(302) 467-4450**
**mcguire@lrclaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-[●] ( ) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION PURSUANT TO BANKRUPTCY CODE SECTION 1116(1)(B)

I, Eric Lee, hereby declare under penalty of perjury as follows:

1.      I am the Chief Restructuring Officer of ONH AFC CS Investors LLC ("ONH AFC") and ONH 1601 CS Investors LLC ("ONH 1601", together with ONH AFC, the "Debtors").

2.      To the best of my knowledge, information and belief, as of the date hereof, the Debtors have not prepared and do not have a balance sheet, statement of operations, cash-flow statement, or federal tax return.

I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on July 14, 2023

/s/ Eric Lee
Eric Lee, Chief Restructuring Officer
ONH AFC CS Investors LLC
ONH 1601 CS Investors LLC

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

A & A CAPITAL INVESTMENTS LP
GUNWANT DHALIWAL & TEJINDER DHALIWAL
6329 STATE ROAD 54
NEW PORT RICHEY, FL  34653

A PLUS PROSPERITY LLC
CHRISTIAN EBAUGH
5221 SEGARI WAY
WINDERMERE, FL  34786

AR METTA ENTERPRISES, LLC
MANIMANJUSHA RAVINUTHALA
4352 SOUTHRIDGE DR
MASON, OH  45040

AARON BREAUX
4705 SUGAR OAKS RD
NEW IBERIA, LA  70563

AARON HOOD
16 TRAILSIDE DR
WINONA LAKE, IN  46590

AARON PRING
1659 OAKMONT DRIVE
COLORADO SPRINGS, CO  80921

ABBAS RANGWALA, TRUSTEES OF THE
RANGWALA TRUST DATED 6/14/2019
ABBAS RANGWALA & RAZIA RANGWALA
3882 MANDY WAY
SAN RAMON, CA  94582

ABBY CHAN
864 RAND ST
SAN MATEO, CA  94401

ABHIMANYU BERI
22597 COBBLE STONE TRL
FRANKFORT, IL  60423

ABIFEM PROPERTIES LLC
AFOLARIN BANJOKO
508 N MAIN STREET, SUITE A
HINESVILLE, GA  31313

ACHILLES J. FAKIRIS & FATHIMA REYMAN
ACHILLES FAKIRIS & FATHIMA REYMAN
4022 ABBEY PARK WAY
RALEIGH, NC  27612

ACTIVECO VENTURES LLC
ALYM LAKHANI, ET AL
903 PORT HOUSTON ST
HOUSTON, TX  77029

ADAM & YULIYA ACCOUNT
ADAM HIRSCHKATZ & YULIYA HIRSCHKATZ
3140 N SHEFFIELD AVE, APT 702
CHICAGO, IL  60657

ADAM B SHANE
ADAM SHANE
734 WINDING ROAD
JENKINTOWN, PA  19046

ADAM HENDIN
ADAM HENDIN & WESTON MANLEY
534 DONNE AVE
ST. LOUIS, MO  63130

ADDA B DELGADILLO FARRAR
ADDA DELGADILLO FARRAR
1716 PACIFIC DUNES DR
SUN CITY CENTER, FL  33573

ADEEL AHMED SHAMIM
ADEEL SHAMIM
7811 PARKVIEW DR
FORT SMITH, AK  72916

ADVANCE CAPITAL TRUST
RYAN MORGAN
2400 24TH RD. S 114
ARLINGTON, VA  22206

AJAY SHAH
29897 DEER RUN
FARMINGTON HILLS, MI  48331

AJAY SOHMSHETTY
48369 MANHATTAN CIR
CANTON, MI  48188

AJEET DHINGRA
2022 CARLOTTA CT
ATLANTA, GA  30345

AJIT DABADE
347 STONEHOUSE DRIVE
APEX, NC  27523

AKHIL GOVIL IRA
AKHIL GOVIL
1025 TOWLSTON RD
MCLEAN VA, VA  22102

AKRIT MALIK
512 WALKER RD
SAFETY HARBOR, FL  34695

ALEX CORDERO
8701 SW 116 STREET
MIAMI, FL  33176

ALEXANDER MOUSCHOVIAS
895 JORDAN AVE
LOS ALTOS, CA  94022

ALFRED  G  NICHOLS  ROTH  IRA
ALFRED NICHOLS
195  NORTH  HARBOR. DRIVE,  UNIT  3501
CHICAGO, IL  60601

ALIREZA SHALVIRI
215 LONG HILL DR
SHORT HILLS, NJ  07078

ALNOOR DHANANI
17846 SW 35TH DR
MIRAMAR, FL  33029

ALPHA INVESTMENT FUND, LLC
JASON SALMON
2007 W 475 S
OREM, UT  84059

AMANDINE & OLIVIER SCHAEFFER
OLIVIER SCHAEFFER
11101 TOWNSHIP COVE
AUSTIN, TX  78759

AMEETA B. MARTIN
AMEETA MARTIN
7534 SAN MATEO LANE
LINCOLN, NB  68516

AMIR MEMON FAMILY LP
AMIR MEMON
17007 LAPEER CT
SPRING, TX  77379

AMIT & ASAVARI KULKARNI
AMIT KULKARNI & ASAVARI KULKARNI
3278 BRANSLEY WAY
DULUTH, GA  30097

AMIT DUSAD AND MEENAL AGRAWAL
AMIT DUSAD
23383 VIRGINIA ROSE PLACE
BRAMBLETON, VA  20148

AMIT MOMAYA
4429 BOULDER LAKE CIR
VESTAVIA, AL  35242

AMMAR FEROZ
90 W AVONDALE RD
HILLSBOROUGH, CA  94010

ANDREA RUSSIN
150 OCEAN AVE, APT 22
SEA BRIGHT, NJ  07760

ANDREAS ROTHE
3000 N OCEAN DR, APT 40F
RIVIERA BEACH, FL  33404

ANDREW CHESTER
4931 S BELLAIRE LN
VERADALE, WA  99037

ANDREW PHUNG & SUSAN LUONG
ANDREW PHUNG
2231 MEADOW BRIAR DRIVE
SUGAR LAND, TX  77498

ANDREW SULLIVAN
7850 COMMUNICATIONS PKWY 1631
PLANO, TX  75024

ANDREW T HARTSFIELD
ANDREW HARTSFIELD
8664 SANDPOINT DRIVE
GERMAINTOWN, TN  38139

ANEESH MITTAL
3540 NEWPORT BAY DR
ALPHARETTA, GA  30005

ANGSHUMAN BANERJEE
429 WESTFALEN DRIVE
CARY, NC  27519

ANNE ARNOLD
9650 S. OCEAN DRIVE
JENSEN BEACH, FL  34957

ANNE MAIDEN-HOPE
3703 E CREST LN
PHOENIX, AZ  85050

ANOL BHATTACHERJEE
16123 BRECON PALMS PL
TAMPA, FL  33647

ANSIS BUNDZA
6324 CREBS AVE
TARZANA, CA  91335

ANTHONY BONANNI
804 AUGUSTA CT
ROCHESTER HILLS, MI  48309

ANTHONY NICHOLAS MAVRIDES TRUST
ANTHONY MAVRIDES
650 BLUE SPRUCE RD
RENO, NV  89511

ARCHER-COLTON INVESTMENTS, LLC
JOSEPH MOUNT & THERESA MOUNT
3246 VALENCIA TER
CHARLOTTE, NC  28211

ARDYTH L. LITTLE,
AS TRUSTEE, LITTLE 2009 TRUST
ARDYTH LITTLE
3563 MILANO CT
TURLOCK, CA  95382

ARIEL COHEN
564 HOOK STREET
VALLEY STREAM, NY  11581

ARIF RASHID
632 SOMERSET ST
NORTH PLAINFIELD, NJ  07060

ARVIND R VUPPU
ARVIND VUPPU
4317 OLDSTONE DR
HARRISBURG, NC  28075

ASGAR SALEEM
5015 AMBER MEADOW VIS
ELLICOTT CITY, MD  21043

ASHISH RE LLC
ANJALI GOEL ASHISH & DEV ASHISH
27635 E MORAINE DR
AURORA, CO  80016

ASHISH TIKOTEKAR
117 ENSBURY DR
LITTLE ROCK, AR  72223

ASHUTOSH DUBEY
1937 W SWAN DRIVE
CHANDLER, AZ  85286

AT LAST SPORTSWEAR, INC.
SANJAY ISRANI & SUNIL AHUJA
110 ENTERPRISE AVENUE ( S)
SECAUCUS, NJ  07094

AUSTIN EVERETT MCCORMACK
AUSTIN MCCORMACK
1106 AURORA CT.
DUNWOODY, GA  30338

AYSE DIZDAR KOKSALAN
15490 PALMA LN
WELLINGTON, FL  33414

BABU ANAND RENGARAJAN &
SIDHARTHI TRICHY SELVARAJ
BABU A RENGARAJAN & SIDHARTHI T
SELVARAJ
104 CASTLE OAK CT
CLARKSBURG, MD  20871

BAO BUI
201 CROWN COLONY DR
LUFKIN, TX  75901

BARBARA COLEMAN REVOCABLE LIVING
TRUST
BARBARA COLEMAN & DOUGLAS COLEMAN
86 LAKE ROAD
BALLSTON LAKE, NY  12019

BARRY FEUER
198 TRENOR DRIVE
NEW ROCHELLE, NY  10804

BARRY YOUNGMUN
1104 57TH DR SE
AUBURN, WA  98092

BEHRAM & DINAZ CONTRACTOR
BEHRAM CONTRACTOR & DINAZ
CONTRACTOR
21 KYLE CT
LADERA RANCH, CA  92694

BELIN REAL PROPERTY AND MANAGEMENT
LLC
MICHAEL BELIN
50 E 79TH ST APT 6EF
NEW YORK, NY  10075

BENEDICT WOO
215 SPRINGBROOK DR
MARS, PA  16046

BENJAMIN  ZALMAN REVOCABLE TRUST
BENJAMIN ZALMAN TRUSTEE
BENJAMIN ZALMAN
4001 N OCEAN BLVD, APT 1705
BOCA RATON, FL  33431

BENJAMIN ROGERS
607 8TH ST SE
CULLMAN, AL  35055

BHAVESH PATEL
2075 COTTON GIN
NEW BRAUNFELS, TX  78130

BIG SWELL HOLDINGS LLC
VLADIMIR BELKIN
520 HAMPTON HILL RD
FRANKLIN LAKES, NJ  07417

BING LIU
25 HOLECOMB DRIVE
HILLSBOROUGH, NJ  08844

BNG TRUST DATED 11/2/17
JOYCE CHEN & ROBERT CHEN
1319 4TH ST
KIRKLAND, WA  98033

BO WEN YANG
BOWEN YANG
715 HILLER ST
BELMONT, CA  94002

BOB SIMKO
8012 S. 77TH STREET
FRANKLIN, WI  53132

BORIS ELISON
7600 COLLINS AVENUE APT 714
MIAMI BEACH, FL  33141

BRANDON MARSH
1550 EASTLAKE AVE E APT 302
SEATTLE, WA  98102

BRANDON SURMA AND LIFENG WANG
BRANDON SURMA
149 MEADOW HILLS DR
RICHLAND, WA  99352

BRANDON SWARTWOOD
PO BOX 484
MARTINSBURG, WV  25402

BRETT HARRIS
289 N. BOWMAN AVE.
MERION STATION, PA  19066

BRIAN ADAM HAJOVSKY
BRIAN HAJOVSKY
733 NORTHWOOD RD
FORT WORTH, TX  76107

BRIAN AND JULIA FORCUM
BRIAN FORCUM & JULIA FORCUM
3427 WALNUT AVE SW
SEATTLE, WA  98116

BRIAN BAZATA
302 EAST FRONTIER ST., POB 898
LEXINGTON, NB  68850

BRIAN J GOOSSEN
BRIAN GOOSSEN
1001 AUGUSTA LANE
JEANNETTE, PA  15644

BRIAN KREIDER
300 SOUTH POINTE DRIVE, APT 707
MIAMI BEACH, FL  33139

BRIAN MARTIN
4105 BIRD CT
MCKINNEY, TX  75071

BRIAN P REISTER
BRIAN REISTER
13280 62ND ST
MAYER, MN  55360

BRIAN WILBUR
PO BOX 652
FOREST GROVE, OR  97116

BRUCE A AND ALYSA MACCLELLAN
ALYSA MACCLELLAN & BRUCE MACCLELLAN
2323 37TH STREET NW
WASHINGTON, DC  20007

BRUCE A FORCUM
BRUCE FORCUM
8733 SW 90TH AVE
PORTLAND, OR  97223-6806

BRUCE BOSLER
830 STONEGATE COURT
VACAVILLE, CA  95687

BRYCE KANTER
972 THE PARKS DRIVE
PITTSBORO, NC  27312

CALEB CHOU
6205 COLUMBIA AVE
SAINT LOUIS, MO  63139

CAPITORE INVESTORS LLC SELF DIRECTED
IRA
IRA ACCOUNT NUMBER: 1010625
CHRISTIAN BESKOW
1884 SENEGAL DATE DRIVE
NAPLES, FL  34119

