**EXHIBIT A**

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |
| | Ref. No. |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SCOPE AND FORM OF NOTICE WITH RESPECT TO INVESTORS, (II) APPROVING OPT-IN PROCEDURE FOR ADDITIONAL NOTICE, AND (III) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion for Entry of an Order (i) Approving the Scope and Form of Service of Notice With Respect to Investors, (ii) Approving the Opt-In Procedure for Additional Notice, and (iii) Granting Related Relief* (the "Motion")[2], all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this case and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. The service requirements of Bankruptcy Rule 2002(g) hereby are modified to permit the Debtors to serve the Investors electronically via email.

3. The Opt-In Procedures, as described in the Motion, are approved.

4. The *Notice of Opt-In Procedure for Obtaining Additional Notice in the ONH AFC and ONH 1601 Bankruptcy Cases on the Investors* (the "Opt-In Notice") attached hereto as **Exhibit 1** is approved.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order in accordance with the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof and notice of the Motion as provided therein shall be deemed good and sufficient pursuant to the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

Dated: _____, 2023
      Wilmington, Delaware

                                        THE HONORABLE CRAIG T. GOLDBLATT
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## NOTICE OF OPT-IN PROCEDURE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF OPT-IN PROCEDURE TO OBTAIN ADDITIONAL HARD COPY NOTICES IN THE ONH AFC AND ONH 1601 BANKRUPTCY CASES**

**TO:** Investors in ONH AFC CS Investors LLC and ONH 1601 CS Investors LLC

**PLEASE TAKE NOTICE THAT:**

On July 14, 2023 (the "Petition Date"), ONH AFC CS Investors LLC and ONH 1601 CS Investors LLC (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and elected to proceed under subchapter V (the "Chapter 11 Cases"). The Debtors filed their petitions in the United States Bankruptcy Court for the District of Delaware (the "Court"). On _____, 2023, the Court entered the *Order (I) Approving the Scope and Form of Notice with Respect to Investors, (II) Approving the Opt-In Procedure for Additional Notice, and (III) Granting Related Relief* [D.I. ___] (the "Order"). The Order limits the types and manner of future notice you will receive in connection with the Chapter 11 Cases.

> **UNLESS YOU OPT-IN TO RECEIVE SERVICE OF HARD COPIES BY MAIL USING THE PROCEDURES DESCRIBED IN THIS NOTICE, YOU WILL ONLY RECEIVE NOTICE BY EMAIL IN THESE BANKRUPTCY CASES.**

If you do not opt-in to receive additional service, you will only receive notice by email in these Chapter 11 Cases, including any future proceedings and filings related to any chapter 11 plan in these Chapter 11 Cases. If you would like to opt-in to receive service of certain documents in hard copy by mail, please follow the steps below:

- Complete the form located on the Debtors' case website at https://dm.epiq11.com/ONHInvestors.

- The form will ask you for your name and mailing address to receive hard copies by mail.

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

{1402.001-W0071666.}

After you opt-in, you will receive hard copies of certain notices in these Chapter 11 Cases via the mailing address you provide.

For additional questions, please call the Debtors' proposed claims and noticing agent, Epiq at [_____].