# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION OF ANNA PHILLIPS

I, Anna Phillips, declare under penalty of perjury:

1. On June 7, 2023, I was appointed as sole and independent manager ("Independent Manager") to ONH AFC CS Investors LLC ("ONH AFC") and ONH 1601 CS Investors LLC ("ONH 1601", together with ONH AFC, the "Debtors").

2. As Independent Manager of the Debtors, obtaining and reviewing any and all books and records of the Debtors is essential to maximizing and returning value to the investors, and obtaining a successful reorganization process through the Debtors' chapter 11 cases.

3. To that end, I have requested, through oral communication and through counsel, that Mr. Elchonon "Elie" Schwartz, Nightingale Properties LLC, and/or any of their affiliates that posses them, to turnover any and all books and records of the Debtor. To this date, I have not received the information requested.

[*Signature Page to Follow*]

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

4880-2914-1104.2

-2-

Pursuant to 28 U.S.C. § 1756, I declare under penalty of perjury that the foregoing is true and correct.

Dated July 14, 2023

_____