**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF FILING OF CHAPTER 11 PETITIONS**
**AND RELATED MOTIONS AND DECLARATIONS**

**PLEASE TAKE NOTICE** that on July 14, 2023, ONH AFC CS Investors LLC ("ONH AFC") and its debtor affiliate, ONH 1601 CS Investors LLC ("ONH 1601", together with ONH AFC, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and elected to proceed under subchapter V in the United States Bankruptcy Court for the District of Delaware (the "Court").

### A. VOLUNTARY CHAPTER 11 PETITION

1.  Voluntary Petition – ONH AFC CS Investors LLC, Case No. 23-10931 (CTG) [D.I. 1]

2.  Voluntary Petition – ONH 1601 CS Investors LLC, Case No. 23-10932 (CTG) [D.I. 1]

### B. FIRST DAY DECLARATION

3.  Declaration of Eric Lee in Support of Chapter 11 Petitions and First Day Motions [D.I. 2]

### C. FIRST DAY MOTIONS

4.  Motion of Debtors Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 for Order Directing Joint Administration of Chapter 11 Subchapter V Cases [D.I. 4]

5.  Debtors' Motion for Entry of an Order (I) Approving the Scope and Form of Notice with Respect to Investors, (II) Approving Opt-In Procedure for Additional Notice, and (III) Granting Related Relief [D.I. 5]

6.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Scheduling a Hearing, and (IV) Granting Related Relief [D.I. 6]

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

7. Application of Debtors for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief [D.I. 7]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Motions (the "First Day Hearing") is scheduled for **July 21, 2023 at 9:00 a.m. (ET)** and will be held before the Honorable Judge Craig T. Goldblatt, United States Bankruptcy Judge, at which time the Court may grant any and all of the First Day Motions without further notice.

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will be conducted entirely by Zoom and requires all participants to register in advance pursuant to the instruction to be set forth in the agenda for the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you would like to receive copies of any of the documents referenced above prior to the First Day Hearing, copies may be obtained from the of the Debtor's notice and claims agent, Epiq at https://dm.epiq11.com/case/onhinvestors/info; or by request via electronic mail at ONHInvestors@epiqglobal.com. You may also obtain copies from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov for a fee.

**[*Remainder of Page Intentionally Left Blank*]**

Dated: July 17, 2023
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
     mcguire@lrclaw.com
     pierce@lrclaw.com

- and -

**BAKER & HOSTETLER LLP**

Jorian L. Rose (*admitted pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: jrose@bakerlaw.com

Andrew V. Layden (*pro hac vice pending*)
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com

*Proposed Counsel for the Debtors and Debtors
in Possession*