**ONH AFC CS Investors LLC Case No. 23-10931**

**July 21, 2023 @ 9 AM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| David | Klauder | Subchapter V Trustee | Bielli & Klauder, LLC |
| Todd | Kugler | Todd and Beth Kugler Crowdstreet Investors | na |
| Kate | Mailloux | Epiq, claims agent | Epiq |
| John | Schanne (USTP) | United States Trustee | DOJ |
| Benjamin | Hoch | CrowdStreet, Inc. | Wilson Sonsini Goodrich & Rosati |
| Anna | Phillips | ONH AFC CS Investments LLC, et al. | |
| Joseph | Pegnia | Debtors | B Riley Advisory Services |
| Eric | Lee | ONH AFC and ONH 1601 | B. Riley Advisory |
| Andrew | Layden | ONH AFC CS Investors LLC | Baker & Hostetler LLP |
| Jorian | Rose | Debtors | Baker Hostetler LLP |
| Marsha | Sukach | CrowdStreet, Inc. | Wilson Sonsini Goodrich & Rosati |
| Catherine | Lyons | CrowdStreet, Inc. | Wilson Sonsini Goodrich & Rosati |
| Andreas | Rothe | Andreas Rothe | |
| Ephraim | Diamond | Interested Party | Arbel Capital Advisors LLC |
| Jessica | Graber | Interested Party | Willkie Farr & Gallagher LLP |
| Matthew | McGuire | ONH AFC CS Investors LLC, et al. | Landis Rath & Cobb LLP |
| Matthew | Pierce | ONH AFC CS Investors LLC, et al. | Landis Rath & Cobb LLP |
| Danielle | Merola | ONH AFC CS Investors LLC, et al. | BakerHostetler |
| Tom | Wearsch | Elie Schwartz; Nightingale Properties LLC | Jones Day |
| Kayla | Quigley | Elie Schwartz; Nightingale Properties LLC | Jones Day |
| James | Loonam | Elie Schwartz; Nightingale Properties LLC | Jones Day |
| Matthew | Corcoran | Elie Schwartz and Nightingale Properties, LLC | Jones Day |
| Joseph | Lemkin | Black Lion Investment Group | Stark & Stark |
| Taylor | Harrison | Debtwire | |
| Micah | Whitson | Micah Whitson | |
| James | Franks | self | N/A |