# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 31, 2023, AT 4:00 P.M. (ET), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801

This hearing will be conducted in-person.

All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by July 30, 2023, at 4:00 p.m. (ET)

https://debuscourts.zoomgov.com/meeting/register/vJIscuiorTwvHZEvujweQUo4CDhvJtv7wvU

**COURTCALL WILL NOT BE USED FOR THIS HEARING**

Topic: ONH AFC CS Investors LLC, et al. - Case No. 23-10931 (CTG)
When: July 31, 2023 at 4:00 p.m. Eastern Time (US and Canada)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING**.

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

**MATTERS GOING FORWARD**

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Scheduling a Hearing, and (IV) Granting Related Relief [D.I. 6, filed on July 14, 2023]

   Response Deadline: July 28, 2023, at 4:00 P.M. (ET)

   Responses Received: None.

   Related Documents:

   A. Declaration of Eric Lee in Support of Chapter 11 Petitions and First Day Motions [D.I. 2, filed on July 14, 2023]

   B. Notice of Filing of Chapter 11 (Subchapter V) Petition and Related Motions and Declarations [D.I. 17, filed on July 17, 2023]

   C. Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing [D.I. 43, filed on July 21, 2023]

   D. Notice of Second Day Hearing Motion [D.I. 44, filed on July 21, 2023]

   Status:   This matter will go forward.

[*Remainder of page intentionally left blank*]

Dated: July 27, 2023
    Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ *Matthew R. Pierce*</u>
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com
       pierce@lrclaw.com

- and -

**BAKER & HOSTETLER LLP**

Jorian L. Rose (*admitted pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: jrose@bakerlaw.com

Andrew V. Layden (*admitted pro hac vice*)
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

{1402.001-W0071781.2}