# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

*In re:*                                                    Chapter 11

EXPRESSJET AIRLINES LLC,             Case No. 22-10787 – MFW

Debtor.

## WITHDRAWL OF CLAIM

I, Carlota Esmedilla, agent for claimant, hereby withdraw claim #<u>10003</u> as requested by creditor, Zurich American Insurance.

I, undersigned, am the authorized agent for the above-referenced creditor. I hereby withdraw the above claim and authorize the Clerk of the Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: 8/3/2023

                                                             *Carlota Esmedilla*
                                                            Authorized Agent, Carlota Esmedilla