**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ONH AFC CS INVESTORS LLC., *et al.*[1]<br><br>Debtors. | ) <br>) Chapter 11 (Subchapter V)<br>)<br>) Case No. 23-10931 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket No. 67** |

**NOTICE OF DOCUMENT ENTERED IN ERROR (DOCKET NO. 67)**

On August 4, 2023, Epiq Corporate Restructuring, LLC filed the *Withdrawal of Claim No. 10003, filed by Zurich American Insurance*, [Docket No. 67], (the "Withdrawal Notice"). This document was filed in error.

The undersigned respectfully requests the Withdrawal Notice, [Docket No. 67], be marked as ENTERED IN ERROR.

Dated: August 4, 2023.    EPIQ CORPORATE RESTRUCTURING, LLC

/s/ Sid Garabato
Sid Garabato
*Senior Consultant*

CLAIMS AND NOTICING AGENT FOR
DEBTORS AND DEBTORS-IN-POSSESSION

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.