**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONH AFC CS INVESTORS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10931 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Mr. Elchonon "Elie" Schwartz and Nightingale Properties LLC (collectively, the "Schwartz Nightingale Parties") and demand, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 1109(b) and 342 of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

Thomas M. Wearsch
**JONES DAY**
250 Vesey St.
New York, NY 10281
Telephone: (212) 326-3939
Email:  twearsch@jonesday.com

Matthew C. Corcoran
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile:  (614) 461-4198
Email:  mccorcoran@jonesday.com

Zachary I. Shapiro (No. 5103)
Emily R. Mathews (No. 6866)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile:  302-651-7701
Email:  shapiro@rlf.com
            mathews@rlf.com

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

RLF1 29420604v.2

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of the Schwartz Nightingale Parties to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Schwartz Nightingale Parties' rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the Schwartz Nightingale Parties' rights to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the Schwartz Nightingale Parties' rights to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Schwartz Nightingale Parties are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Schwartz Nightingale Parties expressly reserve.

| | |
|---|---|
| Dated: August 8, 2023<br>Wilmington, DE | */s/ Zachary I. Shapiro*<br>Zachary I. Shapiro (5103)<br>Emily R. Mathews (6866)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: shapiro@rlf.com<br>           mathews@rlf.com<br>-and-<br><br>Thomas M. Wearsch (*pro hac vice* pending)<br>**JONES DAY**<br>250 Versey St.<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>Email: twearsch@jonesday.com<br><br>-and-<br><br>Matthew C. Corcoran (*pro hac vice* pending)<br>**JONES DAY**<br>325 John H. McConnell Blvd., Suite 600<br>Columbus, Ohio 43215<br>Telephone: (614) 469-3939<br>Facsimile: (614) 461-4198<br>Email: mccorcoran@jonesday.com<br><br>*Counsel for Mr. Elchonon "Elie" Schwartz and Nightingale Properties, LLC* |