**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONH AFC CS INVESTORS LLC, *et al.*,[1]<br><br>                   Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10931 (CTG)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF MATTHEW C. CORCORAN**

      Pursuant to Local Bankruptcy Court Rule 9010-1(b) and the attached certification, counsel moves the court for *pro hac vice* admission of Matthew C. Corcoran of Jones Day, 325 John H. McConnell Blvd., Suite 600, Columbus, Ohio 43215, to represent Mr. Elchonon "Elie" Schwartz and Nightingale Properties LLC in the above captioned cases.

Dated:   August 8, 2023
            Wilmington, Delaware

                                                              */s/ Zachary I. Shapiro*
                                                               Zachary I. Shapiro (No. 5103)
                                                               RICHARDS, LAYTON & FINGER, P.A.
                                                               One Rodney Square
                                                               920 North King Street
                                                               Wilmington, Delaware 19801
                                                               Telephone: (302) 651-7700
                                                               Email: shapiro@rlf.com

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

RLF1 29419734v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, am admitted to practice before the United States Court of Appeals for the Sixth Circuit and the United States District Courts for the Northern and Southern Districts of Ohio, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund*, revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: August 8, 2023
Wilmington, Delaware

*/s/ Matthew C. Corcoran*
Matthew C. Corcoran
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Telephone: (614) 461-4198
Email: mccorcoran@jonesday.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 29419734v.1