IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC., *et al.*[1] | ) Case No. 23-10931 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket Nos. 70-73** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2023, I caused to be served the:

   a. "Application of the Debtors for Entry of an Order Approving the Employment and Retention of Baker & Hostetler LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date," dated August 7, 2023 [Docket No. 70],

   b. "Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Co-Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1," dated August 7, 2023 [Docket No. 71],

   c. "Motion of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Eric Lee as Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date," dated August 7, 2023 [Docket No. 72], and

   d. "Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals," dated August 7, 2023 [Docket No. 73],

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              <u>*/s/ Arnold Nguyen*</u>
                                                              Arnold Nguyen

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903-0898 |
| FLORIDA ATTORNEY GENERAL | ASHLEY MOODY THE CAPITOL PL-01 TALLAHASSEE FL 32399 |
| GEORGIA DEPARTMENT OF STATE | CORPORATIONS DIVISION 313 WEST TOWER 2 MARTIN LUTHER KING JR. DR. ATLANTA GA 30334-1530 |
| U.S. ATTORNEY | DISTRICT OF DELAWARE 1313 N. MARKET ST. PO BOX 2046 WILMINGTON DE 19801 |

**Total Creditor count  4**

**EXHIBIT B**

ONH AFC CS INVESTORS LLC, *et al*. - Case No. 23-10931 (CTG)
Email Service List

| Creditor Name | Email Address |
|---|---|
| CROWDSTREET, INC. | bhoch@wsgr.com |
| BIELLI & KLAUDER, LLC | dklauder@bk-legal.com |
| DELAWARE ATTORNEY GENERAL | attorney.general@state.de.us |
| DELAWARE DIVISION OF REVENUE | warren.wood@delaware.gov |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@state.de.us |
| DELAWARE STATE TREASURY | liza.davis@delaware.gov |
| FLORIDA DEPARTMENT OF REVENUE | ogcbankruptcy@floridarevenue.com |
| FLORIDA DEPARTMENT OF STATE | corphelp@dos.myflorida.com |
| GEORGIA ATTORNEY GENERAL | bankruptcy@law.ga.gov |
| GEORGIA DEPARTMENT OF REVENUE | revenue.commissioner@dor.ga.gov |
| INTERNAL REVENUE SERVICE | sbse.cio.bnc.mail@irs.gov |
| JONES DAY | twearsch@jonesday.com; jloonam@jonesday.com; kquigley@jonesday.com |
| SECURITIES AND EXCHANGE COMMISSION | secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | chair@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | mitchellmj@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION | mcnamaram@sec.gov |
| STARK AND STARK | jlemkin@stark-stark.com |
| U.S. ATTORNEY GENERAL | usade.press@usdoj.gov |
| U.S. TRUSTEE | john.schanne@usdoj.gov |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | efay@wsgr.com; clyons@wsgr.com; msukach@wsgr.com |