## EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER
(A) ESTABLISHING BAR DATE FOR FILING PROOFS OF INTEREST; (B)
APPROVING THE FORM AND MANNER FOR FILING PROOFS OF INTEREST;
AND (C) APPROVING NOTICE THEREOF**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") establishing September 30, 2023, as the deadline (the "<u>Proof of Interest Bar Date</u>") by which all persons and entities must file a proof of interest if that person or entity disagrees with the amount or characterization of the interest listed on the schedule attached to the Motion as **<u>Exhibit B</u>** (the "<u>Investment Schedule</u>"); all as more fully set forth in the Motion; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and the Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and the Court having

---

[1]  The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH  AFC  CS  Investors  LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

[2]  Capitalized terms used but not otherwise defined in this Order have the meanings ascribed to such terms in the Motion.

found that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Proof of Interest Bar Date, as described in the Motion, is approved.

3. The Debtors are authorized, in their sole discretion, to extend the Proof of Interest Bar Date for certain holders of interests by stipulation or otherwise, and to establish Supplemental Interest Bar Dates where the Debtors determine that such extension or Supplemental Interest Bar Date is in the best interest of the estates.

4. Any person or entity that holds an equity interest in any of the Debtors and is either not listed or, in such entity of person's view, incorrectly listed in the Investment Schedule must file proofs of interest on or before the Proof of Interest Bar Date, unless otherwise indicated below.

5. The following persons or entities (including, without limitation, each individual, partnership, joint venture, limited liability company, corporation, estate, or trust) holding or wishing to assert an equity interest in the Debtors **need not file a proof of interest** on or prior to the Proof of Interest Bar Date:

  (a) Any person or entity whose interest is listed on the Investment Schedule, but only if: (i) the holder of the interest agrees with the amount, nature and priority of the interest as set forth on the Investment Schedule; and (ii) the holder of the claim or interest does not dispute that the interest is an obligation of the Debtors as set forth in the Investment Schedule;

  (b) any entity or person holding or asserting a General Claim that is subject to the General Bar Date;

(c)     any entity or person who has already properly filed a proof of interest with either the clerk of the Bankruptcy Court in the District of Delaware or Epiq Corporate Restructuring, LLC (the "Claims Agent") (unless such person or entity wishes to assert an interest in a Debtor not identified in the prior proof of interest or in a different amount or classification than the prior proof of interest, in which case an additional proof of interest must be filed); and

(d)     any person or entity that is exempt from filing a proof of interest pursuant to an order of the Court in these Bankruptcy Cases.

6.      Any person or entity listed on the Investment Schedule that does not file a proof of interest by the Proof of Interest Bar Date shall be deemed to have an equity interest in the Debtors in the amount set forth in the Investment Schedule.

7.      The Interest Form, attached hereto as **Exhibit A**, is approved.

8.      With respect to completing an Interest Form, each person or entity submitting a proof of interest must comply with the following requirements:

(e)     each interest must (i) be written in English; (ii) include an interest amount denominated in United States dollar; (iii) conform substantially with the Interest Form provided by the Debtors; and (iv) be signed by the holder of the interest or by an authorized agent or legal representative of the holder of the interest;

(f)     each proof of interest must specify by name and case number of the Debtor in which interest is submitted by either (i) checking the applicable box at the top of the proposed Interest Form or (ii) in the case proofs of interest being electronically submitted, selecting the applicable Debtor;

(g)     If the holder of an interest asserts separate interests against different Debtors, a separate proof of interest must be submitted with respect to each interest;

(h)     only original proofs of interest will be deemed acceptable for purposes of claims administration. Copies of proofs of interest or those sent by electronic mail, telecopy or facsimile will **not** be accepted;

(i)     each proof of interest must include supporting documentation in accordance with Bankruptcy Rule 3001;

(j)     each proof of interest, including supporting documentation, must be submitted: (i) electronically, on or before the Proof of Interest Bar Date, by completing the Interest Form that can be accessed at the Claims Agent's website https://dm.epiq11.com/ONHInvestors   or (ii) by United States mail or other hand delivery system, so as to be **actually received** by the Claims Agent on or before the Proof of Interest Bar Date at the following address:

> If by First-Class Mail:
> ONH AFC CS Investors LLC
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> P.O. Box 4420
> Beaverton, OR 97076-4420
> If by Hand Delivery or Overnight Mail:
> ONH AFC CS Investors LLC
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> 10300 SW Allen Blvd
> Beaverton, OR 97005

and

(k)     except as expressly permitted above in the context of electronic submissions at the Claims Agent's website, proofs of interest otherwise sent by facsimile, telecopy, electronic mail or other form of electronic submissions will **not** be accepted.

9.      Absent further order of the Court to the contrary, any person or entity that is required but fails to properly file a proof of interest  by the Proof of Interest Bar Date shall (a) be forever barred, estopped and enjoined from asserting such interest against the Debtors (or filing a proof of interest with respect thereto) and the Debtors shall be forever discharged from any and all liability with respect to or arising from such interest (b) not be treated as an interest holder with respect to such interest and shall be prohibited from voting to accept or reject any chapter 11 plan filed in these Bankruptcy Cases and (c) participating in any distribution in these Bankruptcy Cases on account of such interest.

10.     No later than three (3) business days after entry of this Order, the Debtors shall serve the Proof of Interest Bar Date Notice, substantially in the form attached hereto as **Exhibit B**, and Interest Form (together with the Proof of Interest Bar Date Notice, the "Proof of Interest

Date Package") on all parties that the Debtors have identified as pre-petition investors and known holders of an equity interest in the Debtors.

11.    Service of the Proof of Interest Bar Date Package shall be by email only unless an investor has opted in to receive hard copy notice pursuant to the *Order Granting Debtors' Motion for Entry of an Order (i) Approving the Scope and Form of Service of Notice With Respect to Investors, (ii) Approving the Opt-In Procedure for Additional Notice, and (iii) Granting Related Relief* [D.I. 40].

12.    Nothing in the Motion or this Order shall affect in any way any interest holder's right to assert a claim under section 510(b) of the Bankruptcy Code.

13.    Nothing contained in the Motion or this Order is intended or should be construed as a waiver of the Debtors', their successors in interests' or any parties in interests' right to dispute, object to, challenge, or assert offsets or defenses against any proof of interest or proof claim filed in these Bankruptcy Cases on any grounds.

14.    The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

15.    This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Dated: August __, 2023
      Wilmington, Delaware

_____
The Honorable Craig T. Goldblatt
United States Bankruptcy Judge

**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

**PROOF OF INTEREST**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

❑ ONH AFC CS Investors LLC
(Case No. 23-10931)

❑ ONH 1601 CS Investors LLC
(Case No. 23-10932)

**1.    Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

Name and address where notices should be sent:

Telephone Number

Email Address

❑ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

❑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

❑ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**THIS SPACE IS FOR COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.**

Account or other number by which Interest Holder identifies Debtor:

Check here if this Proof of Interest:

❑ Replaces a previously filed Proof of Interest    Dated:

❑ Amends a previously filed Proof of Interest    Dated:

**2.    Date Equity Security Interest was acquired:**

**3.    Total Amount Paid for Equity Interest:**

**4.    Certificate number(s):**

**5.    Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

**6.    Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.

**7.    Signature:**

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

**THIS SPACE FOR COURT USE ONLY**

DATE

SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**<u>EXHIBIT B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF PROOF OF INTEREST BAR DATE
## AND PROCEDURES FOR FILING PROOFS OF INTEREST

**TO:**    All persons and entities who may hold an equity interest in the above-captioned debtors and debtors-in-possession, ONH AFC CS Investors LLC ("ONH AFC") and ONH 1601 CS Investors LLC ("ONH 1601", together with ONH AFC, the "Debtors"):

**PLEASE TAKE NOTICE** that on July 14, 2023 (the "Petition Date"), the above-listed Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") and elected to proceed under subchapter V (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that on [_____], 2023, the Court entered an order (the "Order")[2] establishing **September 30, 2023 at 4:00 p.m. prevailing Eastern Time**, as the deadline (the "Proof of Interest Bar Date") by which any person or entity (including, without limitation, each individual, partnership, joint venture, limited liability company, corporation, estate, or trust) that holds an equity interest in any of the Debtors and is either not listed or, in such entity of person's view, incorrectly listed in the Investment Schedule, which is attached hereto as **Exhibit 1**, must file proofs of interest on or before the Proof of Interest Bar Date, unless otherwise indicated below.

