**EXHIBIT B**

## ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| CrowdStreet REIT I, Inc. | $ 1,750,000 |
| ATLANTA FINANCIAL - ACCT 3283 | $ 800,000 |
| CrowdStreet Sunbelt Growth Fund I, LLC – Series I | $ 625,000 |
| John C. Gizzo Trust Dated August 3, 2020 | $ 560,000 |
| Taylor Family 2012 Investments Trust | $ 500,000 |
| MIRZA Ashhab Beg & Amra Uzair | $ 500,000 |
| Alpha Investment Fund, LLC | $ 500,000 |
| At Last Sportswear, Inc. | $ 500,000 |
| David Harold Bunce and Sharilyn Ann Bunce Trust Agreement No. One | $ 500,000 |
| NORLEB RIVERSIDE INVESTOR | $ 490,000 |
| Robert Lee | $ 350,000 |
| PETER G ERNSTROM | $ 300,000 |
| Sanjeet Jayant Joshi & Rasika Joshi | $ 300,000 |
| VV Big Bear LLC | $ 300,000 |
| L KOHATSU WONG + D WONG TTEE | $ 300,000 |
| Gateway Assets / Paul A Robinson | $ 300,000 |
| Emran Abu Atherah | $ 300,000 |
| Nathan C Roberts Revocable Trust | $ 250,000 |
| P NAPOLI + M NAPOLI TTEE | $ 250,000 |
| Abbas Rangwala, Trustees of The Rangwala Trust dated 6/14/2019 | $ 250,000 |
| John & Andrea Gladstein Family Trust | $ 250,000 |
| George I. Williams | $ 250,000 |
| Harmelin and Associates, Inc. | $ 250,000 |
| Craig Leva Revocable Trust dated 7/21/2016 | $ 250,000 |
| Adam Hendin | $ 250,000 |
| Ameeta B. Martin | $ 250,000 |
| KORTH DIRECT MORTGAGE INC. | $ 220,350 |
| Tyler Larsen | $ 220,000 |
| Sanjay Israni | $ 200,000 |
| Nikhil Patel | $ 200,000 |
| Level 33 Capital, LLC | $ 200,000 |
| Matthew LeStarge | $ 200,000 |
| Ryan Schellhous | $ 200,000 |
| Priority Funds, LLC | $ 200,000 |
| Shawn & Rebecca LeProwse | $ 200,000 |
| Thomas Alvarez | $ 200,000 |
| The Dhir Family Revocable Trust | $ 200,000 |
| TRAVIS HOLDEN OR WEN WEN CHENG | $ 200,000 |
| Legrand Richardson Jr. | $ 200,000 |
| Jared Green | $ 200,000 |
| Kourosh Parham Trust | $ 200,000 |
| JKizer & WBell TTEE Rainey, Kizer, Reviere & Bell 401K FBO Jerry D. KIzer, Jr. | $ 200,000 |
| GASTON EYE ASSOCIATES LLP | $ 200,000 |
| JR. & LAURIE J NEME FRANK A. NEMEC | $ 200,000 |
| Demas Giokas Family Trust | $ 200,000 |
| Jeffrey Boyle | $ 200,000 |
| GCIW Capital, Ltd | $ 200,000 |
| JOEL FINE | $ 200,000 |
| Chaplain and Rosgen Family Trust | $ 200,000 |
| Craig L. Bass | $ 200,000 |
| KC Solutions, Inc. | $ 200,000 |
| AA Metta Enterprises, LLC | $ 200,000 |
| James Farrar | $ 200,000 |
| Echelon Ventures, LLC | $ 200,000 |
| Edwin Su | $ 200,000 |

## ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| MILLENNIUM TRUST COMPANY | $ 195,000 |
| Jebediah Sawyer | $ 175,000 |
| ANDREW MICHAEL DAVIS | $ 175,000 |
| FORGE TRUST CO. | $ 170,000 |
| James Bishop | $ 165,000 |
| Novitsky Family Trust | $ 150,000 |
| Michael A. Huber | $ 150,000 |
| Saddle Mountain Capital LLC | $ 150,000 |
| Preeta Bansal | $ 150,000 |
| Sylvia M Dobo | $ 150,000 |
| MICHAEL ATISELE | $ 150,000 |
| RTRC Real Estate Holdings LLC | $ 150,000 |
| Rosario Cassata | $ 150,000 |
| ROBERT TZU-CHO CHEN | $ 150,000 |
| John P Schloss | $ 150,000 |
| Chih-Lin Liu | $ 150,000 |
| James E. Franks & Linda B. Franks Revocable Trust | $ 150,000 |
| EQUITY TRUST COMPANY | $ 130,000 |
| RYAN A MORGAN | $ 125,000 |
| Tracy D Anderson | $ 125,000 |
| ELASCO LLC | $ 125,000 |
| QTC HOLDING CORP | $ 120,000 |
| Joshua Englard | $ 110,000 |
| Thomas A. Leister | $ 100,000 |
| The Bonnell Family Revocable Trust | $ 100,000 |
| William Taylor | $ 100,000 |
| Rahul Anand | $ 100,000 |
| XIAONAN YU HALLIDAY | $ 100,000 |
| Maxim Stepin & Zoya Bashirova | $ 100,000 |
| Millennium Trust Co. LLC CUST FBO Michael Staton | $ 100,000 |
| The Novak Family Trust | $ 100,000 |
| Manley Family Trust | $ 100,000 |
| Robert Cohen/ Debra Cohen | $ 100,000 |
| Leo Umanskiy | $ 100,000 |
| William E and Catherine D Jenkins TIC | $ 100,000 |
| Revocable Trust of Jason M. Carty and Christina C Roeder | $ 100,000 |
| Suhas Joshi and Veenita Joshi | $ 100,000 |
| MOLO LLC | $ 100,000 |
| Madison Trust Company FBO William Fairbanks Acct# M20064094 | $ 100,000 |
| Mark Merlin | $ 100,000 |
| Polytex Properties, LLC | $ 100,000 |
| Long Drive Investments, LLC | $ 100,000 |
| The Richard Daniel and Lelia J. Barzan Trust | $ 100,000 |
| Leslie Brock, Trustee of the Leslie Brock Living Trust dated January 20, 2006, and any amendments thereto. | $ 100,000 |
| Mahender Tanksalker | $ 100,000 |
| Millennium Trust Co. LLC CUST FBO Melly Garza | $ 100,000 |
| Zemel Family Trust | $ 100,000 |
| Vance Enterprises, LLC | $ 100,000 |
| Shared Towers LLC | $ 100,000 |
| VICTOR A ATHANAS | $ 100,000 |
| Matthew Onken | $ 100,000 |
| VV Durango LLC | $ 100,000 |
| SLP INC | $ 100,000 |
| William G Taylor III | $ 100,000 |
| Stephen Broadbent | $ 100,000 |

