# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONH AFC CS INVESTORS LLC,[1]<br><br>Debtor. | Chapter 11 (Subchapter V)<br>Case No. 23-10931 (CTG)<br><br>(Jointly Administered) |

## DECLARATION OF CRAIG R. JALBERT IN SUPPORT OF TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF VERDOLINO & LOWEY, P.C. AS TAX PREPARERS

I, Craig R. Jalbert, being duly sworn according to law, depose and state that:

1. I am a principal of Verdolino & Lowey, P.C. ("**Verdolino**"). Verdolino is an accounting firm with offices at 124 Washington Street, Suite 101, Foxboro, MA 02035. I submit this declaration (the "**Declaration**") on behalf of Verdolino in support of the application of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order authorizing the employment and retention of Verdolino as accountant for the Trustee, *nunc pro tunc* to July 28, 2023 (the "**Application**").[2] This Declaration is also submitted as the statement required pursuant to sections 327, 328(a) and 504 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

2. Unless otherwise indicated herein, the facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

---

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: ONH AFC CS Investors LLC (1199) and ONH 1601 CS Investors LLC (6326), The location of the Debtors' service address in these chapter 11 cases is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Application.

A. **Verdolino's Qualifications**

3.  Verdolino is a leading full-service accounting firm headquartered in Foxboro, Massachusetts, offering services related to, without limitation, bankruptcy and insolvency, forensic accounting and computing, tax compliance, and financial management.

4.  Verdolino was asked by the Trustee to assist in the instant cases on July 28, 2023, to provide services to the Trustee pursuant as described below. As a result of conversations with the Trustee and his Counsel, Verdolino has become and will continue to become familiar with the Debtors' businesses and is well-suited to provide the Trustee with the services contemplated described below.

5.  I am a principal of Verdolino and will lead Verdolino's performance of the services in these cases. I have been a principal of Verdolino (and its predecessors) for over 30 years with primary responsibility for substantially all bankruptcy engagements. My CV is appended hereto as Schedule A.

B. **Services to Be Provided**

6.  Subject to entry of the Proposed Order,[3] Verdolino will provide such services as Verdolino and the Trustee deem appropriate, including, but not limited to, the following:

    a.  Preparing federal, state, and local income tax returns for any unfiled periods, any amended returns as necessary as well as returns that become due during the Trustee's appointment; and,

    b.  Performing any accounting and bookkeeping services necessary for the preparation of tax returns.

7.  Verdolino has substantial expertise in all areas of tax preparation. All of the services that Verdolino will provide to the Debtors will be undertaken at the request of the Trustee and will be appropriately directed by the Trustee so as to avoid duplicative efforts among the

---

[3] The summary set forth herein is qualified in its entirety by the terms of the Verdolino Engagement Letter, and the terms of the Verdolino Engagement Letter shall control in the event of a conflict. Capitalized terms not otherwise defined in this section shall have the meaning ascribed to them in the Verdolino Engagement Letter.

professionals retained in these Chapter 11 Cases. Verdolino will also use reasonable efforts to coordinate with the Debtors' other retained professionals to avoid the unnecessary duplication of services.

**C.     Professional Compensation**

8.      The Debtors and Verdolino have agreed that Verdolino will bill at its standard hourly rates in consideration for the services to be rendered by Verdolino in these Chapter 11 Cases (the "**Fee and Expense Structure**").

9.      I will have primary responsibility for overseeing the services to be provided by Verdolino in these Chapter 11 Cases, and my standard hourly rate is currently $525.00. Effective September 1, 2023 my hourly rate will be $540.00. The standard hourly rates of other Verdolino professionals who will assist in this engagement range from $225.00 to $405.00 per hour. Verdolino reviews and adjusts its hourly rates in September of each year.

10.     Verdolino customarily charges its clients for all necessary out-of-pocket expenses, including, but not limited to, travel, telecommunications, photocopying, postage, and delivery expenses.

11.     Verdolino's professionals maintain records of services performed, detailing the amount of time spent, the work performed, and the total amount changed.

12.     The Fee and Expense Structure is consistent with Verdolino's normal and customary billing practices for cases of this size and complexity that require the level and scope of services outlined. I believe that the Fee and Expense Structure is reasonable and at favorable market rates.

