# **<u>EXHIBIT B</u>**



**Verdolino & Lowey, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

Pine Brook Office Park
124 Washington Street
Foxborough, MA 02035
508-543-1720
FAX 508-543-4114

August 22, 2023

Anna Phillips, Independent Manager
OHN AFC CS Investors LLC, et al

Via e-mail

Re:   *Engagement of Verdolino & Lowey, P.C.*

Dear Ms. Phillips:

We are pleased that you in your capacity as an Independent Manager to OHN AFC CS Investors LLC, et al ("Company") plan to engage Verdolino & Lowey, P.C. ("Firm") to provide tax return preparation and tax consulting services. This letter will serve as the agreement between the parties as to the terms and conditions of the Firm's retention and will set forth the basis upon which we have agreed to undertake this engagement.

Our engagement will be designed to perform the following services:

1. Prepare the federal and all state and local income tax returns with supporting schedules from information that you will furnish to us for the calendar year ended December 31, 2022 for ONH AFC CS Investors, LLC and ONH 1601 CS Investors, LLC.

2. Perform bookkeeping services that may be necessary for preparation of the income tax returns.

3. General consulting services and assistance with any other matters and tasks that may arise, and as may be directed by you.

To the extent that the need for additional services require expansion of this engagement, you and the Firm will mutually agree to amend this engagement letter. However, it is understood that you and the Company have the discretionary power to limit the scope of our engagement as this matter progresses. We understand that our communication, both orally and in writing, would be privileged to the extent allowed, and that we will take direction from you.

It is the Company's responsibility to provide all the information that we will require for the preparation of complete and accurate returns. You and the Company represent that the information supplied to us is accurate and complete to the best of your knowledge and that the Company's expenses for meals, entertainment, travel, business gifts, charitable contributions, dues and memberships, and vehicle use are supported by records as required by law. We will not audit or otherwise verify the data submitted to us, although it may be necessary to ask for clarification of some of the information.

OHN AFC CS Investors LLC, et al
August 22, 2023
Page 2 of 4

**Please note that the Internal Revenue Service can assess penalties on tax return preparers, We will perform due diligence as necessary, relating to any information furnished to or known by us. We are duty-bound to make reasonable inquiries if information provided to us by another tax return preparer or any other third party appears to be inaccurate or insufficient and cannot be overlooked.**

Management is responsible for the proper recording of transactions in the books of accounts, for the safeguarding of assets, and for the substantial accuracy of the financial records. You and the Company have the final responsibility for the income tax returns and, therefore, should review them carefully before you sign them.  Mailing the returns to the taxing authorities is solely your responsibility.

Our work in connection with the preparation of your income tax returns does not include any procedures designed to discover defalcations or other irregularities, should any exist.

We will use professional judgment in resolving questions where the tax law is unclear, or where there may be conflicts between the taxing authorities' interpretations of the law and other supportable positions.  Unless otherwise instructed by you, we will resolve such questions in your favor whenever possible.

The law provides various penalties that may be imposed when taxpayers understate their tax liability.  If you would like information on the amount or the circumstances of these penalties, please let us know.  Your returns may be selected for review by the taxing authorities at any time.  Any proposed adjustments by the examining agent are subject to certain rights of appeal.  In the event of such a government tax examination, we will be available upon request to represent you and will render additional invoices for the time and expenses incurred.  We recommend that you retain all documents, cancelled checks and other data that form the basis of income, deductions, credits and payments shown on the return.  These may be necessary to prove the accuracy and completeness of the returns to a taxing authority.

The parties agree that any controversy or claim arising out of or relating to the services provided pursuant to this engagement letter will be resolved by the United States Bankruptcy Court for the District of Delaware in the chapter 11 cases of ONH AFC CS Investors LLC and ONH 1601 CS Investors LLC, which are being jointly administered under Case No. 23-10931.

I will be the primary manager on this engagement.  The Firm will staff the engagement with personnel based on years and nature of experience.  We will work diligently to provide excellent services at a reasonable cost.

