**ONH AFC CS Investors LLC Case No. 23-10931**
**Sept 7, 2023 @ 10:00 AM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| David | Klauder | Subchapter V Trustee | Bielli & Klauder, LLC |
| Matthew | McGuire | ONH AFC CS Investors LLC, et al. | Landis Rath & Cobb LLP |
| Matthew | Pierce | ONH AFC CS Investors LLC, et al. | Landis Rath & Cobb LLP |
| Jorian | Rose | ONH AFC CS Investors LLC, et al. | Baker & Hostetler LLP |
| Danielle | Merola | ONH AFC CS Investors LLC, et al. | Baker & Hostetler LLP |
| Eric | Lee | ONH AFC CS Investors LLC, et al. | B. Riley Advisory Services |
| Joe | Pegnia | ONH AFC CS Investors LLC, et al. | B. Riley Advisory Services |
| John | Schanne (USTP) | United States Trustee | DOJ |
| Catherine | Lyons | CrowdStreet/DIP Lender | Wilson Sonsini Goodrich & Rosati, |
| Benjamin | Hoch | CrowdStreet, Inc. | Wilson Sonsini Goodrich & Rosati |
| Joseph | Lemkin | Black Lion Invesment Group | Stark & Stark |
| Jim | Franks | Jim Franks | N/A |
| Jarred | Schenke | Bisnow | Jarred |
| Steve | Hartnack | Investor through CrowdStreet | Individual Investor |
| keith | kentch | Top Dog Capital LLC | |
| Marc | Shandler | ONH AFC | |
| Anna | Phillips | Debtor | Anna Phillips |
| Todd | Kugler | Todd and Beth Kugler | na |
| Marsha | Sukach | CrowdStreet | Wilson Sonsini |

P.C.