**Fill in this information to identify the case:**

Debtor Name: ONH 1601 CS Investors LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10932-CTG

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                12/17

| | |
|---|---|
| Month: August 2023 | Date report filed: 09/18/2023 (MM / DD / YYYY) |
| Line of business: Real Estate | NAISC code: 5313 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Eric Lee, Chief Restructuring Officer

Original signature of responsible party: /s/ Eric Lee

Printed name of responsible party: Eric Lee

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☒ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☒ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  ONH 1601 CS Investors LLC                     Case number 23-10932-CTG

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 16,586.76

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 267,500.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 10,103.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 257,397.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 273,983.76

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 389,888.43

    (Exhibit E)

Debtor Name  ONH 1601 CS Investors LLC                                    Case number  23-10932-CTG

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                _____ 0
27. What is the number of employees as of the date of this monthly report?                                   _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00
30. How much have you paid this month in other professional fees?                                            $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                           $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 267,500.00 | = | $ 267,500.00 |
| 33. **Cash disbursements** | $ 20,000.00 | − | $ 10,103.00 | = | $ 9,897.00 |
| 34. **Net cash flow** | $ -20,000.00 | − | $ 257,397.00 | = | $ 277,397.00 |

35. Total projected cash receipts for the next month:                                                        $ _____ 0.00
36. Total projected cash disbursements for the next month:                                                 − $ _____ 153,500.00
37. Total projected net cash flow for the next month:                                                      = $ _____ 153,500.00

Debtor Name  ONH 1601 CS Investors LLC                              Case number 23-10932-CTG

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**ONH 1601 CS Investors LLC        Exhibit B**

**Small Business Monthly Operating Report**
**Exhiit B - Response to Question 10**

The Debtor's prepetition bank account at JP Morgan Chase (*8187) remains open.
No transactions have occurred in this account since the petition date.

**ONH 1601 CS Investors LLC**   **Exhibit C**

**Small Business Monthly Operating Report**
**Exhiit C Listing of Cash Receipts - August 2023**

| Account | Date | Source | Receipt |
|---|---|---|---|
| East West Bank (*8851) | 8/14/2023 | DIP Loan | $ 267,500.00 |
| | | Total | $ 267,500.00 |

**ONH 1601 CS Investors LLC**               **Exhibit D**

**Small Business Monthly Operating Report**
**Exhibit D Listing of Cash Disbursements- August 2023**

| Account | Date | Payee | Disbursement |
|---|---|---|---|
| East West Bank (*8851) | 8/2/2023 | Bank Fee | $ 25.00 |
| East West Bank (*8851) | 8/2/2023 | Bank Fee | 24.00 |
| East West Bank (*8851) | 8/2/2023 | Bank Fee | 30.00 |
| East West Bank (*8851) | 8/14/2023 | Bank Fee | 10.00 |
| East West Bank (*8851) | 8/30/2023 | Bank Fee | 14.00 |
| East West Bank (*8851) | 8/30/2023 | Stone Phillips LLC / Indep. Mgr fee September 2023 | 10,000.00 |
| | | Total | $ 10,103.00 |

## ONH 1601 CS Investors LLC      Exhibit E

**Small Business Monthly Operating Report**
**Exhibit E Administrative Liabilities - as of August 31, 2023**

| Date Incurred | Payee | Amount |
|---|---|---|
| 8/2/2023 | Epiq | $ 13,740.41 |
| 8/2/2023 | Baker & Hostetler | 33,439.39 |
| 8/2/2023 | Landis Rath & Cobb | 32,099.89 |
| 8/14/2023 | B. Riley Advisory Services | 18,108.75 |
| Various | CrowdStreet, Inc. | 292,500.00 |
| | Total $ | 389,888.43 |

