# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONH AFC CS INVESTORS LLC, *et al.*,[1]<br><br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10931 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 59 & 120** |

**ORDER APPROVING STIPULATION REGARDING ENTRY INTO FIRST DIP CREDIT AGREEMENT AMENDMENT**

Upon consideration of the *Stipulation Regarding Entry into First DIP Credit Agreement Amendment* (the "Stipulation")[2]; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court finding that paragraph 14(g) of the Final DIP Order provides that the Debtors and the Lender may amend or otherwise modify the DIP Credit Agreement upon fourteen (14) days' notice and the approval of the Court; and upon the certification of counsel filed by the Debtors submitting the Stipulation; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. Entry into the First DIP Credit Agreement Amendment is hereby authorized by the Court without prejudice to the Debtors' and the Lender's rights to seek subsequent amendments of the DIP Loan Documents in these chapter 11 cases.

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is B. Riley Advisory Services, 3445 Peachtree Road, Suite 1225, Atlanta, GA 30326.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation attached hereto as **Exhibit 1** or the Final DIP Order, as applicable.

3.      The First DIP Credit Agreement Amendment shall be governed in all respects by the Final DIP Order.

4.      The Debtors are authorized to take any and all actions necessary to effectuate the Stipulation.

5.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order and the Stipulation.

6.      This Order is immediately effective upon entry.

**Dated: October 5th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**