**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF SETTLEMENT AND CONDITIONAL
RELEASE AGREEMENT**

      **PLEASE TAKE NOTICE** that, on October 12, 2023, ONH 1601 CS Investors LLC and ONH AFC CS Investors LLC (collectively, the "Debtors") entered into that certain *Settlement and Conditional Release Agreement* (the "Settlement Agreement") with the Schwartz Nightingale Parties (as defined in the Settlement Agreement). A copy of the Settlement Agreement is attached hereto as **Exhibit A**.[2]

      **PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Settlement Agreement in connection with confirmation of its chapter 11 plan.

*[Signature Page Follows]*

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is B. Riley Advisory Services, 3445 Peachtree Road, Suite 1225, Atlanta, GA 30326.

[2] As of the filing hereof, the Debtors are waiting on one signature page from the Schwartz Nightingale Parties and reserve all of their rights with respect to the Settlement Agreement.

{1402.002-W0072944.}

Dated: October 12, 2023
    Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ *Matthew B. McGuire*</u>
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com
       pierce@lrclaw.com

- and -

**BAKER & HOSTETLER LLP**

Jorian L. Rose (*admitted pro hac vice*)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: jrose@bakerlaw.com

Andrew V. Layden (*admitted pro hac vice*)
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com

*Counsel for the Debtors and Debtors in Possession*