**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |
| | Ref No. 173 & 202 |

**NOTICE OF FILING OF PROPOSED ORDER CONFIRMING AMENDED SMALL BUSINESS DEBTORS' PLAN OF LIQUIDATION**

**PLEASE TAKE NOTICE THAT** on October 27, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Amended Small Business Debtors' Plan of Liquidation* [D.I. 173] (as may be amended, supplemented, revised, or modified, including all exhibits thereto, the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2023, the Debtors filed the *Notice of Filing of Amended Small Business Debtors' Joint Plan of Liquidation* [D.I. 202], attaching thereto a revised copy of the Plan.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

{1402.002-W0073653.}

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan, the Debtors hereby file the proposed *Order Confirming Debtors' Amended Small Business Debtors' Joint Plan of Liquidation*, which is attached hereto as **Exhibit 1**.

| | |
|---|---|
| Dated: December 11, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>        mcguire@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**BAKER & HOSTETLER LLP**<br><br>Jorian L. Rose (admitted *pro hac vice*)<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: jrose@bakerlaw.com<br><br>Andrew V. Layden (admitted *pro hac vice*)<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, FL 32801-3432<br>Telephone: (407) 649-4000<br>Facsimile: (407) 841-0168<br>Email: alayden@bakerlaw.com<br><br>*Counsel for the Debtors and Debtors in Possession* |