**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONH AFC CS INVESTORS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10931 (CTG)<br><br>(Jointly Administered)<br><br>Ref No. 173 & 190 |

## NOTICE OF FILING OF SECOND PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on October 27, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Amended Small Business Debtors' Plan of Liquidation* [D.I. 173] (as may be amended, supplemented, revised, or modified, including all exhibits thereto, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on November 21, 2023, the Debtors filed the *Notice of Filing Plan Supplement* [D.I. 190].

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2023, the Debtors filed the *Notice of Filing of Amended Small Business Debtors' Joint Plan of Liquidation* [D.I. 202], which attached as Exhibit A thereto a revised version of the Plan.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

{1402.002-W0073652.}

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the *Second Plan Supplement*, which is attached hereto as **Exhibit 1**.

| | |
|---|---|
| Dated: December 11, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**BAKER & HOSTETLER LLP**<br><br>Jorian L. Rose (admitted *pro hac vice*)<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: jrose@bakerlaw.com<br><br>Andrew V. Layden (admitted *pro hac vice*)<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, FL 32801-3432<br>Telephone: (407) 649-4000<br>Facsimile: (407) 841-0168<br>Email: alayden@bakerlaw.com<br><br>*Counsel for the Debtors and Debtors in Possession* |