# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 7

CASE NUMBER: 23-10931 CASE NAME: ONH AFC CS Investors LLC DATE: 12/14/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jorian Rose | Baker Hostetler | Debtors |
| Matthew McGuire | Landis Rath and Cobb | " |
| Matthew Pierce | " | " |
| David Klauder | Bielli & Klauder | Subchapter V Trustee |
| Catherine Lyons | Wilson Sonsini | Crowd Street / DIP Lender |
| John Schanne | UST | DOJ |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jarred | Schenke | Bisnow | Bisnow |
| Joseph | Lemkin | Black Lion Group | Stark & Stark |
| Judge | Goldblatt | Court | |
| Danielle | Merola | Debtors | BakerHostetler |
| Taylor | Harrison | Debtwire | |
| Kayla | Quigley | Elchonon Schwartz & Nightingale Properties, LLC | Jones Day |
| Marissa | Alfano | Elchonon Schwartz/Nightingale Properties, LLC | Jones Day |
| Emily | young | Epiq Corporate Restructuring LLC | Epiq Corporate Restructuring LLC |
| James | Farrar | myself as an investor in AFC | |
| Emily | Mathews | Nightingale Properties | Richards, Layton & Finger, P.A. |
| Zach | Shapiro | Observer | Richards, Layton & Finger, P.A. |
| Steve | Hartnack | Self | |
| Jim | Franks | self/interested party/AFC investor/appointed liquidatig trust committee men | N/A |