**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) ENTRY OF THE ORDER
CONFIRMING DEBTORS' AMENDED SMALL BUSINESS
DEBTORS' JOINT PLAN OF LIQUIDATION;
(B) THE EFFECTIVE DATE THEREOF; AND (C) CERTAIN DEADLINES**

**TO CREDITORS, HOLDERS OF CLAIMS AND INTERESTS, AND PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

1. **Confirmation of the Plan.** On December 14, 2023, the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered the *Order Confirming Debtors' Amended Small Business Debtors' Joint Plan of Liquidation* [D.I. 214] (the "Confirmation Order") confirming the *Amended Small Business Debtors' Joint Plan of Liquidation* [D.I. 214-1] (as further modified, supplemented and amended including all attachments and exhibits thereto, the "Plan").[2]

2. **Effective Date of the Plan.** All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date of the Plan occurred on December 28, 2023.

3. **Copies of the Plan and the Confirmation Order.** Copies of the Confirmation Order, the Plan, and related documents, are available free of charge at https://dm.epiq11.com/ONHInvestors, or for a fee at the Bankruptcy Court's website at www.deb.uscourts.gov. The Confirmation Order, Plan, and related documents also are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

4. **Administrative Expense Bar Date.** Pursuant to paragraph 74 of the Confirmation Order, the deadline for filing proofs of claim or requests for payment of Administrative Claims arising on or after July 14, 2023 through and including the Effective Date (the "Administrative Expense Requests") is thirty (30) days from the Effective Date, which is **January 29, 2024**. All

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

[2] All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Plan.

Administrative Expense Requests must be filed with the Bankruptcy Court and served on the Liquidating Trustee and its counsel so as to be actually received by **January 29, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "Administrative Claim Bar Date"). Administrative Expense Requests will be deemed timely filed only if **actually received** by the Administrative Claims Bar Date.

**If you do not timely file an Administrative Expense Request by the Administrative Claim Bar Date, your untimely Administrative Expense Claim will not be considered Allowed, and you will not be treated as a creditor for purposes of distributions with respect to such claim, and you shall be entitled to no distribution under the Plan with respect to such claim.**

5. **Professional Fee Claims Bar Date.** Pursuant to paragraph 73 of the Confirmation Order, any Entity seeking an award by the Bankruptcy Court of compensation or reimbursement of expenses in accordance with Bankruptcy Code sections 328, 330 or 331 or entitled to priorities established pursuant to Bankruptcy Code sections 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) shall (1) file with the Clerk of the Bankruptcy Court no later than forty-five (45) days after the Effective Date which is **February 12, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "Professional Fee Claims Bar Date"), an application, including, without limitation, a final fee application, for such award of compensation or reimbursement; (2) serve a copy thereof, together with exhibits and schedules related thereto, upon (i) counsel to the Debtors, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111 (Attn: Jorian Rose, Esq., jrose@bakerlaw.com) and Baker & Hostetler LLP, SunTrust Center, Ste. 2300, 200 South Orange Ave., Orlando, FL 32801-3432 (Attn: Andrew V. Layden, Esq., alayden@bakerlaw.com); (2) co-counsel to the Debtors, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: Matthew B. McGuire, Esq., mcguire@lrclaw.com and Matthew Pierce, Esq., pierce@lrclaw.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: John Schanne, Esq., john.schanne@usdoj.gov); and (3) comply with the applicable requirements for such claim.

6. **Rejection Bar Date.** Pursuant to section 2.4 of the Plan, proofs of claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be Filed with the Bankruptcy Court (via the Claims Agent) and served on the Liquidating Trustee no later than (i) any deadline established for creditors holding General Unsecured Claims to file proofs of claim against the Debtors; (ii) twenty-one (21) days after the date of an order of the Bankruptcy Court approving such rejection (other than the Confirmation Order); and (iii) specifically for those claims created by the rejection by means of the Plan, thirty (30) days after the Effective Date (the "Rejection Claims"). All such Rejection Claims should be submitted to the Claims Agent and will be deemed timely filed only if **actually received** by the Claims Agent on or before **January 29, 2024 at 4:00 p.m. (prevailing Eastern Time)** (the "Rejection Claims Bar Date"). Each Rejection Claim, including supporting documentation, must be submitted: (i) on or before the Rejection Claims Bar Date, by completing the proof of claim form, copies of which can be accessed at the Claims Agent's website https://dm.epiq11.com/ONHInvestors, and clicking on the Tab "File a Claim," and following the directions given therein (which include directions on how to file a proof of claim electronically); or (ii) by United States mail or other hand delivery system, so as to be **actually received** by the

Claims Agent on or before the Rejection Claim Bar Date at the following address:

**If by First-Class Mail:**
ONH AFC CS Investors LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**If by Hand Delivery or Overnight Mail:**
ONH AFC CS Investors LLC
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

Rejection Claims may **not** be delivered by facsimile, telecopy, or electronic mail transmission to the Claims Agent (except as described above), the Clerk of the Court or the Debtors. Absent order of the Court to the contrary, any Rejection Claims not filed by the applicable deadline will not be considered Allowed and such person or entity shall not be treated as a creditor for purposes of distributions under the Plan with respect to such claim.

7. **Post-Effective Date Notice.** Pursuant to paragraph 75 of the Confirmation Order, after the Effective Date, to continue to receive notice of documents pursuant to Bankruptcy Rule 2002, all Creditors and other parties in interest (except those listed in the following sentence) must file a renewed notice of appearance requesting receipt of documents pursuant to Bankruptcy Rule 2002. After the Effective Date, the Liquidating Trustee is authorized to limit the list of parties in interest receiving notice of documents pursuant to Bankruptcy Rules 2002 to the Liquidating Trustee and its counsel; the Office of the United States Trustee, CrowdStreet, and those parties in interest who have filed such renewed requests; provided, however, that the Liquidating Trustee also shall serve any known parties directly affected by or having a direct interest in, the particular filing in accordance with Local Rule 2002-1(b). Notice given in accordance with the foregoing procedures shall be deemed adequate pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

8. **Binding Nature of Plan.** The Plan and its provisions are binding on the Debtors and any holder of a Claim against, or Interest in, the Debtors, and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired by the Plan and whether or not such holder voted to accept or reject the Plan.

[*Remainder of Page Intentionally Blank*]

| | |
|---|---|
| Dated: January 3, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>         mcguire@lrclaw.com<br>         pierce@lrclaw.com<br><br>- and -<br><br>**BAKER & HOSTETLER LLP**<br><br>Jorian L. Rose (admitted *pro hac vice*)<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: jrose@bakerlaw.com<br><br>Andrew V. Layden (admitted *pro hac vice*)<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, FL 32801-3432<br>Telephone: (407) 649-4000<br>Facsimile: (407) 841-0168<br>Email: alayden@bakerlaw.com |