# **<u>EXHIBIT A</u>**

{1402.002-W0073839.}

**Detail Fee Task Code Billing Report**  
Landis Rath & Cobb LLP

Page: 1

| Client | Trans Date | Tkpr | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Phase ID B120 Business Operations** | | | | | |
| 1402.002 | 11/26/2023 | MRP | 0.10 | 62.50 | Emails w/ B. Riley and MBM re: budget |
| 1402.002 | 11/26/2023 | MBM | 0.30 | 270.00 | emails with Pegnia re: budget |
| **Total for Phase ID B120** | | Billable | 0.40 | 332.50 | Business Operations |
| **Phase ID B122 Case Administration** | | | | | |
| 1402.002 | 11/10/2023 | JH | 0.10 | 27.50 | Update critical dates memo |
| 1402.002 | 11/10/2023 | JH | 0.30 | 82.50 | Update calendars and critical dates memo with deadlines from monthly and interim fee applications |
| 1402.002 | 11/13/2023 | JH | 0.10 | 27.50 | Update critical dates memo |
| 1402.002 | 11/16/2023 | JH | 0.10 | 27.50 | Review and revise critical dates memo |
| 1402.002 | 11/20/2023 | MRP | 0.10 | 62.50 | Emails w/ Epiq re: service of MORs |
| 1402.002 | 11/21/2023 | MRP | 0.10 | 62.50 | Emails w/ Epiq re: service of Plan Supplement |
| **Total for Phase ID B122** | | Billable | 0.80 | 290.00 | Case Administration |
| **Phase ID B136 LRC Retention & Fee Matters** | | | | | |
| 1402.002 | 11/06/2023 | JH | 0.90 | 247.50 | Emails w/ MBM and MRP re: drafting LRC's 4th (October) Monthly Fee Application (.1); Draft same (.8) |
| 1402.002 | 11/06/2023 | JH | 0.70 | 192.50 | Draft LRC's 1st Interim Fee Application |
| 1402.002 | 11/06/2023 | MRP | 0.10 | 62.50 | Email w/ JH re: monthly fee application and drafting first interim fee app |
| 1402.002 | 11/10/2023 | JH | 0.40 | 110.00 | Finalize and file LRC's First Interim Fee Application |
| 1402.002 | 11/10/2023 | JH | 0.90 | 247.50 | Emails w/ MBM, MRP and JBB re: finalizing LRC's 4th Monthly Fee Application (October) (.1); Finalize and compile same (.6); File same (.2) |
| 1402.002 | 11/10/2023 | MRP | 1.50 | 937.50 | Emails w/ MBM and JH re: LRC October fee app (.2); review and revise narratives for fee app (1.1); calls and multiple emails w/ JH re: LRC monthly fee app (.2) |
| 1402.002 | 11/10/2023 | MBM | 0.60 | 540.00 | review and revise LRC fee application |
| 1402.002 | 11/14/2023 | JH | 0.30 | 82.50 | Emails w/ MBM, MRP and JBB re: finalizing and filing CNO for LRC's 3rd Monthly Fee Application (.1); Finalize and file same (.2) |
| 1402.002 | 11/14/2023 | MR | 0.30 | 93.00 | conferred and emailed with JH re: Certificate of No Objection for 3rd monthly fee app (.1); email with MBM re: same (.1); file same (.1) |
| 1402.002 | 11/29/2023 | JBB | 0.30 | 142.50 | Draft Certification of Counsel re: omnibus interim fee applications |
| 1402.002 | 11/30/2023 | JBB | 0.20 | 95.00 | Draft Certificate of No Objection for LRC fee application |
| **Total for Phase ID B136** | | Billable | 6.20 | 2,750.50 | LRC Retention & Fee Matters |
| **Phase ID B140 Creditor Inquiries** | | | | | |
| 1402.002 | 11/06/2023 | MRP | 0.10 | 62.50 | Email w/ Epiq and D. Merola re: investor inbound |
| **Total for Phase ID B140** | | Billable | 0.10 | 62.50 | Creditor Inquiries |
| **Phase ID B144 Non-LRC Retention & Fee Matters** | | | | | |
| 1402.002 | 11/03/2023 | JH | 0.20 | 55.00 | Emails w/ MRP and MPH re: finalizing Certificate of No Objection re: BakerHostetler's 3rd Monthly Fee Application (.1); Confer w/ MPH re: filing of same (.1) |
