# **<u>EXHIBIT 1</u>**

{1402.002-W0074584.}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ONH AFC CS INVESTORS LLC, *et al.*,[1] | Case No. 23-10931 (CTG) |
| Debtors. | (Jointly Administered) |
| | Ref No. 244 & 245 |

### OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS

Upon consideration of the final fee applications of the various retained professionals in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as **Exhibit A**, for allowance of compensation and reimbursement of expenses (collectively, the "Applications");[2] and it appearing to the Court that all of the requirements, as applicable, of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code"), as well as rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notices of the Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Applications are hereby APPROVED in the amounts set forth on **Exhibit A** attached hereto.

2.  The Applications set forth on **Exhibit A** are granted, on a final basis.

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Applications.

2

3. The Debtors are authorized to remit payment to each of the Professionals in the amounts set forth on **Exhibit A**, less any monies previously paid on account of such fees and expenses.

4. This Court shall retain jurisdiction to hear and determine any and all matters arising from or related to the interpretation or implementation of this Order.

# **EXHIBIT A**

{1402.002-W0074630.}

ONH AFC CS INVESTORS, LLC, *et al.* Case No. 23-10931 (CTG)
Summary Chart of Final Fee Applications

|  | **Final Compensation Period & Final Fee Applications** | **Final Fees Requested** | **Final Expenses Requested** | **Total Compensation Requested to be Approved** |
|---|---|---|---|---|
| **VERDOLINO & LOWEY, P.C.** (Tax Preparers for the Debtors and Debtors-in-Possession) | 8/8/23 – 1/9/24 D.I. 244 | $12,983.00 | $687.29 | $13,670.29 |
| **EPIQ CORPORATE RESTRUCTURING, LLC** (Administrative Advisor to the Debtors and Debtors-in-Possession) | 7/14/23 – 12/28/23 D.I. 245 | $19,455.00 | $0.00 | $19,455.00 |
| **GRAND TOTALS** | N/A | **$29,438.00** | **$512.33** | **$33,125.29** |

{1402.002-W0074630.}