UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | \| | Chapter 11, Subchapter V |
| | \| | |
| ONH AFC CS INVESTORS, LLC | \| | Case No. 23-10931 |
| ONH 1601 CS INVESTORS, LLC | \| | Case No. 23-10932 |
| | | |
| Debtors | | |

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *David M. Klauder*, having been appointed trustee of the estate of the above-named debtors, report I collected funds totaling: $0.00.  A plan was confirmed on December 14, 2023.  No plan payments were made to the trustee.  The Court deemed the plan substantially consummated, and pursuant to 11 U.S.C. § 330(a), on February 22, 2025, the Court ordered compensation of $9,405.00 be awarded to the trustee.  These funds were paid by the debtor to the trustee on or about February 28, 2024.  I hereby certify that my administration of the estate of the above-named debtor(s) has been completed.  I request that I be discharged from any further duties as trustee.


Date:  ___March 15, 2024_____         By:  _____*/s/ David M. Klauder*_____
                                                                                                          Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**