## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONH AFC CS INVESTORS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10931 (CTG)<br><br>(Jointly Administered)<br><br>Ref. No.: 313 |

**ORDER APPROVING STIPULATION REGARDING CONFIDENTIALITY**

Upon the Certification of Counsel and Stipulation Regarding Confidentiality (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, entered into by and among (a) the ONH Liquidating Trust (the "Trust"), arising from the confirmed plan in the chapter 11 cases of ONH AFC CS Investors LLC and ONH 1601 CS Investors LLC (collectively, the "Debtors") and (b) Nakash Holdings, LLC ("Nakash" and collectively with the Trust, the "Parties"); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is APPROVED.

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Road, Suite 1225 Atlanta, GA 30326.

{1402.003-W0076946.}

2. The failure to specifically include or reference any particular term or provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such term or provision.

3. The production of documents, communications or other information subject to a claim of attorney-client privilege, work product protection, or other legally cognizable privilege or protection, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in these cases or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

4. This Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this Order or the Stipulation.

**Dated: August 14th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**