CARNEGIE CAPITAL TRUST
RICHARD CARNEGIE
3001 CLIPSTONE COURT
JOHNS CREEK, GA  30022

CEROUNO LLC
ALBERTO MARCARIAN
10031 PINES BLVD SUITE 228
PEMBROKE PINES, FL  33024

CHAD VON HOLTEN
10766 WILMOT RD
FENTON, IL  61251

CHANDRA NANJAPPA AND CHITRA REDDY
CHANDRA NANJAPPA & CHITRA REDDY
5135 SHEPPARD LN
ELLICOTT CITY, MD  21042

CHANG LIU
5947 GENTLE CALL
CLARKSVILLE, MD  21029

CHAPLAIN AND ROSGEN FAMILY TRUST
JANE CHAPLAIN & MARKUS ROSGEN
44 MIRABEL AVE
MILL VALLEY, CA  94941

CHARLES AND JUDITH JOHNSON
CHARLES JOHNSON & JUDITH JOHNSON
4211 BRETTON BAY LN
DALLAS, TX  75287

CHARLES PHANEUF
CHUCK PHANEUF
4560 EDGEWOOD DRIVE
CLARKSTON, MI  48346

CHARLES W WATSON
CHUCK WATSON
1523 TALBOT RD S
RENTON, WA  98055

CHASE
ASMA LAKHVA
5418 BELLE MANOR LANE
SUGAR LAND, TX  77479

CHETAN NAIMESH MADDULA
308 108TH AVE NE, APT C403
BELLEVUE, WA  98004

CHI CHEN
108 TALL OAK
IRVINE, CA  92603

CHICHOI KENNETH CHAN & NAOMI Y CHAN
CHICHOI CHAN & NAOMI CHAN
45029 INSIGHT STREET, UNIT 1002
FREMONT, CA  94538

CHIH-LIN LIU
6345 N. CHARLOTTE AVE
SAN GABRIEL, CA  91775

CHINICH JOINT ACCOUNT
CATHERINE CHINICH & CHAD CHINICH
14 DEAN OVERLOOK NW
ATLANTA, GA  30318

CHRIS HONCIK
3748 N WILLOWBAR LN
GARDEN CITY, ID  83714

CHRISTIAN LAWLER
1194 WALL RD
WEBSTER, NY  14580

CHRISTOPHER D. EBELING REVOCABLE
TRUST
CHRISTOPHER EBELING
2651 HAWKEN DRIVE
CASTLE ROCK, CO  80109

CHRISTOPHER KRYNSKI
1395 MIAMI LN
DES PLAINES, IL  60018

CHRISTOPHER R FRANCY
REVOCABLE LIVING TRUST
CHRISTOPHER FRANCY
10605 SAN BELLACOVA CT
LAS VEGAS, NV  89141

CHRISTOPHER SCOTT BLAIR AND
CATHERINE ANN BLAIR REVOCABLE TRUST
CATHERINE BLAIR
32 WILDWOOD PARK
WEAVERVILLE, NC  28787

CHRISTOPHER SHERMAN
902 CRESTWOOD LANE
CHAPEL HILL, NC  27517

CHRISTOPHER YOUST
CHRIS YOUST
12154 READ RD
FENTON, MI  48430

CHUCK HEATON
5117 MONTA VISTA DR E
EDGEWOOD, WA  98372

CK REAL ESTATE, LLC
JEFFREY DIESEN & KATHY DIESEN
11 PRIMROSE LANE
TRENTON, IL  62293

CLAIRE XU CHENG
CLAIRE CHENG
510 3RD ST W
KIRKLAND, WA  98033

CLAY PATTERSON
6216 MCCOMMAS BLVD
DALLAS, TX  75214

CLIVE HOWARD LEIGH
CLIVE LEIGH
3903 W CORONA STREET
TAMPA, FL  33629

CMA PROPERTIES, LLC
BOBBY MCCULLEN JR
107 CATAWBA COVE LANE
BELMONT, NC  28012

CODY FREIS
15871 W 93RD PL
ARVADA, CO  80007

COREY FAGLES
24 HARVEST LN
NEWARK, DE  19711

COUNTY ASSOCIATES, LLC
JAMES CHEN
417 W 20TH ST., UNIT 11443
NORFOLK, VA  23517

CRAIG L. BASS
CRAIG BASS
5973 SHADY OAKS DR
FRISCO, TX  75034

CRAIG LEVA REVOCABLE TRUST DTD
7/21/2016
CRAIG LEVA
1773 SPRUCE ST.
HIGHLAND PARK, IL  60035

CRM PROPERTY INVESTMENTS, LLC
HOLLY MURRAY & RYAN MURRAY
4103 WATERWOOD DRIVE
BAYTOWN, TX  77521

CROWDSTREET REIT I, INC.
ALEXANDER CHEN, ET AL.
98 SAN JACINTO BLVD., 4TH FLOOR
AUSTIN, TX  78701

CROWDSTREET SUNBELT GROWTH FUND I
LLC – SERIES I
ALEXANDER CHEN, ET AL.
98 SAN JACINTO BLVD., 4TH FLOOR
AUSTIN, TX  78701

CROWDSTREET, INC.
C/O BEN HOCH
WILSON SONSINI GOODRICH & ROSATI
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-0000

CUONG PHAM
2028 E BEN WHITE BLVD, SUITE 240 9055
AUSTIN, TX  78741

CYPRESS LENDING LLC
SILVIO RESTREPO
746 FIREBRICK DRIVE
CARY, NC  27519

CYRIL RUWENDE
2210 HIGHLAND DRIVE
ANN ARBOR, MI  48105

DAB INVESTMENTS, LLC
DAVID BOVEE
PO BOX 30014
SEATTLE, WA  98113

DAHL SOLO 401K TRUST
DAVID DAHL
1199 HARBOUR COVE CT
SPARKS, NV  89434

DAKOTA AND CHELSEA GALE
CHELSEA GALE & DAKOTA GALE
19970 ALDERWOOD CIRCLE
BEND, OR  97702

DALE AND PATRICE DENNIS
DALE DENNIS
2117 DUNBLANE CT
WALNUT CREEK, CA  94598

DANA SOUCY
2 ROCKLAND CT
FRANKFORT, KY  40601

DANIEL AND OSHIK MAOZ-METZL
DANIEL MAOZ-METZ & OSHIK MAOZ-METZL
1094 W CALIFORNIA AVE.
MILL VALLEY, CA  94941

DANIEL AND OSHIK MAOZ-METZL
DANIEL MAOZ-METZL
1094 W CALIFORNIA AVE.
MILL VALLEY, CA  94941

DANIEL CVELBAR & KATHLEEN M CVELBAR
DANIEL CVELBAR & KATHLEEN CVELBAR
23786 HAYES AVE
MURRIETA, CA  92562

DANIEL HAYWARD
4611 DUPONT AVE S
MINNEPOLIS, MN  55419

DANIEL MEYER
2832 GRANITE RD
WOODSTOCK, MD  21163

DANIEL PENAN
650 RIVER ROAD
GREENE, ME  04236

DANNY ZHENG
DANNY ZHENG, ELISA ZHENG & PETER Z
718 119TH ST
COLLEGE POINT, NJ  11356

DARRIN RICHARD WITT REVOCABLE TRUST
, DATED AUGUST 16, 2017
DARRIN WITT
1349 WYNDMERE HILLS LN
MATTHEWS, NC  28105

DAVID FASSLER
86 LAKE ST
BURLINGTON, VT  05401

DAVID GUTIERREZ
10 WINDFLOWER
LAKE FOREST, CA  92630

DAVID HAROLD BUNCE & SHARILYN ANN
BUNCE
TRUST AGREEMENT NO. ONE
DAVID BUNCE & SHARILYN BUNCE
249 SOMERVILLE RD
SANTA ROSA, CA  95409

DAVID HERRING
6917 TANGLEBERRY CV
MEMPHIS, TN  38119

DAVID JANGRO
1710 S WEST TEMPLE, UNIT 13
SALT LAKE CITY, UT  84115

DAVID KING AYMOND
DAVID AYMOND
5200 LAKE MENDOTA DR
MADISON, WI  53705

DAVID NAMOFF
112COCONUT KEY COURT
PALM BEACH GARDENS, FL  33418

DAVID SHEN AKA DA SHEN
DAVID SHEN
3511 BROOK CROSSING DRIVE
BRANDON, FL  33511

DAVID W. JUPIN
DAVID JUPIN
3633 DENISON STREET
FREDERICK, MD  21704

DAVIS 2016 MANAGEMENT TRUST
ANDREW DAVIS
5500 OLD BRANDT TRCE
GREENSBORO, NC  27455

DELAWARE ATTORNEY GENERAL
DELAWARE DEPARTMENT OF JUSTICE
CARVEL STATE BUILDING
820 N. FRENCH ST.
WILMINGTON, DE  19801

DELAWARE DIVISION OF REVENUE
ATTN: BANKRUPTCY ADMINISTRATOR
820 N. FRENCH ST.
8TH FLOOR
WILMINGTON, DE  19801

DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER, DE  19903

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 898
DOVER, DE  19903-0898

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD.
SUITE 100
DOVER, DE  19904-2464

DEMAS GIOKAS FAMILY TRUST
JOHN DEMAS & MARYANNE GIOKAS
3780 RANDOM LANE
SACRAMENTO, CA  95864

DEMAS GIOKAS FAMILY TRUST
JOHN DEMAS
3780 RANDOM LANE
SACRAMENTO, CA  95864

DENNIS MICHAEL TREU
DENNIS TREU
4222 SERENADE RD
CASTLE ROCK, CO  80104

DENYS GLUSHKOV
54 WINSTON RD
NEWTON, MA  02459

DEPAKKUMAR B PATEL
DEPAKKUMAR PATEL
210 JACKSON HEIGHTS LN
MARIETTA, GA  30064

DEROSE FAMILY TRUST 1/29/2014
GERALD DEROSE & SUE DEROSE
2115 GARDEN ST.
SANTA BARBARA, CA  93105

DEVIN TREVOR
157 TALBOTT DR
BOWLING GREEN, KY  42103

DHAVAL PATEL
15221 COTTONWOOD CT
ORLAND PARK, IL  60467

DIMITRI POLONSKY
4345 COLLINGHAM TRCE NE
MARIETTA, GA  300682705

DINA MESSINA
401 OAKMOOR RD.
BAY VILLAGES, OH  44140

DOLPH HAEGE
4313 ALDER PL
BELLEVILLE, IL  62226

DOM INVESTMENTS LLC
DOMINIC SACCO
4400 SATINWOOD CIR NW
CANTON, OH  44718

DON PHAM
1211 CAROLINE ST UNIT 807
HOUSTON, TX  77002

DONALD FRANCIS MORAN
DONALD MORAN
274 OLD CONNECTICUT PATH
WAYLAND, MA  01778

DONGHUI XU
7308 FAMILY FARM
PLANO, TX  75024

DOUGLAS A ANDREJEWSKI
DOUG ANDREJEWSKI
2087 E. LAPORTE RD
HEMLOCK, MI  48626

DOYLE JOSEPH WEBB
DOYLE WEBB
12114 DAKAR DR
HOUSTON, TX  77065

DRM INVESTMENTS LLC
RUSSELL MCUNE
3835 E 530 N
RIGBY, ID  83442

DUNG PHAM AND REGINA PHAM
446 LERIDA AV
LOS ALTOS, CA  94024

EC2 INVESTMENTS LLC
EDUARDO TAVARES
7596 WANDERING WAY
ORLANDO, FL  32836

ECHELON VENTURES, LLC
CHRIS TOEPPEN
300 S. GILLETTE AVE. SUITE 2000
GILLETTE, WY  82716

EDCY FAMILY TRUST
EDWIN DEAN & MARGARET KOEHLER
208 ST. FRANCIS CT.
EL DORADO HILLS, CA  95762

EDR INVESTMENT TRUST
ERIC ROBERSON
315 HUGHES RD
DICKINSON, TX  77539

EDWARD NAFZGER
15267 WILDS PKWY NW
PRIOR LAKE, MN  55372

EDWIN SU
18 WYNMOR ROAD
SCARSDALE, NY  10583

EFFULGENT GROUP, LLC
ABHIJIT KALAVAPUDI
1829 N KENMORE ST
ARLINGTON, VA  22207

EFICAZ REALTY LLC
FEROZ KHAN
11523 WESTLAWN LN
FRISCO, TX  75033

ELASCO LLC
ELLEN SHUMWAY & SCOTT SHUMWAY
1718 CAPITOL AVE.
CHEYENNE, WY  82001

ELI R JOHNSON
ELI JOHNSON
1000 SKOKIE BLVD., STE 225
WILMETTE, IL  60091

ELIE NOROWITZ
13 HIDDEN VALLEY DR
SUFFERN, NY  10901

ELISHA FRENCH
PO BOX 12025
DALLAS, TX  75225

EMRAN ABU ATHERAH
2404 QUIET MANOR CT
FRIENDSWOOD, TX  77546

EOSTEN CAPITAL, LLC
THOMAS EOSTEN FISHER
226 HOWLAND HILL ROAD
BELGRADE, ME  04917

EQUITY TRUST COMPANY CUSTODIAN
FBO CHRISTINE STEMMERMANN IRA
CHRISTINE STEMMERMANN
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO IVAN RIOS GRAJALES IRA
IVAN RIOS GRAJALES
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO JACKSON CHIN IRA
JACKSON CHIN
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO JEFFREY KWASNY IRA
CHRISTINE KWASNY & JEFFREY KWASNY
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO PETER TAYLOR IRA
PETER TAYLOR
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO ROBERT JACOBS IRA
ROBERT JACOBS
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO STEVEN MESZAROS IRA
STEVEN MESZAROS
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY CUSTODIAN
FBO WILLIAM WALSH IRA
WILLIAM WALSH
P.O. BOX 45290
WESTLAKE, OH  44145