---

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY BE HOLDING AN INTEREST IN THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES.  THEREFORE, YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

---

[1]  The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH  AFC  CS  Investors  LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Order or Motion, as applicable.

1.  **Parties Required To File Proofs of Interest**. Except as otherwise set forth herein, any person or entity (including, without limitation, each individual, partnership, joint venture, limited liability company, corporation, estate, or trust) that holds an equity interest in any of the Debtors and such interest is (1) not listed in the Investment Schedule or (2) in such entity of person's or entity's view, incorrectly listed in the Investment Schedule must file proofs of interest on or before the Proof of Interest Bar Date.

2.  **Parties Who Do Not Need To File Proofs of Interest.**   The following persons or entities (including, without limitation, each individual, partnership, joint venture, limited liability company, corporation, estate, or trust) holding or wishing to assert an equity interest in the Debtors need not file a proof of interest on or prior to the Proof of Interest Bar Date:

    (a)     Any person or entity whose interest is listed on the Investment Schedule, but only if: (i) the holder of the interest agrees with the amount, nature and priority of the interest as set forth on the Investment Schedule; and (ii) the holder of the claim or interest does not dispute that the interest is an obligation of the Debtors as set forth in the Investment Schedule;

    (b)     any entity or person holding or asserting a General Claim that is subject to the General Bar Date;

    (c)     any entity or person who has already properly filed a proof of interest with either the clerk of the Bankruptcy Court in the District of Delaware or Epiq Corporate Restructuring, LLC (the "Claims Agent") (unless such person or entity wishes to assert an interest in a Debtor not identified in the prior proof of interest or in a different amount or classification than the prior proof of interest, in which case an additional proof of interest must be filed); and

    (d)     any person or entity that is exempt from filing a proof of interest pursuant to an order of the Court in these Bankruptcy Cases.

3.  **Instructions for Filing Proofs of Claim.** Each person or entity submitting a proof of interest must comply with the following requirements:

    a.  each interest must (i) be written in English; (ii) include an interest amount denominated in United States dollar; (iii) conform substantially with the proof of interest form provided with this notice (the "Interest Form"); and (iv) be signed by the holder of the interest or by an authorized agent or legal representative of the holder of the interest;

    b.  each proof of interest must specify by name and case number of the Debtor in which interest is submitted by either (i) checking the applicable box at the top of the Interest Form or (ii) in the case proofs of interest being electronically submitted, selecting the applicable Debtor;

c.  If the holder of an interest asserts separate interests against different Debtors, a separate proof of interest must be submitted with respect to each interest;

d.  only <u>original</u> proofs of interest will be deemed acceptable for purposes of claims administration. Copies of proofs of interest or those sent by electronic mail, telecopy or facsimile will **<u>not</u>** be accepted;

e.  each proof of interest must include supporting documentation in accordance with Bankruptcy Rule 3001;

f.  each proof of interest, including supporting documentation, must be submitted: (i) electronically, on or before the Proof of Interest Bar Date, by completing the Interest Form that can be accessed at the Claims Agent's website https://dm.epiq11.com/ONHInvestors or (ii) by United States mail or other hand delivery system, so as to be **<u>actually received</u>** by the Claims Agent **on or before the Proof of Interest Bar Date** at the following address:

> If by First-Class Mail:
> ONH AFC CS Investors LLC
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> P.O. Box 4420
> Beaverton, OR 97076-4420
>
> If by Hand Delivery or Overnight Mail:
> ONH AFC CS Investors LLC
> Claims Processing Center
> c/o Epiq Corporate Restructuring, LLC
> 10300 SW Allen Blvd
> Beaverton, OR 97005

and

g.  except as expressly permitted above in the context of electronic submissions at the Claims Agent's website, proofs of interest otherwise sent by facsimile, telecopy, electronic mail or other form of electronic submissions will **<u>not</u>** be accepted.

**4.  Consequences of Failing to Timely File Proofs of Interest**. Any person or entity who is required, but fails, to timely file a proof of interest in accordance with the terms of the Order, please be advised that **YOU SHALL, EXCEPT AS OTHERWISE AUTHORIZED BY ORDER OF THE COURT, BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM: (A) ASSERTING SUCH INTEREST AGAINST THE DEBTORS (OR FILING A PROOF OF INTEREST WITH RESPECT THERETO) AND, MOREOVER, THE DEBTORS SHALL BE FOREVER DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO OR ARISING FROM SUCH INTEREST AND (B) PARTICIPATING IN ANY**

**DISTRIBUTION ON ACCOUNT OF SUCH INTEREST OR RECEIVING FURTHER NOTICES REGARDING SUCH INTEREST.** For the avoidance of doubt, if an interest holder does not file a proof of interest but is listed on the Investment Schedule, that interest holder shall be deemed to hold the interest as listed on the Investment Schedule.

5.   **Preservation of 510(b) Claims.** Nothing in the Motion or the Order shall affect in any way any interest holder's right to assert a claim under section 510(b) of the Bankruptcy Code.

6.   **Reservation of Rights.** Nothing contained in the Motion, the Order or this notice is intended or should be construed as a waiver of the Debtors', their successors in interests' or any parties in interests' right to dispute, object to, challenge, or assert offsets or defenses against any proof of interest or proof claim filed in these Bankruptcy Cases on any grounds.

7.   **Access to Interest Forms and Additional Information.** Copies of the Motion, Order, Interest Form and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge from the website maintained by the Debtors' noticing and Claims Agent at https://dm.epiq11.com/ONHInvestor. If you have any questions concerning the filing or processing of proofs of interest, you may contact the Claims Agent via electronic mail at ONHInvestors@epiqglobal.com.

Dated: August __, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ _____

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
   mcguire@lrclaw.com
   pierce@lrclaw.com

- and -

**BAKER & HOSTETLER LLP**

Jorian L. Rose (*admitted pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: jrose@bakerlaw.com

Andrew V. Layden (*admitted pro hac vice*)
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

**<u>EXHIBIT 1</u>**

# ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| CrowdStreet REIT I, Inc. | $ 1,750,000 |
| ATLANTA FINANCIAL - ACCT 3283 | $ 800,000 |
| CrowdStreet Sunbelt Growth Fund I, LLC – Series I | $ 625,000 |
| John C. Gizzo Trust Dated August 3, 2020 | $ 560,000 |
| Taylor Family 2012 Investments Trust | $ 500,000 |
| MIRZA Ashhab Beg & Amra Uzair | $ 500,000 |
| Alpha Investment Fund, LLC | $ 500,000 |
| At Last Sportswear, Inc. | $ 500,000 |
| David Harold Bunce and Sharilyn Ann Bunce Trust Agreement No. One | $ 500,000 |
| NORLEB RIVERSIDE INVESTOR | $ 490,000 |
| Robert Lee | $ 350,000 |
| PETER G ERNSTROM | $ 300,000 |
| Sanjeet Jayant Joshi & Rasika Joshi | $ 300,000 |
| VV Big Bear LLC | $ 300,000 |
| L KOHATSU WONG + D WONG TTEE | $ 300,000 |
| Gateway Assets / Paul A Robinson | $ 300,000 |
| Emran Abu Atherah | $ 300,000 |
| Nathan C Roberts Revocable Trust | $ 250,000 |
| P NAPOLI + M NAPOLI TTEE | $ 250,000 |
| Abbas Rangwala, Trustees of The Rangwala Trust dated 6/14/2019 | $ 250,000 |
| John & Andrea Gladstein Family Trust | $ 250,000 |
| George I. Williams | $ 250,000 |
| Harmelin and Associates, Inc. | $ 250,000 |
| Craig Leva Revocable Trust dated 7/21/2016 | $ 250,000 |
| Adam Hendin | $ 250,000 |
| Ameeta B. Martin | $ 250,000 |
| KORTH DIRECT MORTGAGE INC. | $ 220,350 |
| Tyler Larsen | $ 220,000 |
| Sanjay Israni | $ 200,000 |
| Nikhil Patel | $ 200,000 |
| Level 33 Capital, LLC | $ 200,000 |
| Matthew LeStarge | $ 200,000 |
| Ryan Schellhous | $ 200,000 |
| Priority Funds, LLC | $ 200,000 |
| Shawn & Rebecca LeProwse | $ 200,000 |
| Thomas Alvarez | $ 200,000 |
| The Dhir Family Revocable Trust | $ 200,000 |
| TRAVIS HOLDEN OR WEN WEN CHENG | $ 200,000 |
| Legrand Richardson Jr. | $ 200,000 |
| Jared Green | $ 200,000 |
| Kourosh Parham Trust | $ 200,000 |
| JKizer & WBell TTEE Rainey, Kizer, Reviere & Bell 401K FBO Jerry D. KIzer, Jr. | $ 200,000 |
| GASTON EYE ASSOCIATES LLP | $ 200,000 |
| JR. & LAURIE J NEME FRANK A. NEMEC | $ 200,000 |
| Demas Giokas Family Trust | $ 200,000 |
| Jeffrey Boyle | $ 200,000 |
| GCIW Capital, Ltd | $ 200,000 |
| JOEL FINE | $ 200,000 |
| Chaplain and Rosgen Family Trust | $ 200,000 |
| Craig L. Bass | $ 200,000 |
| KC Solutions, Inc. | $ 200,000 |
| AA Metta Enterprises, LLC | $ 200,000 |
| James Farrar | $ 200,000 |
| Echelon Ventures, LLC | $ 200,000 |
| Edwin Su | $ 200,000 |