## ONH AFC CS Investors LLC
**Investors**

| Investor Name | Investment |
|---|---|
| Steve and Bridgitte Ball | $ 100,000 |
| Lon E. Welsh | $ 100,000 |
| Ronald Bombei & Marietta Bombei | $ 100,000 |
| Rohnn M Lampi | $ 100,000 |
| DAB Investments, LLC | $ 100,000 |
| dhaval patel | $ 100,000 |
| Jordan Bass | $ 100,000 |
| Henri W. Moudi and Lorena M. Moudi, trustees or successor trustee, of the Henri W. Moudi and Lorena M. Moudi Revocable Trust dated February 17, 2006 | $ 100,000 |
| Jeremy and Julie Walker | $ 100,000 |
| HITCHING POST CAPITAL, LLC | $ 100,000 |
| Brian Wilbur | $ 100,000 |
| Hugh L Davies | $ 100,000 |
| G9 Properties LLC | $ 100,000 |
| IRAR Trust FBO Milt M Best Jr, 3601516 | $ 100,000 |
| Charles and Judith Johnson | $ 100,000 |
| Brian J Goossen | $ 100,000 |
| Edward Nafzger | $ 100,000 |
| GBW Capital | $ 100,000 |
| Joffrey G Thompson | $ 100,000 |
| Aaron Pring | $ 100,000 |
| Hemant Gajarawala | $ 100,000 |
| John C. Pacheco | $ 100,000 |
| Daniel Cvelbar & Kathleen M Cvelbar | $ 100,000 |
| A & A Capital Investments LP | $ 100,000 |
| Guey Ling Chen Revocable Trust | $ 100,000 |
| Keystone Investment Group, LLC | $ 100,000 |
| Bruce Bosler | $ 100,000 |
| KEITH JACOB HOFFNAGLE | $ 100,000 |
| JANELI,LLC | $ 100,000 |
| Anthony Nicholas Mavrides Trust | $ 100,000 |
| Asgar Saleem | $ 100,000 |
| Behram & Dinaz Contractor | $ 100,000 |
| Jarrod Wilson | $ 100,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Peter Taylor IRA | $ 100,000 |
| Michael David Lamb & Lorie Lea Lamb Revocable Living Trust | $ 95,000 |
| Michael Huynh | $ 90,000 |
| David Gutierrez | $ 90,000 |
| ANDREW DOYLE | $ 85,000 |
| Victor Aidis 401k Trust | $ 80,000 |
| Terence J Callahan and Kimberly A Callahan Revocable Family Trust Dated October 27, 2004 | $ 75,000 |
| The Brian Acciavatti Trust | $ 75,000 |
| Ritesh Parikh | $ 75,000 |
| William W Paulus and Marijo Paulus | $ 75,000 |
| Millennium Trust Co. LLC CUST FBO John Wiltjer | $ 75,000 |
| Thakor Master | $ 75,000 |
| Nadia Ostrovsky | $ 75,000 |
| PADMA SRIPADA | $ 75,000 |
| Narinder S. Saund | $ 75,000 |
| William Adams | $ 75,000 |
| Stefan Gerwinat | $ 75,000 |
| MAINSTAR TRUST | $ 75,000 |
| Suren Gulrajani and Ratna Shah | $ 75,000 |
| JAMES YU CHEN | $ 75,000 |
| Achilles J. Fakiris & Fathima Reyman | $ 75,000 |

# ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| John Greiner and Jeannie Greiner Joint Tenants | $ 75,000 |
| A Plus Prosperity LLC | $ 75,000 |
| Hetal & Jayesh Patel | $ 75,000 |
| Andrew Chester | $ 75,000 |
| Ashish Tikotekar | $ 75,000 |
| Jonathan M and Allison D Bridges | $ 75,000 |
| Cody Freis | $ 75,000 |
| Joseph C Yashinsky | $ 75,000 |
| KAREFREY INVESTMENT GROUP, LLC | $ 75,000 |
| Ferrette Development Services, LLC | $ 75,000 |
| Bhavesh Patel | $ 75,000 |
| Lahasky Investment Group LLC | $ 75,000 |
| Angshuman Banerjee | $ 75,000 |
| IRA PLAN PARTNERS, LLC | $ 70,000 |
| Lisa Common McMillan | $ 65,000 |
| Orion Magnetar Asset Management LLC | $ 65,000 |
| Thomas & Christine Rutherford | $ 60,000 |
| Orion Legacy R01, LLC | $ 60,000 |
| Mark & Sandra Kradzinski | $ 60,000 |
| MURALI GOVINDASWAMY | $ 60,000 |
| Zachary Joseph Kay | $ 60,000 |
| Sami Farhad | $ 60,000 |
| Todd & Beth Kugler | $ 60,000 |
| Michael Shabandi | $ 60,000 |
| VINAY DHIRAJLA BHATT | $ 60,000 |
| Robert Temin | $ 60,000 |
| The Entrust Group FBO Robert Newstead 401k 7230013679 | $ 60,000 |
| Eric and Lynn Piesnikowski | $ 60,000 |
| GOHA, LLC | $ 60,000 |
| Devin Trevor | $ 55,000 |
| Aneesh Mittal | $ 55,000 |
| Rick Monte Reznicsek | $ 50,000 |
| vikram chatrath | $ 50,000 |
| Melvyn Lim and Robert Tyler Voliter | $ 50,000 |
| Nesh Ventures Solo 401k Plan | $ 50,000 |
| Rambabu Maddi | $ 50,000 |
| Si Yong Kim | $ 50,000 |
| Thomas James Everling III | $ 50,000 |
| Letty Doan | $ 50,000 |
| RACKM REAL ESTATE, INC. | $ 50,000 |
| SOPHIA J KIM | $ 50,000 |
| Rakesh Y Patel | $ 50,000 |
| SSN SERVICES INC 401K | $ 50,000 |
| Matthew J Robertson | $ 50,000 |
| Ryan Sammon | $ 50,000 |
| Pradeep Ramachandran | $ 50,000 |
| Nisha Bhatt | $ 50,000 |
| Robert Dunfey III | $ 50,000 |
| Salan Properties LLC | $ 50,000 |
| Tsoukatos-Kidnew Family Trust | $ 50,000 |
| STEVEN MADISON | $ 50,000 |
| Matthew D. Herath and Sonita M. Saluja-Herath | $ 50,000 |
| Steven Matthew Yager | $ 50,000 |
| Vivek Saraf | $ 50,000 |
| STRATA TRUST | $ 50,000 |
| Wesley mclaughlin | $ 50,000 |

# ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| Strata Trust Company Custodian FBO David Warren Coleman IRA 200001110 | $ 50,000 |
| William Millard | $ 50,000 |
| Maulin Patel | $ 50,000 |
| Sharon Fung | $ 50,000 |
| Richard Flyg | $ 50,000 |
| MCheng RD LLC | $ 50,000 |
| SAMANTHA M LI | $ 50,000 |
| Thomas C. Albanese | $ 50,000 |
| TAMMY LOGAN MENKER | $ 50,000 |
| thomas miller | $ 50,000 |
| Richard A Jernigan | $ 50,000 |
| Top Dog Capital LLC | $ 50,000 |
| rohit and sunitha bhaskar | $ 50,000 |
| Micah Whitson & Christina Nadar | $ 50,000 |
| Zhi Yong Yang | $ 50,000 |
| Scott Andrew Ralston | $ 50,000 |
| Lincoln C Barrett | $ 50,000 |
| ROYALTY PEAKS LLC | $ 50,000 |
| Mark Wolken | $ 50,000 |
| Vijay Patel | $ 50,000 |
| Mary Qin | $ 50,000 |
| Matthew Koshy | $ 50,000 |
| The Entrust Group FBO John Scranton IRA 7230010253 | $ 50,000 |
| Rakesh Shah | $ 50,000 |
| Yizhi Liang | $ 50,000 |
| Wellman & Ann Marie Shew Revocable Living Trust dated June 6, 2006 | $ 50,000 |
| Muhammed G Nathani | $ 50,000 |
| Matthew Harnett | $ 50,000 |
| Ryan Roberts | $ 50,000 |
| RAMKUMAR SOLO401K PLAN | $ 50,000 |
| The Paddock Family Trust | $ 50,000 |
| Rupesh Velji | $ 50,000 |
| McGill Holdings LLC | $ 50,000 |
| MICHAEL GARRISON | $ 50,000 |
| The Shew Family Trust, Dated Dec. 26, 2013 | $ 50,000 |
| The Surapaneni Joint Living Trust dated November 13, 2017 | $ 50,000 |
| REX V CONDE | $ 50,000 |
| The Entrust Group FBO Tracy Walker IRA 7230018988 | $ 50,000 |
| Paul Gurzo & Jessica Gurzo | $ 50,000 |
| Rui Gaspar | $ 50,000 |
| Krish N Shah LLC | $ 50,000 |
| Jason K. Dobranic and Cathy Y. Cutler | $ 50,000 |
| Integrity Real Estate Investments, LLC | $ 50,000 |
| Alireza Shalviri | $ 50,000 |
| Jonathan Meisel | $ 50,000 |
| David Herring | $ 50,000 |
| Hiren Patel | $ 50,000 |
| David Shen aka Da Shen | $ 50,000 |
| James H Powell | $ 50,000 |
| Dennis Michael Treu | $ 50,000 |
| John Fontana trustee of the John Fontana Revocable Trust dated Oct. 10, 2002 | $ 50,000 |
| Brian and Julia Forcum | $ 50,000 |
| Barbara Coleman Revocable Living Trust | $ 50,000 |
| Darrin Richard Witt Revocable Trust, dated August 16, 2017 | $ 50,000 |
| AL AUSTIN ZURILGEN | $ 50,000 |
| Dina Messina | $ 50,000 |

## ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| Huntington BP | $ 50,000 |
| Douglas A Andrejewski | $ 50,000 |
| Irfan Khan | $ 50,000 |
| E-CENTRAL CREDIT UNION | $ 50,000 |
| James Todd Wagner | $ 50,000 |
| Amit & Asavari Kulkarni | $ 50,000 |
| Chi Chen | $ 50,000 |
| Effulgent Group, LLC | $ 50,000 |
| John Park | $ 50,000 |
| Ammar Feroz | $ 50,000 |
| Joseph Farrell | $ 50,000 |
| Elisha French | $ 50,000 |
| Daniel Meyer | $ 50,000 |
| ActiveCo Ventures LLC | $ 50,000 |
| Ajit Dabade | $ 50,000 |
| Brian Martin | $ 50,000 |
| Carnegie Capital Trust | $ 50,000 |
| Dakota and Chelsea Gale | $ 50,000 |
| HomeAwayHome LLC | $ 50,000 |
| Eric Li | $ 50,000 |
| I.H. INVESTMENTS, LLC | $ 50,000 |
| ERIK DOEBEL | $ 50,000 |
| Dana Soucy | $ 50,000 |
| Brian P Reister | $ 50,000 |
| Jack Archer | $ 50,000 |
| Forge Trust Company CFBO Steven Hartnack IRA | $ 50,000 |
| James Rosenbloom | $ 50,000 |
| Gary Hamand | $ 50,000 |
| Chandra Nanjappa and Chitra Reddy | $ 50,000 |
| jason mirabella | $ 50,000 |
| Bo Wen Yang | $ 50,000 |
| Jeffrey Donald Carpenter | $ 50,000 |
| Jeffrey P Kramp | $ 50,000 |
| GCFM LLC | $ 50,000 |
| ASMA F OR INUS LAKHVA | $ 50,000 |
| Bruce A Forcum | $ 50,000 |
| Ajay Shah | $ 50,000 |
| LAM REAL ESTATE LLC | $ 50,000 |
| Chris Honcik | $ 50,000 |
| Big Swell Holdings LLC | $ 50,000 |
| Christopher Youst | $ 50,000 |
| Gerald Young and Valerie Young | $ 50,000 |
| Joseph Vinh Nguyen | $ 50,000 |
| Claire Xu Cheng | $ 50,000 |
| Kani Group LLC | $ 50,000 |
| BLACK DIAMOND GOURMET INC. | $ 50,000 |
| Kilo Mike LLC | $ 50,000 |
| Kevin Knight | $ 50,000 |
| Gonzalo Verdugo | $ 50,000 |
| Benjamin Rogers | $ 50,000 |
| Goutham Rangaswamy | $ 50,000 |
| Krishna Jonnalagadda | $ 50,000 |
| Grady Steven Wakefield | $ 50,000 |
| LaChance Financial Services, Inc. | $ 50,000 |
| Grant Wood and Natalie Garcia | $ 50,000 |
| Anne Arnold | $ 50,000 |