13.     Verdolino has not shared or agreed to share any compensation to be paid by the Debtors with any other person, other than other principals and employees of Verdolino, in accordance with section 504 of the Bankruptcy Code.

**D.     Verdolino's Disclosure Policies and Disinterestedness**

14. In preparing this Declaration, Verdolino has performed a conflict search with respect to creditors, equity holders and other interested parties. Based on that search, Verdolino represents that, to the best of its knowledge, Verdolino knows of no fact that would represent a conflict of interest for Verdolino with regard to its proposed engagement referred to herein. The case list of potential parties in interest are listed on **Schedule B**. Verdolino, however, wishes to disclose the connections identified on **Schedule C** (the "**Verdolino Connections List**").

15. Insofar as I have been able to ascertain from my review of the Verdolino Contacts List, to the best of my knowledge, and other than as described herein, neither Verdolino, nor its affiliates, nor any professional of Verdolino: (a) has represented the Debtors' creditors, equity security holders, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, in any matters relating to the Debtors or their estates; or (b) has any connection with the Debtors in these Chapter 11 Cases, or any interest materially adverse to the interest of any class of creditors or equity security holders by reason of any direct or indirect relationship to the Debtors, any other parties in interest herein, or their respective attorneys.

16. Verdolino has numerous clients, past and present, which are located throughout the world, in a variety of industries. Such clients may include certain of the persons or entities that are identified as creditors of the Debtors. It is also possible that some past or present clients of Verdolino may have some connection to, or are creditors of, the Debtors. Nevertheless, insofar as I have been able to ascertain based on the results of the foregoing, to the best of my knowledge, other than as described herein and except for the Debtors, Verdolino has not advised any party in interest in connection with these Chapter 11 Cases.

17. As part of its diverse practice, Verdolino may appear in numerous cases, proceedings and transactions that involve many different professionals, including attorneys,

accountants and financial consultants, who may represent claimants and parties in interest in these Chapter 11 Cases. Verdolino has performed in the past, and may perform in the future, financial advisory services for various attorneys and law firms in the legal community, some of whom may be or may become involved in these Chapter 11 Cases. In addition, Verdolino has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these Chapter 11 Cases. None of these business relationships creates interests materially adverse to the Debtors in matters upon which Verdolino is to be employed, and none is in connection with these Chapter 11 Cases.

18. Verdolino personnel and their family members may have business associations with certain creditors of the Debtors unrelated to these Chapter 11 Cases. In addition, in the ordinary course of its business, Verdolino may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors, or other interested parties in these Chapter 11 Cases.

19. Verdolino has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these Chapter 11 Cases. If this Court approves the proposed employment of Verdolino by the Debtors, Verdolino will not accept any engagement or perform any service for any entity or person other than the Debtors in these Chapter 11 Cases. Verdolino will, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors or parties in interest in these Chapter 11 Cases; *provided, however*, that such services do not relate to, or have any direct connection with, these Chapter 11 Cases.

20. As of the date of Verdolino's engagement, Verdolino does not hold any claim against the Debtors.

21. To the extent Verdolino discovers any facts bearing on the matters described herein during the period of Verdolino's retention, Verdolino will undertake to amend and supplement the information contained in this Declaration to disclose such facts.

22. Based on all of the foregoing, Verdolino is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2023            By: _____
                                       Name: Craig R. Jalbert