OHN AFC CS Investors LLC, et al
August 22, 2023
Page 3 of 4

*Payment for Our Fees and Expenses*

We customarily charge for our services on an hourly basis. The hourly fee will vary depending upon the person who is working on the matter and the fee schedule then in effect. We review our rates during August of each year and adjustments generally will become effective for work performed on or after the following September 1st. Work will be charged at our standard hourly rates and invoiced to you monthly, together with all necessary out-of-pocket expenses including, but not limited to: travel, telecommunication and facsimile, photocopying, postage and delivery. My hourly rate, effective September 1, 2022, is $360.00. The hourly rates of staff to be assigned to this engagement vary but range from $175.00 to $450.00 per hour. Each of our staff maintains detailed time records of services performed. This practice results in a monthly billing statement showing, on a daily basis, the amount of time spent, the work performed, by whom, and the total amount charged. An invoice and statement for fees and expenses will generally be issued during the month following performance of the services. Fees are anticipated to be between $5,000 and $7,500. Fees will be capped at $7,500 unless matter(s) arise that are beyond our control and/or an unknown or unforeseen circumstance occurs.

*Review and Waiver of Conflicts*

We have evaluated potential conflicts of interest with respect to the parties of interest in this matter. We are not aware of any actual conflicts regarding our past or current representation of any persons or entities you or the Company have identified to us as being involved in this matter, in connection with the services contemplated by this letter. We must rely on you and the Company to tell us if and when you identify additional relationships with other individuals or entities in the future that we should screen for possible conflicts of interest. Should we identify a potential conflict of interest in the future full disclosure will be made to you as soon as we become aware of it. You should recognize, however, that the Firm is a general service accounting firm and that it represents numerous clients on a wide variety of matters. These clients may include those who are averse to you or the Company on matters unrelated to the scope of our services covered by this letter. In order to assure our mutual understanding and agreement about our policy and approach to this type of situation, we ask that you confirm by your signature below that you consent to our representation of such other clients in the future where we determine and you and they agree, after full disclosure of the circumstances, that: 1) our Firm would not be hindered in continuing to do the work contemplated by this engagement letter; 2) our Firm's independent professional judgment would not be adversely affected by undertaking the representation of another client; and, 3) such representation would not involve the use or disclosure of any confidential information regarding you or the Company. Under such circumstances, you agree that consent to such other representation will not be unreasonably withheld.

In any event, following the completion of this engagement, we will not be precluded from accepting engagements on behalf of other clients that may be averse to you and the Company if such engagements are unrelated to the scope of our representation as described in this letter and provided, of course, that any and all information that may be disclosed to the firm in the course of its representation of you and the Company shall not be disclosed to any current or future client of the firm.

OHN AFC CS Investors LLC, et al
August 22, 2023
Page 4 of 4

### *Termination of Representation*

You and the Company have the right to terminate our engagement at any time. We will have the same right. Upon any such termination, all fees and expenses previously incurred and all costs previously advanced will be billed. We will expect payment at the conclusion of this matter in accordance with the fees and expenses discussion above.

Unless previously terminated by us in writing, our engagement by you shall be deemed terminated upon our sending you our final statement for services rendered. During the engagement and following such termination, all information supplied to us in the course of same will be kept confidential.

At the conclusion of our services to you and the Company in this matter, by termination or otherwise, our files pertaining to the engagement will be retained by the Firm. All such documents will be transferred to the person responsible for administering our records retention program. For various reasons including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time following termination of the engagement.

If the foregoing properly sets forth your understanding and expectation of this engagement, please sign the enclosed copy of this letter in the space indicated and return it to our office. However, if there are any other services or additional returns you expect us to prepare, please inform us by noting so just below your signature at the end of the returned copy of this letter.

My associates and I look forward to working with you on this matter, and reiterate that we appreciate this opportunity. We welcome any suggestions you may have at any time as to how we might better be of service.

Very truly yours,
Verdolino & Lowey, P.C.

By *Heather Medeiros*
Heather Medeiros, CPA

Anna Phillips*,* on behalf of OHN AFC CS Investors LLC, et al*,* hereby agrees to retain Verdolino & Lowey, P.C., on the foregoing terms.

*Anna Phillips*
_____
Duly Authorized

Dated: 8/22/2023