# ONH 1601 CS Investors LLC

**Small Business Monthly Operating Report**
**Summary of Bank Activity - August 2023**

| Account | Opening Balance (8/1/23) | Receipts | Disbursements | Net change | Ending Balance (8/31/2023) |
|---|---|---|---|---|---|
| JP Morgan Chase (*8187) | $ 1,645.41 | $ - | $ - | $ - | $ 1,645.41 |
| East West Bank (*8851) | 14,941.35 | 267,500.00 | 10,103.00 | 257,397.00 | 272,338.35 |
| Totals | $ 16,586.76 | $ 267,500.00 | $ 10,103.00 | $ 257,397.00 | $ 273,983.76 |

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

Primary Account: ████████ 8187
For the Period 8/1/23 to 8/31/23

### J.P. Morgan Team

| | |
|---|---|
| Kemah Duopu | (866) 665-2550 |
| Reagan Dekeyzer | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| We accept operator relay calls | |
| Online access: www.jpmorganonline.com | |

00050701 DPB 802 211 24423 NNNNNNNNNNN   1 000000000 D1 0000

ONH 1601 CS INVESTORS LLC
1430 BROADWAY RM 1605
NEW YORK NY  10018-3365



## JPMorgan Classic Checking

| Checking Account Summary | Amount |
|---|---|
| Beginning Balance | 1,645.41 |
| Ending Balance | $1,645.41 |

*Please note this account had no activity during this statement period. The date of last activity for this account was 03/30/23.*

J.P.Morgan

Page 1 of 2



Primary Account: ████████8187
For the Period 8/1/23 to 8/31/23

## Important Information About Your Statement

### In Case of Errors or Questions About Your Electronic Funds Transfers

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

### In Case of Errors or Questions About Non-Electronic Transactions:

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Deposit Account Agreement or other applicable account agreement that governs your account.

Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.



**East West Bank / 50**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: August 01, 2023
ENDING DATE: August 31, 2023
Total days in statement period: 31
████████8851
( 0 )

ONH 1601 CS INVESTORS LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #23 10932
3445 PEACHTREE RD NE STE 1225
ATLANTA GA  30326 3241

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Cybersecurity Protection" section.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | ████8851 | Beginning balance | $14,941.35 |
| Low balance | $14,862.35 | Total additions  ( 1 ) | 267,500.00 |
| Average balance | $169,535.61 | Total subtractions  ( 6 ) | 10,103.00 |
| | | Ending balance | $272,338.35 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 08-14 | Wire Trans-IN | CROWDSTREET INC | 267,500.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 08-02 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 08-02 | Cash Managemnt | BB PREMIER MONTHLY MAINTENANCE | 24.00 |
| 08-02 | Cash Managemnt | BB PREMIER WIRE MO DULE | 30.00 |
| 08-14 | Service Charge | WIRE TRANS-IN | 10.00 |
| 08-30 | Outgoing Wire | Stone Phillips LLC | 10,000.00 |
| 08-30 | Service Charge | OUTGOING WIRE | 14.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 14,941.35 | 08-14 | 282,352.35 | | |
| 08-02 | 14,862.35 | 08-30 | 272,338.35 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3738  rev 11-20

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement……………............  $_____

**Add** Deposits not shown
on this Statement    $_____
                     _____
                     _____
           **Sub Total**………  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………  $_____

**Balance**……….............................**  $_____

**ENTER**
Present Balance in
your checkbook…………………  $_____

**Subtract** any service
charges, finance or
any other charges…………………  $_____

           **Sub Total** …………  $_____

**Add** Monthly Interest
Earned …………………………….  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….  $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….  $_____
                                     _____
                                     _____

**Balance**……………………………….  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**CASE NAME:** ONH 1601 CS Investors LLC
**CASE NUMBER:** 23-10932-CTG

## Notes to the Monthly Operating Report

| |
|---|
| The Monthly Operating Report is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Bankruptcy Court and the United States Trustee. The information presented herein has not been subjected to all procedures that would typically be applied to financial information presented in accordance with U.S. GAAP. Upon the application of such procedures, the financial information could be subject to changes, and these changes could be material. |
| Reservation of Rights: Inadvertent errors, omissions or over inclusions may have occurred in the preparation of this Monthly Operating Report. Accordingly, the Debtor reserves all of its rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so. |