| 1402.002 | 11/03/2023 | MPH | 0.30 | 93.00 | Finalize and file Certificate of No Objection regarding the Third Monthly Fee Application of Baker & Hostetler LLP for the Period of September 1, 2023 through September 30, 2023 |
| 1402.002 | 11/10/2023 | JH | 0.80 | 220.00 | Emails w/ MRP and JBB re: finalizing and filing BH's First Interim Fee Application (.1); Finalize same (.5); File same (.2) |
| 1402.002 | 11/10/2023 | JH | 0.50 | 137.50 | Finalize BH's 4th Monthly Fee Application (October) (.3); File same (.2) |
| 1402.002 | 11/10/2023 | MRP | 0.80 | 500.00 | Emails w/ J. Rose re: BH interim fee app (.1); review the same (.3); emails w/ JBB and JH re: finalizing the same (.1); review and comment on notice of BH interim fee app and proposed compiled filing version of interim app (.3) |
| 1402.002 | 11/10/2023 | MRP | 0.40 | 250.00 | Emails w/ BH re: Baker October monthly fee app (.1); emails w/ JBB and JH re: preparing the same for filing (.1); review proposed filing version of the same (.2) |
| 1402.002 | 11/10/2023 | JBB | 0.50 | 237.50 | Review and analyze B&H fee application |
| 1402.002 | 11/29/2023 | JBB | 0.30 | 142.50 | Draft proposed order re: omnibus interim fee applications |
| 1402.002 | 11/29/2023 | MRP | 0.40 | 250.00 | Emails w/ JBB re: draft omnibus fee order (.1); review and comment on draft of the same (.3) |
| 1402.002 | 11/30/2023 | JH | 0.50 | 137.50 | Emails w/ MRP re: finalizing and filing September and October staffing reports for B. Riley Advisory Services (.1); Finalize same (.2); File same (.2) |
| 1402.002 | 11/30/2023 | JBB | 0.20 | 95.00 | Draft Certificate of No Objection for B&H fee application |
| 1402.002 | 11/30/2023 | MRP | 0.10 | 62.50 | Emails w/ JBB re: revised draft of interim fee order |
| **Total for Phase ID B144** | | Billable | 5.00 | 2,180.50 | Non-LRC Retention & Fee Matters |
| **Phase ID B146 Plan and Disclosure Statement (including Business Plan)** | | | | | |
| 1402.002 | 11/01/2023 | MBM | 0.50 | 450.00 | review of comments to plan FAQ's (.4); emails with BH and B Reilly re: same (.1) |
| 1402.002 | 11/01/2023 | MRP | 0.30 | 187.50 | Email w/ Epiq re: updated service plan; review the same |
| 1402.002 | 11/01/2023 | MRP | 0.40 | 250.00 | Multiple emails w/ BH and B. Riley teams re: plan FAQ draft; review the same |
| 1402.002 | 11/03/2023 | MBM | 0.40 | 360.00 | emails with Pegnia and Epiq re: voting results (.2); review of preliminary voting results (.2) |
| 1402.002 | 11/03/2023 | MRP | 0.20 | 125.00 | Emails w/ Epiq and B. Riley re: current voting report; briefly review results of the same |
| 1402.002 | 11/06/2023 | MRP | 0.10 | 62.50 | Review current solicitation voting report |
| 1402.002 | 11/14/2023 | MRP | 0.10 | 62.50 | Review updated solicitation voting report; emails w/ Epiq re: the same |
| 1402.002 | 11/15/2023 | MRP | 0.80 | 500.00 | Email w/ BH, B. Riley and A. Phillips re: draft Liquidating Trust Agreement (.1); review draft of the same (.7) |
| 1402.002 | 11/16/2023 | MBM | 1.10 | 990.00 | review and comments to LTA |
| 1402.002 | 11/16/2023 | MRP | 0.20 | 125.00 | Email w/ JH re: confirmation deadlines; review summary of the same |
| 1402.002 | 11/17/2023 | MRP | 0.40 | 250.00 | Email w/ BH re: updated draft of LTA (.1); briefly review the same (.3) |
| 1402.002 | 11/20/2023 | MRP | 0.10 | 62.50 | Email w/ Epiq re: updated voting report; review the same |
| 1402.002 | 11/20/2023 | MRP | 0.10 | 62.50 | Emails w/ BH, UST and Sub V. Trustee re: comments to liquidating trust agreement |