EQUITY TRUST COMPANY
CUSTODIAN FBO STEVEN LANIGAN
STEVEN LANIGAN
P.O. BOX 45290
WESTLAKE, OH  44145

ERIC AND LYNN PIESNIKOWSKI
ERIC PIESNIKOWSKI & LYNN PIESNIKOWSKI
60 MCECHRON LANE
QUEENSBURY, NY  12804

ERIC D GANZ
ERIC GANZ
2737 HUNTINGTON AVE. S.
ST LOUIS PARK, MN  55416

ERIC L
2937 S ATLANTIC AVE, APT 1701
DAYTONA BEACH SHORES, FL  32118

ERIC PETRACCA
2524 NW 47TH AVE
CAMAS, WA  98607

ERIC PIESNIKOWSKI JR.
ERIC PIESNIKOWSKI
81B FORSYTHIA LANE
PARAMUS, NJ  07652

ERIC SMITH
27273 N. SILVER MEADOWS LOOP
ATHOL, ID  83801

ETHAN HENRY PROPERTY MANAGEMENT,
LLC
CHARLES BRODSKY & VICTORIA BRODSKY
17361 SAGATUCK LANE
HUNTINGTON BEACH, CA  92649

ETIM J. UDOH
ETIM UDOH
117 CAMPBELL CT
WAXHAW, NC  28173

EUGENE FRID & GENYA FRID
EUGENE FRID
32 STRATHMORE
GREAT NECK, NY  11023

EUGENE SHVARTSMAN
2642 EAST 7TH STREET
BROOKLYN, NY  11235

EVERGREEN MUTUAL, LLC
JOHN LEE
4741 BROADWAY ST
HARRISBURG, PA  17111

F. TIMOTHY FRASCH LIVING TRUST
TIM FRASCH
1737 ROSEMARY DRIVE
GILROY, CA  95020

FARRELL JOHNSON
1302 WAUGH DR. 210
HOUSTON, TX  77019

FBO: MAYANK PARIKH M21099809
MAYANK PARIKH
MADISON TRUST CO., 1 PARAGON DR, STE
275
MONTVALE, NJ  07645

FELIKS KOYFMAN
4 OLD ORCHARD RD
RYE BROOK, NY  10573

FENG LING
1328 MEMORIAL DR
WARWICK, PA  18974

FERRETTE DEVELOPMENT SERVICES, LLC
DAVID FERRETTE
7324 BRECOURT MANOR WAY
AUSTIN, TX  78739

FIREFLY LANE, LLC
SAURABH ARORA
80 WEST ST APT 3H
BROOKLYN, NY  11222

FLEUR GESSNER
6772 BENDER CT
SACRAMENTO, CA  95820

FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
THE CAPITOL
PL-01
TALLAHASSEE, FL  32399

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL  32399

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
PO BOX 6327
TALLAHASSEE, FL  32314

FLOYD AND BECKY LANE
FLOYD LANE
4 PLAYER PL
AMARILLO, TX  79124

FORGE TRUST CO. CFBO WENJIE JIN
IRA790540 TAX ID: 26-2627205
WENJIE JIN
PO BOX 6850
SAN MATEO, CA  94403

FORGE TRUST COMPANY
CFBO STEVEN HARTNACK IRA
STEVE HARTNACK
PO BOX 7080
SAN CARLOS, CA  94070

FRANCIS CORERA
31010 BINGHAM RD
BINGHAM FARMS, MI  48025

FRANSISKUS XAVERIUS
FRANSISKUS  XAVERIUS
105 MIRALUNA WAY
SAN BRUNO, CA  94066

G9 PROPERTIES LLC
ANDREW GALE, HEIDI GALE & SCOTT
BLAESING
328 N PERRY
EAST WENATCHEE, WA  98802

GABY GABRIEL
1072 KAVENAUGH LN
LEXINGTON, KY  40509

GARRETT BOURG
2350 VALLEY ST, APT 219
OAKLAND, CA  94612

GARY HAMAND
602 N 400 W
CRAWFORDVILLE, IN  47933

GARY S. WALGENBACH
GARY WALGENBACH
24118 FALCON POINT DR
KATY, TX  77494

GATEWAY ASSETS
PAUL ROBINSON
315 PATTEN ST
SAN DIEGO, CA  92114

GAUTAM KUMAR
94 HARDING AVE
EDISON, NJ  08820

GBW CAPITAL
A. CRAFT, C.LEWIS, E. HARVEY & O. OCHUBA
5900 BALCONES DR, STE 100
AUSTIN, TX  78731

GCIW CAPITAL, LTD
GEROLD CHAN
1101 W 34TH ST 236
AUSTIN, TX  78705

GENNADIY RYSKIN
5727 BRAESHEATHER DR
HOUSTON, TX  77096

GEORGE A. DUTHIE
GEORGE DUTHIE
1290 HEARDS FERRY ROAD
SANDY SPRINGS, GA  30328

GEORGE I. WILLIAMS
GEORGE WILLIAMS
8865 CASTLEBAY DR
DUBLIN, OH  43017

GEORGIA ATTORNEY GENERAL
40 CAPITOL SQ SW
ATLANTA, GA  30334

GEORGIA DEPARTMENT OF REVENUE
PO BOX 105408
ATLANTA, GA  30348-5408

GEORGIA DEPARTMENT OF STATE
CORPORATIONS DIVISION
313 WEST TOWER
2 MARTIN LUTHER KING JR. DR.
ATLANTA, GA  30334-1530

GERALD YOUNG AND VALERIE YOUNG
GERALD YOUNG & VALERIE YOUNG
1562 TATTERSALL WAY
WEST CHESTER, PA  19380

GERALD YOUNG AND VALERIE YOUNG
GERALD YOUNG
1562 TATTERSALL WAY
WEST CHESTER, PA  19380

GKD HERITAGE GLOBAL INVESTMENT LLC
ALTIBERTO BRANDAO NETO & ELIANE
BRANDAO
2330, PONCE DE LEON BLVD
CORAL GABLES, FL  33134

GKD HERITAGE GLOBAL INVESTMENT LLC
ALTIBERTO BRANDAO NETO
2330, PONCE DE LEON BLVD
CORAL GABLES, FL  33134

GOHA, LLC
NICOLAS GOMEZ
5425 SCHUMACHER LANE
HOUSTON, TX  77056

GONZALO VERDUGO
39 PARSONS HILL RD
WENHAM, MA  01984

GOUTHAM RANGASWAMY
740 PROMONTORY POINT LANE, UNIT 3208
FOSTER CITY, CA  94404

GRADY STEVEN WAKEFIELD
GRADY WAKEFIELD
1102 INDIAN CREEK RD. NW
HUNTSVILLE, AL  35806

GRANT WOOD AND NATALIE GARCIA
GRANT WOOD & NATALIE GARCIA
2807 WESTCHESTER DR N
CLEARWATER, FL  33761

GRANT WOOD AND NATALIE GARCIA
GRANT WOOD
2807 WESTCHESTER DR N
CLEARWATER, FL  33761

GREGORY ASATRIAN
29225 CANAL STREET
NOVI, MI  48377

GREGORY DAVIS
2360 RIVER TRAIL RD
SALINA, KS  67401

GREGORY HESS AND ELIZABETH HESS
GREGORY HESS
20646 HOLYOKE DRIVE
ASHBURN, VA  20147

GREGORY LEO DEMERS
GREGORY DEMERS
106 EAST STREET
MIDDLETON, MA  01949

GREGORY TZANOUKAKIS
W275N4047 ISHNALA TRAIL
PEWAUKEE, WI  53072

GUEY LING CHEN REVOCABLE TRUST
GUEY CHEN
5375 KALANIANAOLE HWY
UNIT A, HI  98033

GUILHERME CAETANO
1331 WILD ROSE LN
LAKE FOREST, IL  60045

GYANENDRA SHARMA
124 GRETCHENS WALK
WEST MONROE, LA  71291

HALEY ZHAO
868 DUNCAN ST
SAN FRANCISCO, CA  94131

HAMA INVESTMENTS LLC
ABIR KHALEDJIHAD SABBAGH
9322 MERLOT CIRCLE
SEFFNER, FL  33584

HAMA INVESTMENTS LLC
JIHAD SABBAGH
9322 MERLOT CIRCLE
SEFFNER, FL  33584

HANSEN 1998 REVOCABLE TRUST
LAWRENCE HANSEN
1970 STAGECOACH ROAD
PLACERVILLE, CA  95667

HAQS ENTERPRISE LLC
SYED HAQ
373 HUFF ROAD
NORTH BRUNSWICK, NJ  08902

HARMELIN AND ASSOCIATES, INC.
J HARMELIN, J HARMELIN & R RAVAL
525 RIGHTERS FERRY RD
BALA CYNWYD, PA  19004

HARMELIN AND ASSOCIATES, INC.
RITESH RAVAL
525 RIGHTERS FERRY RD
BALA CYNWYD, PA  19004

HAROLD DUNBRACK
7402 PARK TERRACE DRIVE
ALEXANDRIA, VA  22307

HEIGHT INDUSTRIES, LLC
PETER CAMPBELL & TERRELL CAFFERY
1346 BELVEDERE DR
BATON ROUGE, LA  70808

HEMANT GAJARAWALA
4510 CONNIES COURT LANE
MISSOURI CITY, TX  77459

HEMANT SAHANI
35674 RUNCKEL LANE
FREMONT, CA  94536

HENRI MOUDI & LORENA MOUDI, TRUSTEES,
OF THE REVOCABLE TRUST DATED 2/17/06
HENRI MOUDI
76 SUGARLOAF LANE
ALAMO, CA  94507

HENRY PEREZ
955 KAIPUHAA PLACE
HONOLULU, HI  96825

HERBERT DRAVUCZ
2001 NEVIEKAY LN
RENO, NV  89521

HETAL & JAYESH PATEL
JAYESH PATEL
762 HAVEN POINT LOOP
NEW BRAUNFELS, TX  78132

HIMANSHU BHARDWAJ
3512 CHEYENNE VILLA CIRC
EDMOND, OK  73013

HIREN PATEL
245 WESTPARK DR.
ATHENS, GA  30606

HOMEAWAYHOME LLC
HARSHAL DEKATE
2834 CHALET KNOLLS LN
KATY, TX  77494-0637

HOMIK CAPITAL & TRUST I, LLC
MICHAEL CARR
3305 S SEACREST BLVD
BOYNTON BEACH, FL  33435

HUGH L DAVIES
HUGH DAVIES
777 BRICKELL AVENUE, 500-90268
MIAMI, FL  33131

IBRAHIM KHANMOHAMED
11703 BETTYHILL CT.
RICHMOND, TX  77407

IH INVESTMENTS LLC
SYED HUSAIN
1221 OCEAN AVENUE 1202
SANTA MONICA, CA  90401

INTEGRITY REAL ESTATE INVESTMENTS, LLC
DUANE MCCARTNEY & MARIA MCCARTNEY
3074 AVONDALE AVE
THE VILLAGES, FL  32163

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OP
PO BOX 7346
PHILADELPHIA, PA  19101-7346