## ONH AFC CS Investors LLC

**Investors**

| Investor Name | Investment |
|---|---:|
| MILLENNIUM TRUST COMPANY | $ 195,000 |
| Jebediah Sawyer | $ 175,000 |
| ANDREW MICHAEL DAVIS | $ 175,000 |
| FORGE TRUST CO. | $ 170,000 |
| James Bishop | $ 165,000 |
| Novitsky Family Trust | $ 150,000 |
| Michael A. Huber | $ 150,000 |
| Saddle Mountain Capital LLC | $ 150,000 |
| Preeta Bansal | $ 150,000 |
| Sylvia M Dobo | $ 150,000 |
| MICHAEL ATISELE | $ 150,000 |
| RTRC Real Estate Holdings LLC | $ 150,000 |
| Rosario Cassata | $ 150,000 |
| ROBERT TZU-CHO CHEN | $ 150,000 |
| John P Schloss | $ 150,000 |
| Chih-Lin Liu | $ 150,000 |
| James E. Franks & Linda B. Franks Revocable Trust | $ 150,000 |
| EQUITY TRUST COMPANY | $ 130,000 |
| RYAN A MORGAN | $ 125,000 |
| Tracy D Anderson | $ 125,000 |
| ELASCO LLC | $ 125,000 |
| QTC HOLDING CORP | $ 120,000 |
| Joshua Englard | $ 110,000 |
| Thomas A. Leister | $ 100,000 |
| The Bonnell Family Revocable Trust | $ 100,000 |
| William Taylor | $ 100,000 |
| Rahul Anand | $ 100,000 |
| XIAONAN YU HALLIDAY | $ 100,000 |
| Maxim Stepin & Zoya Bashirova | $ 100,000 |
| Millennium Trust Co. LLC CUST FBO Michael Staton | $ 100,000 |
| The Novak Family Trust | $ 100,000 |
| Manley Family Trust | $ 100,000 |
| Robert Cohen/ Debra Cohen | $ 100,000 |
| Leo Umanskiy | $ 100,000 |
| William E and Catherine D Jenkins TIC | $ 100,000 |
| Revocable Trust of Jason M. Carty and Christina C Roeder | $ 100,000 |
| Suhas Joshi and Veenita Joshi | $ 100,000 |
| MOLO LLC | $ 100,000 |
| Madison Trust Company FBO William Fairbanks Acct# M20064094 | $ 100,000 |
| Mark Merlin | $ 100,000 |
| Polytex Properties, LLC | $ 100,000 |
| Long Drive Investments, LLC | $ 100,000 |
| The Richard Daniel and Lelia J. Barzan Trust | $ 100,000 |
| Leslie Brock, Trustee of the Leslie Brock Living Trust dated January 20, 2006, and any amendments thereto. | $ 100,000 |
| Mahender Tanksalker | $ 100,000 |
| Millennium Trust Co. LLC CUST FBO Melly Garza | $ 100,000 |
| Zemel Family Trust | $ 100,000 |
| Vance Enterprises, LLC | $ 100,000 |
| Shared Towers LLC | $ 100,000 |
| VICTOR A ATHANAS | $ 100,000 |
| Matthew Onken | $ 100,000 |
| VV Durango LLC | $ 100,000 |
| SLP INC | $ 100,000 |
| William G Taylor III | $ 100,000 |
| Stephen Broadbent | $ 100,000 |

## ONH AFC CS Investors LLC

**Investors**

| Investor Name | Investment |
|---|---|
| Steve and Bridgitte Ball | $ 100,000 |
| Lon E. Welsh | $ 100,000 |
| Ronald Bombei & Marietta Bombei | $ 100,000 |
| Rohnn M Lampi | $ 100,000 |
| DAB Investments, LLC | $ 100,000 |
| dhaval patel | $ 100,000 |
| Jordan Bass | $ 100,000 |
| Henri W. Moudi and Lorena M. Moudi, trustees or successor trustee, of the Henri W. Moudi and Lorena M. Moudi Revocable Trust dated February 17, 2006 | $ 100,000 |
| Jeremy and Julie Walker | $ 100,000 |
| HITCHING POST CAPITAL, LLC | $ 100,000 |
| Brian Wilbur | $ 100,000 |
| Hugh L Davies | $ 100,000 |
| G9 Properties LLC | $ 100,000 |
| IRAR Trust FBO Milt M Best Jr, 3601516 | $ 100,000 |
| Charles and Judith Johnson | $ 100,000 |
| Brian J Goossen | $ 100,000 |
| Edward Nafzger | $ 100,000 |
| GBW Capital | $ 100,000 |
| Joffrey G Thompson | $ 100,000 |
| Aaron Pring | $ 100,000 |
| Hemant Gajarawala | $ 100,000 |
| John C. Pacheco | $ 100,000 |
| Daniel Cvelbar & Kathleen M Cvelbar | $ 100,000 |
| A & A Capital Investments LP | $ 100,000 |
| Guey Ling Chen Revocable Trust | $ 100,000 |
| Keystone Investment Group, LLC | $ 100,000 |
| Bruce Bosler | $ 100,000 |
| KEITH JACOB HOFFNAGLE | $ 100,000 |
| JANELI,LLC | $ 100,000 |
| Anthony Nicholas Mavrides Trust | $ 100,000 |
| Asgar Saleem | $ 100,000 |
| Behram & Dinaz Contractor | $ 100,000 |
| Jarrod Wilson | $ 100,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Peter Taylor IRA | $ 100,000 |
| Michael David Lamb & Lorie Lea Lamb Revocable Living Trust | $ 95,000 |
| Michael Huynh | $ 90,000 |
| David Gutierrez | $ 90,000 |
| ANDREW DOYLE | $ 85,000 |
| Victor Aidis 401k Trust | $ 80,000 |
| Terence J Callahan and Kimberly A Callahan Revocable Family Trust Dated October 27, 2004 | $ 75,000 |
| The Brian Acciavatti Trust | $ 75,000 |
| Ritesh Parikh | $ 75,000 |
| William W Paulus and Marijo Paulus | $ 75,000 |
| Millennium Trust Co. LLC CUST FBO John Wiltjer | $ 75,000 |
| Thakor Master | $ 75,000 |
| Nadia Ostrovsky | $ 75,000 |
| PADMA SRIPADA | $ 75,000 |
| Narinder S. Saund | $ 75,000 |
| William Adams | $ 75,000 |
| Stefan Gerwinat | $ 75,000 |
| MAINSTAR TRUST | $ 75,000 |
| Suren Gulrajani and Ratna Shah | $ 75,000 |
| JAMES YU CHEN | $ 75,000 |
| Achilles J. Fakiris & Fathima Reyman | $ 75,000 |