# ONH AFC CS Investors LLC
**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| Gennadiy Ryskin | $ 50,000 |
| ANNA ROZIN | $ 50,000 |
| The Entrust Group FBO Margaret Tremwel IRA 7230011202 | $ 45,000 |
| Volodymyr Gelfand | $ 40,000 |
| Richard Lindgren 2019 Revocable Trust | $ 40,000 |
| Matthieu Soule | $ 40,000 |
| Wallace Smith Investments | $ 40,000 |
| TB Property Development 401K Trust | $ 40,000 |
| The Article III Trust Under the Jonas L. Steinman 2004 GRAT | $ 40,000 |
| Zunaid Vania and Holly Tse | $ 40,000 |
| Jing Yang & Ran Tang | $ 40,000 |
| EDR Investment Trust | $ 40,000 |
| Bob Simko | $ 40,000 |
| Andreas Rothe | $ 40,000 |
| Ashish RE LLC | $ 40,000 |
| Evergreen Mutual, LLC | $ 40,000 |
| John Feddock | $ 40,000 |
| Gregory Davis | $ 40,000 |
| Kevin Crayton | $ 40,000 |
| Adam B Shane | $ 40,000 |
| Sanjay Jain | $ 39,300 |
| Timothy Wiltjer | $ 35,000 |
| Peter Jackson Davis | $ 35,000 |
| Madhusudhan Talluri | $ 35,000 |
| RYAN A MURRAY | $ 35,000 |
| Puneesh Chaudhry | $ 35,000 |
| Nathaniel Jones | $ 35,000 |
| White Room Trading | $ 35,000 |
| Richard Taddonio | $ 35,000 |
| Sudhir Babu Devineni | $ 35,000 |
| Paolo Dilda | $ 35,000 |
| Scott Stanczak | $ 35,000 |
| The Michael D. Hausberger & Jennifer L. Zernec Revocable Trust | $ 35,000 |
| Linda P. O'Keefe | $ 35,000 |
| TIANYI ZHANG | $ 35,000 |
| Manojkumar Tadhani | $ 35,000 |
| Ragip Saritabak | $ 35,000 |
| Soham Spectrum Two LLC | $ 35,000 |
| Lesley D Morlock trust | $ 35,000 |
| Steven E. Niskanen and Dorothy B. Niskanen | $ 35,000 |
| Leland Bloebaum | $ 35,000 |
| Paul G. Sandford | $ 35,000 |
| James and Mary Zumstein | $ 35,000 |
| JUDY HUANG | $ 35,000 |
| Ariel Cohen | $ 35,000 |
| Ethan Henry Property Management, LLC | $ 35,000 |
| BREX PAYMENTS LLC | $ 35,000 |
| Eric Smith | $ 35,000 |
| Bruce A and Alysa MacClellan | $ 35,000 |
| Michael Worley | $ 30,000 |
| NASAD Holdings LLC | $ 30,000 |
| Rishi K Gupta & Minni Gupta | $ 30,000 |
| Ravi Kolli | $ 30,000 |
| YUQI QIAO & JIE WANG | $ 30,000 |
| MONISHA NABAR | $ 30,000 |
| The Entrust Group FBO Don Zhao IRA 7230010618 | $ 30,000 |

# ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| SYM Properties | $ 30,000 |
| dolph haege | $ 30,000 |
| Brandon Marsh | $ 30,000 |
| Gyanendra Sharma | $ 30,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Jeffrey Kwasny IRA | $ 30,000 |
| Keith Lobel | $ 30,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO William Walsh IRA | $ 30,000 |
| Chang Liu | $ 30,000 |
| Fransiskus Xaverius | $ 30,000 |
| HAQS ENTERPRISE LLC | $ 30,000 |
| James Hsiao | $ 30,000 |
| barry feuer | $ 30,000 |
| Jared Fischer | $ 30,000 |
| Daniel and Oshik Maoz-Metzl | $ 30,000 |
| Jay and Judy Hochsztein | $ 30,000 |
| Kirk & Maria Hegwood | $ 30,000 |
| Akrit Malik | $ 30,000 |
| Dung Pham and Regina Pham, Husband ad Wife as community property with rights of survivorship | $ 30,000 |
| Chichoi Kenneth Chan & Naomi Yukking Chan | $ 30,000 |
| IRA FINANCIAL TRUST COMPANY | $ 30,000 |
| TX Tech Disruptors LLC | $ 25,000 |
| Prashant Kumar | $ 25,000 |
| Mustafa Kathawala | $ 25,000 |
| SHIKHA JAIN | $ 25,000 |
| Mayank Parikh and Hiral Parikh | $ 25,000 |
| Shimon Holdings Trust | $ 25,000 |
| Ravi Kumar Dokku | $ 25,000 |
| Shipwreck Assets Limited Partnership | $ 25,000 |
| Mingyu Liang | $ 25,000 |
| Nonyerem Osuji | $ 25,000 |
| Ngan Phan | $ 25,000 |
| Silas Patel | $ 25,000 |
| Tore C. Steen and Yufen S. Steen, as Trustees of the Steen Joint Trust, UTA dated June 19, 2019, as amended | $ 25,000 |
| Sirumugai M Saravanan | $ 25,000 |
| Vicki Hsu | $ 25,000 |
| LINCOLN SAVINGS BANK | $ 25,000 |
| Vivek Tiwari | $ 25,000 |
| Nathan Mahoney | $ 25,000 |
| Richard N. P. Koncius | $ 25,000 |
| Marc Krawitz | $ 25,000 |
| ROYAL LV FAMILY LLC | $ 25,000 |
| Sreedhar Annamalai | $ 25,000 |
| Priya Desai | $ 25,000 |
| SRINIVAS AND VASAVI PASUPARTHI | $ 25,000 |
| Michael Meckler | $ 25,000 |
| Olumide Coker | $ 25,000 |
| Tony Charles Lonstein, Trustee of the Trust A created under the Lonstein Revocable Family Trust, dated September 21, 1994 | $ 25,000 |
| ONH AFC CS INVESTORS LLC | $ 25,000 |
| Tsan Chan | $ 25,000 |
| Stephen Schnelle | $ 25,000 |
| Satvinder S. and Jasmin K. Dhesi Revocable Trust Dated April 23, 2013 | $ 25,000 |
| ORANGE COUNTY COMMERCIAL REALTY | $ 25,000 |
| Viju Varghese | $ 25,000 |

# ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| Nanda Chheda | $ 25,000 |
| Vipul Shah | $ 25,000 |
| Michael & Darla Poland | $ 25,000 |
| Millennium Trust Co. LLC CUST FBO John Muhlberger | $ 25,000 |
| Ryan Skar | $ 25,000 |
| Lucas D Hathaway | $ 25,000 |
| Lomboy Enterprises LLC | $ 25,000 |
| WULTRAD, INC. | $ 25,000 |
| STRATA Trust Company, Custodian FBO Donald J Woodyard IRA 201838182 | $ 25,000 |
| Yogin Patel | $ 25,000 |
| Saied Banafshe | $ 25,000 |
| RMI Enterprises LLC | $ 25,000 |
| Sajan Mahajan | $ 25,000 |
| THL Real Estate LLC | $ 25,000 |
| Suman Raju | $ 25,000 |
| PROMILA DHINGRA | $ 25,000 |
| Passive Crowdfunding Investors LLC | $ 25,000 |
| Purav P. Patel | $ 25,000 |
| Suresh Iyer | $ 25,000 |
| NARAYANAN MOHANAN & SUJATHA NARAYANAN | $ 25,000 |
| Susan X Xiao | $ 25,000 |
| Michael P Dombeck | $ 25,000 |
| SWATI KUMAR | $ 25,000 |
| Satish Yegnala | $ 25,000 |
| Ziv Yoles | $ 25,000 |
| Rahul Joshi | $ 25,000 |
| SYED HAQ | $ 25,000 |
| Rajeev A Jain | $ 25,000 |
| SALIMA S BHARWANI | $ 25,000 |
| Michael Stavreff | $ 25,000 |
| ZIEGLER FAMILY TRUST DTD | $ 25,000 |
| VENKATA Lakshmi Saujanya Yachamaneni | $ 25,000 |
| Muhammad Hannan | $ 25,000 |
| Mikael Lindstrom | $ 25,000 |
| Paulo Tomas | $ 25,000 |
| Satyen Pandya | $ 25,000 |
| Mohammed A Movania & Muniza Movania | $ 25,000 |
| Vincent J Minichino | $ 25,000 |
| Robert H Burnside Jr | $ 25,000 |
| Vivek Awasthi | $ 25,000 |
| Next Step Capital Management, LLC | $ 25,000 |
| Robert Loritz | $ 25,000 |
| PHILIP T ZHAO | $ 25,000 |
| Scott Manning | $ 25,000 |
| The Curtis Family Trust | $ 25,000 |
| Scott Stephenson & Anna Stephenson | $ 25,000 |
| Phoebe Shih | $ 25,000 |
| Mountain Laurel Enterprises, LLC | $ 25,000 |
| Samir Joshi | $ 25,000 |
| Nir Netivi | $ 25,000 |
| Piyush and Varsha Naik | $ 25,000 |
| Wun-Ling Chang MD Trust Roth FBO Henri van der Heyde | $ 25,000 |
| The Entrust Group FBO Judy Schons IRA 7230020510 | $ 25,000 |
| Ricky Liunarto | $ 25,000 |
| Lijun Qu | $ 25,000 |
| Yu Guan | $ 25,000 |

# ONH AFC CS Investors LLC

**Investors**

08/14/23

| Investor Name | Investment |
|---|---|
| MAROON-MORGANTI TRUST AGREEMENT, dated May 28, 1991 | $ 25,000 |
| nishant shah | $ 25,000 |
| Sandeep Arora | $ 25,000 |
| Sheryl Pilavin | $ 25,000 |
| Michael Hill | $ 25,000 |
| Tamara D Hall | $ 25,000 |
| SYED ASHRAF | $ 25,000 |
| Tavor Asset Management Trust | $ 25,000 |
| John Duke and Jennifer Duke | $ 25,000 |
| Khawaja Ventures LLC | $ 25,000 |
| Babu Anand Rengarajan & Sidharthi Trichy Selvaraj | $ 25,000 |
| Gautam Kumar | $ 25,000 |
| David Jangro | $ 25,000 |
| CK Real Estate, LLC | $ 25,000 |
| Jonathan Dingwall | $ 25,000 |
| Clay Patterson | $ 25,000 |
| Brandon Swartwood | $ 25,000 |
| Clive Howard Leigh | $ 25,000 |
| Kyle Adams | $ 25,000 |
| George A. Duthie | $ 25,000 |
| Caleb Chou | $ 25,000 |
| BISION HOLDINGS | $ 25,000 |
| John Loren Poulsen | $ 25,000 |
| Corey Fagles | $ 25,000 |
| DeRose Family Trust 1/29/2014 | $ 25,000 |
| GKD Heritage Global Investment LLC | $ 25,000 |
| Kalpesh Patel | $ 25,000 |
| Brian Kreider | $ 25,000 |
| Kenneth Hill | $ 25,000 |
| Eficaz Realty LLC | $ 25,000 |
| Donghui Xu | $ 25,000 |
| Bing Liu | $ 25,000 |
| Jeffrey Henault & Kimberly Fitzpatrick | $ 25,000 |
| Gregory Asatrian | $ 25,000 |
| FENG LING | $ 25,000 |
| Chinich Joint Account | $ 25,000 |
| Abhimanyu Beri | $ 25,000 |
| Gregory Leo Demers | $ 25,000 |
| John Fredenberg | $ 25,000 |
| Gregory Tzanoukakis | $ 25,000 |
| John Robert Hollm | $ 25,000 |
| Depakkumar B Patel | $ 25,000 |
| Guilherme Caetano | $ 25,000 |
| Joseph Song & Shin Song | $ 25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Steven Lanigan IRA 200560965 | $ 25,000 |
| Justin Houston | $ 25,000 |
| Hama Investments LLC | $ 25,000 |
| KARTHIKEYAN NATARAJAN | $ 25,000 |
| Amit Momaya | $ 25,000 |
| Kelly Vanee | $ 25,000 |
| ANNIE CHEN | $ 25,000 |
| Andrew Sullivan | $ 25,000 |
| Anol Bhattacherjee | $ 25,000 |
| Gaby Gabriel | $ 25,000 |
| Hemant Sahani | $ 25,000 |
| Gary S. Walgenbach | $ 25,000 |