SCHEDULE A

# CRAIG R. JALBERT, CIRA
Principal, Verdolino & Lowey, P.C.
Foxboro, Massachusetts

T 508-543-1720                 cjalbert@vlpc.com                 F 508-543-4114

## EXPERIENCE

Craig R. Jalbert joined Verdolino & Lowey, P.C. as a Principal in 1987. He has extensive experience and a specialty practice in forensic and fraud investigations; wind-downs; fiduciary services; bankruptcy; liquidations; accounting; taxation; financial advisory services; business and investment valuation; liquidations in accordance with state laws; cash flow and business analyses; business or asset liquidation; tax services; creditor claims reconciliation; creditor and shareholder distributions; and, insolvency testing/analysis. He is also frequently engaged to provide guidance and advice to businesses, both inside and outside of bankruptcy, for: wind-downs, records reconstruction, forensic investigations and litigation support. Craig also possesses an expertise in the areas of dispute resolution; expert witness services; D&O and other litigation matters. Craig has been involved in over 7,500 bankruptcy cases, including over 500 Chapter 11 cases. Craig has also been appointed as a post-confirmation fiduciary, both a Federal and State Court Receiver, as an Assignee in Assignments for the Benefit of Creditors and an Officer and/or Director of both public and private companies numerous times. Prior to joining Verdolino & Lowey, Craig was a senior auditor with Arthur Andersen & Co. in the Commercial Audit Division of the Boston office. His areas of concentration were planning, administering and executing financial statement audits, and special projects for medium to large size companies. Other responsibilities included supervising and training staff accountants. Craig was also inducted as a Fellow in the American College of Bankruptcy.

## PUBLICATIONS AND LECTURES

Speaker, American Bankruptcy Institute Conference in July 2017 on Fiduciary Roll.

Speaker, Delaware Chancery Court Conference in October 2018 on ABCs.

Speaker, Wilmington DE bar luncheon November 2018 on ABCs.

Speaker, November 2018 Massachusetts Continuing Legal Education Seminar, Alternatives to Bankruptcy

Speaker, Association of Insolvency and Restructuring Advisors annual conference in June 2019 on state taxation in bankruptcy.

Speaker, Association of Insolvency and Restructuring Advisors annual conference in June 2019 on closely held company distress.

Speaker, American Bankruptcy Institute Conference in July 2019 on Alternatives to Bankruptcy.

## PROFESSIONAL AFFILIATIONS

Fellow, American College of Bankruptcy
American Institute of Certified Public Accountants
Massachusetts Society of Certified Public Accountants
American Bankruptcy Institute
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners

**EDUCATIONAL BACKGROUND** Certified Insolvency and Restructuring Advisor (CIRA); Bachelor of Science in Accountancy, with Honors, Boston College, 1983; Continuing Professional Education courses throughout accounting career, including courses regarding accounting, taxation, bankruptcy, insolvency; forensic accounting and related matters.

SCHEDULE B

## List of Potential Parties in Interest

### CURRENT AND FORMER DIRECTORS & OFFICERS

— Anna Phillips, Independent Manager
— Elchonon (also known as "Elie") Schwartz

### AFFILIATES
— Nightingale Properties
— The Nightingale Group, LLC
— One Night Holdings

### PROFESSIONALS
— Landis Rath & Cobb LLP
— GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services
— Baker & Hostetler LLP
— EPIQ Corporate Restructuring LLC
— Wilson Soncini
— FTI Consulting
— Jones Day

### CREDITORS AND PARTIES-IN-INTEREST

— AA Metta Enterprises, LLC
— Abbas Rangwala, Trustees of The Rangwala Trust dated 6/14/2019
— Abifem Properties LLC
— Adam Hendin
— Akhil Govil IRA
— Alpha Investment Fund, LLC
— Alpha Investment Fund, LLC
— Ameeta B. Martin
— Andrew Phung & Susan Luong
— At Last Sportswear, Inc.
— Ayse Dizdar koksalan
— Bao Bui
— Benjamin Zalman Revocable Trust, Benjamin Zalman Trustee
— Brian J Goossen
— Chaplain and Rosgen Family Trust
— Charles W Watson
— Christopher R Francy Revocable Living Trust
— Christopher Scott Blair and Catherine Ann Blair Revocable Trust
— Chuck Heaton
— CMA Properties, LLC
— CMA Properties, LLC
— Craig L. Bass
— Craig Leva Revocable Trust dated 7/21/2016
— CrowdStreet REIT I, Inc.
— CrowdStreet Sunbelt Growth Fund I, LLC – Series I