**Detail Fee Task Code Billing Report**  Page: 2
Landis Rath & Cobb LLP

| Client | Trans Date | Tkpr | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| **Phase ID B146 Plan and Disclosure Statement (including Business Plan)** | | | | | |
| 1402.002 | 11/21/2023 | MRP | 1.20 | 750.00 | Multiple emails w/ BH and MBM re: plan supplement (.3); review final version of LTA (.5); draft plan supplement and notice of filing (.4) |
| 1402.002 | 11/21/2023 | JH | 0.30 | 82.50 | Emails w/ MRP and JBB re: finalizing Notice of Filing Plan Supplement (.1); Finalize and file same (.2) |
| 1402.002 | 11/21/2023 | JBB | 0.30 | 142.50 | Finalize trust agreement for filing (.2); review solicitation order re: service issues (.1) |
| 1402.002 | 11/21/2023 | MBM | 1.40 | 1,260.00 | review of plan supplement (1.2); emails with Pierce and BH re: same (.2) |
| 1402.002 | 11/21/2023 | MRP | 0.50 | 312.50 | Review proposed filing version of plan supplement and attachments thereto (.4); email w/ JH and JBB re: filing plan supplement (.1) |
| 1402.002 | 11/28/2023 | MRP | 0.10 | 62.50 | Email w/ Epiq re: updated voting report; review the same |
| 1402.002 | 11/29/2023 | MRP | 0.20 | 125.00 | Email w/ BH re: example confirmation orders (.1); emails w/ JBB re: confirmation order precedent (.1) |
| 1402.002 | 11/29/2023 | MRP | 0.10 | 62.50 | Confer w/ MBM re: form of confirmation order |
| 1402.002 | 11/29/2023 | MBM | 0.10 | 90.00 | email with Pierce re: form of confirmation order |
| 1402.002 | 11/30/2023 | JBB | 0.70 | 332.50 | Research precedent for confirmation brief (.3); email MRP re: same (.1); emails to B&H team re: same (.2) |
| 1402.002 | 11/30/2023 | MRP | 0.70 | 437.50 | Emails w/ BH re: confirmation brief and related research question (.1); emails w/ JBB re: research Delaware precedent for sub v confirmation briefs (.1); review research findings (.5) |
| 1402.002 | 11/30/2023 | MRP | 0.20 | 125.00 | Multiple emails w/ BH and MBM re: SEC and UST comments on plan |
| 1402.002 | 11/30/2023 | MBM | 0.20 | 180.00 | emails with Pierce re: UST and Sub 5 comments to plan |
| **Total for Phase ID B146** | | Billable | 10.70 | 7,450.00 | Plan and Disclosure Statement (including Business Plan) |
| **Phase ID B151 Schedules/Operating Reports** | | | | | |
| 1402.002 | 11/20/2023 | MR | 0.90 | 279.00 | finalize October MORs (.6) emails with MRP and JBB re: same (.2); file same (.1) |
| 1402.002 | 11/20/2023 | MRP | 0.90 | 562.50 | Email w/ B. Riley re: October MORs (.1); review October MORs (.5); emails w/ MR re: finalizing and filing October MORs (.1); review proposed filing version MORs (.2) |
| **Total for Phase ID B151** | | Billable | 1.80 | 841.50 | Schedules/Operating Reports |

**GRAND TOTALS**

| | | | | |
|---|---|---|---|---|
| | Billable | 25.00 | 13,907.50 | |