IQ PHYSICIANS
SALIM SAIYED
490 ADAM LANE
MECHANICSBURG, PA  17050

IRA SERVICES TRUST COMPANY
CFBO STEVE DAIS IRA756015
STEVE DAIS
17010 REESE LANE
RAMONA, CA  92065

IRAR TRUST FBO MILT M BEST JR, 3601516
MILT BEST
100 PRINGLE AVENUE, SUITE 650
WALNUT CREEK, CA  94596

IRFAN KHAN
10 TAUPEWOOD PL
CONROE, TX  77384

JACK ARCHER
2600 WEST 49TH 1/2 STREET
AUSTIN, TX  78731

JACK SHAWN BRAGIN
C. D'ANDREA, J. BRAGIN & K. DECICCO
1400 S. OCEAN BLVD.  103
BOCA RATON, FL  33432

JAMES A. YOUNG
JAMES YOUNG
589 E CR 1250 N
TUSCOLA, IL  61953

JAMES AND MARY ZUMSTEIN
JAMES ZUMSTEIN & MARY ZUMSTEIN
24423 MILLSTREAM
NOVI, MI  48375

JAMES BISHOP
19523 LITTLE PINE LN
KATY, TX  77449

JAMES CHO
PO BOX 2609
GARDNERVILLE, NV  89410

JAMES E. FRANKS & LINDA B. FRANKS
REVOCABLE TRUST
JAMES FRANKS & LINDA FRANKS
175 CHAMBERS POINT
HOT SPRINGS, AR  71913

JAMES FARRAR
1344 N ARTESIAN AVE 2
CHICAGO, IL  33573

JAMES H POWELL
JAMES POWELL
196 LINCOLN AVE
BELLEVUE, PA  15202

JAMES HOLZMACHER
161 HIGHLAND AVENUE
PATCHOGUE, NY  11772

JAMES HSIAO
261 C AVE.
CORONADO, CA  92118

JAMES ROSENBLOOM
138 SPRINGHOUSE LN
PITTSBURGH, PA  15238

JAMES TODD WAGNER
JAMES WAGNER
308 ABBY CIRCLE
GREENVILLE, SC  29607

JANELI,LLC
ERIC JOHNSON
4105 GA HWY 122 E
HAHIRA, GA  31632

JARED FISCHER
19 CHRISTINE TER
MILFORD, CT  06461

JARED GREEN
4537 EAST DEVONSHIRE AVE
PHOENIX, AZ  85018

JARROD WILSON
55 PROSPECT ST APT 522
MORRISTOWN, NJ  07960

JASON BOUSKA
320 MCKENZIE AVE., SUITE 207
COUNCIL BLUFFS, IA  51503

JASON D MARBUTT
JASON MARBUTT
4006 PENHURST DRIVE
MARIETTA, GA  30062

JASON K. DOBRANIC AND CATHY Y. CUTLER
CATHY CUTLER & JASON DOBRANIC
26807 CHIPSTONE CT
CYPRESS, TX  77433

JASON MIRABELLA
2846 VALENCIA RIDGE ST
VALRICO, FL  33596

JASON WALTHALL
3126 SILVERLAND DRIVE
SAN JOSE, CA  95135

JAY AND JUDY HOCHSZTEIN
JAY HOCHSZTEIN & JUDY HOCHSZTEIN
32 HAMPTON COURT
BERGENFIELD, NJ  07621

JAY D. ARONOWITZ
JAY ARONOWITZ
7719 ISLAND CREEK CT
ALEXANDRIA, VA  22315

JEBEDIAH SAWYER
411 LINDEN ST
EXCELSIOR, MN  55331

JEEWANJOT RANDHAWA
8902 CIMARRON RTE
SAN ANTONIO, TX  78255

JEFFREY BOYLE
1834 WILSON AVE
ARCADIA, CA  91006

JEFFREY C. AND NARMIN N. KOENIG
JEFFREY KOENIG & NARMIN KOENIG
11900 N LA CANADA DR,  68853
TUCSON, AZ  85737

JEFFREY DONALD CARPENTER
JEFFREY CARPENTER
712 WATER ST
BEAUFORT, SC  29902

JEFFREY HENAULT & KIMBERLY
FITZPATRICK
538 HUCKINS RD
CHESHIRE, CT  06410

JEFFREY P KRAMP
JEFFREY KRAMP
50 SCOTT HILL RD UNIT 208
AVON, CO  81620-5655

JEREMY AND JULIE WALKER
JEREMY WALKER & JULIE WALKER
1525 FATHERLAND ST.
NASHVILLE, TN  37206

JEREMY HAAS
PO BOX 214
ASHBURN, VA  20146

JEVANO CACOZ
5525 SHADOW LN
BLOOMFIELD HILLS, MI 48302

JIANGPING YU
785 ARROW LANE
RIDGEWOOD, NJ 07450

JING YANG & RAN TANG
JING YANGRAN TANG
1133 ELDER CIR
AUSTIN, TX 78733

JIRI VETYSKA
18003 6TH AVE SW
NORMANDY PARK, WA 98166

JJH LIVING TRUST
KEITH HOFFNAGLE
31651 VIA QUIXOTE
SAN JUAN CAPISTRANO, CA 92675

JKIZER & WBELL TTEE RAINEY, KIZER
REVIERE & BELL 401K FBO JERRY KIZER, JR
JERRY KIZER
105 SOUTH HIGHLAND AVE
JACKSON, TN 38301

JMC COMMERCIAL, LLC
JAMES CHEN & MARILYN CHEN
417 W. 20TH STREET, 11443
NORFOLK, VA 23517

JOFFREY G THOMPSON
JOFFREY THOMPSON
815 SHADYRIDGE CT
GRAND FORKS, ND 58201

JOGEN MEHTA & DIPAL MEHTA
DIPAL MEHTA & JOGEN MEHTA
93 STURBRIDGE DR
PISCATAWAY, NJ 08854

JOHN & ANDREA GLADSTEIN FAMILY TRUST
ANDREA GLADSTEIN & JOHN GLADSTEIN
10 MIDDLE RIDER RD.
BIG SKY, MT 59716

JOHN C. GIZZO TRUST DATED AUGUST 3,
2020
JOHN GIZZO
2408 VICTORY PARK LANE 935
DALLAS, TX 75219

JOHN C. PACHECO
JOHN PACHECO
20680 TRATTORIA LOOP
VENICE, FL 34293

JOHN DUKE AND JENNIFER DUKE
JENNIFER DUKE & JOHN DUKE
11026 CROSSLAND DRIVE
AUSTIN, TX 78726

JOHN FEDDOCK
1144 N FIJI WAY
GILBERT, AZ 85234

JOHN FONTANA TRUSTEE
JOHN FONTANA REVOCABLE TRUST 10/10/02
JOHN FONTANA
106 CAPERS ST
BEAUFORT, SC 29902

JOHN FREDENBERG
1345 MONTCLIFF DRIVE
CUMMING, GA 30041

JOHN GREINER AND JEANNIE GREINER
JOINT TENANTS
JEANNIE GREINER & JOHN GREINER
1514 BRACHER ST.
HOUSTON, TX 77055

JOHN LOREN POULSEN
JOHN POULSEN
200 HAPPY CREEK RD
FRONT ROYAL, VA 22630

JOHN M. SISSON, JR.
JOHN SISSON, JR.
2110 CALDWELL MILL TRACE
MOUNTAIN BROOK, AL 35243

JOHN P SCHLOSS
JOHN SCHLOSS
13900 SOUTH PARK BLVD 2
SHAKER HTS, OH 44120

JOHN PARK
105 DUNDEE CT.
CARY, NC 27511

JOHN ROBERT GABALDON
JOHN GABALDON
1299 VALLECITA
SANTA FE, NM 87501

JOHN ROBERT HOLLM
JOHN HOLLM
24814 SERPENTINE PLACE
STONE RIDGE, VA 20105

JOHN W. PECORE
JOHN PECORE
2226 PORTSMOUTH STREET
HOUSTON, TX 77098

JONATHAN BRADFORD KLING
JONATHAN KLING
1055 THOMAS JEFFERSON STREET NW STE
L35
WASHINGTON, DC 20007

JONATHAN BROWN
1604 JULIET ST
AUSTIN, TX 78704

JONATHAN DINGWALL
4218 E. GRAYTHORN AVE
PHOENIX, AZ 85044

JONATHAN M AND ALLISON D BRIDGES
ALLISON BRIDGES & JONATHAN BRIDGES
2212 COUNTRY RIDGE WAY
VESTAVIA, AL 35243

JONATHAN MEISEL
1821 DURAND MILL DRIVE
ATLANTA, GA 30307

JONATHAN SALZBERGER
155 HENRY ST., APT. 2H
BROOKLYN, NY 11201

JORDAN BASS
1214 5TH AVENUE
NEW YORK, NY  10029

JOSE AND CARINE DIAZ INFANTE
CARINE DIAZ INFANTE
11212 VANGUARD PARKWAY
HUNTERSVILLE, NC  28078

JOSEPH BRANNON BARTER
JOSEPH BARTER
17568 GATES LANDING DR
CHAGRIN FALLS, OH  44023

JOSEPH C YASHINSKY
JOSEPH YASHINSKY
828 STEPHENS PASS COVE
LAKE MARY, FL  32746

JOSEPH FARRELL
4211 RAWLINS STREET 417
DALLAS, TX  75219

JOSEPH HADDAD
1634 E 3RD STREET
BROOKLYN, NY  11230

JOSEPH JING YUAN
JOSEPH YUAN
6808 E MOCKINGBIRD LN
DALLAS, TX  75214

JOSEPH LUI
1177 QUEEN STREET 4503
HONOLULU, HI  96814

JOSEPH SONG & SHIN SONG
18519 EDEN TRAILS LANE
HOUSTON, TX  77094

JOSEPH VINH NGUYEN
JOSEPH NGUYEN
701 WEST CREEKSIDE DRIVE
HOUSTON, TX  77024

JOSHUA ENGLAND
941 CLIFFSIDE AVENUE
NORTH WOODMERE, NY  11581

JSHIRA, LLC
JOHN (JACK) HOYT
986 LEETES ISLAND ROAD
GUILFORD, CT  06437

JUSTIN HOUSTON
4731 NORTH SHORE DR
MOUND, MN  55364

JUSTIN MARTIN
6347 LUPTON DR.
DALLAS, TX  75225

KAB RADLE ROTH LLC
ARTHUR RADLE
6631 ELK PARK COURT
ALEXANDRIA, VA  22310-2438

KALPESH PATEL
6756 CHERRY LEAF COURT
MASON, OH  45040

KANI GROUP LLC
ZHAOYANG CHU
67 SHIELDS LN
BRIDGEWATER, NJ  08807

KAREFREY INVESTMENT GROUP, LLC
JEFF GRANT & KAREN GRANT
PO BOX 153
SHELL, WY  82441

KARTHIKEYAN NATARAJAN
36431 ALICANTE AVENUE
FREMONT, CA  94536

KATHI S. RANDALL FAMILY TRUST
KATHI RANDALL
9157 AMBER WAVES ST
LAS VEGAS, NV  89123

KAUSTHUB KUMAR
2623 STONEBURY LANE
SUGAR LAND, TX  77479

KC SOLUTIONS, INC.
CHRISTOPHER COLEMAN
645 WYNNEWOOD CT
POWDER SPRINGS, GA  30127

KEITH LOBEL
100 SUNSET BLVD. 403
WEST COLUMBIA, SC  29169

KELLY VANEE
530 NW 196 PL
SHORELINE, WA  98177

KENNETH & DANIELLE MCGURK
DANIELLE MCGURK & KENNETH MCGURK
5 OLD POST RD
LAKE GEORGE, NY  12845

KENNETH & DANIELLE MCGURK
KENNETH MCGURK
5 OLD POST RD
LAKE GEORGE, NY  12845

KENNETH HILL
23632 HWY 99 STE F 389
EDMONDS, WA  98026

KEVIN BLAKE CHRISTENSEN
KEVIN CHRISTENSEN
3671 E. 3100 E
SALT LAKE CITY, UT  84109

KEVIN CRAYTON
23039 RAYMOND ROAD SW
VASHON, WA  98070

KEVIN KNIGHT
1160 NW 122ND AVE
PORTLAND, OR  97229

KEYSTONE INVESTMENT GROUP, LLC
ROB LEE
13545 ERICKSON PL NE
SEATTLE, WA  98125

KHAWAJA VENTURES LLC
RAHEEL KHAWAJA
2800 MARY ELIZABETH DR
AUSTIN, TX  78728

KILO MIKE LLC
TOM KIRKPATRICK
510 W 2ND ST
ELK RAPIDS, MI  49629

KIRK & MARIA HEGWOOD
KIRK HEGWOOD & MARIA HEGWOOD
3734 MONTFORD DRIVE
CHAMBLEE, GA  30341

KOUROSH PARHAM TRUST
KOUROSH PARHAM
32 BEVERLY RD
WEST HARTFORD, CT  06119

KRISH N SHAH LLC
NEIL SHAH
24 GLEN ABBEY DR.
DALLAS, TX  75248

KRISHNA JONNALAGADDA
54 CLOCKTOWER
IRVINE, CA  92620

KRIYA CAPITAL, LLC
SADASHIVA YELLURU
1718 CAPITAL AVENUE
CHEYENNE, WY  82001

KURDI YAP
1109 CAMELIA DR.
ALHAMBRA, CA  91801

KYLE ADAMS
1250 GROVE PARK
AUBURN, AL  36830

KYLE SCHOLNICK
4100 PLAZA LN
FAIRFAX, VA  22033

LACHANCE FINANCIAL SERVICES, INC.
JAMES AIKSNORAS & LAWRENCE LACHANCE
203 SOUTHWEST CUTOFF
NORTHBOROUGH, MA  01532

LACHANCE FINANCIAL SERVICES, INC.
LAWRENCE LACHANCE
203 SOUTHWEST CUTOFF
NORTHBOROUGH, MA  01532

LAHASKY INVESTMENT GROUP LLC
JEFFREY LAHASKY
1340 POYDRAS ST., STE. 1770
NEW ORLEANS, LA  70112

LAHTI PROPERTIES, LLC
NATALIE LAHTI & STEPHEN LAHTI
1502 CONTINENTAL PASS
CEDAR PARK, TX  78613

LAND GRABBERS LLC
JULIE THOMAS
101 MEDICAL HEIGHTS DRIVE, SUITE F
FRANKFORT, KY  40601

LAURA FOLLIARD TRUST NUMBER 1
LAURA FOLLIARD
405 8TH PLACE
HINSDALE, IL  60521

LCSH INVESTMENTS LLC
KERRY NOORMOHAMED & ZAHIR
NOORMOHAMED
4207 TIMBERGLEN PL
MIDLAND, TX  79707

LEGRAND RICHARDSON JR.
2203 MIDDEN DR
MT PLEASANT, SC  29466

LELAND BLOEBAUM
317 DELORES DRIVE
MEBANE, NC  27302

LEO UMANSKIY
3015 HAYNES COVE
JOHNS CREEK, GA  30022

LESLEY D MORLOCK TRUST
LESLEY MORLOCK
8 PEPPERWOOD LN
PEPPER PIKE, OH  44124

LESLIE BROCK
TRUSTEE OF THE LESLIE BROCK LIVING
TRUST
LESLIE BROCK
920 N. OSCEOLA AVE, UNIT 610
CLEARWATER, FL  33755

LETTY DOAN
2171 RIDGE DR
LOS ANGELES, CA  90049

LEVEL 33 CAPITAL, LLC
ALI AZADI
75 14TH ST NE UNIT 3350
ATLANTA, GA  30309

LIJUN QU
2729 MEADOW SAGE CT
OVIEDO, FL  32765

LINCOLN C BARRETT
LINCOLN BARRETT
115 RIVER PARK DR
ATLANTA, GA  30328

LINDA P. OKEEFE
LINDA OKEEFE
10278 N COUNTY RD 550 E
PITTSBORO, IN  46167

LISA COMMON MCMILLAN
LISA MCMILLAN
10413 CANEEL CT.
HUNTERSVILLE, NC  28078

LOMBOY ENTERPRISES LLC
JASON LOMBOY
530 SPRINGER BND NW
MARIETTA, GA  30060

LON E. WELSH
LON WELSH
2755 S LOCUST STR STE 150
DENVER, CO 80222

LONG DRIVE INVESTMENTS, LLC
ADAM RICHMOND & MARTIN DERMER
6000 LAKE FORREST DRIVE, SUITE 230
ATLANTA, GA 30328

LUCAS D HATHAWAY
LUCAS HATHAWAY
4714 DOGWOOD ALY
ATLANTA, GA 30338

MADHUSUDHAN TALLURI
5567 173RD AVE SE
BELLEVUE, WA 98006

MADISON TRUST COMPANY
FBO WILLIAM FAIRBANKS ACCT M20064094
WILLIAM FAIRBANKS
ONE PARAGON DRIVE, SUITE 275
MONTVALE, NJ 07645