## ONH AFC CS Investors LLC
**Investors**

| Investor Name | Investment |
|---|---|
| John Greiner and Jeannie Greiner Joint Tenants | $ 75,000 |
| A Plus Prosperity LLC | $ 75,000 |
| Hetal & Jayesh Patel | $ 75,000 |
| Andrew Chester | $ 75,000 |
| Ashish Tikotekar | $ 75,000 |
| Jonathan M and Allison D Bridges | $ 75,000 |
| Cody Freis | $ 75,000 |
| Joseph C Yashinsky | $ 75,000 |
| KAREFREY INVESTMENT GROUP, LLC | $ 75,000 |
| Ferrette Development Services, LLC | $ 75,000 |
| Bhavesh Patel | $ 75,000 |
| Lahasky Investment Group LLC | $ 75,000 |
| Angshuman Banerjee | $ 75,000 |
| IRA PLAN PARTNERS, LLC | $ 70,000 |
| Lisa Common McMillan | $ 65,000 |
| Orion Magnetar Asset Management LLC | $ 65,000 |
| Thomas & Christine Rutherford | $ 60,000 |
| Orion Legacy R01, LLC | $ 60,000 |
| Mark & Sandra Kradzinski | $ 60,000 |
| MURALI GOVINDASWAMY | $ 60,000 |
| Zachary Joseph Kay | $ 60,000 |
| Sami Farhad | $ 60,000 |
| Todd & Beth Kugler | $ 60,000 |
| Michael Shabandi | $ 60,000 |
| VINAY DHIRAJLA BHATT | $ 60,000 |
| Robert Temin | $ 60,000 |
| The Entrust Group FBO Robert Newstead 401k 7230013679 | $ 60,000 |
| Eric and Lynn Piesnikowski | $ 60,000 |
| GOHA, LLC | $ 60,000 |
| Devin Trevor | $ 55,000 |
| Aneesh Mittal | $ 55,000 |
| Rick Monte Reznicsek | $ 50,000 |
| vikram chatrath | $ 50,000 |
| Melvyn Lim and Robert Tyler Voliter | $ 50,000 |
| Nesh Ventures Solo 401k Plan | $ 50,000 |
| Rambabu Maddi | $ 50,000 |
| Si Yong Kim | $ 50,000 |
| Thomas James Everling III | $ 50,000 |
| Letty Doan | $ 50,000 |
| RACKM REAL ESTATE, INC. | $ 50,000 |
| SOPHIA J KIM | $ 50,000 |
| Rakesh Y Patel | $ 50,000 |
| SSN SERVICES INC 401K | $ 50,000 |
| Matthew J Robertson | $ 50,000 |
| Ryan Sammon | $ 50,000 |
| Pradeep Ramachandran | $ 50,000 |
| Nisha Bhatt | $ 50,000 |
| Robert Dunfey III | $ 50,000 |
| Salan Properties LLC | $ 50,000 |
| Tsoukatos-Kidnew Family Trust | $ 50,000 |
| STEVEN MADISON | $ 50,000 |
| Matthew D. Herath and Sonita M. Saluja-Herath | $ 50,000 |
| Steven Matthew Yager | $ 50,000 |
| Vivek Saraf | $ 50,000 |
| STRATA TRUST | $ 50,000 |
| Wesley mclaughlin | $ 50,000 |

## ONH AFC CS Investors LLC

**Investors**                                                                          08/14/23

| Investor Name | Investment |
|---|---|
| Strata Trust Company Custodian FBO David Warren Coleman IRA 200001110 | $ 50,000 |
| William Millard | $ 50,000 |
| Maulin Patel | $ 50,000 |
| Sharon Fung | $ 50,000 |
| Richard Flyg | $ 50,000 |
| MCheng RD LLC | $ 50,000 |
| SAMANTHA M LI | $ 50,000 |
| Thomas C. Albanese | $ 50,000 |
| TAMMY LOGAN MENKER | $ 50,000 |
| thomas miller | $ 50,000 |
| Richard A Jernigan | $ 50,000 |
| Top Dog Capital LLC | $ 50,000 |
| rohit and sunitha bhaskar | $ 50,000 |
| Micah Whitson & Christina Nadar | $ 50,000 |
| Zhi Yong Yang | $ 50,000 |
| Scott Andrew Ralston | $ 50,000 |
| Lincoln C Barrett | $ 50,000 |
| ROYALTY PEAKS LLC | $ 50,000 |
| Mark Wolken | $ 50,000 |
| Vijay Patel | $ 50,000 |
| Mary Qin | $ 50,000 |
| Matthew Koshy | $ 50,000 |
| The Entrust Group FBO John Scranton IRA 7230010253 | $ 50,000 |
| Rakesh Shah | $ 50,000 |
| Yizhi Liang | $ 50,000 |
| Wellman & Ann Marie Shew Revocable Living Trust dated June 6, 2006 | $ 50,000 |
| Muhammed G Nathani | $ 50,000 |
| Matthew Harnett | $ 50,000 |
| Ryan Roberts | $ 50,000 |
| RAMKUMAR SOLO401K PLAN | $ 50,000 |
| The Paddock Family Trust | $ 50,000 |
| Rupesh Velji | $ 50,000 |
| McGill Holdings LLC | $ 50,000 |
| MICHAEL GARRISON | $ 50,000 |
| The Shew Family Trust, Dated Dec. 26, 2013 | $ 50,000 |
| The Surapaneni Joint Living Trust dated November 13, 2017 | $ 50,000 |
| REX V CONDE | $ 50,000 |
| The Entrust Group FBO Tracy Walker IRA 7230018988 | $ 50,000 |
| Paul Gurzo & Jessica Gurzo | $ 50,000 |
| Rui Gaspar | $ 50,000 |
| Krish N Shah LLC | $ 50,000 |
| Jason K. Dobranic and Cathy Y. Cutler | $ 50,000 |
| Integrity Real Estate Investments, LLC | $ 50,000 |
| Alireza Shalviri | $ 50,000 |
| Jonathan Meisel | $ 50,000 |
| David Herring | $ 50,000 |
| Hiren Patel | $ 50,000 |
| David Shen aka Da Shen | $ 50,000 |
| James H Powell | $ 50,000 |
| Dennis Michael Treu | $ 50,000 |
| John Fontana trustee of the John Fontana Revocable Trust dated Oct. 10, 2002 | $ 50,000 |
| Brian and Julia Forcum | $ 50,000 |
| Barbara Coleman Revocable Living Trust | $ 50,000 |
| Darrin Richard Witt Revocable Trust, dated August 16, 2017 | $ 50,000 |
| AL AUSTIN ZURILGEN | $ 50,000 |
| Dina Messina | $ 50,000 |

# ONH AFC CS Investors LLC

**08/14/23**

**Investors**

| Investor Name | Investment |
|---|---|
| Huntington BP | $ 50,000 |
| Douglas A Andrejewski | $ 50,000 |
| Irfan Khan | $ 50,000 |
| E-CENTRAL CREDIT UNION | $ 50,000 |
| James Todd Wagner | $ 50,000 |
| Amit & Asavari Kulkarni | $ 50,000 |
| Chi Chen | $ 50,000 |
| Effulgent Group, LLC | $ 50,000 |
| John Park | $ 50,000 |
| Ammar Feroz | $ 50,000 |
| Joseph Farrell | $ 50,000 |
| Elisha French | $ 50,000 |
| Daniel Meyer | $ 50,000 |
| ActiveCo Ventures LLC | $ 50,000 |
| Ajit Dabade | $ 50,000 |
| Brian Martin | $ 50,000 |
| Carnegie Capital Trust | $ 50,000 |
| Dakota and Chelsea Gale | $ 50,000 |
| HomeAwayHome LLC | $ 50,000 |
| Eric Li | $ 50,000 |
| I.H. INVESTMENTS, LLC | $ 50,000 |
| ERIK DOEBEL | $ 50,000 |
| Dana Soucy | $ 50,000 |
| Brian P Reister | $ 50,000 |
| Jack Archer | $ 50,000 |
| Forge Trust Company CFBO Steven Hartnack IRA | $ 50,000 |
| James Rosenbloom | $ 50,000 |
| Gary Hamand | $ 50,000 |
| Chandra Nanjappa and Chitra Reddy | $ 50,000 |
| jason mirabella | $ 50,000 |
| Bo Wen Yang | $ 50,000 |
| Jeffrey Donald Carpenter | $ 50,000 |
| Jeffrey P Kramp | $ 50,000 |
| GCFM LLC | $ 50,000 |
| ASMA F OR INUS LAKHVA | $ 50,000 |
| Bruce A Forcum | $ 50,000 |
| Ajay Shah | $ 50,000 |
| LAM REAL ESTATE LLC | $ 50,000 |
| Chris Honcik | $ 50,000 |
| Big Swell Holdings LLC | $ 50,000 |
| Christopher Youst | $ 50,000 |
| Gerald Young and Valerie Young | $ 50,000 |
| Joseph Vinh Nguyen | $ 50,000 |
| Claire Xu Cheng | $ 50,000 |
| Kani Group LLC | $ 50,000 |
| BLACK DIAMOND GOURMET INC. | $ 50,000 |
| Kilo Mike LLC | $ 50,000 |
| Kevin Knight | $ 50,000 |
| Gonzalo Verdugo | $ 50,000 |
| Benjamin Rogers | $ 50,000 |
| Goutham Rangaswamy | $ 50,000 |
| Krishna Jonnalagadda | $ 50,000 |
| Grady Steven Wakefield | $ 50,000 |
| LaChance Financial Services, Inc. | $ 50,000 |
| Grant Wood and Natalie Garcia | $ 50,000 |
| Anne Arnold | $ 50,000 |