# ONH AFC CS Investors LLC

**08/14/23**

**Investors**

| Investor Name | Investment |
|---|---|
| Ansis Bundza | $ 25,000 |
| L CHIN + H WANG TTEE | $ 25,000 |
| Cypress Lending LLC | $ 25,000 |
| Bryce Kanter | $ 25,000 |
| Cyril Ruwende | $ 25,000 |
| JEVANO CACOZ | $ 25,000 |
| Anthony Bonanni | $ 25,000 |
| Ashutosh Dubey | $ 25,000 |
| Alex Cordero | $ 25,000 |
| Jogen mehta & Dipal mehta | $ 25,000 |
| Homik Capital & Trust I, LLC | $ 25,000 |
| Austin Everett McCormack | $ 25,000 |
| Aaron Breaux | $ 25,000 |
| Christopher Krynski | $ 25,000 |
| Eric D Ganz | $ 25,000 |
| Alnoor Dhanani | $ 25,000 |
| Brett Harris | $ 25,000 |
| CARLI M KOSHAL | $ 25,000 |
| IQ Physicians | $ 25,000 |
| John W. Pecore | $ 25,000 |
| Lahti Properties, LLC | $ 25,000 |
| Denys Glushkov | $ 25,000 |
| EDCY Family Trust | $ 25,000 |
| Joseph Brannon Barter | $ 25,000 |
| AR REALTY OHIO | $ 25,000 |
| Joseph Lui | $ 25,000 |
| Daniel Hayward | $ 25,000 |
| Fleur Gessner | $ 25,000 |
| Eli R Johnson | $ 25,000 |
| AARTHI RAGUPATHY | $ 25,000 |
| Christian Lawler | $ 25,000 |
| KAB Radle Roth LLC | $ 25,000 |
| ARDYTH L. LITTLE, as Trustee, LITTLE 2009 TRUST | $ 25,000 |
| Dimitri Polonsky | $ 25,000 |
| Elie Norowitz | $ 25,000 |
| Kausthub Kumar | $ 25,000 |
| ETIM J. UDOH | $ 25,000 |
| Francis Corera | $ 25,000 |
| James Holzmacher | $ 25,000 |
| Kenneth & Danielle McGurk | $ 25,000 |
| EUGENE SHVARTSMAN | $ 25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Jackson Chin IRA | $ 25,000 |
| ADAM L HIRSCHKATZ | $ 25,000 |
| Belin Real Property and Management LLC | $ 25,000 |
| Arvind R Vuppu | $ 25,000 |
| DOM Investments LLC | $ 25,000 |
| David Fassler | $ 25,000 |
| Benedict Woo | $ 25,000 |
| Aaron Hood | $ 25,000 |
| Garrett Bourg | $ 25,000 |
| F. Timothy Frasch Living Trust | $ 25,000 |
| Kriya Capital, LLC | $ 25,000 |
| Abby Chan | $ 25,000 |
| Kyle Scholnick | $ 25,000 |
| Farrell Johnson | $ 25,000 |
| Andrew T Hartsfield | $ 25,000 |

# ONH AFC CS Investors LLC

**08/14/23**

**Investors**

| Investor Name | Investment |
|---|---:|
| Jeffrey C. and Narmin N. Koenig | $ 25,000 |
| Alexander Mouschovias | $ 25,000 |
| Daniel Penan | $ 25,000 |
| The Kingdom Trust Company, Custodian, FBO Arturo Caraballo, CSA034342 | $ 24,995 |
| VISION HOLDINGS | $ 10,000 |
| TRF TO/FROM ACCT 5773 | $ 7,600 |
| SAINAV INVESTMENTS LLC | $ - |
| Marty Alan McHenry, Trustee for MAMCHENRY 401K | $ - |
| PRADEEP JAIN | $ - |
| ROWLAND RANCH PROPERTIES LLC | $ - |
| ROBERT OR JAMIE GRIMSLEY | $ - |
| Timothy b Matz and Jane F Matz JTROS | $ - |
| ROOHI INVESTMENT LLC | $ - |
| RYAN KATZ | $ - |
| NENKEGO SOLUTIONS LL | $ - |
| SYED A HUSSAIN OR ALIZA MAZHAR | $ - |
| Thomas P Richerson | $ - |
| MALKIM CAPITAL LLC | $ - |
| SCOTT OR VICTORIA BEAL | $ - |
| SANJAY SINHA | $ - |
| Warren Brenner | $ - |
| SANJAYA NATH | $ - |
| SEAN P GANN | $ - |
| LON S HICKS | $ - |
| THE LIU WU LIVING TRUST | $ - |
| ROBERT W. SHIPPY, JR. TRUST | $ - |
| XUEQIAN GONG | $ - |
| TREVOR & KE HUTH (INCLUDES TRUST) | $ - |
| RUSS R YEAGER | $ - |
| ZHENYU FAN AND JINGF | $ - |
| MANISH & SONIA DHAWAN | $ - |
| RUSSELL MORRISON | $ - |
| T ROBERTS + J ROBERTS TTEE | $ - |
| MATTHEW M NICKLIN | $ - |
| Sankar Narayanan | $ - |
| Relyant Solutions Limited Liability Company | $ - |
| TUCKER FAMILY, LLC | $ - |
| MARIANA COONTZ | $ - |
| LEV PLISKIN & SVETLANA FELDMAN | $ - |
| MATTHEW C VALENTE | $ - |
| VALLEY INVEST LLC | $ - |
| Rezon8 Real Estate Investment Fund I, LLC | $ - |
| ROBERT OR COURTNEY HUTCHINSON | $ - |
| SESHASAYEE DUVVURS UCHERITHA DUVVUR | $ - |
| VANCE FAMILY LIMITED PARTNERSHIP | $ - |
| QINGXIN ZENG | $ - |
| LEN LICHTERMAN | $ - |
| WILLIAMS, STEVEN (INCLUDES TRUST) | $ - |
| RAMANATHAN VENKATA RAMAN | $ - |
| PRADEEP KUMAR | $ - |
| TEJASWI RAMPURE | $ - |
| SUDHANSHU JAIN | $ - |
| Peter Campbell | $ - |
| MICHAEL MCGONIGAL AND MRS BARBAR | $ - |
| Terrell Caffery | $ - |
| MINIMUM WAKE LLC | $ - |