- Crowdstreet, Inc.
- Dahl Solo 401K Trust
- David Harold Bunce and Sharilyn Ann Bunce Trust Agreement No. One
- David King Aymond
- David Namoff
- Davis 2016 Management Trust
- Demas Giokas Family Trust
- Demas Giokas Family Trust
- Doyle Joseph Webb
- DRM Investments LLC
- Echelon Ventures, LLC
- Edwin Su
- Emran Abu Atherah
- Firefly Lane, LLC
- Forge Trust Co. CFBO Wenjie Jin IRA790540 Tax ID: 26-2627205
- Gateway Assets
- GCIW Capital, Ltd
- George I. Williams
- Gerald Young and Valerie Young
- Gregory Hess and Elizabeth Hess
- Hansen 1998 Revocable Trust
- Harmelin and Associates, Inc.
- Harmelin and Associates, Inc.
- IH Investments LLC
- Jared Green
- Jason D Marbutt
- Jebediah Sawyer[NEED INVESTORS LIST]
- Jeffrey Boyle
- JKizer & WBell TTEE Rainey, Kizer, Reviere & Bell 401K FBO Jerry D. KIzer, Jr.
- John & Andrea Gladstein Family Trust
- John C. Gizzo Trust Dated August 3, 2020
- John C. Pacheco
- John M. Sisson, Jr.
- John P Schloss
- Jonathan Bradford Kling
- Jonathan Brown
- Joshua England
- Kathi S. Randall Family Trust
- KC Solutions, Inc.
- Kenneth & Danielle McGurk
- Kourosh Parham Trust
- Legrand Richardson Jr.
- Level 33 Capital, LLC
- Maron Investment Group, LLC
- Marty Alan McHenry, Trustee for MAMCHENRY 401K
- Matthew LeStarge
- Michael David Lamb & Lorie Lea Lamb Revocable Living Trust
- Miguel Guzman

- Millennium Trust Co. LLC CUST FBO Anne Arnold
- Millennium Trust Co. LLC CUST FBO George Dick
- MIRZA Ashhab Beg & Amra Uzair
- MIRZA Ashhab Beg & Amra Uzair
- Montana Holdings One, LLC
- Nadia Ostrovsky
- Nathan C Roberts Revocable Trust
- Nikhil Patel
- OLAYIWOLA SALMON
- Peter and Thaysa Ehrnstrom Family Trust
- Priority Funds, LLC
- Rakesh Y Patel
- Rezon8 Real Estate Investment Fund I, LLC
- Rhett Benefiel
- Rial Investments LLC
- RNNG 36 LLC
- Robert E Scribner II
- Robert Lee
- Rohnn M Lampi
- Ronnie Sikka
- RTRC Real Estate Holdings LLC
- Rudolf Kroseberg
- Ryan Schellhous
- Sailendra Sunkara
- Sanjay Israni
- Sanjeet Jayant Joshi & Rasika Joshi
- Shawn & Rebecca LeProwse
- Shipwreck Assets Limited Partnership
- SHIRAZALI AND GULZAR SUNDERJI TRUST
- Sunflower Property II, LLC
- Sunir Joshi
- Taylor Family 2012 Investments Trust
- Taylor Family 2012 Investments Trust
- THE DEAN L. SIRAKIDES LIVING TRUST DTD 08/08/2022
- The Dhir Family Revocable Trust
- The Wong Family Trust, dated August 24, 2009, Devin Bruce Wong and Linda Yukie Kohatsu Wong, Trustors and/or Trustees
- Thomas Alvarez
- Thomas Martin
- Todd & Beth Kugler
- Totallia 2022 LLC
- TRAVIS HOLDEN OR WEN WEN CHENG
- Tyler Larsen
- VV Big Bear LLC
- William Knepper

**REGULATORY AUTHORITIES**
- Securities and Exchange Commission

- Delaware Secretary of State
- Delaware State Treasury
- Internal Revenue Service
- Delaware Division of Revenue
- Florida Department of Revenue
- Florida Department of State
- Georgia Department of State
- Georgia Department of Revenue

**OFFICE OF THE UNITED STATES TRUSTEE & BANKRUPTCY JUDGES FOR THE DISTRICT OF DELAWARE**

- Al Lugano
- Amanda Hrycak
- Ashley M. Chan
- Benjamin Hackman
- Brendan L. Shannon
- Cacia Batts
- Catherine Farrell
- Christine Green
- Craig T. Goldblatt
- Danielle Gadson
- Demitra Yeager
- Diane Giordano
- Dion Wynn
- Edith A. Serrano
- Hannah M. McCollum
- Holly Dice
- J. Kate Stickles
- James R. O'Malley
- Jane Leamy
- Jill Walker
- Joan Ranieri
- John T. Dorsey
- Joseph Cudia
- Joseph McMahon
- Juliet Sarkessian
- Karen B. Owens
- Laura Haney
- Lauren Attix
- Laurie Capp
- Laurie Selber Silverstein
- Linda Casey
- Linda Richenderfer
- Lora Johnson
- Marquietta Lopez
- Mary F. Walrath
- Nickita Barksdale

- Nyanquoi Jones
- Paula Subda
- Rachel Bello
- Richard Schepacarter
- Robert Cavello
- Rosa Sierra-Fox
- Shakima L. Dortch
- Thomas M. Horan
- Timothy J. Fox, Jr.