MAHENDER TANKSALKER
3645 TERRAZZO CT
PLEASANTON, CA 94588

MAHESH PATEL
76 POPLAR HILL DR
FARMINGTON, CT 06032

MAIN ST. INVESTMENTS, LLC
MAY KUNG
14000 CLARENDON POINTE CT
HUNTERSVILLE, NC 28078

MANLEY FAMILY TRUST
ROBERT MANLEY
PO BOX 275
MONTAGUE, CA 96064

MANOJKUMAR TADHANI
518 MERRILL LN
PEACHTREE CITY, GA 30269

MARC KRAWITZ
368 HAMBURG ROAD
CATSKILL, NY 12414

MARGARET AND NATHANIEL JACKSON
MARGARET JACKSON & NATHANIEL
JACKSON
484 CRAGMONT AVE
BERKELEY, CA 94708

MARK & SANDRA KRADZINSKI
MARK KRADZINSKI &SANDRA KRADZINSKI
2002 MISTY GROVE CT
HOUSTON, TX 77062

MARK MERLIN
8000 SPALDING HILLS
ATLANTA, GA 30350

MARK RICHARD
4817 E GLENEAGLE LN
SPOKANE, WA 99223

MARK WOLKEN
126 STEEPLECHASE
BELTON, SC 29627

MARKAB LP
ABELARDO G CONCHA & ADRIANA B
FONSECA
8615 LA FONTE ST
HOUSTON, TX 77024

MARON INVESTMENT GROUP, LLC
LUKE MAGERS
7294 N RUBEL LOOP
COEUR D ALENE, ID 83815

MAROON-MORGANTI TRUST AGREEMENT
DATED MAY 28, 1991
GARY MAROON
1356 WAKESHIRE TERRACE
BALLWIN, MO 63011

MARTY ALAN MCHENRY
TRUSTEE FOR MAMCHENRY 401K
MARTY MCHENRY
1227 MORNING MIST CT
SUGAR LAND, TX 77498

MARY QIN
7 LA QUINTA
IRVINE, CA 92612

MATT COOPER
7994 MILLS RD.
OSTRANDER, OH 43061

MATTHEW BETTILYON
18997 136TH PL SE
MONROE, WA 98272

MATTHEW D. HERATH AND
SONITA M. SALUJA-HERATH
MATTHEW HERATH & SONITA SALUJA-
HERATH
597 SW 11TH CT
PALM CITY, FL 34990

MATTHEW HARNETT
MATT HARNETT
2155 S VILLA DR
GIBSONIA, PA 15044

MATTHEW J ROBERTSON
MATTHEW ROBERTSON
575 BLUE CANYON LANE
HIXSON, TN 37343

MATTHEW KOSHY
130 N GARLAND CT , UNIT 4901
CHICAGO, IL 60602

MATTHEW LESTARGE
2217 BUTLER BAY DR N
WINDERMERE, FL 34786

MATTHEW ONKEN
MATT ONKEN
3785 DONALD DR
GARNET VALLEY, PA 19060

MATTHIEU SOULE
2249 BEACH ST, APT 1
SAN FRANCISCO, CA 94123

MAULIN PATEL
1201 NORTH MAIN AVENUE
SYLACAUGA, AL  35150

MAXIM STEPIN & ZOYA BASHIROVA
2612 W LAKE SAMMAMISH PKWY NE
REDMOND, WA  98052

MAYANK PARIKH AND HIRAL PARIKH
HIRAL PARIKH & MAYANK PARIKH
3 MILLCROFT PLACE
SUGAR LAND, TX  77479

MCGILL HOLDINGS LLC
RAYMOND MCGILL JR
227 SANDY SPRINGS PLACE SUITE D282
ATLANTA, GA  30328

MCHENG RD LLC
MANMING CHENG
8303 COLBY STREET
VIENNA, VA  22180

MELVYN LIM AND ROBERT TYLER VOLITER
MELVYN LIMROBERT VOLITER
79 LILY COURT
BRISBANE, CA  94005

MHF LEGACY HOLDINGS
ANDREW FINE, JOEL FINE & MORRIS FINE
4090 N PAINTED QUAIL PLACE
TUCSON, AZ  85750

MICAH WHITSON & CHRISTINA NADAR
CHRISTINA NADAR & MICAH WHITSON
2000 BANEBERRY DR
HOOVER, AL  35244

MICHAEL & DARLA POLAND
DARLA POLAND & MICHAEL POLAND
13611 THESSALY
UNIVERSAL CITY, TX  78148

MICHAEL A. HUBER
MICHAEL HUBER
1555 ROUTE 532
CHATSWORTH, NJ  08019

MICHAEL DAVID LAMB & LORIE LEA LAMB
REVOCABLE LIVING TRUST
LORIE LAMB & MICHAEL LAMB
4944 W BLACK STALLION DR.
PRESCOTT, AZ  86305

MICHAEL DAVID LAMB & LORIE LEA LAMB
REVOCABLE LIVING TRUST
MICHAEL LAMB
4944 W BLACK STALLION DR.
PRESCOTT, AZ  86305

MICHAEL HILL
6869 TERRA TRANQUILA DRIVE
BOCA RATON, FL  33433

MICHAEL HUYNH
44 SUMMERLAND CIRCLE
ALISO VIEJO, CA  92656

MICHAEL MECKLER
19 DEERFIELD LN
BEACHWOOD, OH  44122

MICHAEL P DOMBECK
MICHAEL DOMBECK
202 SWIFT CREEK CROSSING
DURHAM, NC  27713

MICHAEL PALMER
628 S LEE ST
ALEXANDRIA, VA  22314

MICHAEL SHABANDI
NAUDARE SHABANDI
4300 STONEGATE DR
SPRINGFIELD, IL  62711

MICHAEL SHAH
7820 COLLINS GROVE RD
JACKSONVILLE, FL  32256

MICHAEL SMOCK
11201 MOSLEY HILL DR
ST LOUIS, MO  63141

MICHAEL STAVREFF
660 SALT LICK LANE
GAHANNA, OH  43230

MICHAEL W MCCORD
MICHAEL MCCORD
3308 CANYON CREEK DR.
RICHARDSON, TX  75080

MICHAEL WORLEY
2817 HUNTERS RETREAT CT.
ZEBULON, NC  27597

MIDLAND TRUST COMPANY AS CUSTODIAN
FBO CRAIG DANIELS
CRAIG DANIELS
2703 GLASBERN CIRCLE
WEST MELBOURNE, FL  32904

MIGUEL GUZMAN
13106 JENNY WOOD CT
CYPRESS, TX  77429

MIKAEL LINDSTROM
1175 RAMBLER CROSS
ATLANTA, GA  30312

MILLENNIUM TRUST CO. LLC
CUST FBO ANNE ARNOLD
ANNE ARNOLD
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MILLENNIUM TRUST CO. LLC
CUST FBO GEORGE DICK
GEORGE DICK
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MILLENNIUM TRUST CO. LLC
CUST FBO GEORGE DICK
GEORGE DICK, LPS AT MILLENNIUM TRUST
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MILLENNIUM TRUST CO. LLC
CUST FBO JOHN MUHLBERGER
JOHN MUHLBERGER
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MILLENNIUM TRUST CO. LLC
CUST FBO JOHN WILTJER
JOHN WILTJER
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MILLENNIUM TRUST CO. LLC
CUST FBO MELLY GARZA
MELLY GARZA
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MILLENNIUM TRUST CO. LLC
CUST FBO MICHAEL STATON
MICHAEL STATON
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MILLENNIUM TRUST JSR HEALTH LLC
FBO J SCOTT RIES ACCT 1322U9880
JEFFREY RIES
2001 SPRING ROAD, SUITE 700
OAK BROOK, IL  60523