## ONH AFC CS Investors LLC

**Investors**                                                                                          08/14/23

| Investor Name | Investment |
|---|---|
| Gennadiy Ryskin | $ 50,000 |
| ANNA ROZIN | $ 50,000 |
| The Entrust Group FBO Margaret Tremwel IRA 7230011202 | $ 45,000 |
| Volodymyr Gelfand | $ 40,000 |
| Richard Lindgren 2019 Revocable Trust | $ 40,000 |
| Matthieu Soule | $ 40,000 |
| Wallace Smith Investments | $ 40,000 |
| TB Property Development 401K Trust | $ 40,000 |
| The Article III Trust Under the Jonas L. Steinman 2004 GRAT | $ 40,000 |
| Zunaid Vania and Holly Tse | $ 40,000 |
| Jing Yang & Ran Tang | $ 40,000 |
| EDR Investment Trust | $ 40,000 |
| Bob Simko | $ 40,000 |
| Andreas Rothe | $ 40,000 |
| Ashish RE LLC | $ 40,000 |
| Evergreen Mutual, LLC | $ 40,000 |
| John Feddock | $ 40,000 |
| Gregory Davis | $ 40,000 |
| Kevin Crayton | $ 40,000 |
| Adam B Shane | $ 40,000 |
| Sanjay Jain | $ 39,300 |
| Timothy Wiltjer | $ 35,000 |
| Peter Jackson Davis | $ 35,000 |
| Madhusudhan Talluri | $ 35,000 |
| RYAN A MURRAY | $ 35,000 |
| Puneesh Chaudhry | $ 35,000 |
| Nathaniel Jones | $ 35,000 |
| White Room Trading | $ 35,000 |
| Richard Taddonio | $ 35,000 |
| Sudhir Babu Devineni | $ 35,000 |
| Paolo Dilda | $ 35,000 |
| Scott Stanczak | $ 35,000 |
| The Michael D. Hausberger & Jennifer L. Zernec Revocable Trust | $ 35,000 |
| Linda P. O'Keefe | $ 35,000 |
| TIANYI ZHANG | $ 35,000 |
| Manojkumar Tadhani | $ 35,000 |
| Ragip Saritabak | $ 35,000 |
| Soham Spectrum Two LLC | $ 35,000 |
| Lesley D Morlock trust | $ 35,000 |
| Steven E. Niskanen and Dorothy B. Niskanen | $ 35,000 |
| Leland Bloebaum | $ 35,000 |
| Paul G. Sandford | $ 35,000 |
| James and Mary Zumstein | $ 35,000 |
| JUDY HUANG | $ 35,000 |
| Ariel Cohen | $ 35,000 |
| Ethan Henry Property Management, LLC | $ 35,000 |
| BREX PAYMENTS LLC | $ 35,000 |
| Eric Smith | $ 35,000 |
| Bruce A and Alysa MacClellan | $ 35,000 |
| Michael Worley | $ 30,000 |
| NASAD Holdings LLC | $ 30,000 |
| Rishi K Gupta & Minni Gupta | $ 30,000 |
| Ravi Kolli | $ 30,000 |
| YUQI QIAO & JIE WANG | $ 30,000 |
| MONISHA NABAR | $ 30,000 |
| The Entrust Group FBO Don Zhao IRA 7230010618 | $ 30,000 |

## ONH AFC CS Investors LLC
**Investors**

| Investor Name | Investment |
|---|---|
| SYM Properties | $ 30,000 |
| dolph haege | $ 30,000 |
| Brandon Marsh | $ 30,000 |
| Gyanendra Sharma | $ 30,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Jeffrey Kwasny IRA | $ 30,000 |
| Keith Lobel | $ 30,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO William Walsh IRA | $ 30,000 |
| Chang Liu | $ 30,000 |
| Fransiskus Xaverius | $ 30,000 |
| HAQS ENTERPRISE LLC | $ 30,000 |
| James Hsiao | $ 30,000 |
| barry feuer | $ 30,000 |
| Jared Fischer | $ 30,000 |
| Daniel and Oshik Maoz-Metzl | $ 30,000 |
| Jay and Judy Hochsztein | $ 30,000 |
| Kirk & Maria Hegwood | $ 30,000 |
| Akrit Malik | $ 30,000 |
| Dung Pham and Regina Pham, Husband ad Wife as community property with rights of survivorship | $ 30,000 |
| Chichoi Kenneth Chan & Naomi Yukking Chan | $ 30,000 |
| IRA FINANCIAL TRUST COMPANY | $ 30,000 |
| TX Tech Disruptors LLC | $ 25,000 |
| Prashant Kumar | $ 25,000 |
| Mustafa Kathawala | $ 25,000 |
| SHIKHA JAIN | $ 25,000 |
| Mayank Parikh and Hiral Parikh | $ 25,000 |
| Shimon Holdings Trust | $ 25,000 |
| Ravi Kumar Dokku | $ 25,000 |
| Shipwreck Assets Limited Partnership | $ 25,000 |
| Mingyu Liang | $ 25,000 |
| Nonyerem Osuji | $ 25,000 |
| Ngan Phan | $ 25,000 |
| Silas Patel | $ 25,000 |
| Tore C. Steen and Yufen S. Steen, as Trustees of the Steen Joint Trust, UTA dated June 19, 2019, as amended | $ 25,000 |
| Sirumugai M Saravanan | $ 25,000 |
| Vicki Hsu | $ 25,000 |
| LINCOLN SAVINGS BANK | $ 25,000 |
| Vivek Tiwari | $ 25,000 |
| Nathan Mahoney | $ 25,000 |
| Richard N. P. Koncius | $ 25,000 |
| Marc Krawitz | $ 25,000 |
| ROYAL LV FAMILY LLC | $ 25,000 |
| Sreedhar Annamalai | $ 25,000 |
| Priya Desai | $ 25,000 |
| SRINIVAS AND VASAVI PASUPARTHI | $ 25,000 |
| Michael Meckler | $ 25,000 |
| Olumide Coker | $ 25,000 |
| Tony Charles Lonstein, Trustee of the Trust A created under the Lonstein Revocable Family Trust, dated September 21, 1994 | $ 25,000 |
| ONH AFC CS INVESTORS LLC | $ 25,000 |
| Tsan Chan | $ 25,000 |
| Stephen Schnelle | $ 25,000 |
| Satvinder S. and Jasmin K. Dhesi Revocable Trust Dated April 23, 2013 | $ 25,000 |
| ORANGE COUNTY COMMERCIAL REALTY | $ 25,000 |
| Viju Varghese | $ 25,000 |