## ONH AFC CS Investors LLC
**Investors**

| Investor Name | Investment |
|---|---|
| MICHAEL FERGUS OCONNELL | $ - |
| SALMAN KHAN | $ - |
| OJAS SHAH | $ - |
| Sungmin Shin | $ - |
| VIRGINIA OAK INVESTMENTS LLC | $ - |
| Thomas Feehan | $ - |
| NIMITT DESAI | $ - |
| Chuck Heaton | $ - |
| LAWRENCE STROM | $ - |
| EARL MACFARLAND | $ - |
| JONGTZE LEE | $ - |
| BIREN SHAH | $ - |
| BA711 LLC | $ - |
| DARLENE M ROLLAR | $ - |
| GRIBBLE RESORT PROPERTIES, LLC | $ - |
| ARTUR OR OLGA ORGANEZOV | $ - |
| CARMINE CAPASSO | $ - |
| ARCHANA BANDIRUPAL | $ - |
| JASON M GORDON | $ - |
| CHINTAN M GOSALIA OR SALONI C | $ - |
| Jason Walthall | $ - |
| GREGORY TALMADGECONNIE | $ - |
| GEORGE ROLLAR REVOCABLE TRUST | $ - |
| BINSAR MARSETO | $ - |
| JOSH & LINDSAY RUBENS | $ - |
| ADAM J HUFF | $ - |
| JOSHUA D FULOP | $ - |
| LARRY SHERWOOD | $ - |
| FANG NAN | $ - |
| ASMA CHARANIA | $ - |
| JOURDAN KHOO | $ - |
| KEVIN R CONDE (TRUSTS) | $ - |
| AARON SILBERBERG | $ - |
| CHIHHANG WANG | $ - |
| JEFF EMRICH | $ - |
| KLINT OR JAIME STANLEY | $ - |
| GIANT RETURNS LPA PARTNERSHIP | $ - |
| DEAN SCHERBININ | $ - |
| BRUCE KAUFMAN | $ - |
| JAMES MORGAN KEIM | $ - |
| CPRS, INC. | $ - |
| Avi and Shiri Lonstein Family Trust Dated 6/25/2015 | $ - |
| BORIS ZAMYATIN | $ - |
| DAVID AND XUE VANNESS | $ - |
| Ajeet Dhingra | $ - |
| L PASAMANIK + Y KRUPITSKAYA TT | $ - |
| Height Industries, LLC | $ - |
| amir memon family LP | $ - |
| FUNG FAMILY TRUST | $ - |
| FRANK XU & LUPING LIU | $ - |
| DIVERSIFIED ASSET HOLDINGS, LLC | $ - |
| LAWRENCE SILVER | $ - |
| ARUN JOSE | $ - |
| JINYANG LIU | $ - |
| JACKSON KONG | $ - |
| SUDHAKAR MADAKASIRA | $ - |

## ONH AFC CS Investors LLC                          08/14/23
**Investors**

| Investor Name | Investment |
|---|---|
| ANDREW WHEELER | $         - |
| JRS CREATIVE GROUP LLC | $         - |
| UVG Superstar, LLC | $         - |
| YUEMIN WANG | $         - |
| REID SARENPA | $         - |
| YINGHSUEH CHEN | $         - |
| Jacob Kugler | $         - |
| MATTHEW CRUMPLEY REVOCABLE TRUST | $         - |
| THE RVC DLY TRUST | $         - |
| BNG TRUST DATED 11/2/1 | $         - |
| HOWARD D JAFFE | $         - |
| Taylor Kugler | $         - |
| NATIONAL FINANCIAL SERVICES LLC | $         - |
| ACALTS76019 | $         - |
| EQUITY TRUST COMPANY C | $         - |
| JSHIRA, LLC | $         - |
| MIKEVE INC | $         - |
| RNNG 36 LLC | $         - |
| **TOTAL** | $    45,257,245 |

## ONH 1601 CS Investors LLC

08/14/23

**Investors**

| Investor Name | Investment |
|---|---|
| Taylor Family 2012 Investments Trust | $ 500,000 |
| Rudolf Kroseberg | $ 300,000 |
| Alpha Investment Fund, LLC | $ 250,000 |
| Jason D Marbutt | $ 200,000 |
| Gregory Hess and Elizabeth Hess | $ 200,000 |
| Harmelin and Associates, Inc. | $ 200,000 |
| Hansen 1998 Revocable Trust | $ 150,000 |
| Totallia 2022 LLC | $ 150,000 |
| Bao Bui | $ 150,000 |
| MIRZA Ashhab Beg & Amra Uzair | $ 125,000 |
| Dahl Solo 401K Trust | $ 100,000 |
| RTRC Real Estate Holdings LLC | $ 100,000 |
| Rhett Benefiel | $ 100,000 |
| Demas Giokas Family Trust | $ 100,000 |
| RUSSELL H MCUNE EQRP 401K RIGBY | $ 100,000 |
| Akhil Govil IRA | $ 100,000 |
| David Namoff | $ 100,000 |
| Kenneth & Danielle McGurk | $ 100,000 |
| Christopher R Francy Revocable Living Trust | $ 100,000 |
| Ronnie Sikka | $ 100,000 |
| Chuck Heaton | $ 100,000 |
| Benjamin Zalman Revocable Trust, Benjamin Zalman Trustee | $ 100,000 |
| BYRON E VANKLEY | $ 100,000 |
| Sunflower Property II, LLC | $ 100,000 |
| THE DEAN L. SIRAKIDES LIVING TRUST DTD 08/08/2022 | $ 100,000 |
| Charles W Watson | $ 100,000 |
| Todd & Beth Kugler | $ 100,000 |
| Jonathan Bradford Kling | $ 100,000 |
| Joshua Englard | $ 100,000 |
| William Knepper | $ 100,000 |
| ALEX ROZANOV | $ 75,000 |
| Rezon8 Real Estate Investment Fund I, LLC | $ 75,000 |
| B REVOCABLE LIVING TRUST | $ 75,000 |
| John P Schloss | $ 75,000 |
| Doyle Joseph Webb | $ 50,000 |
| Gerald Young and Valerie Young | $ 50,000 |
| Sailendra Sunkara | $ 50,000 |
| David King Aymond | $ 50,000 |
| Thomas Martin | $ 50,000 |
| Brian J Goossen | $ 50,000 |
| GANIYAT AYODELE | $ 50,000 |
| Maron Investment Group, LLC | $ 50,000 |
| Shipwreck Assets Limited Partnership | $ 50,000 |
| Marty Alan McHenry, Trustee for MAMCHENRY 401K | $ 50,000 |
| Ayse Dizdar koksalan | $ 50,000 |
| MERCHANTS BANK OF INDIANA - ALL IN | $ 50,000 |
| Jonathan Brown | $ 50,000 |
| Miguel Guzman | $ 50,000 |
| Forge Trust Co. CFBO Wenjie Jin IRA790540 Tax ID: 26-2627205 | $ 50,000 |
| Millennium Trust Co. LLC CUST FBO George Dick | $ 50,000 |
| GASTON EYE ASSOCIATES LLP | $ 50,000 |
| Anne Arnold | $ 50,000 |