SCHEDULE C

## Verdolino Connections List

(a) My firm represents David M. Klauder ("Klauder") the Chapter 11 Trustee in this case, in his capacity as Chapter 11 Trustee in other wholly unrelated matters including, but not limited to: Level Four Orthotics & Prosthetics, Inc. (Case No. 22-10807-BLS).

(b) Klauder is an employee/partner of Bielli & Klauder, LLC ("B&K"). B&K represents various parties of interest in other wholly unrelated bankruptcy and non-bankruptcy cases where Verdolino and its employees are employed including, but not limited to: Exide Technologies (Case No. 13-11482-KLS) where B&K represents a creditor and I am the trustee and the Firm is my accountant and financial advisor.

(c) Anna Phillips ("Phillips") is an Independent Manager in this matter. Phillips represents various parties of interest in other wholly unrelated matters, in which the Firm and its employees are employed including, but not limited to: Dakota Plains Holdings, Inc. (Case No. 16-43711-MER) where Phillips is the Trustee and the Firm is the trustee's accountant; SHL Liquidating Co. (Case No. 20-12024-LSS) where Phillips is the Trustee and the Firm is the trustee's accountant; Redwood liquidating Co. (Case No. 22-10621-BLS) where Phillips is the Trustee and the Firm is the trustee's accountant; and two out of court matters where Phillips is the Trustee and the Firm is the trustee's accountant.

(d) Landis Rath & Cobb LLP ("LRC") represents the Debtor in this case. LRC represents various parties of interest in other wholly unrelated matters, in which the Firm and its employees are employed including, but not limited to: Brookstone Holdings Corp. (Case No. 14-10752-BLS) where LRC represents the Debtor and I am the Post-Confirmation Fiduciary.

(e)  Jones Day ("JD") represents an Interested Party in this case. The Firm formerly represented, as an expert witness, the same interested parties, the defendants in one or more adversary proceedings where the Trustee asserted various claims. The proceeding went to trial and a decision for the Trustee/Plaintiff was made by the U.S. District Court. Following that decision, the parties entered into substantial settlement talks and the litigation has been totally resolved. The Firm has been paid for all services. The Trustee intends to now hire the Firm exclusively for tax preparation services. Our former clients are aware of our proposed retention and have no objection.

(f)  JD represents various parties of interest in many wholly unrelated bankruptcy cases in which the Firm and its employees are employed including, but not limited to: Uwagboe O. Oru-Lawrence (Case No. 13-17250-MSH) where JD represents an Interested Party and the Firm is the Trustee's Accountant. The Firm does not represent JD, their attorneys or their client, nor the Firm's former client, in this case.

(g)  Stark & Stark ("Stark") represents an Interested Party in this case. Stark represents various parties of interest in other wholly unrelated matters, in which the Firm and its employees are employed including, but not limited to: Vitamin World, Inc. (Case No. 17-11933-KJC) where Stark represents a creditor and the Firm is the Debtor's accountant.

(h)  Richards, Layton & Finger ("RLF") RLF represents various parties of interest in other wholly unrelated matters, in which the Firm and its employees are employed including, but not limited to: FIAC, Inc. (Case No. 16-12238-BLS) where RLF represents an Interested Party and the Firm is the accountant and financial advisor; F-Squared Investment Management, LLC (Case No. 15-11469-LSS) where RLF represents the Debtor and I am the Post Confirmation Fiduciary; Exide Technologies (Case No. 13-11482-KLS) where RLF represents an Interested Party I am the Trustee and the Firm is

the accountant and financial advisor and several out of court matters where RLF is counsel to companies where I am an officer and/or director.