MINERS PEAK, LLC
ERIK DOEBEL
6605 NORTH AVE UNIT 3
OAK PARK, IL  60302

MINGYU LIANG
6195 CONSERVANCY DRIVE
NEW BERLIN, WI  53151

MIRZA ASHHAB BEG & AMRA UZAIR
AMRA UZAIRMIRZA BEG
122 SAINT DENIS LANE
LEESVILLE, LA  71446

MIRZA ASHHAB BEG & AMRA UZAIR
MIRZA BEG
122 SAINT DENIS LANE
LEESVILLE, LA  71446

MOHAMAD BASSEL KHAIR & LAMA M ALASSIL
LAMA MHIDY ALASSIL & MOHAMAD KHAIR
217 FRENCH HILL RD
WAYNE, NJ  07470

MOHAMMED A MOVANIA & MUNIZA MOVANIA
MOHAMMED MOVANIA & MUNIZA MOVANIA
29257 CHATEAU CT
FARMINGTON HILLS, MI  48334

MOHAMMED MAHFUZ RAZZAQUE
MOHAMMED RAZZAQUE
4341 CYNTHIA ST
BELLAIRE, TX  77401

MOLO LLC
MICHAEL OLSON
3901 S COUNTY ROAD 11
LOVELAND, CO  80537

MONTANA HOLDINGS ONE, LLC
BYRON VAN KLEY
5511 SE SCENIC LANE UNIT 300
VANCOUVER, WA  98661

MOUNTAIN LAUREL ENTERPRISES, LLC
GULDANA HAAS & STEVE HAAS
1718 CAPITOL AVE
CHEYENNE, WY  82001-4528

MSTOCKSLAGER RD LLC
MATTHEW STOCKSLAGER
5901 EAST BERNEIL DRIVE
PARADISE VALLEY, AZ  85253

MT CAPITAL INVESTMENTS LLC
MICHAELL A TAYLOR
17 N LAKERIDGE
THE WOODLANDS, TX  77381

MUHAMMAD ANWAR TRUST
MUHAMMAD ANWAR
4968 ALATAR DRIVE
WOODLAND HILLS, CA  91364

MUHAMMAD FAROOQ
32508 OAKWOOD
FARMINGTON HILLS, MI  48334

MUHAMMAD HANNAN
8342 FALL CREEK DR
EASTVALE, CA  92880

MUHAMMED G NATHANI
MUHAMMED NATHANI
107 LAKE STERLING GATE DRIVE
SPRING, TX  77379

MURALI GOVINDASWAMY
1115 2ND AVE
KIRKLAND, WA  98033

MUSTAFA KATHAWALA
3104 PROMONTORY DRIVE
BISMARCK, ND  58503

NADIA OSTROVSKY
2761 NW TIMBERCREEK CIR
BOCA RATON, FL  33431

NANDA CHHEDA
645 BARNESLEY LANE
ALPHARETTA, GA  30022

NARAYANAN MOHANAN & SUJATHA
NARAYANAN
4304 DELAINA DRIVE
FLOWER  MOUND, TX  75022

NARINDER S. SAUND
NARINDER SAUND
20414 TUBA ST.
CHATSWORTH, CA  91311

NASAD HOLDINGS LLC
ERIC STRICKLAND
11654 PLAZA AMERICA DR.
RESTON, VA  20190

NATASHA M. STEINMAN HOLDINGS, LLC
JONAS STEINMAN
66 HUYLER LANDING ROAD
CRESSKILL, NJ  07626

NATHAN C ROBERTS REVOCABLE TRUST
NATHAN ROBERTS
4125 BRAGANZA AVE
MIAMI, FL  33133

NATHAN MAHONEY
53 FOXCROFT RUN
AVON, CT  06001

NATHANIEL JONES
5 RUSTY RAIL LANE
HILTON HEAD, SC  29926

NAWATI FAMILY LIVING TRUST,
DATED JULY 27, 2021
XIAONAN HALLIDAY
1128 LAKEFIELD WALK SOUTHWEST
MARIETTA, GA  30064

NESH VENTURES SOLO 401K PLAN
SURESH KUMAR
14138 RUSSELL RD
FRISCO, TX  75035

NEXT STEP CAPITAL MANAGEMENT, LLC
PAMELA BELLROBERT BELL
6657 S GIRALDA AVE
GILBERT, AZ  85298

NGAN PHAN
2832 BOXCAR
ROCKLIN, CA  95765

NIKHIL PATEL
3409 DELAMERE DR
MATTHEWS, NC  28104

NIR NETIVI
4791 HIBBS GROVE WAY
COOPER CITY, FL  33330

NISHA BHATT
75 MILFORD CT
SPRINGBORO, OH  45066

NISHANT SHAH
2415 HUME LN
ENOLA, PA  17025

NONYEREM OSUJI
NONYEREM  OSUJI
12803 WEST AVENUE, SUITE 6107
SAN ANTONIO, TX  78216

NOVITSKY FAMILY TRUST
NORM NOVITSKY
140 ISLAND WAY 251
CLEARWATER, FL  33767

NVN INVESTMENTS, LLC
RAVI NABAR
991 TURNSTONE ROAD
CARLSBAD, CA  92011

OLAYIWOLA SALMON
17407 ASTRACHAN ROAD
RICHMOND, TX  77407

OLUMIDE COKER
1414 BENBROOKE RIDGE NW
ACWORTH, GA  30101

OMEGA PROPERTIES OF ROCHESTER LLC
SHELLEY SPERLING & STEVE SPERLING
6910 BUCKTHORN DR NW
ROCHESTER, MN  55901

ORION LEGACY R01, LLC
BRETT WILSON
339 SOUTHWIND LANE
GREENWOOD, IN  46142

ORION MAGNETAR ASSET MANAGEMENT LLC
SHIKHER BISARIA
5323 EDITH ST
HOUSTON, TX  77096

PAOLO DILDA
322 W 57TH ST APT 19S
NEW YORK, NY  10019

PASSIVE CROWDFUNDING INVESTORS LLC
AMITH SHAMIR, ET AL
PO BOX 2869
JACKSON, WY  83001

PAUL G. SANDFORD
PAUL SANDFORD
18 SACONESSET ROAD
FALMOUTH, MA  02540

PAUL GURZO & JESSICA GURZO
JESSICA GURZOPAUL GURZO
11737 SADDLE CRESCENT CIRCLE
OAKTON, VA  22124

PAULO TOMAS
3122 E ORCHID LN
GILBERT, AZ  85296

PETER AND THAYSA EHRNSTROM FAMILY
TRUST
PETER EHRNSTROM & THAYSA EHRNSTROM
6322 PROMINENCE POINTE DR
ANCHORAGE, AK  99516

PETER CAMPBELL
4740 FAIRFIELD AV
SHREVEPORT, LA  71106

PETER JACKSON DAVIS
PETER DAVIS
862 HARTFORD PL SW
ATLANTA, GA  30310

PHILIP ZHAO
591 3RD AVE. UNIT 15B
NEW YORK, NY  10016

PHILLIP S CHUN
PHILLIP CHUN
295 W 23RD ST
HIALEAH, FL  33010

PHOEBE SHIH
738 TIMBERLAND LN
WALNUT, CA  91789

PIYUSH AND VARSHA NAIK
PIYUSH NAIK & VARSHA NAIK
69, WOODMERE DR
PARLIN, NJ  08859

POLYTEX PROPERTIES, LLC
DAVID FERRETTE & PAULO TOMAS
7324 BRECOURT MANOR
AUSTIN, TX  78739

PRADEEP RAMACHANDRAN
PRADEEP  RAMACHANDRAN
108 TELLURIDE TRAIL
CHAPEL HILL, NC  27514

PRASHANT KUMAR
2304 CHAMPIONS DRIVE
LUFKIN, TX  75901

PRASHANT SINGHAI
PRASHANT SINGHAI & SHIKHA JAIN
44720 CAMELLIA DR
FREMONT, CA  94539

PREETA BANSAL
7534 SAN MATEO LANE
LINCOLN, NB  68516

PREETI & RAMAN VERMA
RAMAN VERMA
5335 W DELAWARE AVE
VISALIA, CA  93291

PRIORITY FUNDS, LLC
E. GRESCHNER, J. RENNE & P. RODRIGUES
710 SUNSET RD.
WEST PALM BEACH, FL  33401

PRIYA DESAI
22836 HUNTER CRK
MISSION VIEJO, CA  92692

PUNEESH CHAUDHRY
14 LANCASTER ROAD
NORTHBOROUGH, MA  01532

PURAV P. PATEL
PURAV PATEL
202 WHITLEY WAY
LYNCHBURG, VA  24503

QUEST TRUST COMPANY
FBO JACK L ARCHER IRA 4127911
JACK ARCHER
17171 PARK ROW STE 100
HOUSTON, TX  77084

QUEST TRUST COMPANY
FBO JOESEPH GERWELS IRA ACCT 4455221
JOSEPH GERWELS
1241 TENDERFOOT
NEW BRAUNFELS, TX  78132

RAGIP SARITABAK
6539 MOORINGS POINT CIRCLE UNIT 101
LAKEWOOD RANCH, FL  34202

RAHMOUN MIZRAHI
RAYMOND MIZRAHI
1932 EAST 21ST ST
BROOKLYN, NY  11223

RAHUL ANAND
11 STONY POINT ROAD
WESTPORT, CT  06880

RAHUL JOSHI
3908 PETRUS
COLLEYVILLE, TX  76034

RAJEEV A JAIN
RAJEEV JAIN
14 OLYMPIC STREET
FRAMINGHAM, MA  01701

RAKESH SHAH
11 ROUND HILL RD SE
HUNTSVILLE, AL  35801

RAKESH SHISHODIA & RENU SHISHODIA
RAKESH SHISHODIA
30806 BOW BRIDGE DR
MURRIETA, CA  92563

RAKESH Y PATEL
RAKESH PATEL
2735 WOODLAND AVE
EAGLEVILLE, PA  19403

RAMBABU MADDI
26 OLIVIA RD
HIGHTSTOWN, NJ  08520

RAMKUMAR SOLO401K PLAN
RAMKUMAR VADIVELU
4015 HAMILTON PARK DR
SAN JOSE, CA  95130

RANDOLPH VENTURES LLC
JAMES MYERS
1170 GULF BOULEVARD, UNIT 704
CLEARWATER, FL  33767

RAVI KOLLI
12601 HANOVER CT
FARMERS BRANCH, TX  75234

RAVI KUMAR DOKKU
RAVI DOKKU
26915 CALAWAY FALLS LN
KATY, TX  77494

REUBEN AND ARIELLA ABRAHAM
REUBEN ABRAHAM
6508 EDENVALE ROAD
BALTIMORE, NY  21209

REVOCABLE TRUST OF JASON M. CARTY
AND CHRISTINA C ROEDER
CHRISTINA ROEDER
77 RAINBOW SPRINGS LANE
STAUNTON, VA  24401

REZON8 REAL ESTATE INVESTMENT FUND I
LLC
KIRAN SINGH
9888 WINDY HOLLOW ROAD
GREAT FALLS, VA  22066

RHETT BENEFIEL
4357 MERLOT CIRCLE
EDMOND, OK  73012

RIAL INVESTMENTS LLC
JUDE RAMAYYA
6400 ACADEMY LN
PLANO, TX  75074

RICHARD A JERNIGAN
RICHARD JERNIGAN
2351 BROOKMERE DRIVE
HOUSTON, TX  77008

RICHARD FLYG
6304 BUSHWOODS DRIVE
FRISCO, TX  75036

RICHARD LINDGREN 2019 REVOCABLE
TRUST
RICHARD LINDGREN
17454 W 67TH PL
ARVADA, CO  80007

RICHARD N. P. KONCIUS
RICHARD KONCIUS
6551 EDGERTON RD
NORTH ROYALTON, OH  44133

RICHARD TADDONIO
5190 MASONS FERRY RD
LAKE WYLIE, SC  29710

RICK MONTE REZNICSEK
RICK REZNICSEK
1818 FOSS LANE
JACKSONVILLE BEACH, FL  32250

RICKY LIUNARTO
2373 W. 208TH ST UNIT F-1
TORRANCE, CA  90501

RISHI K GUPTA & MINNI GUPTA
MINNI GUPTA & RISHI GUPTA
7316 LAVERY DR
PLANO, TX  75025

RITESH PARIKH
1332 GRANTHAM DR
SCHAUMBURG, IL  60193

RITESH RAVAL & CHIRAGI RAVAL
RITESH RAVAL
311 TORY TURN
WAYNE, PA  19087

RMI ENTERPRISES LLC
NATHAN KORTE
7121 LOST OAK EDWARDSVILLE IL
EDWARDSVILLE, IL  62025

RNNG 36 LLC
ROBERT NAPOLI
7779 E. ADOBE DRIVE
SCOTTSDALE, AZ  85255

ROBERT & GINA PALERMO
GINA PALERMO & ROBERT PALERMO
2627 BARTON HILLS DRIVE
AUSTIN, TX  78704

ROBERT COHEN/ DEBRA COHEN
DEBRA COHEN & ROBERT COHEN
5723 PADDINGTON WAY
BOCA RATON, FL  33496

ROBERT DUNFEY III
ROBERT DUNFEY
848 N. RAINBOW BLVD., SUITE 2607
LAS VEGAS, NV  89107

ROBERT E SCRIBNER II
ROBERT SCRIBNER
2150 N BAYSHORE DR. 2203
MIAMI, FL  33137

ROBERT H BURNSIDE JR
ROBERT BURNSIDE
6 TWICKENHAM COURT
COLUMBIA, SC  29209

ROBERT LEE
410 DORADO TER.
SAN FRANCISCO, CA  94112

ROBERT LORITZ
1028 BOLING RANCH RD N
AZLE, TX  76020

ROBERT NANGIA & HIMIKA NANGIA
HIMIKA NANGIA & ROBERT NANGIA
19435 CARPENTERS BAYOU CT
CYPRESS, TX  77433

ROBERT OLEA
33049 ELISA DRIVE
DANA POINT, CA  92629

ROBERT TEMIN
1732 TOLLESON CT
DUNWOODY, GA  30338

ROBIN JACOBSEN
14106 COUNCIL FIRE TRAIL
KAMAS, UT  84036

ROHIT AND LEENA WANGNEO
ROHIT WANGNEO
10 WOODS END DRIVE
WILTON, CT  06897

ROHIT AND SUNITHA BHASKAR
ROHIT BHASKAR & SUNITHA BHASKAR
595 ASHTON PARK LANE
SACRAMENTO, CA  95864

ROHNN M LAMPI
ROHNN LAMPI
4050 E. RANCHO DRIVE
PHOENIX, AZ  85018

RONALD BOMBEI & MARIETTA BOMBEI
MARIETTA BOMBEI & RONALD BOMBEI
10581 DEEPWOOD TRAIL
CARMEL, IN  46032

RONNIE SIKKA
15027 SE 80 STREET
NEWCASTLE, WA  98059

ROSARIO CASSATA
16 TIMBERIDGE CT.
SAYVILLE, NY  11782

ROY G. PASKOW ROTH IRA
ROY PASKOW
214 WEST 9TH STREET; P.O. BOX 420
ONAGA, KS  66521-0420

ROYAL LV FAMILY LLC
EDDIE TAI & VINNE CHEN
4000 WEST SAHARA AVENUE SUITE 110
LAS VEGAS, NV  89102

RTRC REAL ESTATE HOLDINGS LLC
RANDALL HARRIS & TANINA HARRIS
11904 HONOR BRIDGE FARM DR
SPOTSYLVANIA COURTHOUSE, VA  22551

RTRC REAL ESTATE HOLDINGS LLC
RANDALL HARRIS
11904 HONOR BRIDGE FARM DR
SPOTSYLVANIA, VA  22551

RUDOLF KROSEBERG
16121 N RIVER ROAD
ALVA, FL  33920

RUI GASPAR
891 DONA ROAD
UNION, NJ  07083

RUPESH VELJI
580 TANGELO CT
FREMONT, CA  94539

RUSSELL MORRISON
2276 SEASCAPE CT
JOHNS ISLAND, SC  29455

RYAN ROBERTS
3432 SIDERWHEEL DR
VIERA, FL  32955

RYAN SAMMON
750 SHORE RD APT 4H
LONG BEACH, NY  11561

RYAN SCHELLHOUS
4852 CAROLINE WAY
SAN JOSE, CA  95124

RYAN SKAR
9040 GLACIER RD
ST BONIFACIUS, MN  55375

SADDLE MOUNTAIN CAPITAL LLC
JAY NIELSON RICHARD STADER SARAH
THOMAS
1508 STAMPEDE AVE
CODY, WY  82414

SAIED BANAFSHE
11404 WOODINGTON TER
POTOMAC, MD  20854

SAIF ASHRAF
709 CAVESSON WAY
WESLEY CHAPEL, NC  28110

SAILENDRA SUNKARA
724 BLACKHORSE TRAIL
JUSTIN, TX  76247

SAJAN MAHAJAN
12406 CASPIAN DR
PAPILLION, NB  68046

SALAN PROPERTIES LLC
ALAN CHARLES & SALLY CHARLES
22395 E. MANSFIELD PL
AURORA, CO  80018-3041

SALIMA S BHARWANI
SALIMA BHARWANI
4018 SCENIC ORCHARD LANE
RICHMOND, TX  77407

SAMEMMA HOLDINGS, LLC
STEVEN WIONS
3637 EPPING FOREST WAY
OWINGS MILLS, MD  21117

SAMI FARHAD
22641 SPRING LAKE LANE
LAKE FOREST, CA  92630

SAMIR JOSHI
1898 WEST 5TH STREET
PISCATAWAY, NJ  08854

SAMIR S PATEL
SAMIR PATEL
4 TODD STREET
HILLSBOROUGH, NJ  08844

SANDEEP ARORA
1610 BILTMORE LN
PITTSBURGH, PA  15217

SANJAY AND RUPAL TRIVEDI
SANJAY TRIVEDI
401 BROCK CT
PARAMUS, NJ  07652

SANJAY ISRANI
115 HELLER WAY
MONTCLAIR, NJ  07043

SANJAY JAIN
27 COPLEY DRIVE
NORTHBOROUGH, MA  01532

SANJEET JAYANT JOSHI & RASIKA JOSHI
RASIKA JOSHI & SANJEET JOSHI
3204 CROSS MOUNTAIN CT
CARY, NC  27519

SANKAR NARAYANAN
2066 ABBEY LANE
CAMPBELL, CA  95008

SANTOS LOPEZ
46 MARCEL LANE
PISCATAWAY, NJ  08854

SATISH YEGNALA
3900 NW TUSTIN RANCH DR.
PORTLAND, OR  97229

SATVINDER S. AND JASMIN K. DHESI
REVOCABLE TRUST DATED APRIL 23, 2013
JASMIN DHESI & SATVINDER DHESI
16640 SE 46TH CT
BELLEVUE, WA  98006