## ONH AFC CS Investors LLC
**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| Nanda Chheda | $ 25,000 |
| Vipul Shah | $ 25,000 |
| Michael & Darla Poland | $ 25,000 |
| Millennium Trust Co. LLC CUST FBO John Muhlberger | $ 25,000 |
| Ryan Skar | $ 25,000 |
| Lucas D Hathaway | $ 25,000 |
| Lomboy Enterprises LLC | $ 25,000 |
| WULTRAD, INC. | $ 25,000 |
| STRATA Trust Company, Custodian FBO Donald J Woodyard IRA 201838182 | $ 25,000 |
| Yogin Patel | $ 25,000 |
| Saied Banafshe | $ 25,000 |
| RMI Enterprises LLC | $ 25,000 |
| Sajan Mahajan | $ 25,000 |
| THL Real Estate LLC | $ 25,000 |
| Suman Raju | $ 25,000 |
| PROMILA DHINGRA | $ 25,000 |
| Passive Crowdfunding Investors LLC | $ 25,000 |
| Purav P. Patel | $ 25,000 |
| Suresh Iyer | $ 25,000 |
| NARAYANAN MOHANAN & SUJATHA NARAYANAN | $ 25,000 |
| Susan X Xiao | $ 25,000 |
| Michael P Dombeck | $ 25,000 |
| SWATI KUMAR | $ 25,000 |
| Satish Yegnala | $ 25,000 |
| Ziv Yoles | $ 25,000 |
| Rahul Joshi | $ 25,000 |
| SYED HAQ | $ 25,000 |
| Rajeev A Jain | $ 25,000 |
| SALIMA S BHARWANI | $ 25,000 |
| Michael Stavreff | $ 25,000 |
| ZIEGLER FAMILY TRUST DTD | $ 25,000 |
| VENKATA Lakshmi Saujanya Yachamaneni | $ 25,000 |
| Muhammad Hannan | $ 25,000 |
| Mikael Lindstrom | $ 25,000 |
| Paulo Tomas | $ 25,000 |
| Satyen Pandya | $ 25,000 |
| Mohammed A Movania & Muniza Movania | $ 25,000 |
| Vincent J Minichino | $ 25,000 |
| Robert H Burnside Jr | $ 25,000 |
| Vivek Awasthi | $ 25,000 |
| Next Step Capital Management, LLC | $ 25,000 |
| Robert Loritz | $ 25,000 |
| PHILIP T ZHAO | $ 25,000 |
| Scott Manning | $ 25,000 |
| The Curtis Family Trust | $ 25,000 |
| Scott Stephenson & Anna Stephenson | $ 25,000 |
| Phoebe Shih | $ 25,000 |
| Mountain Laurel Enterprises, LLC | $ 25,000 |
| Samir Joshi | $ 25,000 |
| Nir Netivi | $ 25,000 |
| Piyush and Varsha Naik | $ 25,000 |
| Wun-Ling Chang MD Trust Roth FBO Henri van der Heyde | $ 25,000 |
| The Entrust Group FBO Judy Schons IRA 7230020510 | $ 25,000 |
| Ricky Liunarto | $ 25,000 |
| Lijun Qu | $ 25,000 |
| Yu Guan | $ 25,000 |

# ONH AFC CS Investors LLC
**Investors**

| Investor Name | Investment |
|---|---|
| MAROON-MORGANTI TRUST AGREEMENT, dated May 28, 1991 | $    25,000 |
| nishant shah | $    25,000 |
| Sandeep Arora | $    25,000 |
| Sheryl Pilavin | $    25,000 |
| Michael Hill | $    25,000 |
| Tamara D Hall | $    25,000 |
| SYED ASHRAF | $    25,000 |
| Tavor Asset Management Trust | $    25,000 |
| John Duke and Jennifer Duke | $    25,000 |
| Khawaja Ventures LLC | $    25,000 |
| Babu Anand Rengarajan & Sidharthi Trichy Selvaraj | $    25,000 |
| Gautam Kumar | $    25,000 |
| David Jangro | $    25,000 |
| CK Real Estate, LLC | $    25,000 |
| Jonathan Dingwall | $    25,000 |
| Clay Patterson | $    25,000 |
| Brandon Swartwood | $    25,000 |
| Clive Howard Leigh | $    25,000 |
| Kyle Adams | $    25,000 |
| George A. Duthie | $    25,000 |
| Caleb Chou | $    25,000 |
| BISION HOLDINGS | $    25,000 |
| John Loren Poulsen | $    25,000 |
| Corey Fagles | $    25,000 |
| DeRose Family Trust 1/29/2014 | $    25,000 |
| GKD Heritage Global Investment LLC | $    25,000 |
| Kalpesh Patel | $    25,000 |
| Brian Kreider | $    25,000 |
| Kenneth Hill | $    25,000 |
| Eficaz Realty LLC | $    25,000 |
| Donghui Xu | $    25,000 |
| Bing Liu | $    25,000 |
| Jeffrey Henault & Kimberly Fitzpatrick | $    25,000 |
| Gregory Asatrian | $    25,000 |
| FENG LING | $    25,000 |
| Chinich Joint Account | $    25,000 |
| Abhimanyu Beri | $    25,000 |
| Gregory Leo Demers | $    25,000 |
| John Fredenberg | $    25,000 |
| Gregory Tzanoukakis | $    25,000 |
| John Robert Hollm | $    25,000 |
| Depakkumar B Patel | $    25,000 |
| Guilherme Caetano | $    25,000 |
| Joseph Song & Shin Song | $    25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Steven Lanigan IRA 200560965 | $    25,000 |
| Justin Houston | $    25,000 |
| Hama Investments LLC | $    25,000 |
| KARTHIKEYAN NATARAJAN | $    25,000 |
| Amit Momaya | $    25,000 |
| Kelly Vanee | $    25,000 |
| ANNIE CHEN | $    25,000 |
| Andrew Sullivan | $    25,000 |
| Anol Bhattacherjee | $    25,000 |
| Gaby Gabriel | $    25,000 |
| Hemant Sahani | $    25,000 |
| Gary S. Walgenbach | $    25,000 |

# ONH AFC CS Investors LLC
## Investors

08/14/23

| Investor Name | Investment |
|---|---|
| Ansis Bundza | $ 25,000 |
| L CHIN + H WANG TTEE | $ 25,000 |
| Cypress Lending LLC | $ 25,000 |
| Bryce Kanter | $ 25,000 |
| Cyril Ruwende | $ 25,000 |
| JEVANO CACOZ | $ 25,000 |
| Anthony Bonanni | $ 25,000 |
| Ashutosh Dubey | $ 25,000 |
| Alex Cordero | $ 25,000 |
| Jogen mehta & Dipal mehta | $ 25,000 |
| Homik Capital & Trust I, LLC | $ 25,000 |
| Austin Everett McCormack | $ 25,000 |
| Aaron Breaux | $ 25,000 |
| Christopher Krynski | $ 25,000 |
| Eric D Ganz | $ 25,000 |
| Alnoor Dhanani | $ 25,000 |
| Brett Harris | $ 25,000 |
| CARLI M KOSHAL | $ 25,000 |
| IQ Physicians | $ 25,000 |
| John W. Pecore | $ 25,000 |
| Lahti Properties, LLC | $ 25,000 |
| Denys Glushkov | $ 25,000 |
| EDCY Family Trust | $ 25,000 |
| Joseph Brannon Barter | $ 25,000 |
| AR REALTY OHIO | $ 25,000 |
| Joseph Lui | $ 25,000 |
| Daniel Hayward | $ 25,000 |
| Fleur Gessner | $ 25,000 |
| Eli R Johnson | $ 25,000 |
| AARTHI RAGUPATHY | $ 25,000 |
| Christian Lawler | $ 25,000 |
| KAB Radle Roth LLC | $ 25,000 |
| ARDYTH L. LITTLE, as Trustee, LITTLE 2009 TRUST | $ 25,000 |
| Dimitri Polonsky | $ 25,000 |
| Elie Norowitz | $ 25,000 |
| Kausthub Kumar | $ 25,000 |
| ETIM J. UDOH | $ 25,000 |
| Francis Corera | $ 25,000 |
| James Holzmacher | $ 25,000 |
| Kenneth & Danielle McGurk | $ 25,000 |
| EUGENE SHVARTSMAN | $ 25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Jackson Chin IRA | $ 25,000 |
| ADAM L HIRSCHKATZ | $ 25,000 |
| Belin Real Property and Management LLC | $ 25,000 |
| Arvind R Vuppu | $ 25,000 |
| DOM Investments LLC | $ 25,000 |
| David Fassler | $ 25,000 |
| Benedict Woo | $ 25,000 |
| Aaron Hood | $ 25,000 |
| Garrett Bourg | $ 25,000 |
| F. Timothy Frasch Living Trust | $ 25,000 |
| Kriya Capital, LLC | $ 25,000 |
| Abby Chan | $ 25,000 |
| Kyle Scholnick | $ 25,000 |
| Farrell Johnson | $ 25,000 |
| Andrew T Hartsfield | $ 25,000 |