## ONH 1601 CS Investors LLC                                              08/14/23
**Investors**

| Investor Name | Investment |
|---|---|
| Saurabh Arora | $ 50,000 |
| Rakesh Y Patel | $ 50,000 |
| SHIRAZALI AND GULZAR SUNDERJI TRUST | $ 50,000 |
| VANGUARD MARKETING CORPORATION | $ 50,000 |
| Sunir Joshi | $ 50,000 |
| I.H. INVESTMENTS, LLC | $ 50,000 |
| Andrew Phung & Susan Luong | $ 50,000 |
| John C. Pacheco | $ 50,000 |
| Christopher Scott Blair and Catherine Ann Blair Revocable Trust | $ 50,000 |
| Robert E Scribner II | $ 50,000 |
| Rohnn M Lampi | $ 50,000 |
| Rial Investments LLC | $ 50,000 |
| Abifem Properties LLC | $ 50,000 |
| John M. Sisson, Jr. | $ 50,000 |
| CEROUNO LLC | $ 40,000 |
| Robin Jacobsen | $ 40,000 |
| Donald Francis Moran | $ 40,000 |
| Daniel and Oshik Maoz-Metzl | $ 40,000 |
| William H Ottiger | $ 40,000 |
| MAHESH PATEL | $ 40,000 |
| Boris Elison | $ 40,000 |
| EC2 INVESTMENTS LLC | $ 40,000 |
| Arif Rashid | $ 35,000 |
| Tanneur and Cornesse Living Trust | $ 35,000 |
| Thomas P Richerson | $ 35,000 |
| Shivraj Desai | $ 30,000 |
| Yevgeniy Palatnik | $ 30,000 |
| Christopher D. Ebeling Revocable Trust | $ 30,000 |
| Amandine & Olivier Schaeffer | $ 30,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Steven Meszaros IRA | $ 30,000 |
| Millennium Trust JSR Health LLC, FBO J Scott Ries Acct# 1322U9880 | $ 30,000 |
| The Entrust Group FBO Samantha Updegraff IRA 7230008730 | $ 30,000 |
| Brian Bazata | $ 30,000 |
| William E Furr | $ 25,000 |
| Sreedhar Annamalai | $ 25,000 |
| Samir S Patel | $ 25,000 |
| Joseph Jing Yuan | $ 25,000 |
| Tony Brar | $ 25,000 |
| Dale and Patrice Dennis | $ 25,000 |
| Jiri Vetyska | $ 25,000 |
| Harold Dunbrack | $ 25,000 |
| Floyd and Becky Lane | $ 25,000 |
| Kurdi Yap | $ 25,000 |
| The Lind Family Trust Dated June 28 2018 | $ 25,000 |
| Kyle Scholnick | $ 25,000 |
| Vivek Saraf | $ 25,000 |
| LaChance Financial Services, Inc. | $ 25,000 |
| Christopher Sherman | $ 25,000 |
| Henry Perez | $ 25,000 |
| Feliks Koyfman | $ 25,000 |
| Mark Richard | $ 25,000 |
| Santos Lopez | $ 25,000 |

## ONH 1601 CS Investors LLC
### Investors
<span style="float:right">08/14/23</span>

| Investor Name | Investment |
|---|---|
| David Fassler | $ 25,000 |
| Francis Corera | $ 25,000 |
| Amit Dusad and Meenal Agrawal | $ 25,000 |
| Jose and Carine Diaz Infante | $ 25,000 |
| Barry Youngmun | $ 25,000 |
| Todd Robert Stiernagle | $ 25,000 |
| Michael Palmer | $ 25,000 |
| H BHARDWAJ | $ 25,000 |
| Michael Worley | $ 25,000 |
| Wendy and Gary Chea | $ 25,000 |
| Midland Trust Company as Custodian FBO Craig Daniels | $ 25,000 |
| Ashutosh Dubey | $ 25,000 |
| David W. Jupin | $ 25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Ivan Rios Grajales IRA | $ 25,000 |
| Ajay Sohmshetty | $ 25,000 |
| Eugene Frid & Genya Frid | $ 25,000 |
| JODAL DENTAL | $ 25,000 |
| Samemma Holdings, LLC | $ 25,000 |
| Herbert Dravucz | $ 25,000 |
| Sanjay and Rupal Trivedi | $ 25,000 |
| Mohammed Mahfuz Razzaque | $ 25,000 |
| Satvinder S. and Jasmin K. Dhesi Revocable Trust Dated April 23, 2013 | $ 25,000 |
| Stephen R. Meyers Revocable Trust U/A 04-26-2016 | $ 25,000 |
| Brian Adam Hajovsky | $ 25,000 |
| Andrew Sullivan | $ 25,000 |
| amir memon family LP | $ 25,000 |
| Adeel Ahmed Shamim | $ 25,000 |
| STEELTOE GROUP LLC | $ 25,000 |
| Jeewanjot Randhawa | $ 25,000 |
| The Hunt Trust dated May 21, 2010 | $ 25,000 |
| Natasha M. Steinman Holdings, LLC | $ 25,000 |
| Jeffrey Donald Carpenter | $ 25,000 |
| Preeti & Raman Verma | $ 25,000 |
| GKD Heritage Global Investment LLC | $ 25,000 |
| Rakesh Shishodia & Renu Shishodia | $ 25,000 |
| THE HEI TAO FUNG LIVING TRUST | $ 25,000 |
| dolph haege | $ 25,000 |
| The Kingdom Trust Company, Custodian, FBO Arturo Caraballo, CSA034342 | $ 25,000 |
| Grant Wood and Natalie Garcia | $ 25,000 |
| Jiangping Yu | $ 25,000 |
| Timothy C Kuo Revocable Trust, 3/3/2005 | $ 25,000 |
| Reuben and Ariella Abraham | $ 25,000 |
| Capitore Investors, LLC. Self Directed IRA. IRA guardian: IRA Financial trust. IRA account number: 1010625 | $ 25,000 |
| Don Pham | $ 25,000 |
| Tommer Yoked | $ 25,000 |
| Chetan Naimesh Maddula | $ 25,000 |
| Top Dog Capital LLC | $ 25,000 |
| Brandon Surma and Lifeng Wang | $ 25,000 |
| Hama Investments LLC | $ 25,000 |
| Ritesh Raval & Chiragi Raval | $ 25,000 |
| Wade Thompson | $ 25,000 |

## ONH 1601 CS Investors LLC

08/14/23

**Investors**

| Investor Name | Investment |
|---|---|
| Anne Maiden-Hope | $ 25,000 |
| Wenhong Felix Peng | $ 25,000 |
| Ibrahim Khanmohamed | $ 25,000 |
| Jason Bouska | $ 25,000 |
| Rohit and Leena Wangneo | $ 25,000 |
| Xing Family Trust | $ 25,000 |
| Eosten Capital, LLC | $ 25,000 |
| Jay D. Aronowitz | $ 25,000 |
| EQUITY TRUST COMPANY CUSTODIAN FBO Christine Stemmermann IRA | $ 25,000 |
| **TOTAL** | $ 8,765,000 |