SATVINDER S. AND JASMIN K. DHESI REVOCABLE TRUST DATED APRIL 23, 2013
SATVINDER DHESI
16460 SE 46TH CT
BELLEVUE, WA 98006

SATYEN PANDYA
900 228TH AVENUE NE, UNIT 3D
SAMMAMISH, WA 98074

SCOTT ANDREW RALSTON
SCOTT RALSTON
11318 SMITHDALE
HOUSTON, TX 77024

SCOTT MANNING
6419 23RD AVE. S
SEATTLE, WA 98108

SCOTT RUSHTON
507 GREEN HILL LN
BERWYN, PA 19312

SCOTT STANCZAK
414 S ASHLAND
LA GRANGE, IL 60525

SCOTT STEPHENSON & ANNA STEPHENSON
ANNA STEPHENSON & SCOTT STEPHENSON
1776 BROADWAY, APT 2007
DENVER, CO 80202

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESEY STREET, STE. 400
NEW YORK, NY 10281-1022

SECURITIES AND EXCHANGE COMMISSION
ATTN: BANKRUPTCY DEPARTMENT
100 F STREET NE
WASHINGTON, DC 20549-2001

SECURITIES AND EXCHANGE COMMISSION
MATTHEW MCNAMARA
DIVISION OF ENFORCEMENT
950 EAST PACES FERRY RD NE, SUITE 900
ATLANTA, GA 03326

SECURITIES AND EXCHANGE COMMISSION
MELISSA J. MITCHELL, SR. COUNSEL
DIVISION OF ENFORCEMENT
950 EAST PACES FERRY RD NE, SUITE 900
ATLANTA, GA 30326

SHARED TOWERS LLC
KAMAL DOSHI
P O BOX 70325, ATTN KAMAL DOSHI
FORT LAUDERDALE, FL 33307

SHARON FUNG
3609 S DOVER COURT
ROWLAND HEIGHTS, CA 91748

SHAWN & REBECCA LEPROWSE
REBECCA LEPROWSE & SHAWN LEPROWSE
3005 MOUNTAIN VIEW AVE N
RENTON, WA 98056

SHERYL PILAVIN
23 ROBERTS RD
NEW CITY, NY 10956

SHILPA TARUGU
10581 VERSAILLES BLVD
WELLINGTON, FL 33449

SHIMON HOLDINGS TRUST
RAMINA SARMICANIC & SHAREIL ELIA
401 E. 8TH ST. SUITE 200
SIOUX FALLS, SD 57103

SHIPWRECK ASSETS LIMITED PARTNERSHIP
RICHARD MCEWAN
519 PLANTATION RD
BRUNSWICK, GA 31525

SHIRAZALI AND GULZAR SUNDERJI TRUST
GULZAR SUNDERJI
26060 N 104TH WAY
SCOTTSDALE, AZ 852558001

SHIVRAJ DESAI
4801 ISLAND POND COURT, 702
BONITA SPRINGS, FL 34134

SHUJA GORAYA AND SAADIA SHUJA
SAADIA SHUJA & SHUJA GORAYA
7 WILMINGTON CT.
SUGAR LAND, TX 77479

SI YONG KIM
9330 57TH AVE W
MUKILTEO, WA 98275

SILAS PATEL
16603 GLEN LAKES DRIVE
LOUISVILLE, KY 40245

SIRUMUGAI M SARAVANAN
SIRUMUGAI SARAVANAN
3344 DUBOIS STREET
WEST LAFAYETTE, IN 47906

SOHAM SPECTRUM TWO LLC
MEENAKSHI PATEL
121 AZALEA POINT DR. N.
PONTE VEDRA BEACH, FL 32082-3664

SREEDHAR ANNAMALAI
23 DERBY LANE
WESTON, MA 02493

SRINIVAS AND VASAVI PASUPARTHI
SRINIVAS PASUPARTHI & VASAVI PASUPARTHI
2153 BUNNELS FORK RD
FRISCO, TX 75036

SSN SERVICES INC 401K
MANVEEN KAUR & SATPAL NARANG
2130 FERNCROFT LANE
CHESTER SPRINGS, PA 19425

STEFAN GERWINAT
1475 SALTBUSH RIDGE RD
HIGHLANDS RANCH, CO 80126

STEIN HARALD MENKERUD
STEIN MENKERUD
16168 SW ROSHAK RD
TIGARD, OR 97223

STEPHEN BROADBENT
22 COTTON IRON DR
MISSOURI CITY, TX  77459

STEPHEN R. MEYERS REVOCABLE TRUST
U/A 04-26-2016
STEPHEN MEYERS
5050 N. OCEAN DRIVE, APT. 902
SINGER ISLAND, FL  33404

STEPHEN SCHNELLE
3331 LILY WAY
BEAVERCREEK, OH  45434

STEVE AND BRIDGITTE BALL
BRIDGITTE BALL & STEVE BALL
21757 K ST
ELKHORN, NB  68022

STEVEN E NISKANEN AND DOROTHY B
NISKANEN
DOROTHY NISKANEN & STEVEN NISKANEN
11604 TERRACITA LN SE
ALBUQUERQUE, NM  87123-4538

STEVEN MATTHEW YAGER
STEVEN YAGER
267 PARTRIDGE DRIVE
ROCKWALL, TX  75032

STEVEN WILLIAM MADSON
STEVEN MADSON
94-603 LUMIAUAU ST,
WAIPAHU, HI  96797

STRATA TRUST COMPANY CUSTODIAN
FBO DAVID WARREN COLEMAN IRA
200001110
DAVID COLEMAN
PO BOX 23149
WACO, TX  76702-3149

STRATA TRUST COMPANY,
CUSTODIAN FBO DONALD J WOODYARD
DONALD WOODYARD
PO BOX 23149
WACO, TX  76702

SUDHIR BABU DEVINENI
SUDHIR DEVINENI
365 FULLING MILL LN
FAIRFIELD, CT  06824

SUHAS JOSHI AND VEENITA JOSHI
SUHAS JOSHI & VEENITA JOSHI
11029 EASTBROOK AVE
LOS ALTOS HILLS, CA  94024

SUMAN RAJU
1136 SHERIDAN CT NE
BROOKHAVEN, GA  30324

SUNFLOWER PROPERTY II, LLC
LOLA YOUNG
453 COPPERHEAD TRAIL
POWDERLY, TX  75473

SUNGMIN SHIN
6449 JEFFERSON PL
MCLEAN, VA  22101

SUNIR JOSHI
4875 NW 58TH PLACE
COCONUT CREEK, FL  33073

SUNSHINE FAMILY PROPERTIES LLC
STEPHEN HENSON
1414 FAIR OAKS AVE, SUITE 6
SOUTH PASADENA, CA  91030

SURAJ HEMNANI
2121 N BAYSHORE DR., 909
MIAMI, FL  33137

SUREN GULRAJANI AND RATNA SHAH
RATNA SHAH & SUREN GULRAJANI
208 PRESCOTT DRIVE
CHESTER SPRINGS, PA  19425

SURESH IYER
24806 GARNET SHADOW LANE
KATY, TX  77494

SUSAN X XIAO
SUSAN XIAO
2442 SAN FERNANDO CT
CLAREMONT, CA  91711

SYLVIA M DOBO
SYLVIA DOBO
12317 THE GATES DR
RALEIGH, NC  27614

SYM PROPERTIES
MUJTABA SYED HASSAN
608 DIANA LN.
FLOWER MOUND, TX  75028

TAMARA D HALL
DARREN HALL & TAMARA HALL
1465 N RIVERSIDE CIRCLE
SANDY SPRINGS, GA  30328

TANNEUR AND CORNESSE LIVING TRUST
REMY CORNESSE
6505 NE 22ND AVE, REMY CORNESSE
FORT LAUDERDALE, FL  33308

TARTER SATO FAMILY TRUST
GREGG TARTER & MICHELLE SATO
1296A ALEWA DRIVE
HONOLULU,, HI  96817

TAVOR ASSET MANAGEMENT TRUST
ARIEL TAVOR
144-40 69TH AVENUE
FLUSHING, NY  11367

TAYLOR FAMILY 2012 INVESTMENTS TRUST
GARY LEFTWICH & WILLIAM TAYLOR
5107 MEADOW LAKE ROAD
BRENTWOOD, TN  37027

TAYLOR FAMILY 2012 INVESTMENTS TRUST
WILLIAM TAYLOR
5107 MEADOW LAKE ROAD
BRENTWOOD, TN  37027

TB PROPERTY DEVELOPMENT 401K TRUST
TIMOTHY BEAN
15200 SW RAINBOW RD
TERREBONNE, OR  97760

TED VOLYNETS
11 COVEY STREET
GLEN HEAD, NY  11545

TERENCE J CALLAHAN & KIMBERLY A CALLAHAN
REVOCABLE FAMILY TRUST DATED 10/24/04
KIMBERLY CALLAHAN & TERENCE CALLAHAN
297 CEDAR DR
STATELINE, NV  89449

TERRAVEST, INC.
BERNARD ANDERSON
POB 5023
SCOTTSDALE, AZ  85261

TERRELL CAFFERY
1346 BELVEDERE DRIVE
BATON ROUGE, LA  70808

THAKOR MASTER
108 CONNEMARA LN
DOTHAN, AL  36303

THE AL ZURILGEN TRUST DATED 1/25/02
AL ZURILGEN
1001 PLEASANT BAY DRIVE
RIPON, CA  95366

THE ARTICLE III TRUST UNDER THE
JONAS L. STEINMAN 2004 GRAT
JONAS STEINMAN
66 HUYLER LANDING ROAD
CRESSKILL, NJ  07626

THE BONNELL FAMILY REVOCABLE TRUST
LYNN BONNELL & WILLIAM BONNELL
209 QUEEN CHARLOTTE RD
RICHMOND, VA  23221

THE BRIAN ACCIAVATTI TRUST
BRIAN ACCIAVATTI
576 MAPLE ST
WINNETKA, IL  60093

THE BW TRUST
BRANNON WONG
4081 MISSION STREET
SAN FRANCISCO, CA  94112

THE CURTIS FAMILY TRUST
DAVID CURTIS & ESTHER CURTIS
2040 BELHAVEN PLACE
TURLOCK, CA  95382

THE DEAN L. SIRAKIDES LIVING TRUST
DTD 08/08/2022
DEAN SIRAKIDES
1150 WILDWOOD LANE
GLENVIEW, IL  60025

THE DHIR FAMILY REVOCABLE TRUST
RATESH DHIRSHAILI JAIN
800 E CHARLESTON RD 28
PALO ALTO, CA  94303

THE ENTRUST GROUP FBO JOHN
SCRANTON 3
IRA 723001025
JOHN SCRANTON
555 12TH STREET, SUITE 900
OAKLAND, CA  94607

THE ENTRUST GROUP
FBO DON ZHAO IRA 7230010618
DON ZHAO
555 12TH STREET, SUITE 900
OAKLAND, CA  94607

THE ENTRUST GROUP
FBO JUDY SCHONS IRA 7230020510
JUDY SCHONS
555 12TH STREET, SUITE 900
OAKLAND, CA  94607

THE ENTRUST GROUP
FBO MARGARET TREMWEL IRA 7230011202
MARGARET TREMWEL
555 12TH STREET, SUITE 900
OAKLAND, CA  94607

THE ENTRUST GROUP
FBO ROBERT NEWSTEAD 401K 7230013679
ROBERT NEWSTEAD
555 12TH STREET, SUITE 900
OAKLAND, CA  94607

THE ENTRUST GROUP
FBO SAMANTHA UPDEGRAFF IRA 7230008730
SAMANTHA UPDEGRAFF
555 12TH STREET, SUITE 900
OAKLAND, CA  94607

THE ENTRUST GROUP
FBO TRACY WALKER IRA 7230018988
TRACY WALKER
555 12TH STREET, SUITE 900
OAKLAND, CA  94607

THE HEI TAO FUNG LIVING TRUST
HEI FUNG
42362 THYME CMN
FREMONT, CA  94538

THE HUNT TRUST DATED MAY 21, 2010
DANIEL HUNT
9988 AVONDALE ROAD NORTHEAST, APT 326
REDMOND, WA  98052

THE KINGDOM TRUST COMPANY,
CUSTODIAN
FBO ARTURO CARABALLO, CSA034342
ARTURO CARABALLO
KINGDOM TRUST P.O. BOX 870
MURRAY, KY  42071