# ONH AFC CS Investors LLC
**Investors**

| Investor Name | Investment |
|---|---|
| Jeffrey C. and Narmin N. Koenig | $ 25,000 |
| Alexander Mouschovias | $ 25,000 |
| Daniel Penan | $ 25,000 |
| The Kingdom Trust Company, Custodian, FBO Arturo Caraballo, CSA034342 | $ 24,995 |
| VISION HOLDINGS | $ 10,000 |
| TRF TO/FROM ACCT 5773 | $ 7,600 |
| SAINAV INVESTMENTS LLC | $ - |
| Marty Alan McHenry, Trustee for MAMCHENRY 401K | $ - |
| PRADEEP JAIN | $ - |
| ROWLAND RANCH PROPERTIES LLC | $ - |
| ROBERT OR JAMIE GRIMSLEY | $ - |
| Timothy b Matz and Jane F Matz JTROS | $ - |
| ROOHI INVESTMENT LLC | $ - |
| RYAN KATZ | $ - |
| NENKEGO SOLUTIONS LL | $ - |
| SYED A HUSSAIN OR ALIZA MAZHAR | $ - |
| Thomas P Richerson | $ - |
| MALKIM CAPITAL LLC | $ - |
| SCOTT OR VICTORIA BEAL | $ - |
| SANJAY SINHA | $ - |
| Warren Brenner | $ - |
| SANJAYA NATH | $ - |
| SEAN P GANN | $ - |
| LON S HICKS | $ - |
| THE LIU WU LIVING TRUST | $ - |
| ROBERT W. SHIPPY, JR. TRUST | $ - |
| XUEQIAN GONG | $ - |
| TREVOR & KE HUTH (INCLUDES TRUST) | $ - |
| RUSS R YEAGER | $ - |
| ZHENYU FAN AND JINGF | $ - |
| MANISH & SONIA DHAWAN | $ - |
| RUSSELL MORRISON | $ - |
| T ROBERTS + J ROBERTS TTEE | $ - |
| MATTHEW M NICKLIN | $ - |
| Sankar Narayanan | $ - |
| Relyant Solutions Limited Liability Company | $ - |
| TUCKER FAMILY, LLC | $ - |
| MARIANA COONTZ | $ - |
| LEV PLISKIN & SVETLANA FELDMAN | $ - |
| MATTHEW C VALENTE | $ - |
| VALLEY INVEST LLC | $ - |
| Rezon8 Real Estate Investment Fund I, LLC | $ - |
| ROBERT OR COURTNEY HUTCHINSON | $ - |
| SESHASAYEE DUVVURS UCHERITHA DUVVUR | $ - |
| VANCE FAMILY LIMITED PARTNERSHIP | $ - |
| QINGXIN ZENG | $ - |
| LEN LICHTERMAN | $ - |
| WILLIAMS, STEVEN (INCLUDES TRUST) | $ - |
| RAMANATHAN VENKATA RAMAN | $ - |
| PRADEEP KUMAR | $ - |
| TEJASWI RAMPURE | $ - |
| SUDHANSHU JAIN | $ - |
| Peter Campbell | $ - |
| MICHAEL MCGONIGAL AND MRS BARBAR | $ - |
| Terrell Caffery | $ - |
| MINIMUM WAKE LLC | $ - |

## ONH AFC CS Investors LLC                              08/14/23
**Investors**

| Investor Name | Investment |
|---|---|
| MICHAEL FERGUS OCONNELL | $ - |
| SALMAN KHAN | $ - |
| OJAS SHAH | $ - |
| Sungmin Shin | $ - |
| VIRGINIA OAK INVESTMENTS LLC | $ - |
| Thomas Feehan | $ - |
| NIMITT DESAI | $ - |
| Chuck Heaton | $ - |
| LAWRENCE STROM | $ - |
| EARL MACFARLAND | $ - |
| JONGTZE LEE | $ - |
| BIREN SHAH | $ - |
| BA711 LLC | $ - |
| DARLENE M ROLLAR | $ - |
| GRIBBLE RESORT PROPERTIES, LLC | $ - |
| ARTUR OR OLGA ORGANEZOV | $ - |
| CARMINE CAPASSO | $ - |
| ARCHANA BANDIRUPAL | $ - |
| JASON M GORDON | $ - |
| CHINTAN M GOSALIA OR SALONI C | $ - |
| Jason Walthall | $ - |
| GREGORY TALMADGECONNIE | $ - |
| GEORGE ROLLAR REVOCABLE TRUST | $ - |
| BINSAR MARSETO | $ - |
| JOSH & LINDSAY RUBENS | $ - |
| ADAM J HUFF | $ - |
| JOSHUA D FULOP | $ - |
| LARRY SHERWOOD | $ - |
| FANG NAN | $ - |
| ASMA CHARANIA | $ - |
| JOURDAN KHOO | $ - |
| KEVIN R CONDE (TRUSTS) | $ - |
| AARON SILBERBERG | $ - |
| CHIHHANG WANG | $ - |
| JEFF EMRICH | $ - |
| KLINT OR JAIME STANLEY | $ - |
| GIANT RETURNS LPA PARTNERSHIP | $ - |
| DEAN SCHERBININ | $ - |
| BRUCE KAUFMAN | $ - |
| JAMES MORGAN KEIM | $ - |
| CPRS, INC. | $ - |
| Avi and Shiri Lonstein Family Trust Dated 6/25/2015 | $ - |
| BORIS ZAMYATIN | $ - |
| DAVID AND XUE VANNESS | $ - |
| Ajeet Dhingra | $ - |
| L PASAMANIK + Y KRUPITSKAYA TT | $ - |
| Height Industries, LLC | $ - |
| amir memon family LP | $ - |
| FUNG FAMILY TRUST | $ - |
| FRANK XU & LUPING LIU | $ - |
| DIVERSIFIED ASSET HOLDINGS, LLC | $ - |
| LAWRENCE SILVER | $ - |
| ARUN JOSE | $ - |
| JINYANG LIU | $ - |
| JACKSON KONG | $ - |
| SUDHAKAR MADAKASIRA | $ - |

## ONH AFC CS Investors LLC                                              08/14/23
**Investors**

| Investor Name | Investment |
|---|---|
| ANDREW WHEELER | $                - |
| JRS CREATIVE GROUP LLC | $                - |
| UVG Superstar, LLC | $                - |
| YUEMIN WANG | $                - |
| REID SARENPA | $                - |
| YINGHSUEH CHEN | $                - |
| Jacob Kugler | $                - |
| MATTHEW CRUMPLEY REVOCABLE TRUST | $                - |
| THE RVC DLY TRUST | $                - |
| BNG TRUST DATED 11/2/1 | $                - |
| HOWARD D JAFFE | $                - |
| Taylor Kugler | $                - |
| NATIONAL FINANCIAL SERVICES LLC | $                - |
| ACALTS76019 | $                - |
| EQUITY TRUST COMPANY C | $                - |
| JSHIRA, LLC | $                - |
| MIKEVE INC | $                - |
| RNNG 36 LLC | $                - |
| **TOTAL** | $       45,257,245 |

## ONH 1601 CS Investors LLC

**08/14/23**

**Investors**

| Investor Name | Investment |
|---|---|
| Taylor Family 2012 Investments Trust | $ 500,000 |
| Rudolf Kroseberg | $ 300,000 |
| Alpha Investment Fund, LLC | $ 250,000 |
| Jason D Marbutt | $ 200,000 |
| Gregory Hess and Elizabeth Hess | $ 200,000 |
| Harmelin and Associates, Inc. | $ 200,000 |
| Hansen 1998 Revocable Trust | $ 150,000 |
| Totallia 2022 LLC | $ 150,000 |
| Bao Bui | $ 150,000 |
| MIRZA Ashhab Beg & Amra Uzair | $ 125,000 |
| Dahl Solo 401K Trust | $ 100,000 |
| RTRC Real Estate Holdings LLC | $ 100,000 |
| Rhett Benefiel | $ 100,000 |
| Demas Giokas Family Trust | $ 100,000 |
| RUSSELL H MCUNE EQRP 401K RIGBY | $ 100,000 |
| Akhil Govil IRA | $ 100,000 |
| David Namoff | $ 100,000 |
| Kenneth & Danielle McGurk | $ 100,000 |
| Christopher R Francy Revocable Living Trust | $ 100,000 |
| Ronnie Sikka | $ 100,000 |
| Chuck Heaton | $ 100,000 |
| Benjamin Zalman Revocable Trust, Benjamin Zalman Trustee | $ 100,000 |
| BYRON E VANKLEY | $ 100,000 |
| Sunflower Property II, LLC | $ 100,000 |
| THE DEAN L. SIRAKIDES LIVING TRUST DTD 08/08/2022 | $ 100,000 |
| Charles W Watson | $ 100,000 |
| Todd & Beth Kugler | $ 100,000 |
| Jonathan Bradford Kling | $ 100,000 |
| Joshua Englard | $ 100,000 |
| William Knepper | $ 100,000 |
| ALEX ROZANOV | $ 75,000 |
| Rezon8 Real Estate Investment Fund I, LLC | $ 75,000 |
| B REVOCABLE LIVING TRUST | $ 75,000 |
| John P Schloss | $ 75,000 |
| Doyle Joseph Webb | $ 50,000 |
| Gerald Young and Valerie Young | $ 50,000 |
| Sailendra Sunkara | $ 50,000 |
| David King Aymond | $ 50,000 |
| Thomas Martin | $ 50,000 |
| Brian J Goossen | $ 50,000 |
| GANIYAT AYODELE | $ 50,000 |
| Maron Investment Group, LLC | $ 50,000 |
| Shipwreck Assets Limited Partnership | $ 50,000 |
| Marty Alan McHenry, Trustee for MAMCHENRY 401K | $ 50,000 |
| Ayse Dizdar koksalan | $ 50,000 |
| MERCHANTS BANK OF INDIANA - ALL IN | $ 50,000 |
| Jonathan Brown | $ 50,000 |
| Miguel Guzman | $ 50,000 |
| Forge Trust Co. CFBO Wenjie Jin IRA790540 Tax ID: 26-2627205 | $ 50,000 |
| Millennium Trust Co. LLC CUST FBO George Dick | $ 50,000 |
| GASTON EYE ASSOCIATES LLP | $ 50,000 |
| Anne Arnold | $ 50,000 |