THE KINGDOM TRUST COMPANY,
CUSTODIAN, FBO ARTURO CARABALLO
ARTURO CARABALLO
KINGDOM TRUST P.O. BOX 870
MURRAY, KY  42071

THE KINGDOM TRUST COMPANY,
CUSTODIAN, FBO MICHAEL D LAMB,
CSA033579
MICHAEL LAMB
KINGDOM TRUST P.O. BOX 870
MURRAY, KY  42071

THE LIND FAMILY TRUST DATED JUNE 28
2018
HOWARD LIND
2831 LADBROOK WAY
THOUSAND OAKS, CA  91361

THE MICHAEL D. HAUSBERGER &
JENNIFER L. ZERNEC REVOCABLE TRUST
JENNIFER ZERNEC & MICHAEL HAUSBERGER
9531 SOUTH HILL RD
BOSTON, NY  14025

THE MICHAEL D. HAUSBERGER &
JENNIFER L. ZERNEC REVOCABLE TRUST
MICHAEL HAUSBERGER
9531 SOUTH HILL RD
BOSTON, NY  14025

THE NOVAK FAMILY TRUST
KURT NOVAK & SUSANNE NOVAK
307 E 230 N
MIDWAY, UT  84049

THE PADDOCK FAMILY TRUST
DEBRA PADDOCK & ROBERT PADDOCK
25079 KINGSCOTE CT
CHANTILLY, VA  20152

THE RICHARD DANIEL AND
LELIA J. BARZAN TRUST
LELIA BARZAN & RICHARD BARZAN
240 WEST RUMBLE ROAD, UNIT C
MODESTO, CA  95350

THE SHEW FAMILY TRUST DATED DEC 26, 2013
HARVEY SHEW & JANNA SHEW
310 SAN DIEGO AVENUE
VENTURA, CA 93004

THE SURAPANENI JOINT LIVING TRUST
DATED NOVEMBER 13, 2017
MYTHRI SURAPANENI & SRI N SURAPANENI
13614 FOUNTAIN MIST DRIVE
PEARLAND, TX 77584

THE WANG LIVING TRUST DATED 10/11/05
HOU-YI WANG & LIEN-CHUN CHIN
PO BOX 1969
CUPERTINO, CA 95015

THE WONG FAMILY TRUST, 8/24/09
DEVIN WONG AND LINDA KOHATSU WONG
DEVIN WONG
5062 NORTHWESTERN WAY
WESTMINSTER, CA 92683

THE ZEDLEWSKI FAMILY TRUST
CHARLES ZEDLEWSKI
3 PERALTA AVE
SAN FRANCISCO, CA 94110

THE ZIEGLER FAMILY TRUST
DATED FEBRUARY 17, 2015
JEAN-LOUP ZIEGLER & MARIA JOSE ZIEGLER
719 NEW YORK DR.
ALTADENA, CA 91001

THL REAL ESTATE LLC
MIKE DEMPSTER
10810 N TATUM BLVD STE 102735
PHOENIX, AZ 85028

THOMAS & CHRISTINE RUTHERFORD
CHRISTINE RUTHERFORD & THOMAS RUTHERFORD
1321 UPLAND DR 7666
HOUSTON, TX 77043

THOMAS A. LEISTER
TOM LEISTER
121 MADARA DR
HANOVER, PA 17331

THOMAS ALVAREZ
1359 BROOKLYN WALK NE
ISSAQUAH, WA 98029

THOMAS C. ALBANESE
THOMAS ALBANESE
1507 SAWTIMBER TRAIL
WEST CHESTER, PA 19380

THOMAS FEEHAN
6348 SIMIEN RD
INDIANAPOLIS, IN 46237

THOMAS JAMES EVERLING III
THOMAS EVERLING
PO BOX 17534
RENO, NV 89511

THOMAS MARTIN
8025 RODAO DR
CALEDONIA, MI 49316

THOMAS MILLER
116 SPANISH PT DR
BEAUFORT, SC 29902

THOMAS P RICHERSON
THOMAS RICHERSON
6450 COLLINS AVE, PH1
MIAMI BEACH, FL 33141

TIANYI ZHANG
180 SEVENTH AVE, APT 2A
NEW YORK CITY, NY 10011

TIMOTHY B MATZ AND JANE F MATZ JTROS
JANE MATZ & TIM MATZ
3010 O STREET, NW
WASHINGTON, DC 20007

TIMOTHY C KUO REVOCABLE TRUST, 3/3/2005
TIMOTHY KUO
18107 GRETCHEN AVE
ELKHORN, NB 68022

TIMOTHY WILTJER
1008 DREAMFIELD DR SE
BYRON CENTER, MI 49315

TODD & BETH KUGLER
TODD KUGLER
2292 MACKENZIE CT
CLEARWATER, FL 33765

TODD R STIERNAGLE LTD. SOLO K
TODD STIERNAGLE
1654 STANBRIDGE AVE
ROSEVILLE, MN 55113

TODD ROBERT STIERNAGLE
TODD STIERNAGLE
1654 STANBRIDGE AVE
SAINT PAUL, MN 55113

TOMMER YOKED
5116 BEECH STREET
BELLAIRE, TX 77401

TONY BRAR
1850 SW 66TH DRIVE
GAINESVILLE, FL 32607

TONY CHARLES LONSTEIN, TRUSTEE
LONSTEIN REVOCABLE FAMILY TRUST, 9/21/94
TONY LONSTEIN
1772 LONG BOW LN
CLEARWATER, FL 33764

TOP DOG CAPITAL LLC
KEITH KENTCH
6925 SW 43RD STREET
TOPEKA, KS 66610

TORE C. STEEN AND YUFEN S. STEEN
TRUSTEES OF THE STEEN JOINT TRUST
TORE C. STEEN & YUFEN STEEN
10213 AMWELL CV.
AUSTIN, TX 78733

TOTALLIA 2022 LLC
FEDERICO TESSORE
260 CRANDON BLVD STE 32-72
KEY BISCAYNE, FL 33149

TRACY D ANDERSON
TRACY ANDERSON
116 EJ FRICK DR
MANHATTAN, KS 66503

TRAVIS HOLDEN OR WEN WEN CHENG
TRAVIS HOLDENWEN WEN CHENG
920 MAGNOLIA STREET
SOUTH PASADENA, CA  91030

TSAN CHIAN
310 CRESCENT VILLAGE CIR 1451
SAN JOSE, CA  95134

TSOUKATOS-KIDNEW FAMILY TRUST
JOHN TSOUKATOS
3945 HIGHLAND DR
CARLSBAD, CA  92008

TUALATIN LLC
ANDREW DOYLE
855 PEACHTREE ST NE 2512
ATLANTA, GA  30308

TUCKER FAMILY, LLC
LAWRENCE TUCKER
1224 COLVIN MEADOWS LANE
GREAT FALLS, VA  22066

TX TECH DISRUPTORS LLC
AMINA ABDULLA, ET AL
127 S HALL DR
SUGAR LAND, TX  77478

TYLER LARSEN
673 CALLE DE LA SIERRA
EL CAJON, CA  92019

U.S. ATTORNEY GENERAL
U.S. DEPT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC  20530-0001

U.S. ATTORNEY
DISTRICT OF DELAWARE
1313 N. MARKET ST.
PO BOX 2046
WILMINGTON, DE  19801

U.S. TRUSTEE
844 KING STREET
SUITE 2207
LOCKBOX 35
WILMINGTON, DE  19801

UMBRELLA VENTURES LLC
AMANDA GUILD & KEVIN LENNIL
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA  98104

UVG SUPERSTAR, LLC
VINAY BHATT
1325 SIENA SUNSET RD
LEANDER, TX  78641

VANCE ENTERPRISES, LLC
WASEET VANCE
3669 MARSH RESERVE BLVD.
JACKSONVILLE, FL  32224

VDT LEGACY HOLDINGS
JOEL FINE & VI TRUONG
821 LAUGHING DOG COURT
LEANDER, TX  78641

VEDA PROPERTIES LLC
PADMA SRIPADA
3 FIELDCREST DRIVE
EAST GREENBUSH, NY  12061

VENKATA LAKSHMI SAUJANYA
YACHAMANENI
VENKATA LAKSHMI & SAUJANYA
YACHAMANENI
3836 EASTWOOD CIR
SANTA CLARA, CA  95054

VICKI HSU
20915 GRANITE WELLS
WALNUT, CA  91789

VICTOR AIDIS 401K TRUST
VICTOR AIDIS
14063 E TEMPLE DR APT 1514
AURORA, CO  80015

VIJAY PATEL
9431 LOCHFLORA DRIVE
SPRING, TX  77379

VIJU VARGHESE
950 WEST PEACHTREE STREET NW, UNIT 801
ATLANTA, GA  30309

VIKRAM CHATRATH
227 EVANGELINE WALK
BOSSIER CITY, LA  71111

VINCENT J MINICHINO
VINCENT MINICHINO
14 REGINA DRIVE
BRICK TOWNSHIP, NJ  08724

VIPUL SHAH
106 OPERA CT
CARY, NC  27519

VIVEK AWASTHI
7649 SHACKELFORD DR, NONE
FRISCO, TX  75035

VIVEK SARAF
10416 IVALENES HOPE DRIVE
AUSTIN, TX  78717

VIVEK TIWARI
800 FOREST AVE APT 9D
WESTFIELD, NJ  07090

VOLODYMYR GELFAND
1690 SIXTH ST, CONCORD, CA
CONCORD, CA  94519

VV BIG BEAR LLC
IAN AKESON
3701 RILEY ANN AVENUE
LAS VEGAS, NV  89139

VV DURANGO LLC
IAN AKESON
3701 RILEY ANN AVE
LAS VEGAS, NV  89139

WADE THOMPSON
7085 HIDDEN RIDGE DRIVE SOUTHEAST
GRAND RAPIDS, MI  49546

WALLACE SMITH INVESTMENTS
TIM SMITH
387 AUGUSTA AVE
ATLANTA, GA  30315

WARREN BRENNER
17721 MIDDLEBROOK WAY
BOCA RATON, FL  33496

WELLMAN & ANN MARIE SHEW
REVOCABLE LIVING TRUST DTD JUNE 6, 2006
ANN MARIE SHEW & WELLMAN SHEW
10639 N SHINNECOCK DRIVE
FRESNO, CA  93730

WENDY AND GARY CHEA
GARY CHEA
25558 FOGGY GLEN DR
CASTRO VALLEY, CA  94552

WENHONG FELIX PENG
WENHONG PENG
10460 KINNARD AVE
LOS ANGELES, CA  90024

WESLEY MCLAUGHLIN
10203 SHADOW WOOD DR
HOUSTON, TX  77043

WHITE ROOM TRADING
JUSTIN AMMERLAAN
120, ST, TULARE
BRISBANE, CA  94005

WILLIAM ADAMS
11732 REVA DR.
GARDEN GROVE, CA  92840

WILLIAM E AND CATHERINE D JENKINS TIC
CATHERINE JENKINS & WILLIAM JENKINS
2121 KIRBY DRIVE UNIT 58
HOUSTON, TX  77019

WILLIAM E FURR
WILLIAM FURR
4830 WEST FOREST PEAK
MARIETTA, GA  30066

WILLIAM G TAYLOR III
WILLIAM TAYLOR
5107 MEADOW LAKE ROAD
BRENTWOOD, TN  37027

WILLIAM H OTTIGER
WILLIAM OTTIGER
4093 KEANU STREET
HONOLULU, HI  96816

WILLIAM KNEPPER
230 WHITTENGALE ROAD
OAKDALE, PA  15071

WILLIAM MILLARD
5450 GRANADA WAY
CARPINTERIA, CA  93013

WILLIAM TAYLOR
55 RUMSON ROAD
RUMSON, NJ  07760

WILLIAM W PAULUS AND MARIJO PAULUS
MARIJO PAULUS & WILLIAM PAULUS
18  PRUNER FARM RD
LEBANON, NJ  08833

WUN-LING CHANG MD TRUST ROTH
FBO HENRI VAN DER HEYDE
HENRI VAN DER HEYDE & WUN-LING CHANG
3525 DEL MAR HEIGHTS RD 453
SAN DIEGO, CA  92130

XING FAMILY TRUST
ANDREW XING
22914 11TH AVE W
BOTHELL, WA  98021

YANG FAMILY TRUST
CHAN-LON YANG & JUDY HUANG
30 HERNANDEZ AVE.
LOS GATOS, CA  95030

YEVGENIY PALATNIK
58 BROAD STREET
HAWTHORNE, NY  10532

YIZHI LIANG
131 DAWSON CRESCENT
SEAFORD, VA  23696

YOGIN PATEL
6702 MARBROOK SADDLE COURT
SUGAR LAND, TX  77479

YU GUAN
114 MANHOAC RUN
YORKTOWN, VA  23693

YUQI QIAO & JIE WANG
JIE WANGYUQI QIAO
12825 MAJESTIC OAKS DR
AUSTIN, TX  78732

ZACHARY JOSEPH KAY
ZACHARY KAY
265 E 66TH STREET, APT 20G
NEW YORK, NY  10065

ZEMEL FAMILY TRUST
BARRY ZEMEL
PO BOX 47638
PHOENIX, AZ  85068

ZHI YONG YANG
ZHI YONG  YANG
7304 LANVAL DR.
OAK RIDGE, NC  27310

ZIV YOLES
5201 SCENIC VIEW DR.
AUSTIN, TX  78746

ZUNAID VANIA AND HOLLY TSE
HOLLY TSEZUNAID VANIA
3249 MONTEVIDEO DR
SAN RAMON, CA  94583

Total: 809