## ONH 1601 CS Investors LLC                                          08/14/23
**Investors**

| Investor Name | Investment |
|---|---|
| Saurabh Arora | $ 50,000 |
| Rakesh Y Patel | $ 50,000 |
| SHIRAZALI AND GULZAR SUNDERJI TRUST | $ 50,000 |
| VANGUARD MARKETING CORPORATION | $ 50,000 |
| Sunir Joshi | $ 50,000 |
| I.H. INVESTMENTS, LLC | $ 50,000 |
| Andrew Phung & Susan Luong | $ 50,000 |
| John C. Pacheco | $ 50,000 |
| Christopher Scott Blair and Catherine Ann Blair Revocable Trust | $ 50,000 |
| Robert E Scribner II | $ 50,000 |
| Rohnn M Lampi | $ 50,000 |
| Rial Investments LLC | $ 50,000 |
| Abifem Properties LLC | $ 50,000 |
| John M. Sisson, Jr. | $ 50,000 |
| CEROUNO LLC | $ 40,000 |
| Robin Jacobsen | $ 40,000 |
| Donald Francis Moran | $ 40,000 |
| Daniel and Oshik Maoz-Metzl | $ 40,000 |
| William H Ottiger | $ 40,000 |
| MAHESH PATEL | $ 40,000 |
| Boris Elison | $ 40,000 |
| EC2 INVESTMENTS LLC | $ 40,000 |
| Arif Rashid | $ 35,000 |
| Tanneur and Cornesse Living Trust | $ 35,000 |
| Thomas P Richerson | $ 35,000 |
| Shivraj Desai | $ 30,000 |
| Yevgeniy Palatnik | $ 30,000 |
| Christopher D. Ebeling Revocable Trust | $ 30,000 |
| Amandine & Olivier Schaeffer | $ 30,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Steven Meszaros IRA | $ 30,000 |
| Millennium Trust JSR Health LLC, FBO J Scott Ries Acct# 1322U9880 | $ 30,000 |
| The Entrust Group FBO Samantha Updegraff IRA 7230008730 | $ 30,000 |
| Brian Bazata | $ 30,000 |
| William E Furr | $ 25,000 |
| Sreedhar Annamalai | $ 25,000 |
| Samir S Patel | $ 25,000 |
| Joseph Jing Yuan | $ 25,000 |
| Tony Brar | $ 25,000 |
| Dale and Patrice Dennis | $ 25,000 |
| Jiri Vetyska | $ 25,000 |
| Harold Dunbrack | $ 25,000 |
| Floyd and Becky Lane | $ 25,000 |
| Kurdi Yap | $ 25,000 |
| The Lind Family Trust Dated June 28 2018 | $ 25,000 |
| Kyle Scholnick | $ 25,000 |
| Vivek Saraf | $ 25,000 |
| LaChance Financial Services, Inc. | $ 25,000 |
| Christopher Sherman | $ 25,000 |
| Henry Perez | $ 25,000 |
| Feliks Koyfman | $ 25,000 |
| Mark Richard | $ 25,000 |
| Santos Lopez | $ 25,000 |

## ONH 1601 CS Investors LLC

**08/14/23**

Investors

| Investor Name | Investment |
|---|---|
| David Fassler | $ 25,000 |
| Francis Corera | $ 25,000 |
| Amit Dusad and Meenal Agrawal | $ 25,000 |
| Jose and Carine Diaz Infante | $ 25,000 |
| Barry Youngmun | $ 25,000 |
| Todd Robert Stiernagle | $ 25,000 |
| Michael Palmer | $ 25,000 |
| H BHARDWAJ | $ 25,000 |
| Michael Worley | $ 25,000 |
| Wendy and Gary Chea | $ 25,000 |
| Midland Trust Company as Custodian FBO Craig Daniels | $ 25,000 |
| Ashutosh Dubey | $ 25,000 |
| David W. Jupin | $ 25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Ivan Rios Grajales IRA | $ 25,000 |
| Ajay Sohmshetty | $ 25,000 |
| Eugene Frid & Genya Frid | $ 25,000 |
| JODAL DENTAL | $ 25,000 |
| Samemma Holdings, LLC | $ 25,000 |
| Herbert Dravucz | $ 25,000 |
| Sanjay and Rupal Trivedi | $ 25,000 |
| Mohammed Mahfuz Razzaque | $ 25,000 |
| Satvinder S. and Jasmin K. Dhesi Revocable Trust Dated April 23, 2013 | $ 25,000 |
| Stephen R. Meyers Revocable Trust U/A 04-26-2016 | $ 25,000 |
| Brian Adam Hajovsky | $ 25,000 |
| Andrew Sullivan | $ 25,000 |
| amir memon family LP | $ 25,000 |
| Adeel Ahmed Shamim | $ 25,000 |
| STEELTOE GROUP LLC | $ 25,000 |
| Jeewanjot Randhawa | $ 25,000 |
| The Hunt Trust dated May 21, 2010 | $ 25,000 |
| Natasha M. Steinman Holdings, LLC | $ 25,000 |
| Jeffrey Donald Carpenter | $ 25,000 |
| Preeti & Raman Verma | $ 25,000 |
| GKD Heritage Global Investment LLC | $ 25,000 |
| Rakesh Shishodia & Renu Shishodia | $ 25,000 |
| THE HEI TAO FUNG LIVING TRUST | $ 25,000 |
| dolph haege | $ 25,000 |
| The Kingdom Trust Company, Custodian, FBO Arturo Caraballo, CSA034342 | $ 25,000 |
| Grant Wood and Natalie Garcia | $ 25,000 |
| Jiangping Yu | $ 25,000 |
| Timothy C Kuo Revocable Trust, 3/3/2005 | $ 25,000 |
| Reuben and Ariella Abraham | $ 25,000 |
| Capitore Investors, LLC. Self Directed IRA. IRA guardian: IRA Financial trust. IRA account number: 1010625 | $ 25,000 |
| Don Pham | $ 25,000 |
| Tommer Yoked | $ 25,000 |
| Chetan Naimesh Maddula | $ 25,000 |
| Top Dog Capital LLC | $ 25,000 |
| Brandon Surma and Lifeng Wang | $ 25,000 |
| Hama Investments LLC | $ 25,000 |
| Ritesh Raval & Chiragi Raval | $ 25,000 |
| Wade Thompson | $ 25,000 |

# ONH 1601 CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| Anne Maiden-Hope | $ 25,000 |
| Wenhong Felix Peng | $ 25,000 |
| Ibrahim Khanmohamed | $ 25,000 |
| Jason Bouska | $ 25,000 |
| Rohit and Leena Wangneo | $ 25,000 |
| Xing Family Trust | $ 25,000 |
| Eosten Capital, LLC | $ 25,000 |
| Jay D. Aronowitz | $ 25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Christine Stemmermann IRA | $ 25,000 |
| **TOTAL** | **$ 8,765,000** |